# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC.,

                    Debtor.

Case No. 21-00141

ORDER OF ADMISSION *PRO HAC VICE* OF ALAN J. KORNFELD

Upon consideration of the Application seeking admission *pro hac vice* of Alan J. Kornfeld (the "Application") to represent the above-captioned Debtor and Debtor-in-Possession before the United States Bankruptcy Court for the Eastern District of Washington, as is more fully set forth in the Application; the court being fully advised in the premises; and the court finding that the Application complies with Local Bankruptcy Rule 9010-1 and Local Rule 83.2 of the United States District Court for the Eastern District of Washington; now, therefore, it is hereby

**ORDERED as follows:**

1.     The Application [ECF No. 7] is granted.

ORDER OF ADMISSION *PRO HAC VICE* OF ALAN J. KORNFELD – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx011v.001

21-00141-WLH11    Doc 9    Filed 02/01/21    Entered 02/01/21 18:30:02    Pg 1 of 2

2. Mr. Kornfeld is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases, adversary proceedings, and appeals.

3. Pursuant to Local Rule 83.2(c) of the Local Rules for the U.S. District Court for the Eastern District of Washington, counsel of record Armand J. Kornfeld, Thomas A. Buford, or Richard B. Keeton shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

By  */s/ Thomas A. Buford*
  Armand J. Kornfeld, WSBA #17214
  Thomas A. Buford, WSBA #52969
  Richard B. Keeton, WSBA #51537
*Proposed Co-Counsel for the Debtor and Debtor-in-Possession*

ORDER OF ADMISSION *PRO HAC VICE* OF ALAN J. KORNFELD – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx011v.001
21-00141-WLH11    Doc 9    Filed 02/01/21    Entered 02/01/21 18:30:02    Pg 2 of 2