Thomas A. Buford, III (WSBA 52969)
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Email: tbuford@bskd.com

Richard M. Pachulski (*Pro Hac Vice* Pending)
Alan J. Kornfeld (*Pro Hac Vice* Pending)
Jeffrey W. Dulberg (*Pro Hac Vice* Pending)
Maxim Litvak (*Pro Hac Vice* Pending)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com
　　　akornfeld@pszjlaw.com
　　　jdulberg@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*

HONORABLE WHITMAN L. HOLT
HEARING DATE: February 3, 2021
HEARING TIME: 1:00 p.m. PT
RESPONSE DUE: At Hearing
LOCATION: Telephonic

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERDAY RANCHES, INC., | Case No. 21-00141-WLH11 |
| Debtor. | **NOTICE OF HEARING ON (A) EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (B) EMERGENCY MOTION OF DEBTOR FOR ORDER (I) AUTHORIZING DEBTOR TO CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS; AND (II) GRANTING RELATED RELIEF** |

NOTICE OF HEARING ON EMERGENCY MOTIONS– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb02et01yv

21-00141-WLH11    Doc 17    Filed 02/02/21    Entered 02/02/21 12:14:35    Pg 1 of 2

PLEASE TAKE NOTICE that the court has set a telephonic hearing to consider (A) the Debtor's *Emergency Motion for Interim and Final Orders Authorizing Debtor to Use Cash Collateral and Granting Adequate Protection,* [Dkt. No. 12] ("Cash Collateral Motion") and (B) *Emergency Motion of Debtor for Order (I) Authorizing Debtor to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms; and (II) Granting Related Relief* [Dkt. No. 13] (the "Cash Management Motion") as follows:

> **Hearing Date: Wednesday, February 3, 2021**
> **Time: 1:00 p.m. PST**
> **Phone Number: 1-877-402-9757**
> **Conference Code: 7036041**

If you object to either the Cash Collateral Motion and/or the Cash Management Motion, you must submit an objection with the Court, either in writing or orally, before or at the hearing on Wednesday, February 3, 2021 at 1:00 p.m. PST. If you do not timely file an objection, the court may enter an interim order granting the Cash Collateral Motion and the Cash Management Motion without further notice to you.

DATED February 2, 2021.

BUSH KORNFELD LLP

*/s/ Thomas A. Buford*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (*Pro Hac Vice* Pending)
ALAN J. KORNFELD (*Pro Hac Vice*) Pending
JEFFREY W. DULBERG (*Pro Hac Vice* Pending)
PACHULSKI STANG ZIEHL & JONES LLP

*Proposed Attorneys for Debtor and Debtor in Possession*

NOTICE OF HEARING ON EMERGENCY MOTIONS– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb02et01yv

21-00141-WLH11    Doc 17    Filed 02/02/21    Entered 02/02/21 12:14:35    Pg 2 of 2