Gary W. Dyer, CSBA #106701
Assistant United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
*Telephone (509) 353-2999*
*Fax (509) 353-3124*

HON. WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC.,

              Debtor.

Case No. 21-00141 WLH11

OBJECTION TO EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL

     The Acting United States Trustee objects to certain portions of the emergency motion for use of cash collateral for the following reasons:

     1.  Funding Independent Directors Fees:  In the budget is a line item for Director's Fees of $60,000. There is no showing that the funding of directors' fees is urgent or its failure will result in any immediate and irreparable harm to the estate.

     2.  Segregated Account for Professional Fees: There is no showing that the funding of any professional fees is urgent or its failure will result in any immediate and irreparable harm to the estate.  From documents found in the state court motions for the appointment of a receiver, debtor's counsel appears holds a significant retainer from the pre-petition sale of the North Feedlot proceeds (as

OBJECTION TO EMERGENCY MOTION
FOR USE OF CASH COLLATERAL
                                  Page 1

does Paladin Management Group).

3.  Narrow scope of the Segregated Funds for Professional Fees:  The motion in 10.f indicates the fund would only be used to pay professional hired by the debtor and the Committee.   This should not be restricted but be available for any equivalent claim holder in the class of administrative expenses. Nor should its beneficiaries be restricted if the case becomes administratively insolvent.

Wherefore, the court is respectfully requested to deny these provisions of the motion, and for such other relief as the court may deem just under the circumstances of this case.

Dated: February 2, 2021

Respectfully submitted,


*/s/ Gary W. Dyer*
Gary W. Dyer
Assistant US Trustee