Thomas A. Buford, III (WSBA 52969)
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Email: tbuford@bskd.com

Richard M. Pachulski (Admitted *Pro Hac Vice*)
Alan J. Kornfeld (Admitted *Pro Hac Vice*)
Jeffrey W. Dulberg (*Pro Hac Vice* Pending)
Maxim Litvak (Admitted *Pro Hac Vice*)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com
        akornfeld@pszjlaw.com
        jdulberg@pszjlaw.com
        mlitvak@pszjlaw.com

*Proposed Attorneys for Debtor and Debtor in Possession*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Chapter 11 |
|---|---|
| EASTERDAY RANCHES, INC., | Case No. 21-00141-WLH11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PATRICIA JEFFRIES declares:

I am an employee of Pachulski Stang Ziehl & Jones LLP. I am employed in the City and County of San Francisco, California. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

CERTIFICATE OF SERVICE - Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb02ts016x

21-00141-WLH11    Doc 28    Filed 02/02/21    Entered 02/02/21 21:29:38    Pg 1 of 6

On the 2nd day of February, 2021, I caused to be served the below documents via overnight mail and electronic mail (where indicated), on parties identified on the Service List attached hereto as **Exhibit A**:

1. DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION; MEMORANDUM OF POINTS AND AUTHORITIES [Docket No. 12]

2. EMERGENCY MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTOR TO CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS; AND (II) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [Docket No. 13]

3. DECLARATION OF T. SCOTT AVILA IN SUPPORT OF BANKRUPTCY PETITION AND "FIRST DAY" MOTIONS [Docket No. 14]

4. DEBTOR'S EX PARTE MOTION TO SHORTEN TIME AND LIMIT NOTICE FOR HEARINGS ON EMERGENCY MOTIONS FOR USE OF CASH COLLATERAL AND USE OF EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS [Docket No. 15]

5. DECLARATION OF T. SCOTT AVILA IN SUPPORT OF DEBTOR'S EX PARTE MOTION TO SHORTEN TIME FOR HEARINGS ON EMERGENCY MOTIONS FOR USE OF CASH COLLATERAL AND USE OF EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS [Docket No. 16]

6. NOTICE OF HEARING ON (A) EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, AND (B) EMERGENCY MOTION OF DEBTOR FOR ORDER (I) AUTHORIZING DEBTOR TO CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS; AND (II) GRANTING RELATED RELIEF [Docket No. 17]

CERTIFICATE OF SERVICE - Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb02ts016x

21-00141-WLH11    Doc 28    Filed 02/02/21    Entered 02/02/21 21:29:38    Pg 2 of 6

I declare under penalty of perjury under the laws of the state of California that the foregoing information is true and correct.

DATED this 2nd day of February, 2021, at San Francisco, California.

/s/ Patricia Jeffries
PATRICIA JEFFRIES

CERTIFICATE OF SERVICE - **Page 3**

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb02ts016x

21-00141-WLH11    Doc 28    Filed 02/02/21    Entered 02/02/21 21:29:38    Pg 3 of 6

# EXHIBIT A

| | | |
|---|---|---|
| AB Livestock LLC<br>Matt Buyers<br>1555 Shoreline Drive<br>Suite 320<br>Boise, ID 83702<br>matt.buyers@agribeef.com | Animal Health International<br>1654 S First St<br>Sunnyside, WA 98944<br>latoya.laso@animalhealthinternational.com | AXA Equitable Life Insurance Company<br>1290 Avenue of the Americas, 16th Floor<br>New York, NY 10104 |
| Brad Curtis Farms LLC<br>8853 Langford<br>Mesa, WA 99343<br>bcurtis@eltopia.com | Cenex Harvest States<br>300 West Feedville Road<br>Hermiston, OR 97838<br>troy.odvody@chsinc.com | CHS Capital, LLC dba CHSC MN, a Minnesota LLC<br>5500 Cenex Drive<br>Inner Grove Heights, MN 55077 |
| Copenhaver Construction, Inc.<br>22393 SR 2 East<br>Creston, WA 99117<br>copenhavercci@gmail.com | Department of Justice<br>United States Attorney's Office<br>Eastern District of Washington<br>PO Box 1494<br>Spokane, WA 99210-1494 | DLL Finance, LLC<br>Brenda Entriken<br>PO Box 2000<br>Johnston, IA 50131 |
| Easterday Ranches, Inc.<br>c/o T. Scott Avila<br>Peter Richter<br>5235 Industrial Way<br>Pasco, WA 99301<br>savila@paladinmgmt.com<br>prichter@paladinmgmt.com | ECS Northwest LLC<br>P.O. Box 4180<br>Pasco, WA 99302-4180<br>jeremy@ecsnw.com | Empire Rubber & Supply<br>P.O. Box 14950<br>Portland, OR 97293-0950<br>erspasco@empirerubber.com |
| Equitable AgriFinance<br>Erin Plumb<br>JP Morgan Chase<br>131 S Dearborn, 6th Floor<br>Chicago, IL 60603 | Equitable Financial Life Insurance Company<br>1290 Avenue of the Americas, 16th Floor<br>New York, NY 10104 | Freeman Farms, LLC<br>1085 S. Athey Road<br>Othello, WA 99344 |
| Gary W. Dyer<br>Assistant U.S. Trustee<br>U.S. Department of Justice<br>Office of the United States Trustee<br>920 W. Riverside Ave., Suite 593<br>Spokane, WA 99201 | Holland & Hart LLP<br>Robert A. Faucher, Esq.<br>PO Box 2527<br>Biose, ID 83701-2527<br>rfaucher@hollandhart.com | ITC Services<br>4172 N Frontage Rd E<br>Moses Lake, WA 98837<br>dianag@inlandtarp.com |
| Layne Of Washington, Inc.<br>P.O. Box 610<br>Pasco, WA 99301<br>laynepump@aol.com | Mechanics Bank (Rabo)<br>P.O. Box 6010<br>Santa Maria, CA 93456-6010 | Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104 |
| Oregon Trail Veterinary Clinic<br>80489 Highway 395<br>North Hermiston, OR 97838<br>Oregontrailvet@gmail.com | Pacific Ag Products LLC<br>400 Capitol Mall Ste 2060<br>Sacramento, CA 95814<br>AAQuilio@pacificethanol.com | Pegram Construction, Inc.<br>P.O. Box 418<br>Othello, WA 99344<br>doyle@pegramconstruction.com |

NOTICE OF HEARING ON EMERGENCY MOTIONS– Page 4
eb02ts016x

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 28    Filed 02/02/21    Entered 02/02/21 21:29:38    Pg 4 of 6

| | | |
|---|---|---|
| Production Animal Consultation LLC<br>307 S Main<br>Scott City, KS 67871<br>accounting@pacdvms.com | R. Crane Bergdahl<br>Attorney at Law<br>PO Box 3755<br>Pasco, WA 99302<br>cranelaw@msn.com | Rabo Agrifinance, Inc.,<br>as Collateral Agent<br>10100 Trinity Pkwy., Suite 400<br>Stockton, CA 95219 |
| Rabo Agrifinance, Inc.,<br>as Collateral Agent<br>P.O. Box 411995<br>St. Louis, MO 63141 | Rabo Agrifinance, Inc., as Mortgagee<br>12443 Olive Blvd, Suite 50<br>St. Louis, MO 63141 | Rabo Agrifinance, LLC<br>14767 N. Outer 40 Rd., Suite 400<br>Chesterfield, MO 63017 |
| Segale Properties<br>P.O. Box 88028<br>Tukwilla, WA 98138<br>Eolson@segaleproperties.com | Sun Basin Operations-CHS<br>P.O. Box 608<br>Quincy, WA 98848<br>Jamie.Nguyen@chsinc.com | Sunray Farms, LLC<br>Raymond J. Wardenaar<br>PO Box 776<br>Royal City, WA 99357 |
| Tarp-It, Inc.<br>3000 Wilson Creek Rd<br>Ellensburg, WA 98926<br>jgy6969@gmail.com | The Prudential Insurance Company of America<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201 | Thomas L. Palotas<br>Pepple Cantu Schmidt PLLC<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104<br>tpalotas@jpclaw.com |
| Tri Cities Grain, LLC<br>600 Tank Farm Road<br>Pasco, WA 99301 | Tyson Fresh Meats, Inc.<br>800 Stevens Port Drive<br>Dakota Dunes, SD 57049 | Tyson Fresh Meats, Inc.<br>Perkins Coie LLP<br>Alan D. Smith, Esq.<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>adsmith@perkinscoie.com<br>bcosman@perkinscoie.com |
| U.S. Bank<br>P.O. Box 790408<br>St Louis, MO 63179-0408 | U.S. Small Business Administration<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925 | US Bank<br>P.O. Box 1800<br>Saint Paul, MN 55101-0800 |
| Viterra Canada Inc.<br>2625 Victoria Ave Regina<br>Saskatchewan Canada S4T 7T9<br>kimberly.banilevic-lamb@viterra.com | Ward Bros., Inc.<br>1531 Ironwood Rd.<br>Eltopia, WA 99330 | Washington Trust Bank<br>Lukins & Annis<br>Trevor R. Pincock, Esq.<br>1600 Washington Trust Financial Center<br>717 W. Sprague Avenue<br>Spokane, WA 99201-0466<br>tpincock@lukins.com |
| Washington Trust Bank<br>W. Benjamin Cox<br>Kennewick Financial Center<br>3250 West Clearwater<br>Kennewick, WA 99336 | Washington Trust Bank<br>W. Benjamin Cox<br>PO Box 2127<br>Spokane, WA 99210-2127 | Western Stockmen's LB 413058<br>JR Simplot Company<br>P.O. Box 35143<br>Seattle, WA 98124-5143<br>cindy.a.smith@simplot.com |

NOTICE OF HEARING ON EMERGENCY MOTIONS– Page 5
eb02ts016x

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11   Doc 28   Filed 02/02/21   Entered 02/02/21 21:29:38   Pg 5 of 6

| Yakima Mechanical Services 205 So. 4th Ave Yakima, WA 98902 yakmec205@gmail.com | | |
|---|---|---|

NOTICE OF HEARING ON EMERGENCY MOTIONS– Page 6

eb02ts016x

21-00141-WLH11    Doc 28    Filed 02/02/21    Entered 02/02/21 21:29:38    Pg 6 of 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104