David H. Leigh (WSBA NO. 40031)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: dleigh@rqn.com

Attorneys for Rabo AgriFinance LLC

Honorable Whitman L. Holt
Chapter 11

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| IN RE:<br><br>EASTERDAY RANCHES, INC.,<br><br>Debtor and Debtor in Possession. | CASE NO. 21-00141-WLH11<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, David H. Leigh of the law firm of Ray Quinney & Nebeker P.C. hereby enters his appearance as counsel of record for Rabo AgriFinance LLC ("Rabo"), a party in interest in the above-captioned chapter 11 case (the "Bankruptcy Case"), requests that his name be included on the master mailing list in this case, and further requests that notices of all hearings or actions in this case and copies of all motions, documents, or other papers filed by any party in interest in this case—including the Debtor, any subsequently-appointed chapter 11 trustee, any Committee of Unsecured Creditors, and/or the U.S. Trustee—be sent to the following:

NOTICE OF APPEARANCE OF
COUNSEL AND REQUEST FOR
NOTICE

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11   Doc 63   Filed 02/05/21   Entered 02/05/21 09:09:39   Pg 1 of 5

David H. Leigh, Esq.
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
E-mail: dleigh@rqn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for notice shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in Fed. R. Bankr. P. 2002; matters relating to any hearing for conversion or dismissal under 11 U.S.C. § 1112; matters relating to adequate protection pursuant to 11 U.S.C. § 361; matters relating to the assumption or rejection of any executory contract or unexpired lease under 11 U.S.C. § 365; matters relating to the use, sale, or lease of estate property pursuant to 11 U.S.C. § 363; and/or matters relating to the filing, contents, confirmation, and modification of any proposed disclosure statement and/or chapter 11 plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance of Counsel and Request for Notice* or any pleading, claim, proof of claim, or suit filed by Rabo is not intended nor shall be deemed to in any way to waive, where applicable, (i) Rabo's right (a) to have final orders in any core or noncore matters entered only after *de novo* review by a district court judge to the extent required by the United States Supreme Court's rulings of Stern v. Marshall, 131 S. Ct. 2594 (2011) and Executive Benefits Ins. Agency v. Arkison (In re Bellingham Ins. Agency), 134 S. Ct. 2165 (2014), any subsequent case law, and/or as otherwise required by the U.S. Constitution; (b) to a trial by jury in any proceedings so triable

NOTICE OF APPEARANCE OF
COUNSEL AND REQUEST FOR
NOTICE - 2 -

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 63    Filed 02/05/21    Entered 02/05/21 09:09:39    Pg 2 of 5

herein or in any case, controversy, or proceeding related hereto; and (c) to have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (ii) any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved.

DATED this 5th day of February, 2021.

RAY QUINNEY & NEBEKER P.C.

/s/ David H. Leigh
David H. Leigh
Attorneys for Rabo AgriFinance LLC

NOTICE OF APPEARANCE OF
COUNSEL AND REQUEST FOR
NOTICE - 3 -

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 63    Filed 02/05/21    Entered 02/05/21 09:09:39    Pg 3 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court the CM/ECF System, which served notice and/or a copy of the foregoing on all electronic filing users in this case.

    Matt Adamson    madamson@jpclaw.com
    Jason M Ayres    jason.ayres@foster.com, kesarah.rhine@foster.com
    William Brunnquell    brunnquellw@lanepowell.com
    Thomas A Buford    tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
    Gary W Dyer    Gary.W.Dyer@usdoj.gov
    Gregory R Fox    FoxG@Lanepowell.com, norbya@lanepowell.com;Docketing-Sea@lanepowell.com
    David P Gardner    dpg@winstoncashatt.com
    Nancy L Isserlis    nli@winstoncashatt.com, jlm@winstoncashatt.com;azh@winstoncashatt.com
    Richard B Keeton    rkeeton@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
    Armand J Kornfeld    jkornfeld@bskd.com, chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com; mbeck@bskd.com
    Michael J Paukert    mpaukert@pt-law.com
    Trevor R Pincock    tpincock@lukins.com, mlove@lukins.com
    Tara J. Schleicher    tara.schleicher@foster.com, kesarah.rhine@foster.com
    Alan D Smith    adsmith@perkinscoie.com
    Claire Taylor    claire.taylor@stokeslaw.com, aek@stokeslaw.com
    US Trustee    USTP.REGION18.SP.ECF@usdoj.gov I hereby further

NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE - 4 -

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 63    Filed 02/05/21    Entered 02/05/21 09:09:39    Pg 4 of 5

I also certify that on the same date I served a true and correct copy of the foregoing upon the following in the manner indicated below:

| **By U.S. Mail** | **By U.S. Mail and Email** |
|---|---|
| U.S. TRUSTEE<br>UNITED STATES TRUSTEE<br>US COURT HOUSE<br>920 W. RIVERSIDE AVE STE 593<br>SPOKANE WA 99201 | GARY W. DYER<br>US TRUSTEE'S OFFICE<br>920 W. RIVERSIDE AVE STE 593<br>SPOKANE WA 99201<br>Gary.W.Dyer@usdoj.gov |
| **By U.S. Mail and Email** | **By U.S. Mail** |
| THOMAS A. BUFORD<br>BUSH KORNFELD LLP<br>601 UNION STREET, SUITE 5000<br>SEATTLE, WA 98101<br>tbuford@bskd.com | EASTERDAY RANCHES, INC.<br>5235 N. INDUSTRIAL WAY<br>PASCO, WA 99301 |

/s/      Suzanne Williams

NOTICE OF APPEARANCE OF
COUNSEL AND REQUEST FOR
NOTICE                                           - 5 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 63    Filed 02/05/21    Entered 02/05/21 09:09:39    Pg 5 of 5