HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Attorneys for Creditor
Deere & Company, d/b/a
John Deere Financial

Hon. Whitman L. Holt
Chapter: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC., *et al.*,

Debtors[1].

Lead Case No. 21-00141-WLH11
Jointly Administered

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO: CLERK OF THE BANKRUPTCY COURT

AND TO: ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE Hillis Clark Martin & Peterson, P.S. and Amit D. Ranade hereby appear as counsel for creditor Deere & Company, d/b/a John Deere Financial ("Deere") in the above-referenced bankruptcy proceeding and request that all notices, pleadings, and informational filings sent to any person or entity in connection with this proceeding subsequent to the filing of this Request, including all notices sent pursuant to Bankruptcy Rule 2002, be sent to

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176- WLH11).

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 1

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

21-00141-WLH11    Doc 101    Filed 02/09/21    Entered 02/09/21 15:45:36    Pg 1 of 2

the attorney for Deere and that his name and address be added to the master mailing list as follows:

>Hillis Clark Martin & Peterson P.S.
>Attn: Amit D. Ranade
>999 Third Avenue, Suite 4600
>Seattle, WA 98104

The undersigned is appearing herein on behalf of Deere without waiving any objection as to jurisdiction or consenting to any adjudication by this court.

Dated this 9th day of February, 2021.

>Hillis Clark Martin & Peterson P.S.
>
>By */s/Amit D. Ranade*
>   Amit D. Ranade, WSBA No. 34878
>Attorneys for Deere & Company, d/b/a John Deere Financial

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE- *2*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

21-00141-WLH11    Doc 101    Filed 02/09/21    Entered 02/09/21 15:45:36    Pg 2 of 2