SCOTT R SMITH, WSBA #14159
Bohrnsen Stocker Smith Luciani Adamson PLLC
312 W Sprague Avenue
Spokane, WA 99201
Telephone  (509) 327-2500
Facsimile  (509) 327-3504
ssmith@bsslslawfirm.com

Attorneys for The McGregor Company

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC.,<br><br>     Debtor. | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**REQUEST FOR NOTICE** |

To:   The Clerk of the Bankruptcy Court

And To:  Debtor, Easterday Ranches, Inc., and your attorneys, Thomas A Buford, Richard B Keeton, and Armand J Kornfeld

The McGregor Company, a Washington corporation, a Creditor in the above-captioned case, hereby requests that the undersigned be added to the Court's master mailing list, and that copies of all applications, motions, petitions, requests, adversary proceedings, complaints, orders, and other pleadings, together with all notices related thereto, whether transmitted or conveyed by mail, hand delivery, telephone, electronic transmission, facsimile or otherwise, filed or served by the

REQUEST FOR NOTICE - 1

above-named debtor, any trustee appointed in the above-captioned case, the United States Trustee, any creditor or other party-in-interest, whether under Bankruptcy Rule 2002 or otherwise, be served upon the attorneys for The McGregor Company as follows:

> Scott R Smith
> Bohrnsen Stocker Smith Luciani Adamson PLLC
> 312 W Sprague Avenue
> Spokane, WA 99201
> Ph (509) 327-2500
> Fax (509) 327-3504
> E-mail ssmith@bsslslawfirm.com

This Request for Notice is intended as a special appearance for the purpose of notice only.

DATED this 10th day of February, 2021.

> BOHRNSEN STOCKER SMITH
> LUCIANI ADAMSON PLLC
>
>
> /s/ Scott R Smith
> SCOTT R SMITH
> Attorney for The McGregor Company

REQUEST FOR NOTICE - 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of February, 2021, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Matt Adamson**    madamson@jpclaw.com; twaggoner@jpclaw.com; kchapman@jpclaw.com

**Jason M Ayres**    jason.ayres@foster.com; kesarah.rhine@foster.com

**Roger William Bailey**    roger.bailey.attorney@gmail.com; diane.pearson.bblawfirm@gmail.com; brooke.maloney.bblawfirm@gmail.com

**Gregory C Bowers**    Charley.Bowers@rettiglaw.com; caroline.fergen@rettiglaw.com

**William Brunnquell**    brunnquellw@lanepowell.com

**Thomas A Buford**    tbuford@bskd.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com

**Joshua J Busey**    joshua.busey.attorney@gmail.com; diane.pearson.bblawfirm@gmail.com; brooke.maloney.bblawfirm@gmail.com

**Grant E Courtney**    courtneylaw@comcast.net

**Gary W Dyer**    Gary.W.Dyer@usdoj.gov

**Jennifer K Faubion**    jfaubion@cairncross.com; gglosser@cairncross.com

**Gregory R Fox**    FoxG@Lanepowell.com; norbya@lanepowell.com; Docketing-Sea@lanepowell.com

**David P Gardner**    dpg@winstoncashatt.com

REQUEST FOR NOTICE - 3

**Nancy L Isserlis**    nli@winstoncashatt.com; jlm@winstoncashatt.com; azh@winstoncashatt.com

**Richard B Keeton**  rkeeton@bskd.com; gdowning@pszjlaw.com; bdowning@pszjlaw.com; plabov@pszjlaw.com; jrosell@pszjlaw.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com

**Armand J Kornfeld**    jkornfeld@bskd.com; chartung@bskd.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com

**Paul M Larson**    paul@lbplaw.com; tammy@lbplaw.com

**David H Leigh**    dleigh@rqn.com; swilliams@rqn.com; docket@rqn.com

**Michael J Paukert**    mpaukert@pt-law.com

**Trevor R Pincock**    tpincock@lukins.com; mlove@lukins.com

**John R Rizzardi**    JRizzardi@cairncross.com;  rwang@cairncross.com; tnguyen@cairncross.com; jrizzardi@ecf.courtdrive.com; TNguyen@ecf.courtdrive.com; rwang@ecf.courtdrive.com; pdurland@cairncross.com; pdurland@ecf.com; AMasundire@cairncross.com

**Steven H Sackmann**    steve@sackmannlaw.com; sackmannlaw@hotmail.com

**Tara J. Schleicher**    tara.schleicher@foster.com; kesarah.rhine@foster.com

**Alan D Smith**    adsmith@perkinscoie.com; bcosman@perkinscoie.com; gordon.mcgrath@tyson.com

**Claire Taylor**    claire.taylor@stokeslaw.com; aek@stokeslaw.com

**US Trustee**    USTP.REGION18.SP.ECF@usdoj.gov

/s/ Scott R Smith
SCOTT R SMITH
Attorney for The McGregor Company

R:\McGregorCompany\Easterday Ranches\pleadings\Request for Notice.doc

REQUEST FOR NOTICE - 4