Steven H. Sackmann, #00618
Sackmann Law Office
PO Box 409 - 455 E. Hemlock, #A
Othello, Washington 99344
(509) 488-5636 - phone
(509) 488-6126 - FAX

Attorney for Creditors
Weyns Farms LLC
Sunray Farms LLC

Chapter 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: )<br><br>EASTERDAY RANCHES, INC., *et al,* )<br><br>Debtor. )<br>_____ ) | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR PAPERS |

TO:    All Parties in Interest Appearing on the Court's Official Master Mailing List

PLEASE TAKE NOTICE, that pursuant to §1109 (b) of the Bankruptcy Code (11 U.S.C. 1109(b)) and Rule 9010 of the Bankruptcy Rules, <u>SUNRAY FARMS, LLC, a Washington Limited Liability Company, and WEYNS FARMS, LLC, a Washington Limited Liability Company</u>, is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule pursuant to §1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, all other notices given or are required to be given in this case and all other papers served or required to be served in this case, be given and served upon:

---

The Debtors along with their case numbers are as follows: Easterday Ranches, In. (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

NOTICE OF APPEARANCE AND REQUEST FOR PAPERS - 1

1
2      Steven H. Sackmann
3      PO Box 409 - 455 E. Hemlock, #A
4      Othello, Washington 99344
5      (509) 488-5636
6

7          The foregoing request includes without limitation, notices of any order,

8     pleadings, motions, application, demands, complaints, hearings, requests or petitions,

9     disclosure statements, answer or reply papers, memorandums and briefs in support of

10    any foregoing and any other document brought before this Court with respect to these

11    proceedings whether formal or informal, whether written or oral, and whether

12    transmitted or conveyed by mail, delivery, telephone, telex, telegraph or otherwise.

13         More specifically, the undersigned requests all notices of any order, pleading,

14    motion, application, complaint, demand, hearing, request for petitions, disclosure

15    statements, answer or reply papers, memorandum and brief in support or in opposition

16    to any motion for dismissal in the above entitled proceedings.

17         DATED this /27th day of February, 2021.

18

19

20

21    STEVEN H. SACKMANN, #00618
22    Attorney for Sunray Farms, LLC
23    Attorney for Weyns Farms, LLC
24    PO Box 409 - 455 E. Hemlock, #A
25    Othello, Washington 99344
26    (509) 488-5636


NOTICE OF APPEARANCE AND REQUEST FOR PAPERS - 2