Toni Meacham, WSBA 35068
1420 Scooteney Rd
Connell, WA 99326
(509)488-3289

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**EASTERDAY RANCHES, INC. et al.,**<br><br>Debtors. | NO. 21-00141-WLH11<br><br>CH 11<br>JOINTLY ADMINISTERED<br><br>NOTICE OF APPEARANCE, REQUEST FOR PLACEMENT ON THE MASTER MAILING LIST, REQUEST FOR NOTICE OF ALL PROCEEDINGS AND REQUEST FOR COPIES OF ANY DISCLOSURE STATEMENT OR PLAN OF REORGANIZATION |

TO: Debtors above named;
TO: The Clerk of the Above Named Court;
TO: Creditor and other parties of interest listed on the master mailing list

    PLEASE TAKE NOTICE that BRAD CURTIS FARMS, LLC, Creditor in the above named Debtors action, hereby appears in the above-entitled matter through their attorney, Toni Meacham, at the address set forth below, and such attorney hereby requests to be placed on the Master Mailing List for this case.

    The above named creditor requests that all notices required to be given in this proceeding and for the following matters to be mailed to its attorney, Toni Meacham, 1420 Scooteney Rd, Connell, WA 99326.

    Any party making a motion or any party noting a hearing shall provide twenty (20) days notice by mail if:

NOTICE OF APPEARANCE
Page 1

**Toni Meacham**
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

a) A proposed use, sale, or lease of property other than in the ordinary course of business unless the court for cause shown shortens the time or directs another method of giving notice;
b) The hearing on approval of a compromise or settlement of a controversy abandonment of property, or modification of automatic stay, unless the court for cause shown directs that notice not be sent;
c) In a Chapter 7 liquidation case and a Chapter 11 reorganization case, the hearing on the conversion of a case to another chapter;
d) The time fixed to accept or reject a proposed modification of a plan;
e) Hearings on all applications for compensation or reimbursement of expense totaling in excess of $100.00;
f) The time fixed for filing proofs of claims pursuant to 3003(c); and
g) Pursuant to Bankruptcy Rules, and proponent of a disclosure statement or plan of reorganization shall provide twenty-five (25) days notice by mail of:
1) The time fixed for filing objections to and the hearing to consider approval of a disclosure statement, along with a copy of the disclosure statement and plan, to the undersigned attorney as Attorney of Record for the above-named Creditor.
2) The time fixed for filing objections to and the hearing to consider confirmation of a plan;
3) Notice of the time within which acceptance and rejections of such plan may be filed, along with the plan or court-approved summary of the plan, the disclosure statement approved by the Court, the ballot for voting on the plan, and such other information as the Court may direct, including any opinion of the court approving disclosure statement or a court-approved summary of opinion.

Date **February 15, 2021**     Signature     **/s/ Toni Meacham**

Name
Address     **Toni Meacham Attorney At Law**
**1420 Scooteney Rd**
**Connell, WA 99326**

NOTICE OF APPEARANCE
Page 2

Toni Meacham
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

21-00141-WLH11    Doc 146    Filed 02/15/21    Entered 02/15/21 14:28:25    Pg 2 of 2