ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)**
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*
**Pro Hac Vice* Application Pending

*Proposed Attorneys for the Chapter 11*
*Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141<br>Jointly Administered<br><br>**DECLARATION OF T. SCOTT AVILA IN SUPPORT OF MOTION OF DEBTOR EASTERDAY RANCHES, INC. FOR THE ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE TERM SHEET WITH TYSON FRESH MEATS, INC.** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_SF:105052.3 20375/002

21-00141-WLH11    Doc 150    Filed 02/16/21    Entered 02/16/21 11:40:59    Pg 1 of 6

I, T. Scott Avila, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a co-Chief Restructuring Officer of the above-captioned debtors and debtors in possession (together, the "Debtors" or the "Company"). I am generally familiar with the Company's business and financial affairs, and books and records. I am above 18 years of age and I am competent to testify.

2. I am authorized to submit this declaration on behalf of debtor Easterday Ranches, Inc. ("Ranches"). Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the Company's operations and finances, information learned from my review of relevant documents, and information I have received from the Company's advisors. If I were called upon to testify, I could and would testify competently to the facts set forth herein on that basis.

3. I submit this declaration (the "Declaration") in support of the *Motion of Easterday Ranches, Inc. for the Entry of an Order Authorizing and Approving the Term Sheet with Tyson Fresh Meats, Inc.* (the "Motion"). A capitalized term used but not otherwise defined herein shall have the same meaning ascribed to it in the Motion.

4. Ranches and Tyson are parties to that certain *Cattle Feeding Agreement*, dated February 20, 2017 (as subsequently amended or supplemented, the "Cattle Feeding Agreement"), whereby Ranches is required to, among other things, purchase and raise cattle on behalf of Tyson.

5. The Debtor and Tyson have engaged in negotiations concerning Tyson's ability to move certain cattle from Ranches' feedlots to third party grow lots in exchange for economic consideration necessary for the Debtor to appropriately care for the cattle. These discussions have culminated in the execution of the binding

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 2

DOCS_SF:105052.3 20375/002

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 150    Filed 02/16/21    Entered 02/16/21 11:40:59    Pg 2 of 6

Term Sheet, subject to the approval of the court, the material terms of which are set forth below in summary form:

i. Cattle. The parties estimate that there are approximately 52,000 cattle on Ranches' feedlots. Term Sheet at § 2.

ii. Transfer Schedule. Approximately 12,000 cattle (the "Cattle") will be transferred from Ranches' feedlots to third party grow lots pursuant to the transfer schedule set forth on Exhibit A (the "Transfer Schedule") of the Term Sheet. The parties may agree in writing to modify the Transfer Schedule. Term Sheet at § 3.[2]

iii. Initial Transfer. Commencing February 12, 2021 through February 17, 2021, Tyson will move approximately 3,336 Cattle from the Basin City Lot to a third party lot designated by Tyson and identified to Ranches. Term Sheet at § 6.

iv. Post-Transfer Responsibility. Ranches will continue caring for and maintaining the Cattle on Ranches' feedlots and grow lots in the ordinary course of business consistent with past practices. Once Cattle are loaded onto trucks for transfer to locations designated by Tyson in accordance with the Transfer Schedule, Tyson will bear all risk of loss due to casualty, death, accident, weather, acts of God, or otherwise. All third party transportation costs are Tyson's responsibility, provided that Tyson reserve the right to assert such expenses as part of tis prepetition claim against Ranches and Ranches, and its estate, reserve all reciprocal rights, including, but not limited to, challenging the reasonableness of such expenses. Term Sheet at § 7.

v. Reservation of Rights. The transfer of Cattle is without prejudice to the rights and defenses of any party in interest, whether party to the Term Sheet or otherwise, regarding ownership of the Cattle, the value of the Cattle, or liens or set off rights that may be asserted with respect to the Cattle or the proceeds thereof. Term Sheet at § 8.

---

[2] Due to weather and road conditions, the parties may be required to alter the transfer schedule.

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 3

DOCS_SF:105052.3 20375/002

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 150    Filed 02/16/21    Entered 02/16/21 11:40:59    Pg 3 of 6

vi. <u>Tyson Advances</u>. Attached as <u>Exhibit B</u> to the Term Sheet is a Tyson Advance Request (the "<u>Advance Request</u>"). Tyson agrees to pay the amounts set forth in the Advance Request as prepayments against Tyson's payment obligations arising postpetition under the Cattle Feeding Agreement, as modified by the Term Sheet. Tyson acknowledges and agrees that (a) the amounts set forth in the Advance Request are the amounts for costs that will be due and payable under the Cattle Feeding Agreement for the period by the Advance Request, absent a change in the underlying assumptions respecting operations at Ranches after the date of the Term Sheet; (b) Tyson will be permitted to credit any advances against amounts due from Tyson to Ranches under the Cattle Feeding Agreement, as modified by the Term Sheet; (c) the "true-up" provisions at the section called "Settlement and Return on Investment" in the Cattle Feeding Agreement shall not be applied on a postpetition basis to the Cattle transferred to Tyson by Ranches from February 1, 2021 through the period covered by the Advance Request, or used to reduce amounts due for such postpetition periods under the Cattle Feeding Agreement as modified hereby, and (d) notwithstanding any subsequent rejection or modification of the Cattle Feeding Agreement, Tyson will be prohibited from taking a set off of the amounts funded in accordance with the Advance Request against any prepetition amounts due to Tyson. The Advance Request may be extended, amended, or otherwise modified after the date of the Term Sheet upon the written agreement of the parties thereto. Ranches will bill Tyson in the ordinary course pursuant to the Cattle Feeding Agreement, for the period from and after February 1, 2021, and the Tyson Funding and other postpetition advances by Tyson will be applied by Ranches against such postpetition billings. Term Sheet at § 10.

6. I believe that entry into the Term Sheet will provide needed funding to the Debtor in order to satisfy the ongoing administrative burden on the Debtor's estate of feeding and caring for thousands of head of cattle. At the same time, the Term Sheet will preserve all rights of the parties, including the Debtor's estate, regarding ownership of the cattle, the value of the cattle, or liens or set off rights that may be

MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 4

DOCS_SF:105052.3 20375/002

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 150    Filed 02/16/21    Entered 02/16/21 11:40:59    Pg 4 of 6

asserted with respect to the cattle or the proceeds thereof. Finally, I believe that the Term Sheet creates an organized framework for the Debtor and Tyson to further scale down the Debtor's operations – the costs of which will be borne by Tyson.

7. For the foregoing reasons, I believe that entry into the Term Sheet is a sound exercise of the Debtor's business judgment and should be approved.

*[Remainder of page intentionally left blank]*

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 5

DOCS_SF:105052.3 20375/002

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11   Doc 150   Filed 02/16/21   Entered 02/16/21 11:40:59   Pg 5 of 6

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 16th day of February 2021.

_____
T. Scott Avila

DECLARATION OF T. SCOTT AVILA IN SUPPORT OF
MOTION FOR ORDER AUTHORIZING AND APPROVING
TERM SHEET – Page 6

DOCS_SF:105052.3 20375/002

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 150    Filed 02/16/21    Entered 02/16/21 11:40:59    Pg 6 of 6