GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington  99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In re:**                              } | |
|                                         } | Case No:  21-00141-WLH11 |
| EASTERDAY RANCHES, INC.       } | AMENDED |
|                                         } | APPOINTMENT OF COMMITTEE |
|                                         } | OF UNSECURED CREDITORS IN A |
|                     Debtor          } | CHAPTER 11 REORGANIZATION CASE |

The United States Trustee hereby appoints the following creditors in the Easterday

Ranch, Inc. case to the committee of unsecured creditors.

| J.R. Simplot | Alto Nutrients, LLC | Animal Health International |
|---|---|---|
| Attn: Beth Coonts | Attn: Christopher Wright | Heather Kayser |
| 1099 W. Front Street | 400 Capitol Mall, Suite 2060 | P.O. Box 1240 |
| Boise, ID  83702 | Sacramento, CA  95814 | Greeley, CO  80632 |
| 208-780-8264 | 916-403-2130 | 970-371-9400 |
| Beth.coonts@simplot.com | cwright@altoingredients.com | Heather.Kayser@pattersonvet.com |

D A T E D this 16th day of February, 2021.


Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18


 /s/ Gary W. Dyer
GARY W. DYER
Assistant United States Trustee