GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington 99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In re:** | Case No: 21-00141-WLH11 |
| EASTERDAY RANCHES, INC. | APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN |
| Debtor(s) | THE EASTERDAY FARMS, INC. CASE {Jointly Administered} |

The United States Trustee hereby appoints the following creditors in the Easterday Farms, Inc. case to the committee of unsecured creditors.

Labor Plus Solutions, Inc.
Juan Ochoa
1603 W. A Street
Pasco, WA 99301
(509) 551-2223
becky@jpochoa.com

The McGregor Company
P.O. Box 740
401 Colfax Airport Rd
Colfax, WA 99111
Bill Knox
(509)397-4355
billknox@mcgregor.com

John Deer Financial
c/o Hillis Clark Martin & Peterson
999 Third Ave., Suite 4600
Seattle, WA 98104
(515) 267-3683
RossWilham@JohnDeere.com

Dykman Electrical, Inc.
Attn: Jarred McKenzie
2323 Federal Way
Boise, ID 83705
(208) 336-3988
jmckenzie@dykman.com

| Two Rivers Terminal, LLC | Frank Bushman |
|---|---|
| P.O. Box 475 | 723 E. Karcher Road |
| Rupert, ID  83350 | Nampa, ID  83687 |
| (208) 531-4100 | (208) 465-3703 |
| mikem@lvf.com | frankb@ivi.us.com |

D A T E D this \_\_\_\_ day of February, 2021.

                          Respectfully submitted,

                          GREGORY M. GARVIN
                          Acting United States Trustee for Region 18


                           /s/ Gary W. Dyer
                          GARY W. DYER
                          Assistant United States Trustee