GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington  99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In re:** | Case No: 21-00141-WLH11 |
| EASTERDAY RANCHES, INC. | AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN |
| Debtor(s) | THE EASTERDAY FARMS, INC. CASE {Jointly Administered} |

The United States Trustee hereby appoints the following creditors in the Easterday Farms case to the committee of unsecured creditors.

| | |
|---|---|
| Labor Plus Solutions, Inc.<br>Juan Ochoa<br>1603 W. A Street<br>Pasco, WA  99301<br>(509) 551-2223<br>becky@jpochoa.com | The McGregor Company<br>P.O. Box 740<br>401 Colfax Airport Rd<br>Colfax, WA  99111<br>Bill Knox<br>(509)397-4355<br>billknox@mcgregor.com |
| John Deer Financial<br>c/o Hillis Clark Martin & Peterson<br>999 Third Ave., Suite 4600<br>Seattle, WA  98104<br>(515) 267-3683<br>RossWilliam@JohnDeere.com | Dykman Electrical, Inc.<br>Attn:  Jarred McKenzie<br>2323 Federal Way<br>Boise, ID  83705<br>(208) 336-3988<br>jmckenzie@dykman.com |

| | |
|---|---|
| Two Rivers Terminal, LLC<br>P.O. Box 475<br>Rupert, ID 83350<br>(208) 531-4100<br>mikem@lvf.com | Frank Bushman<br>723 E. Karcher Road<br>Nampa, ID 83687<br>(208) 465-3703<br>frankb@ivi.us.com |

D A T E D this \_\_\_\_ day of February, 2021.

                           Respectfully submitted,

                           GREGORY M. GARVIN
                           Acting United States Trustee for Region 18

                           /s/ Gary W. Dyer
                           GARY W. DYER
                           Assistant United States Trustee