Roger W. Bailey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:            509.248.4282
Facsimile:        509.575.5661
E-Mail:           roger.bailey.attorney@gmail.com


Steven H. Sackmann
Sackmann Law, PLLC
PO Box 409
Othello, Washington  99344

Phone:            509-488-5636
Facsimile:        509-488-6126
E-Mail:           steve@sackmannlaw.com


*Counsel for Sunray Farms LLC & Weyns Farms LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | Case No.    21-00141-WLH11 |
| EASTERDAY RANCHES, INC., | **NOTICE TO DEBTOR & TRUSTEE OF: (A) INTENTION TO PURSUE LIEN CLAIMS; AND (B) PERFECTION OF LIEN CLAIMS IN LIEU OF FILING PURSUANT TO 11 U.S.C. §546(b)** |
| Debtor. | |

BAILEY **BB** BUSEY

411 North 2nd St.
Yakima, Washington, 98901
(509) 248.4282

NOTICE                                                    1

|   | |
|---|---|
| | ***Sunray Farms, LLC*** |

Sunray Farms, LLC **("Sunray")** through its counsel of record, Steven H. Sackmann and Roger W. Bailey hereby gives notice of: (a) the existence of its lien claims pursuant to RCW 60.13 and other applicable law **("Lien Claims")**; (b) the perfection and intent to continue perfection of the Lien Claims; and (c) the intent to maintain the priority and perfection of said Lien Claims without the necessity of filing suit pursuant to 11 U.S.C. §546(b). In support of the Notice, Sunray represents as follows:

1. Sunray entered into contracts **("Contracts")** to deliver some of its 2020 Triticale, Silage Corn and Field Corn **("Farm Products")** to Easterday Ranches **("Ranches")** (See contracts attached to preparer lien claim as Exhibit D & E for copies of contracts). Pursuant to its agreements with Ranches, Sunray delivered $58,262.56 of Triticale, $127,587.95 of Corn Silage and $87,957.62 in Field Corn to Ranches. These deliveries were documented in part by the records attached to the preparer line claims as Exhibits A, B & C.



BAILEY **BB** BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

NOTICE 2

2.      Sunray produced the Farm Products on land it owned or operated during 2020.

3.      All the Farm Products were delivered to Ranches.

4.      Ranches or its affiliates made the following payments to Sunray on account of the Farm Products:

> 4.1   Triticale -  $29,131.28 –
> **Check No. 003747 dated 1/5/2021**
>
> 4.2   Corn Silage - $63,793.98 –
> **Check No. 003747 dated 1/5/2021**
>
> 4.3   Field Corn - $43,978.81 –
> **Check No. 003747 dated 1/5/2021**

5.      Ranches remains indebted to Sunray for the unpaid amounts due under the Contracts **("Remaining Balances")**.  The Remaining Balances were due on December 31, 2020 for Triticale and Corn Sileage.   The remaining balances were due on December 20, 2020 for Field Corn.

6.      As a result of the partial payments described in Paragraph 4, above, Sunray initially held off on asserting its rights as a preparer pursuant to RCW 6.13 et. seq.



BAILEY BUSEY

411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

7.      Ranches failed to pay the Remaining Balances as required by the Contracts.  As a result, Sunray filed a preparer lien claim with the Washington State Department of Licensing on January 5, 2021, DOL Filing No. 2021-005-5772-3).  A true and correct copy of the preparer lien is attached hereto as Exhibit 1.

8.      Under Washington law, the preparer lien is a secret super-priority lien which was automatically perfected upon delivery of the Farm Products. The lien remains a super-priority lien if the lien claimant files a preparer lien with the Washington Dept. of Licensing no later than Twenty (20) days after payment is due.

9.      Sunray asserts a continuing preparer lien in the Farm Products and any other farm products with which the Farm Products have been commingled as well as all accounts of Ranches to the fullest extent allowed by Washington law and the Bankruptcy Code.

10.      Under RCW 60.13.060 a party holding a perfected preparer lien must institute an action to foreclose the lien prior to the expiration of the later of: (a) attachment of the lien; or (b) filing of the preparer line statement.  As



BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

NOTICE                                        4

Sunray filed its lien on January 5, 2021, a foreclosure lawsuit must be filed no later than February 24, 2021.

11.     11 U.S.C. §546(b) generally provides that a party who under State or other applicable non-bankruptcy law would be required to commence a lawsuit in order to preserve or protect its lien claims, shall instead preserve its lien claims/rights by giving notice to the Trustee of its claims.

12.     Sunray intends to assert its lien rights as provided by Washington law.  Sunray hereby provides this notice in order to preserve all of its lien claims and rights, including the right to assert super-priority status of its liens.


DATED this 23rd day of February, 2021

/s/ Steven H. Sackmann
Steven H. Sackmann (WSBA 00618)
Sackmann Law Offices


_____/s/ Roger W. Bailey_____
Roger W. Bailey (WSBA 26121)
Bailey & Busey PLLC




BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 5 of 34

EXHIBIT "1"

UCC PREPARER LIEN



BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 6 of 34

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Steven H. Sackmann (509)488-5636

B. E-MAIL CONTACT AT FILER (optional)
steve@sackmannlaw.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Sackmann Law, PLLC
PO Box 409
Othello WA USA 99344

Date of Filing : 01/05/2021
Time of Filing : 04:03:00 PM
File Number : 2021-005-5772-3
Lapse Date : 01/05/2026

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| EASTERDAY RANCHES, INC., a Washington Corporation | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5235 Industrial Way | Pasco | WA | 99301 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SUNRAY FARMS, LLC, a Washington Limited Liability Company | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 776 | Royal City | WA | 99357 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**100% of product delivered to be paid on December 31, 2020**
**Triticale: Approximately 2550.9 ton @ $22.84 per ton = $58,262.56 (Exhibit "A")**
**Corn Silage: Approximately 4468.93 ton @ $28.55 per ton = $127,587.95 (Exhibit "B")**
**Field Corn: Approximately 632.53 ton @ $140.7143 per ton = $87,957.62 (Exhibit "C")**
**Per Contracts attached as Exhibits "D" and "E"**
**Pursuant to RCW 60.13.040**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Sunray Farms / Easterday Ranches #7799-21

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

PAGE 1 OF 28

2021-005-5772-3

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

## EASTERDAY RANCHES, INC., a Washington Corporation

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

Date of Filing : 01/05/2021
Time of Filing : 04:03:00 PM
File Number  : 2021-005-5772-3
Lapse Date  : 01/05/2026

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14.** This FINANCING STATEMENT:

☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
See attached Exhibit "1"

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)  International Association of Commercial Administrators (IACA)

2021-005-5772-3

**UCC PREPARER LIEN**
**(Sunray Farms LLC / Easterday Ranches Inc.)**

### _Miscellaneous (Continuation of Language)_

100% of product delivered to be paid on December 31, 2020.

Triticale:
Approximately 2550.9 ton @ $22.84 per ton = $58,262.56 (Exhibit "A")

Corn Silage:
Approximately 4468.93 ton @ $28.55 per ton = $127,587.95 (Exhibit "B")

Field Corn:
Approximately 632.53 ton @ $140.7143 per ton = $87,957.62 (Exhibit "C")

Per Contracts attached as Exhibit "D" and "E"

Pursuant to RCW 60.13.040.

The amount claimed is a true and bona fide existing debt as of the date of the filing of the notice evidencing the lien. The act of filing this notice constitutes the present intention of the producer that the statements there are true and adopted by the producer as its own.

# EXHIBIT "A"

# Triticale

**CONFIRMATION NOTICE**

Chicago Board of Trade
December 2020 Futures Price
USDA #2 Silage Triticale

Confirmation # T212

Grower: SunRay Farms LLC

Tons/Bushels sold 2550.90 Tons

Date of Sale: 09-15-2020          Time of Sale: Close of Business

Chicago Board of Trade, December Futures Price, USDA #2 Silage Triticale,
Purchase/sale price this date: $22.84

The transaction took place:

() by telephone () in person      (x) other

Remarks:

Issued by Easterday Ranches, Inc., Buyer, at its main offices: 5235 N Industrial Way,
Pasco, Washington, 99301, this 15th day of September, 2020.

*Nancy Flood*
Authorized Representative

| Producer | Acres | Total Tons | Actual Moisture | Actual DM | Contract Moisture | Contract DM | Shrink Calculatio | Adjusted Tons |
|---|---|---|---|---|---|---|---|---|
| Sunray | 158 | 2474.75 | 66.5 | 33.5 | 67.5 | 32.5 | 103.08% | 2550.90 |
| | | | | | | 2550.9 | $22.84 | $58,262.56 |

Sunray Farms
5/13-5/15, 2020

| Truck | Gross | Tare | Net | | Truck | Gross | Tare | Net |
|---|---|---|---|---|---|---|---|---|
| 81 | 84460 | 44040 | 40420 | | 68 | 89000 | 42600 | 46400 |
| 81 | 84460 | 44040 | 40420 | | 68 | 87180 | 42340 | 44840 |
| 81 | 84460 | 44020 | 40440 | | 68 | 96740 | 42420 | 54320 |
| 83 | 85760 | 44440 | 41320 | | 68 | 85580 | 42360 | 43220 |
| 83 | 87380 | 44380 | 43000 | | 68 | 87900 | 42440 | 45460 |
| 83 | 87300 | 44360 | 42940 | | 68 | 84080 | 42500 | 41580 |
| 56 | 85060 | 42520 | 42540 | | 68 | 93120 | 42540 | 50580 |
| 56 | 86100 | 42560 | 43540 | | 68 | 89300 | 42500 | 46800 |
| 56 | 81420 | 42540 | 38880 | | 68 | 86940 | 42520 | 44420 |
| 56 | 85760 | 42560 | 43200 | | 56 | 87940 | 42480 | 45460 |
| 56 | 89580 | 42640 | 46940 | | 56 | 88540 | 42320 | 46220 |
| 56 | 86480 | 42640 | 43840 | | 56 | 87600 | 42800 | 44800 |
| 56 | 89140 | 42660 | 46480 | | 56 | 87500 | 42800 | 44700 |
| 56 | 90960 | 42520 | 48440 | | 57 | 94895 | 45300 | 49595 |
| 56 | 85840 | 42520 | 43320 | | 57 | 89120 | 41840 | 47280 |
| 56 | 88100 | 42600 | 45500 | | 57 | 94000 | 42500 | 51500 |
| 57 | 85860 | 41940 | 43920 | | 57 | 87760 | 41860 | 45900 |
| 57 | 86780 | 41700 | 45080 | | 57 | 85120 | 42020 | 43100 |
| 57 | 87180 | 41900 | 45280 | | 57 | 94000 | 42400 | 51600 |
| 57 | 87380 | 41760 | 45620 | | 31 | 81000 | 42700 | 38300 |
| 57 | 88780 | 42100 | 46680 | | 31 | 85880 | 42400 | 43480 |
| 57 | 86080 | 42100 | 43980 | | 31 | 84400 | 42460 | 41940 |
| 57 | 87760 | 42100 | 45660 | | 63 | 62690 | 42690 | 20000 |
| 57 | 88080 | 42180 | 45900 | | 63 | 64300 | 42720 | 21580 |
| 60 | 93960 | 42600 | 51360 | | 63 | 86620 | 41960 | 44660 |
| 60 | 86000 | 42660 | 43340 | | 63 | 79420 | 41940 | 37480 |
| 60 | 97860 | 42660 | 55200 | | 81 | 88720 | 44060 | 44660 |
| 60 | 83140 | 42760 | 40380 | | 81 | 90820 | 44040 | 46780 |
| 60 | 89200 | 42780 | 46420 | | 83 | 84420 | 44380 | 40040 |
| 60 | 86580 | 42460 | 44120 | | 83 | 84420 | 44420 | 40000 |
| 60 | 87280 | 42780 | 44500 | | 83 | 87220 | 44280 | 42940 |
| 60 | 84740 | 42760 | 41980 | | 68 | 87220 | 42460 | 44760 |
| 58 | 88920 | 42320 | 46600 | | 68 | 87200 | 42400 | 44800 |
| 58 | 83900 | 42340 | 41560 | | 68 | 87200 | 42340 | 44860 |
| 58 | 85520 | 42180 | 43340 | | 68 | 88540 | 42320 | 46220 |
| 58 | 86800 | 42300 | 44500 | | 68 | 86140 | 42440 | 43700 |
| 58 | 95620 | 42340 | 53280 | | 67 | 76240 | 42100 | 34140 |
| 81 | 84860 | 44220 | 40640 | | 66 | 90580 | 41720 | 48860 |
| 81 | 87040 | 44220 | 42820 | | 66 | 87600 | 42400 | 45200 |
| 81 | 91000 | 43780 | 47220 | | 66 | 88600 | 41900 | 46700 |
| 66 | 91520 | 41860 | 49660 | | 66 | 86900 | 42400 | 44500 |
| 66 | 89800 | 41940 | 47860 | | 66 | 88720 | 42060 | 44660 |
| 66 | 86820 | 42240 | 44580 | | 66 | 86040 | 42060 | 43980 |
| 66 | 94300 | 42060 | 52240 | | 60 | 87350 | 42480 | 44870 |
| 66 | 89860 | 42080 | 47780 | | 60 | 85430 | 42475 | 42955 |
| 66 | 86180 | 42140 | 44040 | | 60 | 85460 | 42800 | 42660 |
| 66 | 83520 | 41900 | 41620 | | 60 | 91400 | 42700 | 48700 |
| 66 | 91120 | 42180 | 48940 | | 63 | 82980 | 42220 | 40760 |
| 66 | 84280 | 42140 | 42140 | | 63 | 85260 | 42220 | 43040 |
| 66 | 88660 | 42160 | 46500 | | 63 | 93060 | 42500 | 50560 |
| 31 | 90180 | 42580 | 47600 | | 63 | 86780 | 42360 | 44420 |
| 31 | 88580 | 42480 | 46100 | | 63 | 90240 | 42260 | 47980 |
| 31 | 89600 | 42500 | 47100 | | 63 | 91220 | 42260 | 48960 |
| To Weyns | | | 44120 | | 63 | 92300 | 42300 | 50000 |
| | | | 47220 | | 63 | 84740 | 42340 | 42400 |
| | | 2478100 | | | 63 | 84400 | 42320 | 42080 |
| | 2474.75 | | | | | | 2471400 | |

| Producer | Acres | Total Tons | Actual Moisture | Actual DM | Contract Moisture | Contract DM | Shrink Calculation | Adjusted Tons |
|---|---|---|---|---|---|---|---|---|
| Sunray | 158 | 2474.75 | 66.5 | 33.5 | 67.5 | 32.5 | 103.08% | 2550.90 |

2550.9   $22.84   $58,262.56

21-00141-WLH11   Doc 189   Filed 02/23/21   Entered 02/23/21 11:18:48   Pg 12 of 34

# EXHIBIT "B"

# Corn Silage

**CONFIRMATION NOTICE**

Chicago Board of Trade
December 2020 Futures Price
USDA #2 Silage Corn

Confirmation #S212

Grower: SunRay Farms, LLC

Tons/Bushels sold 3160 Tons

Date of Sale: 9-15-2020          Time of Sale: Close of Business

Chicago Board of Trade, December Futures Price, USDA #2 Silage Corn,
Purchase/sale price this date: $28.55

The transaction took place:

() by telephone () in person      (x) other

Remarks:

Issued by Easterday Ranches, Inc., Buyer, at its main offices: 5235 N Industrial Way,
Pasco, Washington, 99301, this 15th day of, September 2020.

*Nancy Flood*
**Authorized Representative**

PAGE 8 OF 28

Sunray Farms
Wardenaar, Field C13
2020 Corn Silage Harvest
Delivered to Allred    126 loads

| Field | Acres | Total Tons | Actual Moisture | Actual DM | Contract Moisture | Contract DM | Shrink Calculation | Adjusted Tons |
|---|---|---|---|---|---|---|---|---|
| C13 | | | | | | | | |
| 9-Oct | 537.41 | 58.3 | 41.7 | 67.5 | 32.5 | 1.283077 | 689.5384 | |
| 12-Oct | 1335.06 | 55.4 | 44.6 | 67.5 | 32.5 | 1.372308 | 1832.113 | |
| 13-Oct | 319.56 | 56.65 | 43.35 | 67.5 | 32.5 | 1.333846 | 426.2439 | |
| | 2192.03 | | | | | | 2947.895 | |

Wardenaar, Field C12
2020 Corn Silage Harvest
Delivered to Allred    64 loads

| Field | Acres | Total Tons | Actual Moisture | Actual DM | Contract Moisture | Contract DM | Shrink Calculation | Adjusted Tons |
|---|---|---|---|---|---|---|---|---|
| C12 | | | | | | | | |
| 13-Oct | 432.18 | 53.8 | 46.2 | 67.5 | 32.5 | 142.15% | 614.3605 | |
| 14-Oct | 683.21 | 56.87 | 43.13 | 67.5 | 32.5 | 132.71% | 906.6722 | |
| | 1115.39 | | | | | | 1521.033 | |

| Total Adj Tons | 4468.93 | | | | | | | |

| | | Dec Tons priced | | Dec Price | | | | |
| | | 4468.93 | | 3.66 | x 7.8 | 28.55 | | $127,587.95 |

| 30-Nov | 50% | | | | | | | $63,793.98 |
| 31-Dec | 50% | | | | | | | $63,793.97 |

# EXHIBIT "C"
## Field Corn

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 16 of 34

**CONFIRMATION NOTICE**

Chicago Board of Trade
December 2020 Futures Price
USDA #2 Field Corn

Confirmation #2121

Grower: Sunray Farms

Tons/Bushels sold 26,250 Bushels

Date of Sale: 09-15-20  Time of Sale: Close of Business

Chicago Board of Trade, December Futures Price, USDA #2 Field Corn,
Purchase/sale price this date: $3.66

The transaction took place:

() by telephone () in person      (x) other

Remarks:

Issued by Easterday Ranches, Inc., Buyer, at its main offices: 5235 N Industrial Way,
Pasco, Washington, 99301, this 15th day of September, 2020.

*Nancy Flood*
Authorized Representative

# Corn Settlement For Sunray Farms

**Basis** $0.2800

**Price Per Bushel** $3.6600

| **Ticket 55731** | Split load ☐ | Transaction 54507 | Truck Id R 104 | Time Out 11/2/2020 4:36:14 PM | |
|---|---|---|---|---|---|
| | Net 35560 | Net Tons 17.78 | Adjusted Net 27,339 | Adjusted Net Tons 13.670 | |
| | Average Moisture | 34.65 % | Adjusted Bushels 488 | | |
| | High Moisture Deduction ($2.6500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.0643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $1,887.29 |

| **Ticket 55732** | Split load ☐ | Transaction 54508 | Truck Id R 105 | Time Out 11/2/2020 4:36:52 PM | |
|---|---|---|---|---|---|
| | Net 42500 | Net Tons 21.25 | Adjusted Net 32,675 | Adjusted Net Tons 16.337 | |
| | Average Moisture | 34.65 % | Adjusted Bushels 583 | | |
| | High Moisture Deduction ($2.6500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.0643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,255.63 |

| **Ticket 55733** | Split load ☐ | Transaction 54509 | Truck Id R 08 | Time Out 11/2/2020 4:37:14 PM | |
|---|---|---|---|---|---|
| | Net 50100 | Net Tons 25.05 | Adjusted Net 38,813 | Adjusted Net Tons 19.406 | |
| | Average Moisture | 34.15 % | Adjusted Bushels 693 | | |
| | High Moisture Deduction ($2.1500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.5643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,685.03 |

| **Ticket 55734** | Split load ☐ | Transaction 54510 | Truck Id R 104 | Time Out 11/2/2020 4:37:29 PM | |
|---|---|---|---|---|---|
| | Net 38000 | Net Tons 19 | Adjusted Net 29,305 | Adjusted Net Tons 14.652 | |
| | Average Moisture | 34.45 % | Adjusted Bushels 523 | | |
| | High Moisture Deduction ($2.4500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.2643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,025.90 |

| **Ticket 55735** | Split load ☐ | Transaction 54511 | Truck Id R 105 | Time Out 11/2/2020 4:37:49 PM | |
|---|---|---|---|---|---|
| | Net 38200 | Net Tons 19.1 | Adjusted Net 29,459 | Adjusted Net Tons 14.729 | |
| | Average Moisture | 34.45 % | Adjusted Bushels 526 | | |
| | High Moisture Deduction ($2.4500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.2643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,036.56 |

| **Ticket 55736** | Split load ☐ | Transaction 54512 | Truck Id R 08 | Time Out 11/2/2020 4:38:03 PM | |
|---|---|---|---|---|---|
| | Net 51720 | Net Tons 25.86 | Adjusted Net 39,946 | Adjusted Net Tons 19.973 | |
| | Average Moisture | 34.35 % | Adjusted Bushels 713 | | |
| | High Moisture Deduction ($2.3500) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.3643 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,763.56 |

| **Ticket 55737** | Split load ☐ | Transaction 54513 | Truck Id R 104 | Time Out 11/2/2020 4:38:18 PM | |
|---|---|---|---|---|---|
| | Net 38160 | Net Tons 19.08 | Adjusted Net 29,630 | Adjusted Net Tons 14.815 | |
| | Average Moisture | 34.00 % | Adjusted Bushels 529 | | |
| | High Moisture Deduction ($2.0000) | | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction $0.0000 | | Adjusted Price | $138.7143 | |
| | Bulls Eye Incentive $0.0000 | | | Amount paid | $2,055.06 |

# Corn Settlement For Sunray Farms

Basis $0.2800

**Confirmation Number** 2121      Price Per Bushel $3.6600

---

**Ticket 55738** | Split load ☐ | Transaction 54514 | Truck Id R B | Time Out 11/2/2020 4:38:33 PM

Net 50960    Net Tons 25.48    Adjusted Net 39,179    Adjusted Net Tons 19.590

Average Moisture   34.65 %    Adjusted Bushels 700

High Moisture Deduction ($2.6500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.0643

Bulls Eye Incentive $0.0000

Amount paid   **$2,704.63**

---

**Ticket 55739** | Split load ☐ | Transaction 54515 | Truck Id R 105 | Time Out 11/2/2020 4:38:55 PM

Net 37420    Net Tons 18.71    Adjusted Net 28,879    Adjusted Net Tons 14.440

Average Moisture   34.40 %    Adjusted Bushels 516

High Moisture Deduction ($2.4000)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.3143

Bulls Eye Incentive $0.0000

Amount paid   **$1,997.22**

---

**Ticket 55740** | Split load ☐ | Transaction 54516 | Truck Id R 104 | Time Out 11/2/2020 4:39:14 PM

Net 38460    Net Tons 19.23    Adjusted Net 29,569    Adjusted Net Tons 14.784

Average Moisture   34.65 %    Adjusted Bushels 528

High Moisture Deduction ($2.6500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.0643

Bulls Eye Incentive $0.0000

Amount paid   **$2,041.21**

---

**Ticket 55741** | Split load ☐ | Transaction 54517 | Truck Id R 105 | Time Out 11/2/2020 4:39:27 PM

Net 37940    Net Tons 18.97    Adjusted Net 28,321    Adjusted Net Tons 14.161

Average Moisture   36.55 %    Adjusted Bushels 506

High Moisture Deduction ($4.5500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $136.1643

Bulls Eye Incentive $0.0000

Amount paid   **$1,928.16**

---

**Ticket 55742** | Split load ☐ | Transaction 54518 | Truck Id R 104 | Time Out 11/2/2020 4:39:46 PM

Net 38020    Net Tons 19.01    Adjusted Net 29,320    Adjusted Net Tons 14.660

Average Moisture   34.45 %    Adjusted Bushels 524

High Moisture Deduction ($2.4500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.2643

Bulls Eye Incentive $0.0000

Amount paid   **$2,026.96**

---

**Ticket 55743** | Split load ☐ | Transaction 54519 | Truck Id R 105 | Time Out 11/2/2020 4:40:10 PM

Net 38560    Net Tons 19.28    Adjusted Net 29,918    Adjusted Net Tons 14.959

Average Moisture   34.05 %    Adjusted Bushels 534

High Moisture Deduction ($2.0500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.6643

Bulls Eye Incentive $0.0000

Amount paid   **$2,074.28**

---

**Ticket 55744** | Split load ☐ | Transaction 54520 | Truck Id R 105 | Time Out 11/2/2020 4:47:14 PM

Net 38180    Net Tons 19.09    Adjusted Net 29,578    Adjusted Net Tons 14.789

Average Moisture   34.15 %    Adjusted Bushels 528

High Moisture Deduction ($2.1500)    Base Price Per Ton   $140.7143

Low Moisture Deduction $0.0000    Adjusted Price   $138.5643

Bulls Eye Incentive $0.0000

Amount paid   **$2,049.25**

---

Thursday, November 19, 2020

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 19 of 34

# Corn Settlement For Sunray Farms

Basis $0.2800

**Confirmation Number** 2121                    Price Per Bushel $3.6600

| Ticket 55887 | Split load ☐    Transaction 54663 | Truck Id R 08 | Time Out 11/3/2020 12:57:01 PM |
| | Net 50700              Net Tons 25.35 | Adjusted Net 39,665 | Adjusted Net Tons 19.833 |
| | Average Moisture      33.50 % | Adjusted Bushels 708 | |
| | High Moisture Deduction ($1.5000) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.2143 |
| | | Amount paid | $2,760.99 |

| Ticket 55888 | Split load ☐    Transaction 54664 | Truck Id R 104 | Time Out 11/3/2020 12:58:00 PM |
| | Net 38940              Net Tons 19.47 | Adjusted Net 30,511 | Adjusted Net Tons 15.255 |
| | Average Moisture      33.40 % | Adjusted Bushels 545 | |
| | High Moisture Deduction ($1.4000) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.3143 |
| | | Amount paid | $2,125.28 |

| Ticket 55889 | Split load ☐    Transaction 54665 | Truck Id R 08 | Time Out 11/3/2020 12:58:35 PM |
| | Net 51940              Net Tons 25.97 | Adjusted Net 40,849 | Adjusted Net Tons 20.425 |
| | Average Moisture      33.15 % | Adjusted Bushels 729 | |
| | High Moisture Deduction ($1.1500) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.5643 |
| | | Amount paid | $2,850.55 |

| Ticket 55890 | Split load ☐    Transaction 54666 | Truck Id R 104 | Time Out 11/3/2020 12:59:00 PM |
| | Net 38540              Net Tons 19.27 | Adjusted Net 30,424 | Adjusted Net Tons 15.212 |
| | Average Moisture      32.90 % | Adjusted Bushels 543 | |
| | High Moisture Deduction ($0.9000) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.8143 |
| | | Amount paid | $2,126.85 |

| Ticket 55891 | Split load ☐    Transaction 54667 | Truck Id R 105 | Time Out 11/3/2020 12:59:23 PM |
| | Net 38420              Net Tons 19.21 | Adjusted Net 30,194 | Adjusted Net Tons 15.097 |
| | Average Moisture      33.20 % | Adjusted Bushels 539 | |
| | High Moisture Deduction ($1.2000) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.5143 |
| | | Amount paid | $2,106.22 |

| Ticket 55892 | Split load ☐    Transaction 54668 | Truck Id R 8 | Time Out 11/3/2020 12:59:52 PM |
| | Net 52540              Net Tons 26.27 | Adjusted Net 41,228 | Adjusted Net Tons 20.614 |
| | Average Moisture      33.30 % | Adjusted Bushels 736 | |
| | High Moisture Deduction ($1.3000) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.4143 |
| | | Amount paid | $2,873.92 |

| Ticket 55893 | Split load ☐    Transaction 54669 | Truck Id R 104 | Time Out 11/3/2020 1:00:15 PM |
| | Net 38440              Net Tons 19.22 | Adjusted Net 30,051 | Adjusted Net Tons 15.026 |
| | Average Moisture      33.55 % | Adjusted Bushels 537 | |
| | High Moisture Deduction ($1.5500) | | |
| | Low Moisture Deduction $0.0000 | Base Price Per Ton | $140.7143 |
| | Bulls Eye Incentive $0.0000 | Adjusted Price | $139.1643 |
| | | Amount paid | $2,091.02 |

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 20 of 34

# Corn Settlement For Sunray Farms

Basis $0.2800

**Confirmation Number** 2121                    Price Per Bushel $3.6600

---

**Ticket 55894**    Split load ☐    Transaction 54670     Truck Id R 105     Time Out 11/3/2020 1:00:36 PM

| | | |
|---|---|---|
| Net 39400 | Net Tons 19.7 | Adjusted Net 30,732     Adjusted Net Tons 15.366 |
| Average Moisture | 33.70 % | Adjusted Bushels 549 |
| High Moisture Deduction ($1.7000) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $139.0143 |
| Bulls Eye Incentive $0.0000 | | |

                                                                Amount paid     $2,136.09

---

**Ticket 55895**    Split load ☐    Transaction 54671     Truck Id R 104     Time Out 11/3/2020 1:00:55 PM

| | | |
|---|---|---|
| Net 37340 | Net Tons 18.67 | Adjusted Net 29,059     Adjusted Net Tons 14.530 |
| Average Moisture | 33.85 % | Adjusted Bushels 519 |
| High Moisture Deduction ($1.8500) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $138.8643 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $2,017.65

---

**Ticket 55896**    Split load ☐    Transaction 54672     Truck Id R 105     Time Out 11/3/2020 1:01:13 PM

| | | |
|---|---|---|
| Net 38720 | Net Tons 19.36 | Adjusted Net 30,315     Adjusted Net Tons 15.158 |
| Average Moisture | 33.45 % | Adjusted Bushels 541 |
| High Moisture Deduction ($1.4500) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $139.2643 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $2,110.93

---

**Ticket 55897**    Split load ☐    Transaction 54673     Truck Id R 104     Time Out 11/3/2020 1:01:34 PM

| | | |
|---|---|---|
| Net 38580 | Net Tons 19.29 | Adjusted Net 30,160     Adjusted Net Tons 15.080 |
| Average Moisture | 33.55 % | Adjusted Bushels 539 |
| High Moisture Deduction ($1.5500) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $139.1643 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $2,098.63

---

**Ticket 55898**    Split load ☐    Transaction 54674     Truck Id R 105     Time Out 11/3/2020 1:01:51 PM

| | | |
|---|---|---|
| Net 22000 | Net Tons 11 | Adjusted Net 17,315     Adjusted Net Tons 8.658 |
| Average Moisture | 33.10 % | Adjusted Bushels 309 |
| High Moisture Deduction ($1.1000) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $139.6143 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $1,208.73

---

**Ticket 55899**    Split load ☐    Transaction 54675     Truck Id R 104     Time Out 11/4/2020 1:03:46 PM

| | | |
|---|---|---|
| Net 38080 | Net Tons 19.04 | Adjusted Net 29,792     Adjusted Net Tons 14.896 |
| Average Moisture | 33.50 % | Adjusted Bushels 532 |
| High Moisture Deduction ($1.5000) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $139.2143 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $2,073.74

---

**Ticket 55900**    Split load ☐    Transaction 54676     Truck Id R 105     Time Out 11/4/2020 1:04:51 PM

| | | |
|---|---|---|
| Net 35920 | Net Tons 17.96 | Adjusted Net 27,870     Adjusted Net Tons 13.935 |
| Average Moisture | 34.05 % | Adjusted Bushels 498 |
| High Moisture Deduction ($2.0500) | | Base Price Per Ton    $140.7143 |
| Low Moisture Deduction $0.0000 | | Adjusted Price    $138.6643 |
| Bulls Eye Incentive $0.0000 | | |

                                                                  Amount paid     $1,932.27

---

# Corn Settlement For Sunray Farms

Basis $0.2800

Price Per Bushel $3.6600

| Ticket 55901 | Split load ☐  Transaction 54677 | Truck Id R 08 | Time Out 11/4/2020 1:05:10 PM | |
|---|---|---|---|---|
| | Net 51240          Net Tons 25.62 | Adjusted Net 39,756 | Adjusted Net Tons 19.878 | |
| | Average Moisture     34.05 % | Adjusted Bushels 710 | | |
| | High Moisture Deduction  ($2.0500) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $138.6643 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,756.38 |

| Ticket 55902 | Split load ☐  Transaction 54678 | Truck Id R 104 | Time Out 11/4/2020 1:05:25 PM | |
|---|---|---|---|---|
| | Net 38480          Net Tons 19.24 | Adjusted Net 29,969 | Adjusted Net Tons 14.985 | |
| | Average Moisture     33.80 % | Adjusted Bushels 535 | | |
| | High Moisture Deduction  ($1.8000) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $138.9143 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,081.57 |

| Ticket 55903 | Split load ☐  Transaction 54679 | Truck Id R 105 | Time Out 11/4/2020 1:05:44 PM | |
|---|---|---|---|---|
| | Net 38020          Net Tons 19.01 | Adjusted Net 29,812 | Adjusted Net Tons 14.906 | |
| | Average Moisture     33.35 % | Adjusted Bushels 532 | | |
| | High Moisture Deduction  ($1.3500) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $139.3643 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,077.37 |

| Ticket 55904 | Split load ☐  Transaction 54680 | Truck Id R 104 | Time Out 11/4/2020 1:06:00 PM | |
|---|---|---|---|---|
| | Net 38640          Net Tons 19.32 | Adjusted Net 30,230 | Adjusted Net Tons 15.115 | |
| | Average Moisture     33.50 % | Adjusted Bushels 540 | | |
| | High Moisture Deduction  ($1.5000) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $139.2143 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,104.23 |

| Ticket 55905 | Split load ☐  Transaction 54681 | Truck Id R 105 | Time Out 11/4/2020 1:35:54 PM | |
|---|---|---|---|---|
| | Net 33960          Net Tons 16.98 | Adjusted Net 29,365 | Adjusted Net Tons 14.683 | |
| | Average Moisture     26.50 % | Adjusted Bushels 524 | | |
| | High Moisture Deduction  $0.0000 | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $140.7143 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,066.07 |

| Ticket 55906 | Split load ☐  Transaction 54682 | Truck Id R 08 | Time Out 11/6/2020 1:36:17 PM | |
|---|---|---|---|---|
| | Net 50660          Net Tons 25.33 | Adjusted Net 39,217 | Adjusted Net Tons 19.608 | |
| | Average Moisture     34.20 % | Adjusted Bushels 700 | | |
| | High Moisture Deduction  ($2.2000) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $138.5143 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,716.04 |

| Ticket 55907 | Split load ☐  Transaction 54683 | Truck Id R 104 | Time Out 11/6/2020 1:36:32 PM | |
|---|---|---|---|---|
| | Net 37840          Net Tons 18.92 | Adjusted Net 29,649 | Adjusted Net Tons 14.824 | |
| | Average Moisture     33.40 % | Adjusted Bushels 529 | | |
| | High Moisture Deduction  ($1.4000) | Base Price Per Ton | $140.7143 | |
| | Low Moisture Deduction  $0.0000 | Adjusted Price | $139.3143 | |
| | Bulls Eye Incentive  $0.0000 | | Amount paid | $2,065.25 |

## Corn Settlement For Sunray Farms

**Basis** $0.2800

**Confirmation Number** 2121      **Price Per Bushel** $3.6600

| | | | |
|---|---|---|---|
| **Ticket 55908** | Split load ☐   **Transaction 54684** | **Truck Id** R 105 | **Time Out** 11/6/2020 1:36:50 PM |
| | Net 39760    **Net Tons** 19.88 | **Adjusted Net** 31,808 | **Adjusted Net Tons** 15.904 |
| | **Average Moisture**   32.00 % | **Adjusted Bushels** 568 | |
| | **High Moisture Deduction** $0.0000 | | |
| | **Low Moisture Deduction** $0.0000 | **Base Price Per Ton** | $140.7143 |
| | **Bulls Eye Incentive** $0.0000 | **Adjusted Price** | $140.7143 |
| | | **Amount paid** | **$2,237.92** |

| | | | |
|---|---|---|---|
| **Ticket 55909** | Split load ☐   **Transaction 54685** | **Truck Id** R 08 | **Time Out** 11/6/2020 1:37:06 PM |
| | Net 39060    **Net Tons** 19.53 | **Adjusted Net** 31,317 | **Adjusted Net Tons** 15.658 |
| | **Average Moisture**   31.85 % | **Adjusted Bushels** 559 | |
| | **High Moisture Deduction** $0.0000 | | |
| | **Low Moisture Deduction** $0.0000 | **Base Price Per Ton** | $140.7143 |
| | **Bulls Eye Incentive** $0.0000 | **Adjusted Price** | $140.7143 |
| | | **Amount paid** | **$2,203.37** |

| | | | |
|---|---|---|---|
| **Ticket 55910** | Split load ☐   **Transaction 54686** | **Truck Id** R 104 | **Time Out** 11/6/2020 1:37:24 PM |
| | Net 38380    **Net Tons** 19.19 | **Adjusted Net** 31,449 | **Adjusted Net Tons** 15.725 |
| | **Average Moisture**   30.35 % | **Adjusted Bushels** 562 | |
| | **High Moisture Deduction** $0.0000 | | |
| | **Low Moisture Deduction** $0.0000 | **Base Price Per Ton** | $140.7143 |
| | **Bulls Eye Incentive** $0.0000 | **Adjusted Price** | $140.7143 |
| | | **Amount paid** | **$2,212.66** |

| | | | |
|---|---|---|---|
| **Ticket 55911** | Split load ☐   **Transaction 54687** | **Truck Id** R 105 | **Time Out** 11/6/2020 1:37:38 PM |
| | Net 39540    **Net Tons** 19.77 | **Adjusted Net** 32,213 | **Adjusted Net Tons** 16.107 |
| | **Average Moisture**   30.75 % | **Adjusted Bushels** 575 | |
| | **High Moisture Deduction** $0.0000 | | |
| | **Low Moisture Deduction** $0.0000 | **Base Price Per Ton** | $140.7143 |
| | **Bulls Eye Incentive** $0.0000 | **Adjusted Price** | $140.7143 |
| | | **Amount paid** | **$2,266.45** |

| | | | |
|---|---|---|---|
| **Ticket 55912** | Split load ☐   **Transaction 54688** | **Truck Id** R 104 | **Time Out** 11/6/2020 1:37:56 PM |
| | Net 37520    **Net Tons** 18.76 | **Adjusted Net** 30,170 | **Adjusted Net Tons** 15.085 |
| | **Average Moisture**   31.65 % | **Adjusted Bushels** 539 | |
| | **High Moisture Deduction** $0.0000 | | |
| | **Low Moisture Deduction** $0.0000 | **Base Price Per Ton** | $140.7143 |
| | **Bulls Eye Incentive** $0.0000 | **Adjusted Price** | $140.7143 |
| | | **Amount paid** | **$2,122.71** |

**Summary for 2121 (40 detail records)**

| | | | |
|---|---|---|---|
| **Average Moisture** 33.43 % | **Net** 1,616,440 | **Adjusted Net** 1,265,055 | |
| **Bushels** 22,590 | **Net Tons** 808.22 | **Adjusted Net Tons** 632.53 | **Total paid** $87,957.62 |

PAGE 17 OF 28

## Corn Settlement For Sunray Farms

Basis $0.2800

Total Number of Records 40

| Average Moisture | 33.43 % | Net 1,616,440 | Adjusted Net 1,265,055 | |
|---|---|---|---|---|
| Bushels 22,590 | | Net Tons 808.22 | Adjusted Net Tons 632.53 | Total paid $87,957.62 |

50% 43978.81

# EXHIBIT "D"

# Contract – Silage Triticale

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 25 of 34

CONTRACT NO.___

**EASTERDAY RANCHES, INC**
**SILAGE TRITICALE CONTRACT, 2020**

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_SunRay Farms LLC_ (Grower).

**A.** _Description of Property:_ Grower agrees to plant and harvest silage triticale on land owned or controlled by Grower as follows:

Number of Acres _158_ Number of tons_____ County _Grant_
Township/Block/Range (unit) _B 83 050_ Section_____

**B.** _Seed._ Grower shall purchase certified silage triticale seed; the type and variety at grower's choice.

**C.** Acts of God, weather and other facts will in part determine total production. Grower is not obligated to deliver any specific amount of production. However, it shall be the grower's obligation to deliver 100% of the harvested silage triticale.

**D.** 100% of silage triticale production shall be harvested by Easterday Ranches Inc. equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale delivered shall be that grown under this contract, unless modified in writing by Buyer and Grower.

**E.** Grower will provide disk for edge's on any truck roads.

**F.** The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.** Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine price per ton of silage at 67.5% moisture. This price x 80% will be price for silage triticale. Grower has the option to price during trading hours until September 15, 2020.

**H.** Payment. Payment to Grower will be as follow:

(1) 50% of total purchase price will be paid to Grower November 30.

(2) Remaining 50% will be paid to Grower 60 December 31.

**I.** This contract is not assignable without the written consent of Buyer.

21-00141-WLH11   Doc 189   Filed 02/23/21   Entered 02/23/21 11:18:48   Pg 26 of 34

**J.**     **No liens.** Grower represents that he/it owns and has the right to sell the silage triticale contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage triticale, without Buyer's written consent.

**K.**     This contract and its terms are accepted by both parties.

Buyer:                        Grower:

EASTERDAY RANCHES, INC.

By _____     By _*Jord Werbner*_

Title _____     Title _*Owner*_

Address: 5235 N Industrial Way     Address: _P. O. Box 776_
              Pasco, WA 99301             _Royal City, Wa 99357_

Phone:     509-547-9600        Phone: _346-0019_

Fed.ID _91-0924272_          Fed.Id _911939191_

21-00141-WLH11     Doc 189     Filed 02/23/21     Entered 02/23/21 11:18:48     Pg 27 of 34

# EXHIBIT "E"

# Contract – Silage Corn

**EASTERDAY RANCHES, INC**
**SILAGE CORN CONTRACT, 2020**

THIS CONTRACT is made between Easterday Ranches, Inc. (Buyer) and
_SunRay Farms LLC_ (Grower).

**A.**     Description of Property: Grower agrees to plant and harvest silage corn on land owned or controlled by Grower as follows:

Number of Acres _158_ Number of tons_____ County _Grant_
Township/Block/Range (unit) _883 v50_ Section_____

**B.**     Seed. Grower shall purchase certified silage corn seed, the type and variety at grower's choice.

**C.**     Acts of God, weather and other facts will in part determine total production. Grower is not obligated to deliver any specific amount of production. However, it shall be the grower's obligation to deliver 100% of the harvested silage corn.

**D.**     100% of silage corn production shall be harvested by Easterday Ranches Inc. equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale delivered shall be that grown under this contract, unless modified in writing by Buyer and Grower.

**E.**     Grower will provide disk for edges on any truck roads.

**F.**     The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.**     Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine price per ton of silage at 67.5% moisture. Grower has the option to price during trading hours until September 15, 2020.

**H.**     Payment. Payment to Grower will be as follow:

    (1) 50% of total purchase price will be paid to Grower November 30.

    (2) Remaining 50% will be paid to Grower 60 December 31.

**I.**     This contract is not assignable without the written consent of Buyer.

21-00141-WLH11    Doc 189    Filed 02/23/21    Entered 02/23/21 11:18:48    Pg 29 of 34

**J.**   <u>No liens.</u> Grower represents that he/it owns and has the right to sell the silage corn contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage corn, without Buyer's written consent.

**K.**     This contract and its terms are accepted by both parties.

Buyer:                           Grower:

EASTERDAY RANCHES, INC.

By _____      By _*Cord Weikman*_

Title _____      Title _*Owner*_

Address: 5235 N Industrial Way      Address: _*P.O. Box 776*_
            Pasco, WA 99301                 _*Royal City, Wa. 99357*_

Phone:     509-547-9600       Phone: _*346-0019*_

Fed.ID # _91-0924272_          Fed.Id # _*911939191*_

CONTRACT NO.

## EASTERDAY RANCHES, INC
### FIELD CORN CONTRACT—2020

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_____(Grower).

**A.** WEATHER CONDITIONS MAY PROHIBIT THE TIMELY PLANTING OF FIELD
CORN UNDER THIS CONTRACT. IF THIS OCCURS AND FIELD CORN IS NOT
PLANTED ON ANY OR ALL THE CONTRACT ACREAGE, GROWER IS HEREBY
EXCUSED FROM PERFORMANCE UNDER THAT PORTION OF NON-PLANTED ACRES.

**B.** <u>Description of Property:</u> Grower agrees to plant and harvest field corn on land owned or
controlled by Grower as follows:

Number of Acres 113 Number of tons____ County _Grant_____
Township/Block/Range (unit) 60.B83 Section

**C.** <u>Seed.</u> Grower shall purchase certified field corn seed, the type and variety at grower's
choice.

**D.** Acts of God, weather and other facts will in part determine total production.
Grower is not obligated to deliver any specific amount of production. However, it shall be the
grower's obligation to deliver 100% of the harvested field corn.

**E.** 100% of field corn production shall be delivered immediately after harvest to the
collection point designated by Buyer, which collection point is Easterday Ranches, Inc.
home place Basin City, Washington. It is intended the field corn delivered shall be that grown
under this contract, unless modified in writing by Buyer and Grower. This contract requires
moisture range for delivered corn to be 25%-32%. Harvest delivery schedule will commence
September 20 and end November 10, 2020.

**F.** The price to be paid to Grower shall be:

(1) Price at delivery will be USDA #2 field corn as per field corn price by Chicago Board
of Trade December 20 Futures Price close of business September 15, 2020

or

(2) Grower shall have the election to sell at designated Chicago Board of Trade
December Futures Price during any day Chicago Board of Trade is transacting business,

Monday-Friday, 7:30 a.m.-11:20 a.m. Pacific Standard Time. This election to sell will only be in
5,000 bushels increments. This election shall be made to an authorized representative of Buyer at
Easterday Ranches' principal place of business. Buyer will issue Confirmation Notice of
December Futures Price purchase/sale transaction.

21-00141-WLH11   Doc 189   Filed 02/23/21   Entered 02/23/21 11:18:48   Pg 31 of 34

G.  Actual Moisture: Corn pricing is based upon 15% moisture content, calculated using shrink formula as follow:

$$\$100 = \frac{100 - \text{Actual Moisture}}{100 - \text{Desired moisture}}$$

$$\text{example:} = \frac{100 - 28.5}{100 - 15}$$

$$= \frac{71.5}{85}$$

$84.11 price paid on 28.5% moisture corn

H.  Pricing.

(1) Current pricing example:

| | |
|---|---|
| December corn: | $3.50 bu |
| One-year incentive: | $0.27 bu |
| Price @ 15% moisture: | $3.77 bu |
| Price converted to ton (bu x 35.714) = | $134.64 |
| Price per ton at 28.5% moisture= | $113.25 |

(2) Excess tonnage: Tonnage delivered and received above contracted tonnage will be priced and paid for as per current close of business field corn price at Chicago Board of Trade, December Futures price on date of delivery.

I.  Grower Incentive.

(1) Optimum moisture at delivery is 27%-30% moisture. Grower shall receive a tonnage price increase of $1.00/ton premium for each delivered ton in the optimum 27%-30% moisture range.

J.  Accepted Moisture Range. Buyer shall accept corn with moisture range 22%-34%.

(1) Discount for moisture at 32.1% to 34.0% level. Deduct from price per ton shall be $0.10/ton for each one-tenth (1/10th) point on a per load basis.

(2) Discount for moisture at 24.0% to 24.9% level. Deduct from price per ton shall be $0.20/ton for each one-tenth (1/10th) point on a per load basis.

(3) Corn under 24% moisture will be priced at 24% moisture price.

PAGE 26 OF 28

**K.**     <u>Longevity and Delivery Tonnage Incentive.</u>

      (1) Basic price paid to all 2018 growers will be: Chicago futures or delivery price if Grower makes no futures sale election, plus $0.27 per bushel first year Grower longevity incentive, plus a tonnage delivery increase as follows:

| | |
|---|---|
| less than 1,000 tons = | $0.00   bu |
| 1,001 to 2,000 tons = | $0.01   bu |
| 2,001 to 3,000 tons = | $0.02   bu |
| 3,001 to 4,000 tons = | $0.03   bu |
| 4,001 to 5,000 tons = | $0.04   bu |
| 5,001 to 6,000 tons = | $0.05   bu |

      (2) Buyer will pay a longevity increase to all Growers who continue to contract and grow field corn for Easterday Ranches, Inc., calculated as follows:

| | |
|---|---|
| 2 years = | $0.01   bu |
| 3 years = | $0.02   bu |
| 4 years = | $0.03   bu |
| 5 years = | $0.04   bu |
| 6 years = | $0.05   bu |
| 7 years = | $0.06   bu |
| 8 years = | $0.07   bu |

**L.**     Payment. Payment to Grower will be as follow:

      (1) 50% of total purchase price will be paid on or about 21 days following last delivery of product,

      (2) Remaining 50% of delivery product will be paid on or about December 20, 2020.

      (3) All pricing shall be converted to tons for payment, including longevity and delivery tonnage incentive, and moisture adjustment.

**M.**     Portland Merchant Exchange Rules and destination official weights product grades apply to all Buyer deliveries. Foreign vegetable matter consisting of other grains, weeds, leaves and stalks shall be minimal. All delivered product shall be free from disease, mildew and mold. No product shall be contaminated with foreign trash material such as wood, paper, plastic, iron, metal or rocks. Buyer shall have the right to reject all product delivered not meeting these standards and acceptable moisture levels as set forth.

**N.**     This contract is not assignable without the written consent of Buyer.

**O.**     <u>No liens.</u> Grower represents that he/it owns and has the right to sell the field corn contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the field corn, without

Buyer's written consent.

F.      This contract and its terms are accepted by both parties.

Buyer:                          Grower:

EASTERDAY RANCHES, INC.         *SunRay Farms LLC*

By _____       By _~~Jol Wahner~~_
Title _____       Title _Owner_

Address: 5235 N Industrial Way   Address: _P.O. Box 776_
         Pasco, WA 99301                  _Royal City, Wn. 99357_

Phone:   509-547-9600           Phone: _346-0019_

Fed ID   91-0927242             Fed ID _91A3919/_

Corn Contract - 2

PAGE 28 OF 28