Amit D. Ranade, WSBA #34878
Mallory L. B. Satre, WSBA # 50194
Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel. (206) 623-1745
Fax (206) 623-7789

Attorneys for Creditor
John Deere Financial

HON. WHITMAN L. HOLT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT

In re:
EASTERDAY RANCHES, *et al.*,

Debtors.[1]

Lead Case No. 21-00141-WLH11
Jointly Administered

Joinder

John Deere Financial hereby joins in the motions of Tyson Fresh Meat, Inc. (ECF No. 79) and Washington Trust Bank (ECF No. 177) for the appointment of an independent Chapter 11 Trustee to assume control of the both estates in this jointly administrated case.

John Deere holds an unsecured claim against Easterday Farms in the amount of approximately $2.5 million. Deere is in the process of finalizing a proof of claim. Deere was also recently appointed a member of the Official Unsecured Creditors'

---

[1] This case is jointly administered with In re Easterday Farms, Case No. 21-00176-WLH11.

JOINDER IN MOTIONS FOR APPOINTMENT OF TRUSTEE - 1

Hillis Clark Martin & Peterson P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

21-00141-WLH11    Doc 193    Filed 02/23/21    Entered 02/23/21 13:44:31    Pg 1 of 2

Committee in the *Easterday Farms* case. (*See* ECF No. 188.)

DATED this 23rd day of February, 2021.

                        HILLIS CLARK MARTIN & PETERSON P.S.

                        By  */s/ Amit D. Ranade*
                              Amit D. Ranade, WSBA #34878
                              999 Third Avenue, Suite 4600
                              Seattle, WA 98104
                              Tel: (206) 623-1745
                              Fax: (206) 623-7789
                    Attorneys for Creditor
                    John Deere Financial

ND: 22016.024 4848-0268-8989v1

JOINDER IN MOTIONS FOR APPOINTMENT OF TRUSTEE - 2

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

21-00141-WLH11   Doc 193   Filed 02/23/21   Entered 02/23/21 13:44:31   Pg 2 of 2