Alan D. Smith  (WSBA 24964)
Bradley A. Cosman  (*pro hac vice* pending)
James F. Williams (WSBA 23613)
Nitika Arora (WSBA 54084)
PERKINS COIE LLP
1201 Third Avenue
Seattle, WA  98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
E-mail:  ADSmith@perkinscoie.com
             BCosman@perkinscoie.com
             JWilliams@perkinscoie.com
             NArora@perkinscoie.com
Attorneys for Tyson Fresh Meats, Inc.

HON. WHITMAN L. HOLT
Hearing:     March 15, 2021
                    11:00 a.m. PST
Response:   March 8, 2021
                    4:00 p.m. PST
Reply:        March 11, 2021
Location:    Telephonic

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-00141 WLH11<br><br>**NOTICE OF HEARING ON MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** |

**PLEASE TAKE NOTICE** that on February 8, 2021, Tyson Fresh Meats, Inc. ("Tyson") filed its Motion for Appointment of a Chapter 11 Trustee (the "Trustee Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Trustee Motion was originally scheduled for March 8, 2021.  The hearing has been continued as set forth below.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **March 8, 2021 at 4:00 p.m. (PST)**.  If you do not timely file an objection, the Court may enter an order granting the Motion without further notice to you.

NOTICE OF HEARING – 1

PLEASE TAKE FURTHER NOTICE that a telephonic hearing to consider the Trustee Motion will be held as follows:

    **Hearing Date: Monday, March 15, 2021**

    **Time: 11:00 a.m. PST**

    **Phone Number: 1-877-402-9757**

    **Conference Code: 7036041**

**Tyson is requesting that the March 15 hearing be an evidentiary hearing. If it is set as an evidentiary hearing there may be a supplemental notice respecting conduct of witness examination and the like.**

In addition, the Court has set a status conference respecting the Trustee Motion and other matters as follows:

    **Status Conference Date: Monday, March 8, 2021**

    **Time: 10:00 a.m. PST**

    **Phone Number: 1-877-402-9757**

    **Conference Code: 7036041**

Copies of the Trustee Motion and supporting pleadings may be obtained through the PACER website or by contacting the undersigned.

NOTICE OF HEARING – 2

151574992.1

Dated: February 23, 2021.

Respectfully submitted,

  /s/ Alan D. Smith
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com
Bradley A. Cosman (*pro hac vice* pending)
BCosman@perkinscoie.com
James F. Williams, WSBA 23613
JWilliams@perkinscoie.com
Nitika Arora, WSBA 54084
NArora@perkinscoie.com
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Attorneys for Tyson Fresh Meats, Inc.*

NOTICE OF HEARING – 3

151574992.1