Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone: 509.248.4282
Facsimile: 509.575.5661
E-Mail: joshua.busey.attorney@gmail.com

*Counsel for J.R. Simplot Company, dba Simplot Western Stockmen's*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

IN RE:

EASTERDAY RANCHES, INC.,

Debtor.

Case No. 21-00141-WLH11

**NOTICE TO DEBTOR & TRUSTEE OF: (A) INTENTION TO PURSUE LIEN CLAIMS; AND (B) PERFECTION OF LIEN CLAIMS IN LIEU OF FILING PURSUANT TO 11 U.S.C. §546(b)**

***J.R. Simplot Company, dba Simplot Western Stockmen's***



BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

J.R. Simplot Company, dba Simplot Western Stockmen's **("Simplot")** through its counsel of record, Bailey & Busey, PLLC, hereby gives notice of: (a) the existence of its lien claims pursuant to RCW 60.13 and other applicable law **("Lien Claims")**; (b) the perfection and intent to continue perfection of the Lien Claims; and (c) the intent to maintain the priority and perfection of said Lien Claims without the necessity of filing suit pursuant to 11 U.S.C. §546(b). In support of the Notice, Simplot represents as follows:

1. Simplot delivered corn feed **("Farm Products")** to Easterday Ranches **("Ranches")** pursuant to that certain contract with Easterday **("Contract")**. (See Contract attached to preparer lien claim. The preparer's lien claim is attached as Exhibit 1 hereto). Pursuant to its agreements with Ranches, Simplot delivered $66,778.08 of Farm Products to Ranches. These deliveries were documented in part by the records attached to the preparer lien claim as Exhibits A, B (Contract) & C (invoices).

2. All the Farm Products were delivered to Ranches.

3 Ranches or its affiliates made no payments to Simplot for the delivery of the Farm Products detailed in the preparer lien.






411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

4. Ranches remains indebted to Simplot for the unpaid amounts due under the Contract and invoices **("Remaining Balances")**. The Remaining Balances were due on January 15, 2021 for all Farm Products.

5. Ranches failed to pay the Remaining Balances as required by the Contract and invoices. As a result, Simplot filed a preparer lien claim with the Washington State Department of Licensing on February 4, 2021 (DOL Filing No. 2021-035-4712-7). A true and correct copy of the preparer lien is attached hereto as Exhibit 1.

6. Under Washington law, the preparer lien is a secret super-priority lien which was automatically perfected upon delivery of the Farm Products. The lien remains a super-priority lien if the lien claimant files a preparer lien with the Washington Dept. of Licensing no later than twenty (20) days after payment is due.

7. Simplot asserts a continuing preparer lien in the Farm Products and any other farm products with which the Farm Products have been commingled as well as all accounts of Ranches to the fullest extent allowed by Washington law and the Bankruptcy Code.



BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

8. Under RCW 60.13.060 a party holding a perfected preparer lien must institute an action to foreclose the lien prior to the expiration of the later of: (a) attachment of the lien; or (b) filing of the preparer line statement. As Simplot filed its lien on February 4, 2021, a foreclosure lawsuit must be filed no later than March 27, 2021.

9. 11 U.S.C. §546(b) generally provides that a party who under State or other applicable non-bankruptcy law would be required to commence a lawsuit in order to preserve or protect its lien claims, shall instead preserve its lien claims/rights by giving notice to the Trustee of its claims.

10. Simplot intends to assert its lien rights as provided by Washington law. Simplot hereby provides this notice in order to preserve all of its lien claims and rights, including the right to assert super-priority status of its liens.

DATED this 25th day of February, 2021.

/s/ Joshua J. Busey
Joshua J. Busey (WSBA 34312)
Bailey & Busey PLLC

\\BBSERVE\USB 3.0 PC Card Adapter\SIMPLOT AB RETAIL, INC\Easterday-2021003\Bankruptcy Pleadings\Preservation of Lien Claims - Simplot (022521).doc






411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

# EXHIBIT 1

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Joshua Busey 509.248.4282

B. E-MAIL CONTACT AT FILER (optional)
joshua.busey.attorney@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Bailey and Busey, PLLC
411 N. 2nd St.
Yakima WA USA 98901

Date of Filing : 02/04/2021
Time of Filing : 12:18:00 PM
File Number : 2021-035-4712-7
Lapse Date : 02/04/2026

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: Easterday Ranches, Inc., a Washington corporation | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |
| 1c. MAILING ADDRESS: 5235 N. Industrial Way | CITY: Pasco | STATE: WA | POSTAL CODE: 99301 | COUNTRY: USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME: J.R. Simplot Company, dba Simplot Western Stockmen's | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: 1099 W. Front Street | CITY: Boise | STATE: ID | POSTAL CODE: 83702 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

Corn for feed delivered pursuant to Contract attached as Exhibit B.
100% of all corn delivered and subject to this filing was due paid on 1/15/21.
$ 66,778.08 = Total sum due on corn deliveries. See invoices attached hereto as Exhibit C.
Pursuant to RCW 60.13.030.
See Exhibit A hereto for Preparer Lien statement.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☑ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**Easterday Ranches, Inc., a Washington corporation**

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**Date of Filing : 02/04/2021**
**Time of Filing : 12:18:00 PM**
**File Number : 2021-035-4712-7**
**Lapse Date : 02/04/2026**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:
See Exhibits A-C.

**Exhibit A**

**UCC Preparer Lien**

**JR Simplot Company, dba Simplot Western Stockmen's - Producer**

**Easterday Ranches, Inc. - Preparer**

**Misc. – Continuation of Language:**

**Corn for feed delivered pursuant to Contract attached as Exhibit B.**

**100% of all corn delivered and subject to this filing was due paid on 1/15/21.**

**$ 66,778.08 = Total sum due on corn deliveries. See invoices attached hereto as Exhibit C.**

**Pursuant to RCW 60.13.030.**

**The amount claimed is a true and bona fide existing debt as of the date of the filing of the notice evidencing the lien. The act of filing this notice constitutes the present intention of the producer that the statements there are true and adopted by the producer as its own.**

**Dated this 4th day of February, 2021.**

**JR Simplot Company, dba Simplot Western Stockmen's**

**By:**____________________

**Joshua J. Busey**

**Its:** Attorney

Exhibit B

# Western Stockmens Sales Contract

223 Rodeo Avenue
Caldwell, ID 83605

Phone: 208-459-0777
Fax: 208-455-4922

**Customer**
EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY

PASCO, WA 99301

**Contract #** 414008622
**Contract Date** 12/04/2020
**Start Date** 12/04/2020
**Expiration Date** 12/31/2020
**Our Trader** HOUSE ACCTS

**Comments** Priced. Basis only 1.18CH21 + 4.375. FOB Wallula

| Quantity | Product | Price |
|---|---|---|
| 1,750.000 Tns | CORN, #2 YELLOW | 198.39 |

WSI (Seller) has agreed to sell and Buyer has agreed to buy the specified commodity. This contract confirmation is subject to the terms and conditions contained on this page. Receipt of this contract by Buyer, without written notice to WSI of objection within ten (10) days, is an acknowledgment of the acceptance of all conditions hereof. $2 per ton per month will be added to your contract price for the unshipped balance of the contract beginning the first day of the following month after the contracted shipment period. WSI may withhold further delivery of commodities until all arrearages are brought current.

FINANCE AND COLLECTION CHARGES: I agree that a finance charge of 1.75% per month will be charged on all amounts owing from myself to WSI that remain unpaid one month from the date on which the same becomes due. In the event these amounts are not paid in full within one month from the date on which the same become due, WSI may pursue or assign the same for collection and I agree to pay all costs including reasonable attorney's fees necessary to collect the same.

FORCE MAJEURE. WSI may, without liability, delay performance or cancel this contract on account of force majeure events or other circumstances beyond its control, including, but not limited to, strikes, acts of God, political unrest, embargo, failure of source of supply, or casualty.

**Trade Rules to Govern:** National Grain and Feed Association

**Payment Terms:** 15th of next month

**Weight to Govern:** Origin

**Seller:**____________________ **Buyer:**____________________

**Date:**____________________ **Date:**____________________

Exhibit C

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via.

**Invoice** **414087137**

Bill To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Invoice Date 12/22/2020
Due Date 01/15/2021 15th following month

Customer ID 101961

Salesperson ICKESOLC
Shipping Loc. 5080

Ship To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Ticket(s) 1414087576

Comments: Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 30.063 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,964.20 | Book |

Total Invoice Weight = 60126.000 Lbs

Sub Total 5,964.20

**Amount Due 5,964.20**

TktNo: 013469459 Veh: 67

Remit To: Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice** **414087137**

**SWS B&B Terminal Pasco**
**13485 Dodd Rd**
**Burbank WA 99323**
**(509)542-1334 Fax: (509)542-9813**

**Shipping Via.**

## Invoice 414087138

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Invoice Date** 12/22/2020
**Due Date** 01/15/2021 15th following month
**Customer ID** 101961
**Salesperson** ICKESOLC
**Shipping Loc.** 5060
**Ticket(s)** 1414087575

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 30.076 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,966.78 | Book |
| | | Total Invoice Weight = 60152.000 Lbs | | | |

| | |
|---|---|
| Sub Total | 5,966.78 |
| **Amount Due** | **5,966.78** |

TktNo: 013469458 Veh: 57

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice 414087138**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via.

# Invoice 414087139

Bill To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Invoice Date 12/22/2020
Due Date 01/15/2021 15th following month

Customer ID 101981

Salesperson ICKESOLC
Shipping Loc. 5080

Ship To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Ticket(s) 1414087577

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 33.007 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 6,548.26 | Book |
| | | Total Invoice Weight = 66014.000 Lbs | | | |

Sub Total 6,548.26

**Amount Due 6,548.26**

TktNo: 013469461 Veh: 55

Remit To: Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

EASTERDAY RANCHES INC

Invoice 414087139

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via.

**Invoice** **414087140**

| | | |
|---|---|---|
| Invoice Date | 12/22/2020 | |
| Due Date | 01/15/2021 | 15th following month |
| Customer ID | 101961 | |
| Salesperson | ICKESOLC | |
| Shipping Loc. | 5080 | |
| Ticket(s) | 1414087578 | |

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 30.082 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,967.97 | Book |
| | | Total Invoice Weight = 60164.000 Lbs | | | |

| | |
|---|---|
| Sub Total | 5,967.97 |
| **Amount Due** | **5,967.97** |

TktNo: 013469474 Veh: 57

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice** **414087140**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via.

## Invoice 414087141

| | | |
|---|---|---|
| Invoice Date | 12/22/2020 | |
| Due Date | 01/15/2021 | 15th following month |
| Customer ID | 101961 | |
| Salesperson | ICKESOLC | |
| Shipping Loc. | 5080 | |
| Ticket(s) | 1414087579 | |

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.090 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,969.56 Book |

Total Invoice Weight = 60180.000 Lbs

| | |
|---|---|
| Sub Total | 5,969.56 |
| **Amount Due** | **5,969.56** |

TktNo: 013469476 Veh: 67

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice 414087141**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via.

## Invoice 414087142

| | | |
|---|---|---|
| Invoice Date | 12/22/2020 | |
| Due Date | 01/15/2021 | 15th following month |
| Customer ID | 101961 | |
| Salesperson | ICKESOLC | |
| Shipping Loc. | 5080 | |
| Ticket(s) | 1414087560 | |

Bill To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Ship To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 30.073 Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,966.18 Book |
| | Total Invoice Weight = 60146.000 Lbs | | |

| | |
|---|---|
| Sub Total | 5,966.18 |
| **Amount Due** | **5,966.18** |

TktNo: 013469488 Veh: 67

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

Invoice 414087142

**SWS B&B Terminal Pasco**
**13486 Dodd Rd**
**Burbank WA 99323**
**(509)542-1334 Fax: (509)542-9813**

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Shipping Via.**

**Invoice** **414087143**

| | | |
|---|---|---|
| **Invoice Date** | 12/22/2020 | |
| **Due Date** | 01/15/2021 | 15th following month |
| **Customer ID** | 101961 | |
| **Salesperson** | ICKESOLC | |
| **Shipping Loc.** | 5080 | |
| **Ticket(s)** | 1414087581 | |

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 30.065 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,964.60 | Book |

Total Invoice Weight = 60130.000 Lbs

| | |
|---|---|
| Sub Total | 5,964.60 |
| **Amount Due** | **5,964.60** |

TktNo: 013469491 Veh: 57

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice** **414087143**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

| | |
|---|---|
| Shipping Via. | VALCOM INC [163 |
| **Invoice** | **414087180** |
| Invoice Date | 12/22/2020 |
| Due Date | 01/15/2021 15th following month |
| Customer ID | 101861 |
| Salesperson | ICKESOLC |
| Shipping Loc. | 5080 |
| Ticket(s) | 1414087582 |

Bill To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Ship To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Comments: Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 30.087 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,968.96 Book |
| | | Total Invoice Weight = 60174.000 Lbs | | |

| | |
|---|---|
| Sub Total | 5,968.96 |
| **Amount Due** | **5,968.96** |

TktNo: 013469510 Veh: 57

Remit To: Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice** **414087180**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via. VALCOM INC [163

## Invoice 414087186

| | |
|---|---|
| Invoice Date | 12/22/2020 |
| Due Date | 01/15/2021 15th following month |
| Customer ID | 101961 |
| Salesperson | ICKESOLC |
| Shipping Loc. | 5080 |
| Ticket(s) | 1414087583 |

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 29.997 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 5,951.10 Book |
| | | Total Invoice Weight = 59994.000 Lbs | | |

| | |
|---|---|
| Sub Total | 5,951.10 |
| **Amount Due** | **5,951.10** |

TktNo: 013469811 Veh: 67

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC**

**Invoice 414087186**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

Shipping Via. VALCOM INC [163

**Invoice** **414087187**

Invoice Date 12/22/2020
Due Date 01/15/2021 15th following month
Customer ID 101961

Salesperson ICKESOLC
Shipping Loc. 5080

Ticket(s) 1414087584

Bill To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

Ship To: EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 31.534 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 6,256.03 | Book |
| | | Total Invoice Weight = 63068.000 Lbs | | | |

Sub Total 6,256.03

**Amount Due** **6,256.03**

TktNo: 013469514 Veh: 13

Remit To: Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

**EASTERDAY RANCHES INC** **Invoice** **414087187**

**SWS B&B Terminal Pasco**
13485 Dodd Rd
Burbank WA 99323
(509)542-1334 Fax: (509)542-9813

**Shipping Via.** VALCOM INC [163

**Invoice** 414087188

| | |
|---|---|
| **Invoice Date** | 12/22/2020 |
| **Due Date** | 01/15/2021 15th following month |
| **Customer ID** | 101961 |
| **Salesperson** | ICKESOLC |
| **Shipping Loc.** | 5080 |
| **Ticket(s)** | 1414087596 |

**Bill To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Ship To:** EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301

**Comments:** Booking #414008622 bc

| Quantity | | Description | Unit Price | Total $ | |
|---|---|---|---|---|---|
| 31.526 | Tns | CORN, #2 YELLOW | 198.39 /Tns | 6,254.44 | Book |
| | | Total Invoice Weight = 63052.000 Lbs | | | |

| | |
|---|---|
| Sub Total | 6,254.44 |
| **Amount Due** | **6,254.44** |

**Remit To:** Simplot Western Stockmens
LB 413058 - JR Simplot Company
PO Box 35143
Seattle WA 98124-5143

TktNo: 013469515 Veh: 12

**EASTERDAY RANCHES INC**

**Invoice** 414087188