ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Telephone: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Proposed Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

HEARING DATE: March 1, 2021
HEARING TIME: 10:00 a.m. PST
LOCATION: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**DEBTORS' FIRST STATUS CONFERENCE REPORT** |

Easterday Ranches, Inc. ("Ranches") and Easterday Farms, a Washington general partnership ("Farms"), debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), by and through undersigned counsel, hereby file this status report (the "First Report") discussing key events immediately prior to and since the filing of voluntary

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

FIRST STATUS CONFERENCE
REPORT – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 221    Filed 02/25/21    Entered 02/25/21 18:12:39    Pg 1 of 8

petitions under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on February 1, 2021 (Ranches) and February 8, 2021 (Farms), respectively.

A.  **Tyson Fresh Meats and Washington Trust State Court Receiver Actions**

On January 25, 2021, Tyson Fresh Meats, Inc. ("Tyson") filed a complaint against Ranches seeking the appointment of a receiver over Ranches. Following the commencement of Ranches' chapter 11 case on February 1, 2021 (the "Ranches Petition Date"), at a hearing held on said date, the Franklin County Superior Court (the "State Court") suspended this action pending the outcome of Ranches' chapter 11 case.

On January 29, 2021, Washington Trust Bank ("Washington Trust") filed a complaint against Ranches and Farms seeking the appointment of a receiver over Ranches and Farms. On February 1, 2021, the State Court suspended the action as to Ranches pending the outcome of Ranches' chapter 11 case and granted a temporary restraining order against Farms to prevent the transfer of Farms' assets outside of the ordinary course business. Both the State Court and Washington Trust acknowledged Farms' ability to continue doing business in the ordinary course. The State Court continued the matter to February 8, 2021. A Commissioner, in lieu of the Presiding Judge who was out with an emergency, further continued the hearing to February 22, 2021. No argument was taken nor did the Commissioner ask counsel for input.

On February 22, 2021, the State Court struck the hearing on Washington Trust's motion for a receiver over Farms effectively staying the proceeding.

B.  **First Day Motions[2]**

The Debtors filed several routine "first day" motions as set forth below.

---

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the respective First Day Motions.

FIRST STATUS CONFERENCE
REPORT – Page 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb25pm01k6
21-00141-WLH11    Doc 221    Filed 02/25/21    Entered 02/25/21 18:12:39    Pg 2 of 8

At the first day hearing held on February 3, 2021, Ranches obtained certain interim orders described below and a final hearing is scheduled for March 8, 2021 at 10:00 a.m. (Pacific Time) with respect to these motions.

At the first day hearing held on February 11, 2021, Farms obtained certain interim orders described below and a final hearing is scheduled for March 8, 2021 at 10:00 a.m. (Pacific Time) with respect to these motions.

The deadline to object to the first day motions granted on an interim basis is March 1, 2021 at 4:00 p.m. (Pacific Time).

## 1. Cash Collateral

On February 3, 2021, the court entered an interim order [Docket No. 56] authorizing Ranches to use cash collateral in which WA Trust and CHS Capital, LLC may assert an interest, including any funds to be prepaid by Tyson to Ranches.

On February 12, 2021, the court entered an interim order [Docket No. 142] authorizing Farms to use cash collateral in which the Cash Collateral Parties may assert an interest, only during the Interim Budget Period in a manner consistent with the Budget.

## 2. Cash Management

On February 3, 2021, the court entered an interim order [Docket No. 59] authorizing Ranches to use its cash management system in the ordinary course of business.

On February 12, 2021 the court entered an interim order [Docket No. 141] authorizing Farms to use its cash management system in the ordinary course of business.

## 3. Utilities Motion

On February 12, 2021, the court entered an order authorizing the Debtors to provide adequate assurance of payment to the Utility Companies by establishing and

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

funding a segregated account in the approximate amount of $67,000, and directing the Utility Companies to comply with the procedures set forth in the motion in the event that such Utility Company believes that its Adequate Assurance Deposit does not provide it with satisfactory adequate assurance.

4. **Employee Wage Motion**

On February 12, 2021, the court entered an order authorizing the Debtors in their discretion, to honor and pay prepetition-accrued Wages, Withholding Obligations, and Reimbursement Obligations in the ordinary course of business, <u>provided</u>, <u>however</u>, such payments on account of the Debtors' prepetition obligations shall not exceed $13,650 per Employee. The order further authorized the Debtors, in their discretion, to continue to pay and honor, in the ordinary course of business, all Employee-related expenses and obligations described in the motion and the order that accrue postpetition in the ordinary course of business. The order further authorizes the Debtors, in their discretion, to pay (solely *via* check) the Retained Insiders, subject to the monthly payment limits set forth in the Motion.

## C. **Bar Date**

On February 12, 2021, the court entered an order (i) extending the Debtors' deadlines to file their schedules of assets and liabilities and statements of financial affairs until April 9, 2021 and (ii) establishing May 28, 2021 as the deadline for non-governmental entities to file proofs of claim.

On February 16, 2021, the Debtors filed and served the *Notice of Deadlines by Which Proofs of Claim Must be Filed* [Docket No. 148].

## D. **Retention Applications**

On February 9, 2021, the Debtors filed applications to employ the following professionals: (i) Bush Kornfeld LLP as co-counsel to the Debtors [Docket No. 103]; (ii) Pachulski Stang Ziehl & Jones LLP as lead counsel to the Debtors [Docket No.

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

105]; and (iii) Davis Wright Tremaine LLP as special counsel to the Debtors [Docket No. 107]. On February 11, 2021, the Debtors filed an application to employ Paladin Management Group, LLC to provide T. Scott Avila and Peter Richter as co-chief restructuring officers of the Debtors and to provide additional personnel to assist Mr. Avila and Mr. Richter with the Debtors' various operational, administrative and financial needs arising in connection with these cases [Docket No. 123].

Pursuant to the *Amended Notice of Hearing on the Debtors' Applications to Employ Professionals* [Docket No. 208], the deadline to object to these applications has been extended to March 8, 2021. A hearing on the applications will be held on March 15, 2021 at 11:00 a.m. (Pacific Time).

E. **Appointment of the Official Committee of Unsecured Creditors**

On February 16, 2021, the Office of the United States Trustee (the "UST") filed its notice of appointment of the following creditors to the Ranches Official Committee of Unsecured Creditors, as amended [Docket Nos. 152, 154, and 155] (the "Ranches Committee"): (i) J.R. Simplot; (ii) Alto Nutrients; and (iii) Animal Health International. Upon information and belief, the Ranches Committee has selected Dentons US LLP as its legal counsel, subject to court approval.

On February 22, the UST filed its notice of appointment of the following creditors to the Farms Official Committee of Unsecured Creditors, as amended [Docket Nos. 187, and 188] (the "Farms Committee"): (i) Labor Plus Solutions, Inc.; (ii) The McGregor Company; (iii) John Deer Financial; (iv) Dykman Electrical Inc.; (v) Two Rivers Terminal; and (vi) Frank Bushman. Upon information and belief, as of the date hereof, counsel for the Farms Committee has not yet been selected.

F. **Tyson Trustee Motion**

On February 8, 2021, Tyson filed a motion to appoint a chapter 11 trustee in the Ranches chapter 11 case [Docket No. 79] (the "Tyson Trustee Motion"). Pursuant to

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb25pm01k6

21-00141-WLH11    Doc 221    Filed 02/25/21    Entered 02/25/21 18:12:39    Pg 5 of 8

the *Notice of Hearing on Motion for Appointment of Chapter 11 Trustee* [Docket No. 197], the hearing on the Tyson Trustee Motion was continued to March 15, 2021 at 11:00 a.m. (Pacific Time). The court has scheduled a status conference with respect to the Washington Trust Trustee Motion on March 8, 2021 at 10:00 a.m. (Pacific Time).

As discussed below, Ranches and Tyson have resolved their dispute pursuant to the terms of the Tyson Settlement Term Sheet (defined below) and the Tyson Trustee Motion will be withdrawn upon approval by the court.

### G.  Washington Bank Trustee Motion

On February 19, 2021, Washington Trust filed a separate motion to appoint a chapter 11 trustee in the Farms chapter 11 case [Docket No. 177] (the "Washington Trust Trustee Motion") and joined in the Tyson Trustee Motion. Pursuant to that *Amended Notice of Hearing on Washington Trust Bank's Motion to Appoint Ch. 11 Trustee* [Docket No. 198], the hearing on the Washington Trust Trustee Motion was continued to March 15, 2021 at 11:00 a.m. (Pacific Time). The court has scheduled a status conference with respect to the Washington Trust Trustee Motion on March 8, 2021 at 10:00 a.m. (Pacific Time).

### H.  Tyson Settlements

Ranches and Tyson are parties to that certain *Cattle Feeding Agreement*, dated February 20, 2017 (the "Cattle Feeding Agreement"), whereby Ranches is required to, among other things, purchase and raise cattle on behalf of Tyson.

After the Ranches Petition Date, Ranches and Tyson engaged in negotiations concerning Tyson's ability to move certain cattle from Ranches' feedlots to third party grow lots in exchange for economic consideration necessary for Ranches to appropriately care for the cattle. These discussions culminated in the execution of that certain *Cattle Move Term Sheet* between the Debtor and Tyson dated February 18,

FIRST STATUS CONFERENCE
REPORT – Page 6

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 221    Filed 02/25/21    Entered 02/25/21 18:12:39    Pg 6 of 8

2021 (the "Cattle Term Sheet"). On February 14, 2021, the court entered an order approving the Cattle Term Sheet [Docket No. 174].

Since approval of the Cattle Term Sheet, Ranches and Tyson continued their negotiations regarding a broader settlement, which includes withdrawal of the Tyson Trustee Motion, and which culminated in the execution of that certain *Binding Settlement Term Sheet* dated February 24, 2021 (the "Tyson Settlement Term Sheet").

On February 25, 2021, Ranches filed a motion (the "Tyson Settlement Motion") for the entry of an order authorizing and approving the Tyson Settlement Term Sheet. The material terms of the settlement are set forth in the Tyson Settlement Motion.

Contemporaneously with the filing of the Tyson Settlement Motion, Ranches filed a motion to shorten time, requesting a hearing on the Tyson Settlement Motion to be held March 3, 2021 at 11:00 a.m. (Pacific Time).

## I. Next Steps – Bidding Procedures

The Debtors are in the process of formulating an appropriate sale process with the goal of maximizing the value of the Debtors' estates for the benefit of their creditors. In particular, the Debtors are actively engaging a real estate broker and, as contemplated by the Tyson Settlement Term Sheet, developing procedures related to a sale of all or substantially all of their real estate assets. The Debtors anticipate filing (a) an application to retain a real estate broker and (b) the Sale Procedure Motion in the coming weeks.

*[Remainder of page intentionally left blank]*

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Respectfully submitted,

DATED February 25, 2021        BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Proposed Attorneys for
Debtors and Debtors in Possession*

FIRST STATUS CONFERENCE
REPORT – Page 8

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb25pm01k6

21-00141-WLH11    Doc 221    Filed 02/25/21    Entered 02/25/21 18:12:39    Pg 8 of 8