SAMUEL R. MAIZEL
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP
1900 K. Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors
of Easterday Ranches, Inc.*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF SAMUEL R. MAIZEL** |

Pursuant to Rule 83.2(c) of the local rules (the "Local Rules") for the District Court for the Eastern District of Washington (the "District Court"), and Rule 9010-1(a)(3) of the of the local rules (the "Local Bankruptcy Rules") for the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court"), Sam. J. Alberts, member in good standing of the Washington State Bar and of the

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

MOTION FOR ADMISSION
*PRO HAC VICE* OF SAMUEL R. MAIZEL

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

1

21-00141-WLH11    Doc 236    Filed 03/01/21    Entered 03/01/21 11:04:09    Pg 1 of 8

District Court, hereby moves on behalf of the Official Committee of Unsecured Creditors of Easterday Ranches, Inc. (the "Committee") for the admission *pro hac vice* of Samuel R. Maizel in the above-captioned case, based upon the following.

1. Mr. Maizel's business address, phone number, and email:

Samuel R. Maizel
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

2. Date of admission to practice before other courts:

Mr. Maizel was admitted to practice in Pennsylvania (State Bar No. 43925) on November 4, 1985 and in California (State Bar No. 189301) on June 17, 1997. Mr. Maizel is also admitted to practice before the United States Court of Appeals for the Ninth Circuit and the Bankruptcy Appellate Panel for the Ninth Circuit, as well as the United States District and Bankruptcy Courts for the Central, Eastern, Northern and Southern Districts of California.

3. Name, address, phone number, and email of admitted counsel with whom the applicant will be associated:

Sam. J. Alberts (WSBA #22255)
Dentons US LLP
1900 K. Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

MOTION FOR ADMISSION
PRO HAC VICE OF SAMUEL R. MAIZEL

2

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-80041-WLH1E    Doc 236    Filed 03/01/21    Entered 03/01/21 11:04:09    Pg 2 of 8

4. Mr. Maizel has never been subject to any disciplinary sanction by any Court or Bar Association and no such disciplinary or sanction actions are pending against Mr. Maizel.

5. The Committee has proposed that Mr. Maizel serve as their lead counsel. Mr. Maizel has read and is familiar with Rule 83.2(c) of the Local Rules, and Rule 9010-1(a)(3) of the Local Bankruptcy Rules, and understands it is necessary to associate with admitted counsel, who shall sign all pleadings, motions, and other papers prior to filing and service and shall have meaningful participation in the case.

6. The Committee has retained Sam J. Alberts and Samuel R. Maizel of Dentons US LLP to serve in as this case. Applications approving Sam J. Alberts and Samuel R. Maizel of Dentons US LLP's employment are forthcoming. The admitted attorney, Sam J. Alberts, will assist Mr. Maizel in his representation of the Committee in these proceedings.

7. Pursuant to Local Bankruptcy Rule 9010-1 and Local Rule 83.2(c), the required fee has been paid.

**MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL R. MAIZEL**

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

3

21-10024-LWH Doc 236 Filed 03/01/21 Entered 03/01/21 11:04:09 Pg 3 of 8

WHEREFORE, the undersigned requests that this Court enter an Order admitting Mr. Maizel to practice law before this Court in the above-captioned case, and any related cases, adversary proceedings, and appeals, and to serve as co-counsel with Sam J. Alberts.

DATED this 1st day of March, 2021

DENTONS US LLP

By /s/ *Sam J. Alberts*
Sam J. Alberts, WSBA #22255

*Counsel for the Debtors, Debtors in Possession and Appellees*

**MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL R. MAIZEL**

4

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-10036-cec Doc 236 Filed 03/01/21 Entered 03/01/21 11:04:09 Pg 4 of 8

## CERTIFICATE OF SERVICE

I certify that on March 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system in this case. The Notice of Electronic Filing for the foregoing identifies all recipients.

By    /s/ *Sam J. Alberts*
      Sam J. Alberts, WSBA #22255

116866278\V-1

**MOTION FOR ADMISSION PRO HAC VICE OF SAMUEL R. MAIZEL** - 5

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-10214-LA11  Doc 236  Filed 03/01/21  Entered 03/01/21 11:04:09  Pg 5 of 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br>**ORDER OF ADMISSION *PRO HAC VICE* OF SAMUEL R. MAIZEL** |

BEFORE the Court is the motion of the Committee for admission of Samuel R. Maizel *pro hac vice*. Sam J. Alberts is local counsel of record.

Accordingly, IT IS HEREBY ORDERED:

1. The Motion for Admission *Pro Hac Vice* is GRANTED.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

**ORDER OF ADMISSION *PRO HAC VICE* OF SAMUEL R. MAIZEL**

1

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-00141-WLH11    Doc 236    Filed 03/01/21    Entered 03/01/21 11:04:09    Pg 6 of 8

1  2. Samuel R. Maizel may be and hereby is admitted to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case *pro hac vice* and any related cases, adversary proceedings, and appeals.

3. Pursuant to Local Rule 83.2(c) of the Local Rules for the District Court for the Eastern District of Washington, counsel of Sam J. Alberts shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case.

/ / /End of Order/ / /

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

2

**ORDER OF ADMISSION *PRO HAC VICE* OF SAMUEL R. MAIZEL**

21-00141-WLH11    Doc 236    Filed 03/01/21    Entered 03/01/21 11:04:09    Pg 7 of 8

Presented by:

DENTONS US LLP

By  /s/ *Sam J. Alberts*
Sam J. Alberts, WSBA #22255

*Proposed Counsel for the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*
116867141\V-1

3
**ORDER OF ADMISSION *PRO HAC VICE*
OF SAMUEL R. MAIZEL**

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-00141-WLH11    Doc 236    Filed 03/01/21    Entered 03/01/21 11:04:09    Pg 8 of 8