TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**WASHINGTON TRUST BANK'S OBJECTION TO THE PROPOSED FINAL ORDER AUTHORIZING DEBTOR EASTERDAY FARMS TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION** |

## I. INTRODUCTION

Washington Trust Bank ("Washington Trust"), by and through its attorney Trevor R. Pincock of Lukins & Annis, P.S., objects to the Proposed Final Order Authorizing Debtor Easterday Farms to Use Cash Collateral and Granting Adequate Protection (the "Final Order").

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) ("Ranches") and Easterday Farms, a Washington general partnership (21-00176-WLH) ("Farms").

WASHINGTON TRUST BANK'S OBJECTION
TO THE PROPOSED FINAL ORDER
AUTHORIZING DEBTOR EASTERDAY
FARMS TO USE CASH COLLATERAL AND
GRANTING ADEQUATE PROTECTION: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-00141-WLH11    Doc 272    Filed 03/04/21    Entered 03/04/21 17:49:46    Pg 1 of 5

Washington Trust recognizes that Easterday Farms (the "Debtor") needs to use some cash collateral to pay operating expenses, but Debtor has not justified its need for $3 million over the next four weeks when it currently does not have a viable 2021 plan in place for the farm ground.

Based on its stated timeframe, Debtor's use of cash collateral should be limited to the justified minimum amount necessary to maintain operations for two weeks to allow continued efforts to lease the ground, move forward with a viable wheat plan, or plant a cover crop[2] that will maintain the quality of the soil and minimize loss to the Estate.

## II. **OBJECTION**

Washington Trust objects to the proposed Final Order because Debtor does not have a viable plan for a 2021 crop. The proposed four-week budget unnecessarily delays a decision on what to do with the farm ground at a cost of $3 million in additional use of cash collateral.

In the March 3 status conference, counsel for Debtor provided the Court with a summary of the farming issues. Counsel stated that Debtor has two weeks to make a decision regarding the farm ground, and that the farm ground should not

---

[2] Cover crops are plants that are planted to manage soil erosion, soil fertility, soil quality, water, weeds, etc., rather than for purposes of being harvested. Wheat is not a cover crop.

WASHINGTON TRUST BANK'S OBJECTION
TO THE PROPOSED FINAL ORDER
AUTHORIZING DEBTOR EASTERDAY
FARMS TO USE CASH COLLATERAL AND
GRANTING ADEQUATE PROTECTION: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-00141-WLH11    Doc 272    Filed 03/04/21    Entered 03/04/21 17:49:46    Pg 2 of 5

remain fallow. Debtor's counsel then set forth three options they have considered with respect to the farm ground:

1) Plant potatoes and onions. (Debtor's counsel stated that this is not a real possibility and that this option has been rejected.)

2) Plant wheat. (Debtor's counsel recognized that this is not profitable and that it will require DIP financing, which is not currently in place.)

3) Lease the ground to third-party farmers.

Washington Trust agrees with Debtor's counsel that the farm ground should not remain fallow, that Debtor planting potatoes and onions is not feasible, and that a decision regarding the 2021 crop needs to be made soon.

As set forth in Washington Trust's objection to the interim budget [Doc 119], the best option for the Estate is to lease the ground. Leasing significantly reduces the need for cash collateral, potentially saves the Estate's sunk costs for inputs, doesn't require DIP financing, and provides cashflow to the Estate.

With respect to ground that isn't leased, Debtor's management team and Washington Trust have engaged in discussions regarding the wheat crop option, and as of the time of this filing they continue to discuss this option. However, it's not expected to take an additional four weeks to determine whether a wheat crop is a viable option.

WASHINGTON TRUST BANK'S OBJECTION
TO THE PROPOSED FINAL ORDER
AUTHORIZING DEBTOR EASTERDAY
FARMS TO USE CASH COLLATERAL AND
GRANTING ADEQUATE PROTECTION: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-00141-WLH11    Doc 272    Filed 03/04/21    Entered 03/04/21 17:49:46    Pg 3 of 5

If Debtor is unable to negotiate and enter into leases within the short time left to do so, and the wheat option is determined to be inviable, then a potential alternative option is to plant a cover crop. The Debtor's stated goal is to liquidate its real property assets. Based on that goal, a cover crop is a potential alternative (if leasing isn't available and a wheat crop isn't feasible) because it will not require significant expense or expertise to manage, it will maintain and preserve the quality of the soil, allow for the anticipated real property sales, and likely will not require DIP financing. Although a cover crop will not provide much, if any, income to the Estate, it's an alternative that likely won't require DIP financing and the costs will be known.

Although Debtor is providing Washington Trust a Replacement Lien and other Adequate Protection, Debtor's plan to delay a decision regarding the 2021 farm ground beyond two weeks is too costly. Debtor's use of cash collateral should be limited to the justified minimum amount necessary to maintain operations for two weeks to allow continued efforts to lease the ground, determine if wheat is a viable option, or alternatively plan to plant a cover crop that will maintain the quality of the soil and minimize loss to the Estate.

//

//

**WASHINGTON TRUST BANK'S OBJECTION TO THE PROPOSED FINAL ORDER AUTHORIZING DEBTOR EASTERDAY FARMS TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION: 4**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-00141-WLH11    Doc 272    Filed 03/04/21    Entered 03/04/21 17:49:46    Pg 4 of 5

Washington Trust respectfully requests the court to enter an Order accordingly.

DATED this 4th day of March, 2021.

LUKINS & ANNIS, P.S.

By _____
TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
Attorneys for Washington Trust Bank

**WASHINGTON TRUST BANK'S OBJECTION TO THE PROPOSED FINAL ORDER AUTHORIZING DEBTOR EASTERDAY FARMS TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION: 5**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-00141-WLH11    Doc 272    Filed 03/04/21    Entered 03/04/21 17:49:46    Pg 5 of 5