1　Roger W. Bailey
2　BAILEY & BUSEY PLLC
3　411 N. 2nd Street
4　Yakima, Washington 98901
5
6　Phone:　　　509.248.4282
　　Facsimile:　 509.575.5661
7　E-Mail:　　　roger.bailey.attorney@gmail.com
8
9
10　Steven H. Sackmann
11　Sackmann Law, PLLC
12　PO Box 409
13　Othello, Washington 99344
14
　　Phone:　　　509-488-5636
15　Facsimile:　 509-488-6126
16　E-Mail:　　　steve@sackmannlaw.com
17
18
19　*Counsel for Sunray Farms LLC & Weyns Farms LLC*
20　———————————————————————————
21
22　**UNITED STATES BANKRUPTCY COURT**
　　**EASTERN DISTRICT OF WASHINGTON**
23
24　———————————————————————————
25　IN RE:
26
27　EASTERDAY RANCHES, INC.,
28
29
30　　　　　　　　　　Debtor[1].

| | |
|---|---|
| Case No.　21-00141-WLH11 | |
| | |
| **NOTICE TO DEBTOR &** | |
| **TRUSTEE OF: (A) INTENTION** | |
| **TO PURSUE LIEN CLAIMS;** | |

31　———————————————————
32　[1] The Debtors along with their case numbers are as follows: Easterday Ranches, In. (21-00141-
33　WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).
34

BAILEY **BB** BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

| | **AND (B) PERFECTION OF LIEN CLAIMS IN LIEU OF FILING PURSUANT TO 11 U.S.C. §546(b)** |
|---|---|
| | ***Weyns Farms, LLC*** |

Weyns Farms, LLC (**"Weyns"**) through its counsel of record, Steven H. Sackmann and Roger W. Bailey hereby gives notice of: (a) the existence of its lien claims pursuant to RCW 60.13 and other applicable law (**"Lien Claims"**); (b) the perfection and intent to continue perfection of the Lien Claims; and (c) the intent to maintain the priority and perfection of said Lien Claims without the necessity of filing suit pursuant to 11 U.S.C. §546(b). In support of the Notice, Weyns represents as follows:

1.      Weyns entered into contracts (**"Contracts"**) to deliver some of its 2020 Silage Triticale and Silage Corn (**"Farm Products"**) to Easterday Ranches (**"Ranches"**) and/or Easterday Farms (**"Farms"**) collectively identified as **"Easterday"** (See contracts attached to preparer lien claim as Exhibit B & D for copies of contracts). Pursuant to its agreements with Easterday, Weyns delivered $247,771.97 of Silage Triticale and $217,252.37



BAILEY BUSEY
BB
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11    Doc 281    Filed 03/04/21    Entered 03/04/21 19:50:50    Pg 2 of 33

of Silage Corn to Easterday. These deliveries were documented in part by the records attached to the preparer lien claims as Exhibits A & C.

2.      Weyns produced the Farm Products on land it owned or operated during 2020.

3.      All the Farm Products were delivered to Easterday.

4.      Easterday or its affiliates has not made any payments to Weyns on account of the Farm Products.

5.      Easterday remains indebted to Weyns for the unpaid amounts due under the Contracts (**"Remaining Balances"**). The Remaining Balances are due on December 31, 2020 for both Silage Triticale and Silage Corn.

6.      Easterday failed to pay the Remaining Balances as required by the Contracts. As a result, Weyns filed a preparer lien claim with the Washington State Department of Licensing on January 29, 2021, DOL Filing No. 2021-029-3216-0, and amended March 4, 2021, to correct addition errors, DOL Filing No. 2021-063-2512-8. A true and correct copy of the preparer lien is attached hereto as Exhibits 1 and 2.

7.      Under Washington law, the preparer lien is a secret super-priority lien which was automatically perfected upon delivery of the Farm Products.



BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

The lien remains a super-priority lien if the lien claimant files a preparer lien with the Washington Dept. of Licensing no later than Twenty (20) days after payment is due.

8.     Weyns asserts a continuing preparer lien in the Farm Products and any other farm products with which the Farm Products have been commingled as well as all accounts of Easterday to the fullest extent allowed by Washington law and the Bankruptcy Code.

9.     Under RCW 60.13.060 a party holding a perfected preparer lien must institute an action to foreclose the lien prior to the expiration of the later of: (a) attachment of the lien; or (b) filing of the preparer lien statement. As Weyns filed its lien on January 29, 2021, a foreclosure lawsuit must be filed no later than March 20, 2021.

10.    11 U.S.C. §546(b) generally provides that a party who under State or other applicable non-bankruptcy law would be required to commence a lawsuit in order to preserve or protect its lien claims, shall instead preserve its lien claims/rights by giving notice to the Trustee of its claims.

BAILEY BB BUSEY
BB
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

11. Weyns intends to assert its lien rights as provided by Washington law. Weyns hereby provides this notice in order to preserve all of its lien claims and rights, including the right to assert super-priority status of its liens.

///End of Body of Document///

BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

DATED this _4th_ day of March, 2021

/s/ Steven H. Sackmann

Steven H. Sackmann (WSBA 00618)
Sackmann Law Offices


___/s/ Roger W. Bailey___
Roger W. Bailey (WSBA 26121)
Bailey & Busey PLLC

**BAILEY** BB **BUSEY**
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

# EXHIBIT "1"

## UCC PREPARER LIEN

**BAILEY** BB **BUSEY**
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Steven H. Sackmann (509)488-5636

**B. E-MAIL CONTACT AT FILER (optional)**
steve@sackmannlaw.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

> Sackmann Law, PLLC
> PO Box 409
> Othello WA USA 99344

Date of Filing : 01/29/2021
Time of Filing : 03:44:00 PM
File Number   : 2021-029-3216-0
Lapse Date   : 01/29/2026

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EASTERDAY RANCHES, INC., a Washington Corporation | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5235 Industrial Way | Pasco | WA | 99301 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WEYNS FARMS, LLC, a Washington Limited Liability Company | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8289 Kulm Road SE | Othello | WA | 99344 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

**100% of product delivered will be paid on or about December 31, 2020.**
**Silage Triticale:  Approximately 10,848.16 tons @ $22.84 = $247,771.97 (Exhibit "A")**
**Per Contract attached as Exhibit "B"**
**Silage Corn:  Approximately 6,344.44 tons @ $28.55 per ton = $181,133.76 (Exhibit "C")**
**Per Contract attached as Exhibit "D"**
**Pursuant to RCW 60.13.030.**

---

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Weyns Farms / Easterday Ranches #7807-21

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

2021-029-3216-0

# UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | **Date of Filing :** 01/29/2021 <br> **Time of Filing :** 03:44:00 PM |

**9a. ORGANIZATION'S NAME**

### EASTERDAY RANCHES, INC., a Washington Corporation

**File Number : 2021-029-3216-0**
**Lapse Date : 01/29/2026**

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**          **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**          **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

| | |
|---|---|
| **13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | **14.** This FINANCING STATEMENT: <br> ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| **15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | **16.** Description of real estate: |

**17. MISCELLANEOUS:**
See Attachment "A"

**2021-029-3216-0**

**EXHIBIT "A"**

**UCC PREPARER LIEN**
**(Weyns Farms LLC / Easterday Ranches Inc.)**

<u>*Miscellaneous (Continuation of Language)*</u>

100% of product delivered will be paid on or about December 31, 2020.

Silage Triticale:  Approximately 10,848.16 tons @ $22.84 = $247,771.97 (See Exhibit "A")
Per Contract attached as Exhibit "B"

Silage Corn:  Approximately 6,344.44 tons @ $28.55 per ton = $181,133.76 (See Exhibit "C")
Per Contract attached as Exhibit "D"

Pursuant to RCW 60.13.030.

The amount claimed is a true and bona fide existing debt as of the date of the filing of the notice evidencing the lien.  The act of filing this notice constitutes the present intention of the producer that the statements there are true and adopted by the producer as its own.

21-00141-WLH11    Doc 281    Filed 03/04/21    Entered 03/04/21 19:50:56    Pg 10 of 33

# EXHIBIT "A"

PAGE 4 OF 13

WEYNS FARMS
2020 TRITICALE LOAD RECORDS

## SUMMARY — TO WEYNS FEEDLOT

| FIELD | DATE | ACRES | TOTAL BUSHELS | bushels per acre | TOTAL LB | TONS | TONS/A | Moisture | Dry Matter | Adj. Tons |
|---|---|---|---|---|---|---|---|---|---|---|
| B88 U84 | | 100 | 11394.91 | 113.95 | 638,120.00 | 319.06 | 3.53 | 64.00 | 36.00 | 353.42 |
| B87 U81 | | 142 | 81398.71 | 573.23 | 4,558,364.00 | 2,279.18 | 13.74 | 72.17 | 27.83 | 1,951.68 |
| B88 U83E | | 90 | 48311.17 | 536.79 | 2,705,447.00 | 1,352.72 | 16.07 | 65.25 | 34.75 | 1,446.37 |
| B80 U90 | | 63 | 37459.34 | 594.59 | 2,097,740.00 | 1,048.87 | 12.93 | 74.75 | 25.25 | 814.89 |
| TOTAL | | 395 | 178564.13 | | 9,999,671 | 4,999.84 | 12.66 | | | 4,566.37 |

*** For crop insurance: If you have it adjusted to 67.5% and you submit that to us with it already adjusted that's the number that's used. –Lou

## SUMMARY RESULTS FROM EASTERDAY FARMS

| FIELD | ACRES | TONS | ACTUAL MOIST | ACTUAL DM | CONTRACT MOIST | CONTRA CT DM | SHRINK CALC | ADJUSTED TONS | Def'd to Weyns | Total Adj Tons | Adj Tons/Ac |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B88 U84 | 100 | 894.1 | 56.30 | 43.70 | 67.5 | 32.5 | 134.46% | 1202.22 | 353.42 | 1555.64 | 15.56 |
| B87 U81 | 142 | | | | | | | | 1951.68 | 1951.68 | 13.74 |
| B45 U168 | 20 | 289.62 | 62.12 | 37.88 | 67.5 | 32.5 | 116.55% | 337.56 | | 337.56 | 16.88 |
| B45 U181 | 70 | 1084.5 | 70.90 | 29.10 | 67.5 | 32.5 | 89.54% | 971.04 | | 971.04 | 13.87 |
| B49 U221-222 | 160 | 2207.31 | 63.12 | 36.88 | 67.5 | 32.5 | 113.48% | 2504.79 | | 2504.79 | 15.65 |
| B46 U166 | 123 | 1041.8 | 60.50 | 39.50 | 67.5 | 32.5 | 121.54% | 1266.19 | | 1266.19 | 10.29 |
| B88 U 83E | 90 | | | | | | | | 1446.37 | 1446.37 | 16.07 |
| B80 U 90 | 63 | | | | | | | | 814.89 | 814.89 | 12.93 |
| Total Acres | 768 | | | | | | | | | 10848.16 | |

Total Tons 6281.80   4566.36

Price @ Close of Market September 15th for December Contract $3.66/Bushel or $22.84/c Tons per Acre   $22.84 per Ton

50% Due Nov 30
50% Due Dec 31   14.13

### 2020 Easterday Ranches Triticale Silage Pricing Formula

| | Tons | Price | x7.8 | x80% | Total Adjusted Tons | 10848.16 |
|---|---|---|---|---|---|---|
| | 10848.16 | 3.66 | 28.55 | 22.84 | | $247,771.97 |

$247,771.97

Adj Tons/Ac
15.56
13.74
16.88
13.87
15.65
10.29
16.07
12.93

21-00141-WLH11   Doc 281   Filed 03/04/21   Entered 03/04/21 19:50:56   Pg 12 of 33

# EXHIBIT "B"

CONTRACT NO.

**EASTERDAY RANCHES, INC**
**SILAGE TRITICALE CONTRACT, 2020**

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_Weyns Farms, LhC_ . (Grower).

**A.** Description of Property: Grower agrees to plant and harvest silage triticale on land owned
or controlled by Grower as follows:

Number of Acres _823_ Number of tons _12,000_ +/- County_____ Royal = 395
Township/Block/Range (unit) _____ Section_____ EastOthello = 178
                                                          Sath Othello = 250

**B.** Seed. Grower shall purchase certified silage triticale seed; the type and variety at
grower's choice.

**C.** Acts of God, weather and other facts will in part determine total production.
Grower is not obligated to deliver any specific amount of production. However, it shall be the
grower's obligation to deliver 100% of the harvested silage triticale.

**D.** 100% of silage triticale production shall be harvested by Easterday Ranches Inc.
equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale
delivered shall be that grown under this contract, unless modified in writing by Buyer and
Grower.

**E.** Grower will provide disk for edge's on any truck roads.

**F.** The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight
will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.** Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine
price per ton of silage at 67.5% moisture. This price x 80% will be price for silage triticale.
Grower has the option to price during trading hours until September 15, 2020.

**H.** Payment. Payment to Grower will be as follow:

(1) 50% of total purchase price will be paid to Grower November 30.

(2) Remaining 50% will be paid to Grower 60 December 31.

**I.**    This contract is not assignable without the written consent of Buyer.

**J.**    <u>No liens.</u> Grower represents that he/it owns and has the right to sell the silage triticale contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage triticale, without Buyer's written consent.

**K.**    This contract and its terms are accepted by both parties.

Buyer:                                        Grower:

EASTERDAY RANCHES, INC.

By_____        By _Wyns Farms LLC  Kathlene_
Title_____        Title __/__Manager_____

Address: 5235 N Industrial Way        Address:_____
        Pasco,WA 99301                           _____

Phone:    509-547-9600                 Phone:_____

Fed.ID_91-0924272__                  Fed.Id_____

PAGE 8 OF 13

# EXHIBIT "C"

PAGE 9 OF 13

| SUMMARY | Weyns Feedlot | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIELD | DATE | ACRES | TOTAL LB | TONS | TONS/A | MOISTURE | DRY MATTER | SHRINK CALC | ADJ. TONS | TOTAL LOADS |
| B88 U84 | 10/17/20 | 100 | 3,269,447 | 1,634.72 | 16.35 | 49.50 | 50.50 | 155% | 2,540.11 | 94 |
| B87 U79 | 10/20/20 | 60 | 1,672,900 | 836.45 | 13.94 | 58.34 | 41.66 | 128% | 1,072.20 | 51 |
| B88 U83E | 10/19/20 | 90 | 3,624,259 | 1,812.13 | 20.13 | 51.00 | 49.00 | 151% | 2,732.13 | 98 |
| B87 U70 | 10/21/20 | 64 | 1,713,150 | 856.58 | 13.38 | 52.00 | 48.00 | 148% | 1,265.10 | 56 |
| TOTAL | | 314 | 8,566,606 | 4,283.30 | 13.64 | | | | 6,344.44 | 299 |

\*\*\* For crop insurance: If you have it adjusted to 67.5% and you submit that to us with it already adjusted that's the number that's used. -Lou

sept 15 cme       price per ton       total due
$3.66             $28.55              $181,133.76

PRICE TO BE DETERMINED by CME by Dec 2020 corn x 7.80. This price will determine price per ton of silage at 67.5% moisture. This price x 80% will be price for silage triticale.

21-00141-WLH11    Doc 281    Filed 03/04/21    Entered 03/04/21 19:50:56    Pg 17 of 33

# EXHIBIT "D"

**EASTERDAY RANCHES, INC**
**SILAGE CORN CONTRACT, 2020**

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_Adams Farms_____. (Grower).


**A.**   Description of Property: Grower agrees to plant and harvest silage corn on land owned or controlled by Grower as follows:

Number of Acres _500___ Number of tons _13,500_ County _Grant/Adams_
Township/Block/Range (unit) _____—_____ Section _____

**B.**   Seed. Grower shall purchase certified silage corn seed, the type and variety at grower's choice.

**C.**   Acts of God, weather and other facts will in part determine total production. Grower is not obligated to deliver any specific amount of production. However, it shall be the grower's obligation to deliver 100% of the harvested silage corn.

**D.**   100% of silage corn production shall be harvested by Easterday Ranches Inc. equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale delivered shall be that grown under this contract, unless modified in writing by Buyer and Grower.

**E.**   Grower will provide disk for edges on any truck roads.

**F.**   The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.**   Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine price per ton of silage at 67.5% moisture. Grower has the option to price during trading hours until September 15, 2020.


**H.**   Payment. Payment to Grower will be as follow:

   (1) 50% of total purchase price will be paid to Grower November 30.

   (2) Remaining 50% will be paid to Grower 60 December 31.

**I.** This contract is not assignable without the written consent of Buyer.

**J.** <u>No liens.</u> Grower represents that he/it owns and has the right to sell the silage corn contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage corn, without Buyer's written consent.

**K.** This contract and its terms are accepted by both parties.

Buyer:

EASTERDAY RANCHES, INC.

By_____
Title_____

Address: 5235 N Industrial Way
          Pasco, WA 99301

Phone:    509-547-9600

Fed.ID # 91-0924272

Grower: *Weyns Farms*

By _____
Title *member*

Address: *8289 Hulm Rd. SE*
          *Othello, Wa*

Phone: *509 - 346 - 9352*

Fed.Id # *91-1669428*

PAGE 13 OF 13

# EXHIBIT "2"

## UCC PREPARER LIEN



411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Steven H. Sackmann (509)488-5636

**B. E-MAIL CONTACT AT FILER (optional)**
steve@sackmannlaw.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Sackmann Law, PLLC
PO Box 409
Othello WA USA 99344

Date of Filing : 03/04/2021
Time of Filing : 06:26:00 PM
File Number : 2021-063-2512-8
Lapse Date : 01/29/2026

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2021-029-3216-0

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**100% of product delivered will be paid on or about December 31, 2021.**
**Silage Triticale: Approximately 10,848.16 tons @ $22.84 = $247,771.97 (See Exhibit "A")**
**Per Contract attached as Exhibit "B"**
**Silage Corn: Approximately 7,609.54 tons @ $28.55 per ton = $217,252.37 (See Exhibit "C")**
**Per Contract attached as Exhibit "D"**
**Pursuant to RCW 60.13.030**

9. **NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | **WEYNS FARMS, LLC, a Washington Limited Liability Company** | | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**Weyns Farms, LLC / Easterday Ranches #7807-21 Preparer Lien**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)
PAGE 1 OF 12
2021-063-2512-8

# EXHIBIT "A"

## UCC PREPARER LIEN
### (Weyns Farms LLC / Easterday Ranches Inc.)

### *Miscellaneous (Continuation of Language)*

100% of product delivered will be paid on or about December 31, 2020.

Silage Triticale: Approximately 10,848.16 tons @ $22.84 = $247,771.97 (See Exhibit "A")
Per Contract attached as Exhibit "B"

Silage Corn: Approximately 7,609.54 tons @ $28.55 per ton = $217,252.37 (See Exhibit "C")
Per Contract attached as Exhibit "D"

Pursuant to RCW 60.13.030.

The amount claimed is a true and bona fide existing debt as of the date of the filing of the notice evidencing the lien. The act of filing this notice constitutes the present intention of the producer that the statements there are true and adopted by the producer as its own.

# EXHIBIT "A"

## SUMMARY — TO WEYNS FEEDLOT

| FIELD | DATE | ACRES | TOTAL BUSHELS | bushels per acre | TOTAL LB | TONS | TONS/A | Moisture | Dry Matter | Adj. Tons |
|---|---|---|---|---|---|---|---|---|---|---|
| B88 U84 | | 100 | 11394.91 | 113.95 | 638,120.00 | 319.06 | 3.53 | 64.00 | 36.00 | 353.42 |
| B87 U81 | | 142 | 81398.71 | 573.23 | 4,558,364.00 | 2,279.18 | 13.74 | 72.17 | 27.83 | 1,951.68 |
| B88 U83E | | 90 | 48311.17 | 536.79 | 2,705,447.00 | 1,352.72 | 16.07 | 65.25 | 34.75 | 1,446.37 |
| B80 U90 | | 63 | 37459.34 | 594.59 | 2,097,740.00 | 1,048.87 | 12.93 | 74.75 | 25.25 | 814.89 |
| TOTAL | | 395 | 178564.13 | | 9,999,671 | 4,999.84 | 12.66 | | | 4,566.37 |

*** For crop insurance: If you have it adjusted to 67.5% and you submit that to us with it already adjusted that's the number that's used. –Lou

## SUMMARY RESULTS FROM EASTERDAY FARMS

| FIELD | ACRES | TONS | ACTUAL MOIST | ACTUAL DM | CONTRACT MOIST | CONTRA CT DM | SHRINK CALC | ADJUSTED TONS | Del'd to Weyns | Total Adj Tons | Adj Tons/Ac |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B88 U84 | 100 | 894.1 | 56.30 | 43.70 | 67.5 | 32.5 | 134.46% | 1202.22 | 353.42 | 1555.64 | 15.56 |
| B87 U81 | 142 | | | | | | | | 1951.68 | 1951.68 | 13.74 |
| B45 U168 | 20 | 289.62 | 62.12 | 37.88 | 67.5 | 32.5 | 116.55% | 337.56 | | 337.56 | 16.88 |
| B45 U181 | 70 | 1084.5 | 70.90 | 29.10 | 67.5 | 32.5 | 89.54% | 971.04 | | 971.04 | 13.87 |
| B49 U221-222 | 160 | 2207.31 | 63.12 | 36.88 | 67.5 | 32.5 | 113.48% | 2504.79 | | 2504.79 | 15.65 |
| B46 U166 | 123 | 1041.8 | 60.50 | 39.50 | 67.5 | 32.5 | 121.54% | 1266.19 | | 1266.19 | 10.29 |
| B88 U 83E | 90 | | | | | | | | 1446.37 | 1446.37 | 16.07 |
| B80 U 90 | 63 | | | | | | | | 814.89 | 814.89 | 12.93 |
| Total Acres | 768 | | | | | | Total Tons | 6281.80 | 4566.36 | 10848.16 | 14.13 |

Price @ Close of Market September 15th for December Contract $3.66/Bushel or $22.84/tc Tons per Acre

$22.84 per Ton

$247,771.97

50% Due Nov 30
50% Due Dec 31

## 2020 Easterday Ranches Triticale Silage Pricing Formula

| | | | | Total Adjusted Tons | 10848.16 |
|---|---|---|---|---|---|
| Tons | 10848.16 | | | | |
| Price | 3.66 | x7.8 | x80% | | |
| | 28.55 | 22.84 | | | $247,771.97 |

PAGE 4 OF 12

# EXHIBIT "B"

CONTRACT NO.

## EASTERDAY RANCHES, INC
## SILAGE TRITICALE CONTRACT, 2020

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_Weyns Farms, LLC_____ . (Grower).

**A.** Description of Property: Grower agrees to plant and harvest silage triticale on land owned
or controlled by Grower as follows:

Royal = 395

Number of Acres _823_ Number of tons _2,000_ H' County _____ Eastofhello = 178
Township/Block/Range (unit) _____ Section _____ Suth Othello = 250

**B.** Seed. Grower shall purchase certified silage triticale seed; the type and variety at
grower's choice.

**C.** Acts of God, weather and other facts will in part determine total production.
Grower is not obligated to deliver any specific amount of production. However, it shall be the
grower's obligation to deliver 100% of the harvested silage triticale.

**D.** 100% of silage triticale production shall be harvested by Easterday Ranches Inc.
equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale
delivered shall be that grown under this contract, unless modified in writing by Buyer and
Grower.

**E.** Grower will provide disk for edge's on any truck roads.

**F.** The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight
will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.** Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine
price per ton of silage at 67.5% moisture. This price x 80% will be price for silage triticale.
Grower has the option to price during trading hours until September 15, 2020.

**H.** Payment. Payment to Grower will be as follow:

(1) 50% of total purchase price will be paid to Grower November 30.

(2) Remaining 50% will be paid to Grower 60 December 31.

21-00141-WLH11    Doc 281    Filed 03/04/21    Entered 03/04/21 19:50:56    Pg 27 of 33

**I.** This contract is not assignable without the written consent of Buyer.

**J.** <u>No liens.</u> Grower represents that he/it owns and has the right to sell the silage triticale contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage triticale, without Buyer's written consent.

**K.** This contract and its terms are accepted by both parties.

Buyer:                                    Grower:

EASTERDAY RANCHES, INC.

By_____        By _Wyns Farms LLC KenWyns____
Title_____        Title_____/ Manager_____

Address: 5235 N Industrial Way        Address:_____
           Pasco, WA 99301        _____

Phone:    509-547-9600             Phone:_____

Fed.ID_91-0924272_                 Fed.Id_____

# EXHIBIT "C"

Weyns Feedlot

| SUMMARY FIELD | DATE | ACRES | TOTAL LB | TONS | TONS/A | MOISTURE | DRY MATTER | SHRINK CALC | ADJ. TONS | TOTAL LOADS |
|---|---|---|---|---|---|---|---|---|---|---|
| B88 U84 | 10/17/20 | 100 | 3,269,447 | 1,634.72 | 16.35 | 49.50 | 50.50 | 155% | 2,540.11 | 94 |
| B87 U79 | 10/20/20 | 60 | 1,672,900 | 836.45 | 13.94 | 58.34 | 41.66 | 128% | 1,072.20 | 51 |
| B88 U83E | 10/19/20 | 90 | 3,624,259 | 1,812.13 | 20.13 | 51.00 | 49.00 | 151% | 2,732.13 | 98 |
| B87 U70 | 10/21/20 | 64 | 1,713,150 | 856.58 | 13.38 | 52.00 | 48.00 | 148% | 1,265.10 | 56 |
| TOTAL | | 314 | 8,566,606 | 4,283.30 | 13.64 | | | | 6,344.44 | 299 |

3/4/2021: Correct total is: 7,609.54 Adj. Tons

*** For crop insurance: If you have it adjusted to 67.5% and you submit that to us with it already adjusted that's the number that's used. --Lou

sept 15 cme    price per ton    total due
$3.66          $28.55           $181,133.76

3/4/2021: Correct total is $217,252.37 Total Due

PRICE TO BE DETERMINED BY CME by Dec 2020 corn x 7.80. This price will determine price per ton of silage at 67.5% moisture. This price x 80% will be price for silage triticale.

# EXHIBIT "D"

CONTRACT NO._____

## EASTERDAY RANCHES, INC
## SILAGE CORN CONTRACT, 2020

**THIS CONTRACT** is made between Easterday Ranches, Inc. (Buyer) and
_Ubyns Farms_____. (Grower).

**A.** <u>Description of Property:</u> Grower agrees to plant and harvest silage corn on land owned or controlled by Grower as follows:

Number of Acres _500_ Number of tons _12,500_ County _Grant/Adams_
Township/Block/Range (unit) _____ Section _____

**B.** <u>Seed.</u> Grower shall purchase certified silage corn seed, the type and variety at grower's choice.

**C.** Acts of God, weather and other facts will in part determine total production. Grower is not obligated to deliver any specific amount of production. However, it shall be the grower's obligation to deliver 100% of the harvested silage corn.

**D.** 100% of silage corn production shall be harvested by Easterday Ranches Inc. equipment to the collection points at Easterday Ranches, Inc. It is intended the silage triticale delivered shall be that grown under this contract, unless modified in writing by Buyer and Grower.

**E.** Grower will provide disk for edges on any truck roads.

**F.** The net weight to be paid to Grower shall be based on 67.5% moisture. The gross weight will be adjusted accordingly based on the actual moisture content at time of harvest.

**G.** Price to be determined by CME by Dec 2019 corn x 7.80. This formula will determine price per ton of silage at 67.5% moisture. Grower has the option to price during trading hours until September 15, 2020.

**H.** Payment. Payment to Grower will be as follow:

    (1) 50% of total purchase price will be paid to Grower November 30.

    (2) Remaining 50% will be paid to Grower 60 December 31.

21-00141-WLH11   Doc 281   Filed 03/04/21   Entered 03/04/21 19:50:56   Pg 32 of 33

**I.**     This contract is not assignable without the written consent of Buyer.

**J.**     No liens. Grower represents that he/it owns and has the right to sell the silage corn contracted herein, and at the date of this agreement the crop is not subject to any liens, chattel mortgage or other encumbrance except _____ and Grower agrees that he/it will not encumber this crop in any manner or sell, assign, transfer, surrender or otherwise impair his/its ownership or right to possess and sell the silage corn, without Buyer's written consent.

**K.**     This contract and its terms are accepted by both parties.

Buyer:                                        Grower: _Weyns Farms_

EASTERDAY RANCHES, INC.

By_____        By _____
Title_____        Title _member_____

Address: 5235 N Industrial Way        Address: _8289 Holm Rd. SE_
             Pasco, WA 99301                      _Othello, Wa_____

Phone:     509-547-9600               Phone: _509 - 346 - 9352_

Fed.ID #_91-0924272___                Fed.Id # _91-1669428_