Toni Meacham, WSBA 35068
1420 Scooteney Rd
Connell, WA 99326
(509)488-3289

Counsel for Brad Curtis Farms, LLC

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | |
|---|---|
| **EASTERDAY RANCHES, INC. et al.,** | NO. 21-00141-WLH11 |
| Debtors. | CH 11 JOINTLY ADMINISTERED |
| | JOINDER ON MOTION FOR ADEQUATE PROTECTION AND |
| | OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH COLLATERAL |

BRAD CURTIS FARMS, LLC., hereby joins in the motion of Weyns Farms and Sunray Farms (ECF 273) in seeking a motion for adequate protection and in filing an objection to Debtors final motion for use of cash collateral. Brad Curtis Farms, LLC also joins in the motion to shorten time (ECF 277), notice of motion (ECF 276), and the notice of hearing (278).

JOINDER ON MOTION FOR ADEQUATE PROTECTION AND
OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH COLLATERAL
Page 1

Toni Meacham
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

21-00141-WLH11    Doc 283    Filed 03/04/21    Entered 03/04/21 20:46:20    Pg 1 of 3

1. Brad Curtis Farms, LLC provided feed per contract to Debtors and has not received any post-petition payments. Although it is clear that the feed provided is being utilized to feed cattle, it is unclear who is being compensated for that feed..

2. Brad Curtis Farms, LLC provided 21,402 bushes of high moisture corn to Ranches in October 2020. Brad Curtis Farms, LLC remains unpaid for its 2020 feed deliveries in the amount of $112,655.85.

3. Brad Curtis Farms, LLC filed a lien statement with the WA Dept. of Licensing with respect to this high moisture corn on March 4, 2021. Payment is not due to begin until May 15, 2021.

4. Brad Curtis Farms, LLC delivered 134.81 net tons of high moisture corn to the "Home Lot."

5. Brad Curtis Farms, LLC delivered 539.81 net tons of high moisture corn to the "North Lot."

6. It is unclear whether this feed has been fed to cattle already or was in existence at the time of filing. It is believed that the feed is co-mingled with other high moisture corn that was delivered to the same locations.

7. Brad Curtis Farms, LLC has reviewed the Motion for Adequate Protection and Objection to Debtors Final Motion to Use Cash Collateral and joins in those motions, seeking the same remedy as requested in that motion.

JOINDER ON MOTION FOR ADEQUATE PROTECTION AND
OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH COLLATERAL
Page 2

Toni Meacham
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

21-00141-WLH11    Doc 283    Filed 03/04/21    Entered 03/04/21 20:46:20    Pg 2 of 3

| | | |
|---|---|---|
| Date | **March 4, 2021** | Signature /s/ **Toni Meacham** |
| | | Name |
| | | Address **Toni Meacham Attorney At Law**<br>**1420 Scooteney Rd**<br>**Connell, WA 99326** |

JOINDER ON MOTION FOR ADEQUATE PROTECTION AND
OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH COLLATERAL
Page 3

**Toni Meacham**
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

21-00141-WLH11    Doc 283    Filed 03/04/21    Entered 03/04/21 20:46:20    Pg 3 of 3