Toni Meacham, WSBA 35068
1420 Scooteney Rd
Connell, WA 99326
(509)488-3289

Counsel for Brad Curtis Farms, LLC

# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | |
|---|---|
| **EASTERDAY RANCHES, INC. et al.,** | **NO.** 21-00141-WLH11 |
| Debtors. | CH 11 <br> JOINTLY ADMINISTERED |
| | NOTICE TO DEBTOR AND TRUSTEE OF: (A) INTENTION TO PURSUE LIEN CLAIMS; AND <br> (B) PERFECTION OF LIEN CLAIMS IN LIEU OF FILING PURSUANT TO 11 U.S.C. §546(B) |
| | BRAD CURTIS FARMS, LLC |

BRAD CURTIS FARMS, LLC. (hereinafter "Curtis"), through counsel of record, Toni Meacham, hereby gives notice of: (a) the existence of its lien claims pursuant to RCW 60.13 and other applicable law (lien claims); (b) the perfection and intent to continue perfection of the lien claims ; and (c) the intent to maintain the priority and perfection of said lien claims without the necessity of filing suit pursuant to 11 U.S.C. §546(b). In support of the Notice, Curtis asserts as follows:

NOTICE TO DEBTOR AND TRUSTEE
Page 1

Toni Meacham
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

1. Curtis entered into a contract to deliver high moisture corn that he had grown on his farm to Debtors, collectively identified as "Easterday." The contract with addendum are attached as Exhibits A and B to the preparer lien claim.

2. Curtis grew the corn on land it owned or operated on in 2020; harvested the corn; and used Curtis trucks, trailers, and employees to deliver the corn. All contracted product was delivered to Easterday.

3. Curtis provided 21,402 bushes of high moisture corn to Ranches in October 2020. Curtis remains unpaid for its 2020 feed deliveries in the amount of $112,655.85. The corn settlement sheet which proves the loads delivered is attached as Exhibit D to the preparer lien.

4. Easterday or its affiliates has not made any payments to Curtis on account of the high moisture corn.

5. Easterday remains indebted to Curtis for the unpaid amounts due under the contract. The remaining balances are scheduled to be paid, with half of the total amount due May 15, 2021 and the remainder due June 15, 2021.

6. Curtis filed a lien statement with the WA Dept. of Licensing with respect to this high moisture corn on March 4, 2021. Payment is not due to begin until May 15, 2021 (2021-063-2532-6). A true and correct copy of the preparer lien is attached as Exhibit "A" and incorporated by reference.

7. Under WA law, a preparer lien is a secret super-priority lien which is automatically perfected upon delivery of the high moisture corn (farm products). The lien remains a super-priority lien if the lien claimant files a

Toni Meacham
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

preparer lien with the Washington Dept. of Licensing no later than twenty (20) days after payment is due.

8. Curtis asserts a continuing perparer lien in the high moisture corn, which is considered a farm product, and any other farm products with which the farm products have been commingled as well as all accounts of Easterday to the fullest extent allowed by Washington law and Bankruptcy Code.

9. RCW 60.13.060 requires a party holding a perfected preparer lien to institute an action to foreclose the lien prior to the expiration of the later of: (a) attachment of the lien; or (b) filing of the preparer lien statement. As Curtis filed its lien on March 4, 2021, a foreclosure lien must be filed no later than April 24, 2021.

10. 11 U.S.C. §546(b) generally provides that a party who under State or other applicable non-bankruptcy law would be required to commence a lawsuit in order to preserve or protect its lien claims, shall instead preserve its lien claims/rights by giving notice to the Trustee of its claims.

11. Curtis intends to assert its lien rights as provided by Washington law. Curtis hereby provides this notice in order to preserve all of its lien claims and rights, including the right to assert super-priority status of its liens.

Date **March 4, 2021**

Signature Name  /s/ Toni Meacham

Address  **Toni Meacham Attorney At Law
1420 Scooteney Rd
Connell, WA 99326**

NOTICE TO DEBTOR AND TRUSTEE
Page 3

**Toni Meacham**
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

21-00141-WLH11    Doc 285    Filed 03/04/21    Entered 03/04/21 22:07:18    Pg 3 of 3