Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:        509.248.4282
Facsimile:    509.575.5661
E-Mail:       joshua.busey.attorney@gmail.com

*Counsel for J.R. Simplot Company, dba Simplot Western Stockmen's*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

IN RE:

EASTERDAY RANCHES, INC.,

Debtor.

Case No.  21-00141-WLH11

**JOINDER ON MOTION FOR ADEQUATE PROTECTION AND OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH COLLATERAL**

Joinder                                    -1-

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

J.R. Simplot Company, dba Simplot Western Stockmen's (**"Simplot"**) hereby joins in the motion of Weyns Farms and Sunray Farms [ECF 273] in seeking adequate production and in the objection to the Debtors' final motion for use of cash collateral.

1. Simplot delivered corn feed (**"Farm Products"**) to the Debtors pursuant to that certain contract with the Debtors (**"Contract"**). (See Contract attached to preparer lien claim. The preparer's lien claim is attached as Exhibit 1 to the Declaration of Cindy Smith filed contemporaneously with this Joinder).

2. Pursuant to the Contract and agreements, Simplot delivered $66,778.08 of Farm Products. These deliveries were documented in part by the records attached to the preparer lien claim as Exhibits A, B (Contract) & C (invoices).

2. All the Farm Products were delivered pre-petition.

3 Neither the Debtors nor its affiliates made any payments to Simplot for the delivery of the Farm Products detailed in the preparer lien.

Joinder  -2-

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11    Doc 323    Filed 03/10/21    Entered 03/10/21 11:23:06    Pg 2 of 4

4. The Debtors remain indebted to Simplot for the unpaid amounts due under the Contract and invoices (**"Remaining Balances"**). The Remaining Balances were due on January 15, 2021 for all Farm Products.

5. After the Debtors failed to pay, Simplot filed a preparer lien claim with the Washington State Department of Licensing on February 4, 2021 (DOL Filing No. 2021-035-4712-7). A true and correct copy of the preparer lien is attached to the Declaration of Cindy Smith as Exhibit 1.

6. Under Washington law, the preparer lien is a secret super-priority lien which was automatically perfected upon delivery of the Farm Products. The lien remains a super-priority lien if the lien claimant files a preparer lien with the Washington Dept. of Licensing no later than twenty (20) days after payment is due.

7. Simplot asserts a continuing preparer lien in the Farm Products and any other farm products with which the Farm Products have been commingled as well as all accounts of Ranches to the fullest extent allowed by Washington law and the Bankruptcy Code.

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

8. It is unclear whether the Farm Products had been fed to cattle or was in existence at the time of the filing of the bankruptcy petition. It is believed that the feed may have been co-mingled with other similar Farm Products that was delivered to the Debtors.

9. Simplot has reviewed the Motion for Adequate Protection and Objection to Debtors' Final Motion to Use Cash Collateral and joins in those motions.

DATED this 9th day of March, 2021.

/s/ Joshua J. Busey
Joshua J. Busey (WSBA 34312)
Bailey & Busey PLLC

\\BBSERVE\USB 3.0 PC Card Adapter\SIMPLOT AB RETAIL, INC\Easterday-2021003\Bankruptcy Pleadings\Joinder of Motion for Ad Pro (030921) Simplot.doc

Joinder -4-

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11   Doc 323   Filed 03/10/21   Entered 03/10/21 11:23:06   Pg 4 of 4