Joseph M. Welch (WSBA #56521)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: jwelch@buchalter.com

Julian I. Gurule (Admitted pro hac vice)
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: jgurule@buchalter.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors of
Easterday Farms, a Washington
General Partnership*

HONORABLE WHITMAN L. HOLT

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC., et al.,

Debtors.[1]

Chapter 11

Lead Case No. 21-00141-11 (WLH)
Jointly Administered

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**

ERIC REUBEL**,** pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I am a Senior Director of Dundon Advisers LLC ("<u>Dundon Advisers</u>"), a professional services firm with offices located at 440 Mamaroneck Avenue, Suite 507, Harrison, New York 10528. I am duly authorized to make this declaration (the

---

[1] The Debtors (along with their case numbers) are Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021** - 1

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

"Declaration" or "Reubel Declaration") on behalf of Dundon Advisers. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2.      I submit this Affidavit in support of the application ("Application") of the Official Committee of Unsecured Creditors of Easterday Farms, a Washington general partnership (the "Farms Committee") in the chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") seeking entry of an order authorizing the Farms Committee to employ Dundon Advisers as financial advisor to the Committee, *nunc pro tunc* to March 5, 2021, pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and pursuant to Rules 2014 and 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington (the "Local Rules").

## BACKGROUND

3.      On February 1, 2021 (the "Ranches Petition Date"), Debtor Easterday Ranches, Inc. ("Ranches") and on February 8, 2021 (the "Farms Petition Date"), Debtor Easterday Farms ("Farms") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On February 16, 2021, the United States Trustee for the Eastern District of Washington (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors in the Ranches case (the "Ranches Committee"). On February 23, 2021, the U.S. Trustee appointed the Farms Committee in the Farms case [Docket No. 188] (the "Appointment Notice"). The Farms Committee is presently comprised of the following six members: (i) Labor Plus Solutions, Inc.; (ii) The McGregor Company; (iii) John

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021- 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11   Doc 401   Filed 03/17/21   Entered 03/17/21 17:42:36   Pg 2 of 22

Deere Financial; (iv) Dykman Electrical, Inc.; (v) Two Rivers Terminal, LLC; and (vi) Industrial Ventilation, Inc.

5.     On March 3, 2021, the Farms Committee selected Buchalter to serve as its counsel ("Counsel") and on March 5, 2021, selected Dundon Advisers to serve as its Financial Advisor.

## QUALIFICATIONS OF PROFESSIONALS

6.     Dundon Advisers is a financial advisory firm whose professionals' experience with distressed assets and the bankruptcy process goes back to the 1990s. Dundon Advisers is or recently was financial adviser or co-financial adviser to the Official Committees of Unsecured Creditors appointed in the *Alpha Entertainment (XFL)*, *BeavEx*, *Comcar*, *Celadon*, *Juno USA*, *Fuse Media*, *iPic Theatres*, *Impresa Aerospace, In-Shape Fitness, LBI Media*, *Loot Crate*, *Maines Paper & Food*, *Mallinckrodt, Proteus Digital Health*, *Open Road Films*, *SIW Holdings*, *Youfit*, *YogaWorks*, and *Vector Launch* cases in the District of Delaware; the *All American Oil and Gas* and *Remnant Oil Company* cases in the Western District of Texas; the *Eco-Stim* and *Aztek* cases in the Southern District of Texas; the *Golds Gym*, *LaSalle Group* and *Studio Movie Grill* cases in the Northern District of Texas; the *Jagged Peak* cases in the District of Nevada; the *Slidebelts* case in the Eastern District of California; the *Frank Theatres, Congoleum* and *Video Corporation of America* cases in the District of New Jersey; the *Goodrich Quality Theatres* cases in the Western District of Michigan; the *Valmiera Glass* case in the Northern District of Georgia; the *K&W Cafeterias* case in the Middle District of North Carolina, the *Glostation USA* cases in the Central District of California; the *Agera Energy, Aralez Pharmaceuticals,* and *McClatchy Company* cases in the Southern District of New York; the *Wave Computing Inc.* cases in the Northern District of California, and the *1 Global Capital* cases in the Southern District of Florida. Dundon Advisers is or recently was financial adviser or co-financial adviser

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021- 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

to the Official Committee of Tort Claimants in the *PG&E* cases in the Northern District of California; the Ad Hoc Noteholder Group in the *Woodbridge Group of Companies* cases, the Ad Hoc Committee of Consumer and Worker Litigation Creditors in the *Hertz* cases, the Ad Hoc Committee of Equity Securities Holders in the *RAIT Financial* cases and the Ad Hoc Group of Plan Participants in the *Ruby Tuesday* cases in this District; and the Ad Hoc Committee of Individual Victims in the *Purdue* cases in the Southern District of New York. All of the foregoing are highly complex Chapter 11 cases. In addition to its service as a financial adviser to Committees, Dundon Advisers' clients have been appointed to scores of Official Committees of Unsecured Creditors in Districts since April, 2016, and Dundon Advisers has taken an active role in the activities of many of those Committees. Dundon Advisers also provides financial advisory and investment management services in other bankruptcy and non-bankruptcy contexts.

7. On March 5, 2021, the Farms Committee formally engaged Dundon Advisers to perform financial advisory and litigation support services in connection with the Cases. Since its retention by the Farms Committee, Dundon Advisers has become familiar with the Debtors' businesses and financial affairs and is therefore particularly qualified to serve as the Farms Committee's financial advisor.

## **SERVICES TO BE RENDERED**

8. Dundon Advisers will provide such financial advisory services to the Farms Committee and its legal advisors as deemed appropriate and necessary in order to advise the Farms Committee during the course of these Chapter 11 Cases. Dundon Advisers intends to communicate regularly with the Farms Committee and its legal advisors to ensure that the actual financial advisory services performed are appropriate based on the status of the case and needs of the Farms Committee.

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021- 4**

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 4 of 22

9. The services to be rendered by Dundon Advisers, which services may be subject to modification at the Committee's request, are necessary to enable the Farms Committee to faithfully execute its statutory duties to unsecured creditors. The services to be provided by Dundon Advisers will be at the request and direction of the Farms Committee, so as to avoid duplicative efforts among the Farms Committee's professionals retained in this case. I understand that the Farms Committee believes it is necessary to employ Dundon Advisers as its financial advisor to render the foregoing professional services. In light of Dundon Advisers' substantial experience and expertise and the complex nature of the Debtors' business and financial affairs, Dundon Advisers is well qualified to advise the Farms Committee in these bankruptcy cases.

10. Dundon Advisers will provide such financial advisory services to the Farms Committee as the Committee deems appropriate and feasible in order to advise the Committee in the course of these Chapter 11 Cases, including, but not limited to, the scope of services set forth in the Application.

## PROFESSIONAL COMPENSATION

11. Subject to the Court's approval and in accordance with Bankruptcy Code Section 328(a), I will cause Dundon Advisers to render its services on an hourly fee basis based on the firm's customary hourly rates currently in effect through and including June 30, 2021 as set forth below for the professionals currently on the team:

| Professional | Standard Hourly Rate |
|---|---|
| Alex Mazier | $700 |
| Ammar Alyemany | $400 |
| April Kimm | $525 |
| Colin Breeze | $630 |
| Alan Schreiber | $500 |
| Eric Reubel | $600 |
| Harry Tucker | $475 |

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 5

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | |
|---|---|
| Heather Barlow | $700 |
| HeJing Cui | $400 |
| Laurence Pelosi | $700 |
| Lee Rooney | $450 |
| Matthew Dundon | $750 |
| Michael Garbe | $525 |
| Peter Hurwitz | $700 |
| Phillip Preis | $650 |
| Tabish Rizvi | $550 |

12. Through agreement with the Farms Committee, Dundon Advisors has agreed to a blended rate cap of $490 for its work in these cases.

13. Non-working travel time is billed at 50% of otherwise applicable rates. Any professionals added to the team assigned to these Chapter 11 Cases whose rates are not set forth above will be at rates consistent with those above based upon such professionals' education, expertise, and experience.

14. Dundon Advisers will be reimbursed for its reasonable and necessary out-of-pocket expenses (which shall be charged at cost) incurred in connection with this engagement, such as travel, lodging, duplicating, research, messenger, and telephone charges. Dundon Advisers will charge for these expenses at rates consistent with or discounted to charges made to other Dundon Advisers clients and subject to the guidelines of the U.S. Trustee.

15. Dundon Advisers will maintain detailed records of fees and expenses incurred in connection with the rendering of the professional services described above, in accordance with applicable rules and guidelines.

16. Dundon Advisers will coordinate with the Farms Committee's investment banking advisor to ensure that there is no material duplication of efforts.

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 6

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

17.     I believe that this fee structure is reasonable, market-based, and designed to fairly compensate Dundon Advisers for its work in these Chapter 11 Cases.

## **DISINTERESTEDNESS OF PROFESSIONALS**

18.     Neither Dundon Advisers, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Farms Committee seeks to engage Dundon Advisers, and I believe the firm to be a "disinterested person" within the meaning of Bankruptcy Code Section 101(14).

19.     From time to time, Dundon Advisers has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases.  As described below, however, Dundon Advisers has undertaken a detailed search to determine and to disclose whether it is providing or has provided services to any significant creditor, investors, insider, or other party in interest in such unrelated matters.

20.     Dundon Advisers provides services in connection with numerous cases, proceedings, and transactions unrelated to these Chapter 11 Cases.  Those unrelated matters involve numerous attorneys, financial advisors, and creditors, some of whom may be claimants or parties with actual or potential interests in these Chapter 11 Cases or may represent such parties.

21.     Dundon Advisers' personnel may have business associations with certain creditors of the Debtors unrelated to these Chapter 11 Cases.  In addition, in the ordinary course of its business, Dundon Advisers may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors or other parties in interest in these Chapter 11 Cases.

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 7

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11     Doc 401     Filed 03/17/21     Entered 03/17/21 17:42:36     Pg 7 of 22

22.     In connection with the preparation of this Declaration, Dundon Advisers conducted a review of its (and its employees') contacts with the Debtors, their non-Debtors affiliates, and certain entities holding large claims against or interests in the Debtors that were made known to Dundon Advisers by counsel to the Debtors in these cases.  A listing of the parties reviewed is reflected in "<u>Schedule 1</u>" attached to this Declaration.

23.     Dundon Advisers has a past or present association with four entities set forth on Schedule 1.  None of these relationships has any connection to these cases except as set forth below.  I believe that none of these associations individually, nor all of them in the aggregate, constitutes any conflict of interest in Dundon Advisers' performance of its duties.  These associations are described as follows:

- The U.S. Small Business Administrator is guarantor of Dundon Advisers' performance under a 2020 "PPP" loan. Dundon Advisers believes that it has qualified for forgiveness of the entirety of the amount borrowed.

- American Express provides payment card and other financial services to Dundon Advisers in the ordinary course of their respective businesses.

- The Hartford provides insurance services to Dundon Advisers in the ordinary course of their respective businesses.

- Tyson was a client of Eric Schreiber's in an unrelated consulting matter, which terminated in September, 2020.

- In a 2019 consulting project unrelated to these Chapter 11 cases, Alan Schreiber purchased certain data availability from Easterday.

- Alan Schreiber's farm-to-retail business sells at a farmer's market owned by a member of the Easterday family.

- In the ordinary course of Alan Schreiber's farming business, he purchased goods and services from the following:

3 Rivers Potato Services
Asuris NW Health
Basin City Auto Parts
Basin Disposal

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 8

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

21-00141-WLH11     Doc 401     Filed 03/17/21     Entered 03/17/21 17:42:36     Pg 8 of 22

Basin Feed Supply
Benton Franklin Health Department
Big Bend Electric
Blehyl Farm Service
Blueline
Central Hose and Fittings
City of Pasco
Columbia Grain and Feed
Connell Grain Growers
Department of Labor
Department of Ecology
ECS Northwest
Elite Seed
Eltopia Irrigation
Franklin County Auditor
G & R Ag Products
Geisbrecht & Sons
Gowan Seed Company
Grainger
Harbor Freight Tools
Irrigation Specialists
Jims Pacific Grange
Kennewick Industry Supply
Kennewick Ranch and Home
King City Truck Stop
Kuo Testing Labs
Lowes
M & M Bolt Company
Mid Columbia Forklift
Mighty Johns Portable Toilets
Monarch Metal
Norco
Northwind Aviation
Olberding See
Oxarc
Pacific Ag Products
Pape Machinery
Pasco Auto Wrecking

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 9

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 9 of 22

Pasco Rentals
RDO Equipment
Signs by Sue
Simplot Growers Solutions
Six States Distributors
South Columbia Basin Irrigation District
Spray Pest Solutions
Tacoma Screw Products
The McGregor Company
Tri City Battery
US Treasury
Wilbur Ellis Company

24. Except as disclosed above, based on the results of its review, Dundon Advisers (including its employees) does not have a relationship with any of the parties listed in <u>Schedule 1</u> in matters related to these proceedings.

25. Further, as part of its diverse practice, Dundon Advisers is involved in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in these Chapter 11 Cases. Further, Dundon Advisers (including its employees) has performed in the past, and may perform in the future, consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on Dundon Advisers' current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships creates interests materially adverse to the Debtors, and none is in connection with these Chapter 11 Cases.

26. On a going forward basis, Dundon Advisers shall disclose any and all facts that may have a bearing on whether the firm, and/or any individuals working on the

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR,** *NUNC PRO TUNC* **TO MARCH 5, 2021**- 10

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 10 of 22

the engagement hold or represent any interest adverse to the Debtors, their creditors, or other parties-in-interest.

27.     To the best of my knowledge, neither I, Dundon Advisers, nor any of its employees is a "creditor" of any of the Debtors within the meaning of section 101(1) of the Bankruptcy Code; a holder of any of the Debtors' outstanding debt, equity or preferred stock investments; is or has been an insider of any of the Debtors; or is so connected with the Judges of the United States Bankruptcy Court for the District of Delaware, the U.S. Trustee or the Assistant Trustee, or Trial Attorneys for the Office of the U.S. Trustee, as to render the employment of Dundon Advisers as financial advisor for the Committee inappropriate under Bankruptcy Rule 5002(b).

28.     None of Dundon Advisers, any director, officer, or employee thereof, nor I, insofar as I have been able to ascertain, is or was a director, officer, or employee of the Debtors as defined in Bankruptcy Code Sections 101(14)(B) or (C) within two years before the date of filing of the Debtors' Chapter 11 Cases.

29.     On the basis of the above, I believe Dundon Advisers to be a "disinterested person" within the meaning of Bankruptcy Code Section 101(14).

30.     The foregoing constitutes the statement of Dundon Advisers pursuant to sections 504 and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a), 2016(b) and 5002, and Local Rule 2014.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 17, 2021          Dundon Advisers LLC
New York, NY

_____
Eric Reubel
Senior Director

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021- 11**

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

Schedule 1

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 12

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 12 of 22

**Debtor & Affiliates**
3E Properties
Easterday Farms Dairy, LLC
Easterday Farms Produce, Co.
Easterday Farms, a general Partnership
Easterday Ranches, Inc.
EPO, LLC

**Former Directors & Officers/Insiders**
Andrew Wills
Clay Easterday
Cody Easterday
Cole Easterday
Cutter Easterday
Debby Easterday
English Hay Company
Gale Easterday (deceased)
Jody Easterday
Karen Easterday
Weyns Farms, LLC

**Secured Creditors/Counsel**
AXA Equitable Life Insurance Company
CHS Capital, LLC dba CHSC MN, DLL Finance, LLC Equitable AgriFinance
Equitable Financial Life Insurance Company
Freeman Farms, LLC
Lukins & Annis
Pepple Cantu Schmidt PLLC
Rabo AgriFinance Sunray Farms, LLC
The Prudential Insurance Company of America
Tri Cities Grain, LLC
U.S. Small Business Administration
Ward Bros., Inc.
Washington Trust Bank

**Litigation**
Tyson Fresh Meats, Inc.
Washington Trust Bank

**Professionals**
Bush Kornfeld
Davis Wright & Tremaine

Pachulski Stang Ziehl & Jones LLP
Paladin Management

**CROs**
T. Scott Avila
Peter Richter

**Independent Directors**
Craig Barbarosh
Thomas Saunders V
R. Todd Neilson

**Vendors**
3 Rivers Potato Service
A Plus Connectors
A & M Supply
A.V. Labs, Inc.
A-1 Industrial Supply AAA Concrete, Inc.
AAW Auto Parts
AB Livestock LLC
ABC Hydraulics
Adams County Fair
Adams County FSA
Adams County Treasurer
ADM Animal Nutrition
AFLAC
Ag Direct
AG Engineering & Development
Ag Sense LLC
Ag Solutions Finance
Ag Spray Equipment
Agri Northwest
Agri-Service Northwest
A-L Compressed Gases, Inc.
All American Propane
All Rivers Custom Applications, LLC
AllState
Ally
AMB Tools & Equipment
AMB Tools and Equipment, Inc.
American Express
American General Life Insurance
American Radiator
American Radiator Inc.
American Rock Products, Inc.
AmeriGas- Kennewick
AmeriGas-Kennewick
Amerigas-Othello
Analytical Laboratories, Inc.

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021 - 13

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

Anderson Perry & Associates, Inc.
Animal Health International
Applied Industrial Tech
APS Inc.
AquaTech
Armada Corp.
Arnold Garza Trucking
ASI Aerial Applicators
Associated Credit Service, Inc
Asuris Northwest Health
AT&T Mobility
ATS, LLC
Auto-Kool, LLC
Avista Utilities
AXA Insurance
B & B Express
B & B Express Printing
B & B Farms
Baker Commodities, Inc
Balance Point Strategies
Baldwin Cooke Company
Bank of America Card
Basin City Auto Parts, Inc.
Basin Disposal
Basin Disposal, Inc
Basin Feed & Supply
Basin Sod, Inc.
Battery Systems
BB&T Commercial Equipment Capital
Corp
Benton County Building Department
Benton County Clean Air Authority
Benton County PUD
Benton County Treasurer
Benton Franklin District Health
Benton Franklin Market Stock
Benton-Franklin Fair & Rodeo
Bergstrom Aircraft Inc
Big Bend Electric
Big Bend Electric Cooperative, Inc.
Big D's Construction
Bill Easterday
Bird Control Systems
Bison Pipe & Supply
BJ Hydraulics Inc
BJK Truck Parts
BJK Truck Parts, LLC.
Bleyhl Farm Service
Blue Banner Truck Wash, LLC
Blueline Equipment
BNSF Railway Company

Bobcat of Pasco
Brad Curtis & Community First Bank
Brandt Nutrition Systems, LLC
Bridgestone Americas
Broadway Truck Repair & Service
Bruce Heating & A/C Inc
Byrnes Oil
C & A Logistics
C & E Trenching, LLC
C & G Cattle Co and Banner Bank
C & G Cattle Company, LLC
Canon Solutions America
Canyon Farm II, LLC
Canyon Farm, LLC
Casaday Bee-Line
Cascade Agronomics
Cascade Earth Sciences
Cascade Natural Gas Corporation
Cascade Wind Machine Service
Cascadia International, LLC
Cattle-Fax
Cenex Harvest States
Central Hose & Fittings, Inc.
Central Hose and Fittings
Central Machinery - Equip Acct
Central Machinery -Equip Acct
Central Machinery-Sales
Central Machinery-Sales, Inc.
CenturyLink
CenturyLink Business Services
CenturyLink-Seattle
CH2O International
Chemsearch
Cheyne Brothers
CHS-Sun Basin Operations
City of Boardman
City of Pasco
City Of Richland
Cleanworks
Clearwater Napa
Clemente Garza Trucking
CNH Industrial Capital America
Coleman Oil Company
College of William & Mary
Columbia Basin Belt & Rubber LLC
Columbia Basin Garage Doors LLC
Columbia Basin Jr Livestock Show
Columbia Basin Paper & Supply
Columbia Bearing BDI
Columbia Electric Supply
Columbia Grain & Feed

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 14

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | |
|---|---|
| Columbia Grain and Feed | Diversified Financial Service |
| Columbia Improvement District | DLL Finance LLC |
| Columbia Pump Company | DOL/Franklin Co Auditor |
| Columbia Rigging Corp. | Double L Manufacturing Co |
| Columbia River Machinery | Double T Ltd. |
| Columbia View Farms | DTN Corporation |
| Commercial Tire | Duli Farms, Inc. |
| Commodities Plus II, LLC | Dykman Electrical, Inc. |
| Comunale Welding & Construction | East Columbia Basin Irrigation District |
| Connell Auto Parts | Easterday Diesel & Mfg |
| Connell Auto Parts Inc | Easterday Farms |
| Connell Grain Growers | Easterday Farms Dairy LLC |
| Connell Oil, Inc. | Eastern Oregon Environmental |
| Connell Sand & Gravel Conrado Garza | Recovery LLC |
| Trucking | Eastern Oregon Telecom, LLC |
| Consolidated Disposal Service | Eastside Electric |
| Consolidated Disposal Services | EBE Farms LLC |
| Consolidated Electrical Dist. | ECS Northwest LLC |
| Copenhaver Construction | E-E Petty Farms |
| Copenhaver Construction, Inc. | Elite Seed Inc. |
| Copper State Bolt & Nut Co. | Eltopia Irrigation LLC |
| Corrales Ag | Empire Heavy Equipment Repair, Inc. |
| Corwin Ford | East Columbia Basin Irrigation District |
| Country Hedging | Easterday Diesel & Mfg |
| Costco Wholesale Membership | Easterday Farms |
| Crane Bergdahl | Easterday Farms Dairy LLC |
| Crane Bergdahl Attorney at Law | Eastern Oregon Environmental |
| CSRIA | Recovery LLC |
| Cubbys Electric | Eastern Oregon Telecom, LLC |
| Cubby's Electric Motor & Pump Repair | Eastside Electric |
| Cully G- Easterday | EBE Farms LLC |
| Cummins Northwest, Inc | ECS Northwest LLC |
| Dan Kimm Certified Seed Potatoes, | E-E Petty Farms |
| LLC | Elite Seed Inc. |
| Daniel H.Brunner, Chapter 13 Trustee | Eltopia Irrigation LLC |
| Danz Farms and Wheatland Bank | Empire Heavy Equipment Repair, Inc. |
| Day Wireless Systems | FP Mailing Solutions |
| DeLaval Dairy Service | Franklin County Clerk |
| Department of Agriculture | Franklin County PUD |
| Department of Ecology | Franklin County Treasurer |
| Department of Fish & Wildlife | Freedom Truck Center |
| Department of Health | FreedomCare Insurance Company |
| Department of Labor & Industry | Freeman Farms LLC and Wheatland |
| Department of Licensing | Bank |
| Department of licensing –Franklin | Freese Memorial Ltd |
| County | Freese-Roberts |
| Department of Natural Resource | Frontier |
| Department of the Treasury | Frontier Fence Inc. |
| Department of Transportation | Frontier Lubricants |
| Desert Rain Irrigation | Frontier Performance Lubricants |
| Dish | Frontier Seed |

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 15

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 15 of 22

| | |
|---|---|
| G & R Ag Products | JD's Truck Repair Inc. |
| G & R Ag Products, Inc. | Jeffrey Shawver |
| G&L Custom Application | Jim Thornton |
| Giesbrecht & Sons LLC | Jimmy's Johns Portable Toilets LLC |
| Gowan Seed Company | Jim's Pacific Garages, Inc |
| Grainger | John Deere Financial |
| Granite Farms, LLC | Jones Manufacturing Co |
| Grant County PUD | Jones Truck & Implement |
| Granular, Inc. | Jose A. Cardenas |
| Greeneye LLC | JTT Farms and Wheatland Bank |
| H & R Engineering LLC | JTT Farms, Inc & Wheatland Bank |
| H.D. Fowler Company | JUB Engineers Inc. |
| Hach Company | JUB Engineers, Inc |
| Hagerman, Inc. | K2 Aerial Applications, LLC |
| Harbor Freight Tools | Kaman Industrial Tech |
| Harbor Freight Tools Co | Kaman Industrial Technologies |
| Hatton Homes | Keithly-Williams Seeds |
| Hermiston Auto Parts. | Kennewick Game Farm, LLC |
| Hermiston Dodge | Kennewick Industrial Supply |
| Hermiston Home Center | Kennewick Ranch & Home |
| Hermiston Payless Lumber | Kennewick Ranch & Home Inc. |
| Home Depot Commercial Credit | Kent Legacy, LLC |
| Honda Yamaha Cycletown | Kenworth Sales Company |
| House of Auto Parts & Paint | Kimball Midwest |
| Humana Insurance Company | King City Truck Stop |
| Husk Office Supply & Furniture Inc. | Klaustermeyer Farms |
| Hydrotex | Kootenai County Treasurer |
| IBS, Inc. | Kuo Testing Labs, Inc |
| Idaho Rangeland Resource | Kuo Testing Labs, Inc. |
| Idaho State Brand Inspector | L & H Branding Irons |
| Idaho State Seed Lab | Labor Plus Solutions |
| Imco Interstate Mfg | Lad Irrigation |
| IMV Imaging | Lad Irrigation Company, Inc. |
| In Touch GPS | Lake Seed, Inc. |
| Industrial Iron Works | Larry Olberding |
| Industrial Ventilation, Inc | Layne Of Washington, Inc. |
| Ingersoll Rand | LeFore Honey Farms |
| Ingersoll-Rand | Levi Wieseler & NW Farm Credit |
| International Belt & Rubber | Services |
| International Belt & Rubber Supply | Liquid Ag Solution, LLC |
| International Trade Solutions | Lithia Dodge |
| Irrigation Specialist | LocalTel Communications |
| Irrigation Specialists Inc | Lourdes Occupational Health Center |
| IRZ Consulting LLC | Lowe's |
| Isaacs & Associates, Inc. | LTM Investments LLC |
| Isidro Cruz | Lyle and Sharla Marshall |
| ITC Services | M & L Contractor LLC |
| J & L Hydraulics | M & M Bolt Co. |
| J and L Hydraulics | M & M Bolt Company |
| Jay Michel | Mack Financial Services |
| JD Aircraft | Marion County Public Works |

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 16

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11   Doc 401   Filed 03/17/21   Entered 03/17/21 17:42:36   Pg 16 of 22

| | |
|---|---|
| 1 | Mascott Equipment |
| | Mascott Equipment Company |
| 2 | McCurley Chevrolet |
| 3 | Mid Columbia Forklift |
| | Mid Columbia Forklift, Inc |
| 4 | Mid Valley Ford |
| | Midland Equipment Finance |
| 5 | Midwest PMS LLC |
| | Mighty Johns Portable Toilet |
| 6 | Mighty John's Portable Toilets |
| | Mike Para |
| 7 | Mike Pink |
| | Miller's Farm Services Inc. |
| 8 | Milne Nail Power Tool Repair |
| | Milne Nail, Power Tool & Repair |
| 9 | Mobile Fleet Service |
| | Monarch Machine |
| 10 | Monarch Machine & Tool Co. |
| | Monson Fruit Company |
| 11 | Monster Cloud LLC |
| | Morrow County Fair |
| 12 | Morrow County FSA |
| | Morrow County Grain Growers |
| 13 | Moses Lake Auto Wrecking, Inc. |
| | Moses Lake Steel |
| 14 | Moss Farms |
| | Mountain View Equipment Company |
| 15 | Mount's Locksmith & Engraving |
| | MSC Industrial Supply Co. |
| 16 | Murphy & Buchal LLP |
| | Mutual of Enumclaw Insurance |
| 17 | Nash Contracting LLC |
| | Nationwide Trust Company, FSB |
| 18 | Navigate Wireless |
| | NCL Truck Sales, Inc. |
| 19 | Nelson Cattle Carriers LLC |
| | Newhouse Mfg. Co. |
| 20 | Nick Desmarais Excavation |
| | Noland Door Company |
| 21 | Norco |
| | Norco – Othello |
| 22 | North Coast Electric |
| | North Coast Electric Co. |
| 23 | North Wind Aviation LLC |
| | Northstar Clean Concept Hotsy |
| 24 | Northstar Clean Concepts Hotsy |
| | Northwest Compost LLC |
| 25 | Northwest CPA Group |
| | Northwest CPA Group PLLC |
| 26 | Northwest Equipment Sales |
| | Northwest Equipment Sales, Inc. |

Northwest Farm Supply
Northwest Leasing
Northwest Linings & Geotextile Products
Northwest Nema-Lab Inc.
Northwest Pump & Equipment Co.
Northwest Tiller II, LLC.
Novus Windshield Repair
Nunhems USA, Inc
Nutrien Ag Solutions
NW Mixer Feeders
NW Retirement Plan Consultants, LLC
Odessa Trading Co
Oil Re-Refining Company
Oil Re-refining Company, Inc
Olberding Seed
Oregon Department of Agriculture
Oregon Department Of Revenue
Oregon Department of Transportation
Oregon Trail Veterinary Clinic
Othello Ace Hardware
Othello Auto Parts
Othello Welding
Oxarc
Oxbo International Corporation
Pachulski Stang Ziehl & Jones LLP
Pacific Ag Products LLC
Pacific Plastics, Inc.
Pacific Recycling
Pacific Steel
Pacwest Machinery LLC
Paladin Management Group
Paladin Management Group LLC
Pape Machinery Inc.
Pape Machinery, Inc
Paradise Bottled Water
Paradise Bottled Water Co
Parma Company
Parr Lumber Company
Parts City Auto Supply
Pasco Auto Parts-Napa
Pasco Auto Wrecking
Pasco Auto Wrecking, Inc
Pasco Machine
Pasco Machine Co, Inc.
Pasco Rentals, Inc
Payne West Insurance
PDM Steel Service Centers, Inc
Pegram Construction, Inc.
Perfection Glass
PerforMix Nutrition Systems

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 17

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

PGT
PHI Financial Services
Phil Michel
Pink Farms LLC and Washington Trust Bank
Pioneer Metal Works, Inc.
Platt Electric
PocketiNet Communications Inc.
Port of Pasco
Premera Blue Cross
Premium Seed
Pro Auto Glass
Pro Build
Pro Star Ventures
Production Animal Consultation LLC
Professional Benefit Services, Inc.
Prudential Asset Resources
Prudential Finance
Quarter Circle Cattle Company
Quill Corporation
Rabo Agrifinance
Rabo Bank Visa Card
RaboBank Visa Card
Randy Allred Livestock LLC
Rangeview Ag Labor LLC
Rashco
Razor Tech LLC
RDO Equipment
RDO Equipment Co.
RDO Equipment Finance Co.
RDO Finance
RDO Financial Services
Regency Mill Services, LLC
River Tech Irrigation
RiverTech Irrigation
Rockmount Research & Alloys, Inc.
Roger Danz
Rogers Surveying, Inc
Rogers Surveying, Inc.
S.S. EQ. Inc. Pasco New Holland
S.S. EQ., Inc. New Holland
SAIF
Sanitary Disposal, Inc.
SAS Auto Electric
Scales NW LLC
Schreiner-Tuttle Farms
Secretary of State Corporation Division
Segale Properties
Servi-Tech, Inc.
Shaw Horn Rapids, LLC
Shayne Carlisle Concrete

Right column:

Shelco Electric
Sherwin Williams Co.
Sherwin-Williams
Signs By Sue
Simplot Grower Solutions- Umatilla
Simplot Grower Solutions-Mesa
Simplot Grower Solutions-Othello
Simplot Mesa
Sineco Construction LLC
Six States Distributors
Six States Distributors Inc.
Skone Irrigation & Supply LLC
Smith Equipment & Welding
Smitty's Ace Hardware
SMK Tri-Cities
SMK Tri-Cities Inc.
So. Col Basin Irrigation Dist
Sprague Pest Solutions
St Johns Truck & Equip Repair
Star Rentals & Sales
Star Touch Wireless Internet
Starco Manufacturing
State of Idaho
State of Idaho-Over Legal
State of Washington Dept. of Revenue
Sun Basin Operations-CHS
Sun Life Financial
Sun Rain Varieties LLC
Sun Rental
Sunbelt Rentals
Sunbelt Transplants, Inc.
SunRay Farms LLC
Sussman Shank
Tacoma Screw Products, Inc.
Tacoma Screw Products,Inc.
Tank Max Inc.
TankMax Inc.
Tarp-It, Inc.
TCF National Bank
Teton West of Washington, LLC
Teton West of Washington, LLC.
The Hartford
The McGregor Company
The McGregor Company - OR
TICO Farms, Inc
Timken Motor & Crane Svc
Total Scale Service Inc.
Townsend Controls and Electric LLC
Transport Equipment, Inc.
Transport Equipment, Inc.
Tri City Truck Parts

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021- 18

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11   Doc 401   Filed 03/17/21   Entered 03/17/21 17:42:36   Pg 18 of 22

Tri-Cities Battery
Tri-Cities Cycle Supply, Inc.
Tri-Cities Diesel Injection Service
Tri-Cities Grain
Tri-City Forge
Tri-City Truck Parts
Triple M Truck & Equipment
Tri-State Seed
Trust Account of Etter, McMahon, et al.
Twin City Metals, Inc.
Two Rivers Terminal, LLC
Tyco, Inc.
Tyson Fresh Meats, Inc.
Tyson Meats Corporation
U.S. Bank
U.S. Linen
U.S. Linen & Uniforms
Umatilla Electric Company
United States Treasury
US Cellular
USDA- APHIS Wildlife Services
Verizon Wireless
Viterra Cananda Inc.
Wa State Dept of Ecology
WA. State Support Registry
Wagner Transportation
Walker Gravel
Wallowa County Grain Growers
Walt's Wholesale Meats, Inc.
Ward Brothers Inc.
Washington Cattle Feeders Assoc
Washington State Dept of Ag
Washington State Dept. of Health
Washington Trust Bank
Waste Management
Water Changers, Inc.
Water Solutions LLC
Weaver Exterminating
Welding Tech.
Wentland Diesel
Wentland Diesel Service
Western Intergrated Technologies
Western Peterbilt
Western Peterbilt, Inc.
Western States
Western Stockmen's
Western Trailers
Weyn Farms, LLC
WFI Precision Plant
Whiteman Lumber

Widner Consulting LLC
Wilbur-Ellis Company LLC
Wild Country Construction
Woodpecker Truck
Worldwide Express
Yakima Mechanical Services
Yokohama Tire Corporation
Ziply Fiber

## Current Employees

Allen, Jon C.
Alonzo, David
Alvarez, Bertha A
Ambriz, Heliodoro-
Ambriz, Sigifredo C
Anaya, Luis- H
Arredondo, Isaias
Arteaga, Andres
Aviles Martinez, Heron
Avitia, Martin
Barajas Hidalgo, Jose Valentin
Barragan Cristian Brian
Barrera Mendoza, Jose M.
Barrera, Hilda F
Barrera, Jose J.
Barrera, Pedro
Cuevas Alcantar, Rigoberto
De Los Santos, Manuel
Deras, Jesus E
Diaz Ramos, Pablo
Diaz Velez, Antonio
Diaz, Juvenal
Diaz, Victor Hugo
Duran Nieves, Enrique
Duron Gonzales, Salvador
Easterday, Cully- G
Easterday, Karen -
Elizalde, Jorge Luis
Escamilla, Joel
Farias Vargas, Jose Luis
Figueroa, Noe .
Flood, Nancy K
Flood, Thomas G
Gamino, Juan
Garcia, Gregorio -
Garcia, Jose L
Garcilazo, Ricardo
Garfias, Benjamin
Gaxiola, Gildardo
Gomez Garcia, Javier
Gomez, Juan

DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY
FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT
OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO
TUNC* TO MARCH 5, 2021- 19

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 19 of 22

| | |
|---|---|
| Gomez, Moises | Munoz Sandoval, Rene |
| Gonzalez Lopez, Gregorio | Murguia, Demecio |
| Gonzalez, Jose M | Nacarro, Alejandro |
| Guerra Lamas, Maurilio | Nino Ruiz, Artemio |
| Guerrero, Alejandro F | Nuckolls, Kathy E |
| Guizar, Elias C | Nuno Sanchez, Gabriela |
| Gutirrez, Francisco J | Nuno Sanchez, Luis A |
| Henriquez, Roberto Carlos | Ortiz, Jose |
| Heras, Miguel A | Para, Marlies M. |
| Hernandez Ramirez, Mario | Parra Alvisar, Martin |
| Hernandez, Fernando | Paulin Sanchez, Gerardo |
| Hirai, Lauryn A | Peralta, Esteban |
| Holland & Hart LLP | Perez Ozuna, Juan Manuel |
| Horta-Campos, Baldemar | Perez, Jesus |
| Hurtado, Heraclio | Perez, Juan A |
| Hurtado, Jose M. | Perez, Luis |
| Islas, Humberto S | Perez, Omar |
| Jacobo, Edgar Baltazar | Perez, Teodoro |
| Jimenez, Rigoberto T | Piedra, Ruben |
| Landa, Jaime | Puga Elvira, Hugo |
| Larsen, Mary S | Puga, Javier |
| Leal, Agustin | Quinn, Raymond- C |
| Lemus Ledesma, Manuel | Ramirez Perez, Jessica |
| Liening, Nathan D | Ramirez Perez, Juan Manmuel |
| LLanes Contreras, Joe | Ramirez Tapia, Santiago |
| LLanes, Alberto | Ramirez Trevino, Osiel |
| LoParco, Renee A | Ramirez, Fernando |
| Lopez, Jose, | Ramirez, Hector M |
| Lopez, Marco Antonio | Ramos, Fernando |
| Lopez, Marcos E | Renteria, Juan Carlos |
| Lopez, Oswaldo | Reyes Diaz, Raul |
| Lopez Martinez, Angel | Reues. Juan |
| Lopez Rodriguez, Jorge A | Reynada Chavez, Carlos |
| Mackay, Marc B. | Rivera, Jorge R. |
| Madrigal, Felipe | Robledo Torres, Roberto |
| Magana Villa, Jose L. | Rodas De J Aguirre, Teresa |
| Marin, Jose Alfredo | Rodriguez Rosales, Ivan Alejandro |
| Marin, Jose Hilario | Rodriguez, Hector L |
| Martinez Hernandez, Tania | Rodriguez, Jose Alfredo |
| Martinez Mendivil, Jose | Rogers, Tracy L |
| Martinez, Luis M | Rosales, Roberto |
| Martinez, Martin | Ruiz Rodrigues, Alfredo |
| Medina, Hector | Sagrero, Maritza |
| Mejia, Nelson | Salas, Jesus M |
| Mendoza Baron, Porfirio | Sanchez, Cesar J. |
| Mendoza, Efrain | Sanchez, Javier |
| Meza Duran, Antonio | Sapien, Agustin |
| Miranda, Carlos | Schulz Ayala, Javier |
| Miron, Jorge | Seaton, Jason E |
| Moore, Edwin A. | Serratos, Mario |
| Morgan Casillas, Jesus | Shelton, Dale R |

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 20

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11   Doc 401   Filed 03/17/21   Entered 03/17/21 17:42:36   Pg 20 of 22

| | |
|---|---|
| Silva, Miguel Angel | Covarrubias, Jesus |
| Smith, Morgan M. | Escalante, Alfredo |
| Solorio, Pedro | Farias Espiritu, Luis Enrique |
| Soria, Luis R | Figueroa, Jaime A |
| Soto Vaca, Jonathan | Fuentes Bejar, Edgar |
| Soto Vaca, Mauricio | Gabino Silva, Armando |
| Soto, Jesus | Gomez Camarena, Javier |
| Spurgeon, Timonthy Joe | Gomez Gomez, Alejandro |
| Stroh, Robert W | Gomez Jimenez, Raul |
| Strzelewicz, Ashley W | Gomez, Salvador A |
| Tabares, Marcos D | Gonzalez Perez, Jose Ovigildo |
| Tavares, Jorge | Gonzalez, Eduardo |
| Tavarez Ramirez, Mauritania | Gonzalez, Jose D |
| Tavarez, Jonathan | Guerrero, Jorge |
| Torres, Julie C | Guzman Sanchez, Victorino |
| Verduzco, Ramon A | Horta, Omar |
| Zamora, Jose L | Jimenez, Obilio |
| Zepeda, Jose A | Lima, Genovevo |
| Valdovinos, Domingo | Lopez, Eliseo |
| Vargas, Saul | Lopez, Merced O |
| Vazquez Hernandez, Silvestre | Lozano Laurel, Edain |
| Vazquez, Luis - | Maldonado Alvarez, Ignacio |
| Vergara, Jaime Cesar | Mendoza Villanueva, Jose |
| Villano Beristan, Jose L | Mendoza, Artemio |
| Villegas, Enrique | Mendoza, Juan |
| Villela, Emeterio | Mendoza, Pablo |
| Virgen, Jorge | Mendoza, Walter |
| Wills, Cameron W | Molina Alvarez, Luis Alberto |
| Zellars, Joseph D | Morales Cerda, Alan Ricardo |
| | Munoz Martinez, Manuel Osvaldo |
| | Nava Hurtado, Bernabe |
| **Former Employees** | Orozco, Gabriel |
| Aban, Jose Antonio | Osorio, Mauricio |
| Aguilera, Leticia | Partida Guerra, Sabino |
| Andrade, Jesus G | Perkins Coie LLP |
| Andrade, Jorge | Quintanilla, Mirian |
| Angulo, Luis Fernando | Ramirez Arroyos, Manuel |
| Angulo, Maria Isabel | Ramirez Perez, Fernando |
| Becerra, Jose Angel | Ramirez Perez, Jacqueline |
| Bejar, Benjamin | Ramirez, Gerardo |
| Bejar, Ulises | Ramirez, Juan Carlos |
| Burns, Finley | Ramirez, Mirella |
| Bustos, Jose | Rivera Vargas, Juan |
| Bustos, Orlando | Rodriguez, Juan Alfredo |
| Cabadas, Jose Guadalupe | Ruelas Jimenez, Edgar Jobany |
| Cabrera-Vargas, Fernando | Ruelas, Lorenzo |
| Centeno, Hugo | Ruiz Hernandez, Veronica |
| Chavez, Fernando | Sagrero Alcazar, Sandra |
| Chavez, Isaias | Sanchez Arrendondo, Karina |
| Chavez, Luis | Sanchez, Gonzalo |
| Cortez Rojas, Juan Bernardino | Sanchez, Oscar |

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR,** *NUNC PRO TUNC* **TO MARCH 5, 2021**- 21

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 401    Filed 03/17/21    Entered 03/17/21 17:42:36    Pg 21 of 22

| | |
|---|---|
| 1 | Silva Vasques, Joana Rafaela      Vernal, Luis Fabia |

Silva Vasques, Joana Rafaela     Vernal, Luis Fabia
Tavares, Juan Gabriel     Villasenor, Oswaldo
Torres Chavez, Armando     Virgen-Gudino, Oscar Jaime
Torres Villegas, Claudia     Wellman, Debbi
Torres, David     Zamora, Alex
Ugarte, Antonio     Zornoza Arano, Jesus Manuel
Valdovinos Villasenor, Ernesto S     Zornoza, David I
Venegas, Jose Ivan     Zuniga, Jose L

**DECLARATION OF ERIC REUBEL IN SUPPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY FARMS' APPLICATION FOR ORDER APPROVING EMPLOYMENT OF DUNDON ADVISERS LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO MARCH 5, 2021**- 22

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052