UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC., et al.,

Debtors.[1]

Lead Case No. 21-00141-11 (WLH)
Jointly Administered

~~[PROPOSED]~~ ORDER APPROVING EMPLOYMENT OF BUCHALTER, PC AS COUNSEL AS OF MARCH 3, 2021

Having consider the *Official Committee of Unsecured Creditors of Easterday Farms' Application for Order Approving Employment of Buchalter as Counsel as of March 3, 2021* [Docket No. 348] (the "Application")[2] and the *Declaration of Joseph M. Welch in Support of the Official Committee of Unsecured Creditors of Easterday Farms' Application for Order Approving Employment of Buchalter as Counsel as of March 3, 2021* [Docket No. 349], no opposition having been filed, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application [Docket No. 348] is hereby GRANTED.

---

[1] The Debtors (along with their case numbers) are Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] Capitalized terms used, but not defined herein shall have the meanings ascribed to them in the Application.

**ORDER APPROVING EMPLOYMENT OF BUCHALTER, PC AS COUNSEL AS OF MARCH 3, 2021** - 1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

2. Pursuant to section 1103(a) of the Bankruptcy Code, the Committee is hereby authorized to employ Buchalter, A Professional Corporation as of March 3, 2021, on the terms and conditions set forth in the Application.

3. Buchalter shall file applications and be compensated in accordance with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the LBR, and such other interim compensation procedures as may be fixed by order of the court.

///END OF ORDER///

PRESENTED BY:

BUCHALTER, A PROFESSIONAL CORPORATION

By  */s/ Joseph M. Welch*
Joseph M. Welch (WSBA #56521)

*Proposed Counsel to the Official Committee of Unsecured Creditors of the Easterday Farms, a Washington General Partnership*

**ORDER APPROVING EMPLOYMENT OF BUCHALTER, PC AS COUNSEL AS OF MARCH 3, 2021**- 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

21-00141-WLH11    Doc 445    Filed 03/24/21    Entered 03/24/21 09:01:49    Pg 2 of 2