So Ordered.

Dated: March 24th, 2021

Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., *et al.*,

Debtors.[1]

Case No. 21-00141-WLH11

ORDER OF ADMISSION *PRO HAC VICE* OF PAUL J. LABOV

Upon consideration of the Application seeking admission *pro hac vice* of Paul J. Labov (the "Application") to represent the above-captioned Debtors and Debtors-in-Possession before the United States Bankruptcy Court for the Eastern District of Washington, as is more fully set forth in the Application; the court being fully advised in the premises; and the court finding that the Application complies with Local Bankruptcy Rule 9010-1 and Local Rule 83.2 of the United States District Court for the Eastern District of Washington; now, therefore, it is hereby

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

ORDER OF ADMISSION *PRO HAC VICE* OF PAUL J. LABOV – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx01zv.001

21-00141-WLH11    Doc 446    Filed 03/24/21    Entered 03/24/21 09:03:12    Pg 1 of 2

**ORDERED as follows:**

1. The Application [ECF No. 411] is granted.

2. Mr. Labov is hereby admitted *pro hac vice* to practice in the United States Bankruptcy Court for the Eastern District of Washington in the above-captioned case and any related bankruptcy cases and adversary proceedings.

3. Pursuant to Local Rule 83.2(c) of the Local Rules for the U.S. District Court for the Eastern District of Washington, counsel of record Thomas A. Buford, Armand J. Kornfeld, or Richard B. Keeton shall sign all pleadings, motions, and other papers prior to filing, and shall meaningfully participate in this case.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

By  */s/ Thomas A. Buford*
Armand J. Kornfeld, WSBA #17214
Thomas A. Buford, WSBA #52969
Richard B. Keeton, WSBA #51537

*Co-Counsel for the Debtors and Debtors-in-Possession*

ORDER OF ADMISSION *PRO HAC VICE* OF PAUL J. LABOV – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx01zv.001

21-00141-WLH11    Doc 446    Filed 03/24/21    Entered 03/24/21 09:03:12    Pg 2 of 2