BURKE D. JACKOWICH
WSBA #31722
JED W. MORRIS
WSBA #13832
TREVOR R. PINCOCK
WSBA #36818
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In Re: | Chapter 11 |
|---|---|
| EASTERDAY RANCHES, INC., *et al*, Debtors.[1] | Lead Case No. 21-00141-WLH11 Jointly Administered |
| | **NOTICE OF APPEARANCE** |

To: All Parties in Interest Appearing on the Court's Official Master Mailing List

PLEASE TAKE NOTICE that Burke D. Jackowich of Lukins & Annis, P.S., enters an appearance for Washington Trust Bank, creditor, in the above cause and associates as counsel with Trevor R. Pincock and Jed W. Morris of Lukins & Annis, P.S.

///

///

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH).

NOTICE OF APPEARANCE : 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

///
///
///

DATED this 24th day of March, 2021.

LUKINS & ANNIS, P.S.

By /s/ Burke D. Jackowich
BURKE D. JACKOWICH
WSBA #31722
JED W. MORRIS
WSBA #13832
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Washington Trust Bank

NOTICE OF APPEARANCE : 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323