Daniel J. Gibbons, WSBA No. 33036
Witherspoon • Kelley
422 W. Riverside, Suite 1100
Spokane, WA 99201
Phone: (509) 624-5265; Fax: (509) 458-2728
Email: djg@witherspoonkelley.com
*Attorneys for Warden Hutterian Brethren*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re: | No. 21-00141-WLH11 |
| EASTERDAY RANCHES, INC. | |
| Debtor(s). | NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

**TO:**      **THE CLERK OF THE COURT**

**AND TO:**   **ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD**

YOU ARE HEREBY NOTIFIED that the undersigned attorney appears in the above-captioned bankruptcy proceeding on behalf of interested party, Warden Hutterian Brethren, without waiving any or all claims or defenses that may exist pursuant to FRBP 7012, FRCP 12(b)-(i) or otherwise, and hereby requests that service of all papers, except process, be made upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1

{S2189600; 1 }

WITHERSPOON•KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300      Fax: 509.458.2728

1  includes, without limitation, orders and notices of any application, motion,
2
3  petition, pleadings, requests, complaint, or demand, whether formal or informal,
4  whether written or oral, and whether transmitted or conveyed by mail, delivery,
5
6  telephone, telegraph, facsimile, electronic case file, or otherwise, which affect or
7  seek to affect in any way any rights or interest of the Debtors in this case or of
8  Warden Hutterian Brethren.
9
        DATED this 24th day of March, 2021.
10

11               WITHERSPOON · KELLEY
12
              By:  */s/ Daniel J. Gibbons*
13                 Daniel J. Gibbons, WSBA #33036
14                 *Attorneys for Warden Hutterian*
                *Brethren*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 2



WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

{S2189600; 1 }