ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com
*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT
HEARING DATE: April 14, 2021
HEARING TIME: 11:00 a.m. PST
RESPONSE DUE: April 7, 2021
LOCATION: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON THE DEBTORS' MOTION TO ESTABLISH INTERIM FEE APPLICATION PROCEDURES** |

**PLEASE TAKE NOTICE** that a hearing on the Debtors' Motion to Establish Interim Fee Application Procedures (the "Motion"), will be held on April 14, 2021, at 11:00 a.m. The hearing on the Motion will be conducted as follows:

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

NOTICE OF HEARING – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

DOCS_LA:335802.1 20375/002

21-00141-WLH11    Doc 454    Filed 03/24/21    Entered 03/24/21 15:59:23    Pg 1 of 2

**Hearing Date: Wednesday, April 14, 2021**
**Time: 11:00 a.m. PST**
**Phone Number: 1-877-402-9757**
**Conference Code: 7036041**

If you object to the Motion, you must file a written objection with the Court on or before <u>Wednesday, April 7, 2021.</u>  If you do not timely file an objection, the court may enter an order granting the Motion without further notice to you.

DATED March 24, 2021.     BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
*Proposed Attorneys for Debtors and Debtors in Possession*

AMENDED NOTICE OF HEARING – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ec24j301qb    DOCS_LA:335802.1 20375/002

21-00141-WLH11    Doc 454    Filed 03/24/21    Entered 03/24/21 15:59:23    Pg 2 of 2