HON. WHITMAN L. HOLT

MICHELLE A. GREEN, WSBA #40007
GATENS GREEN WEIDENBACH, PLLC
305 Aplets Way / PO Box 523
Cashmere, WA 98815
(509) 888-2144
*Attorneys for Easterday Farms Produce, Co. and 3E Properties Partnership*

UNITED STATES BANKRUPCTY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>EASTERDAY RANCHES, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Lead Case N0. 21-00141<br>Jointly Administered<br><br>NOTICE OF APPEARANCE |
|---|---|

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:   ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that the undersigned attorney, Michelle A. Green, of Gatens Green Weidenbach, PLLC, 305 Aplets Way / P.O. Box 523, Cashmere, WA 98815, do hereby make and enter her Notice of Appearance on behalf of EASTERDAY FARMS PRODUCE, CO. and 3E PROPERTIES PARTNERSHIP, and requests that all further papers and pleadings of every nature pertaining to this action be served upon the below office.

NOTICE OF APPEARANCE

Page 1

**GATENS GREEN WEIDENBACH, PLLC**
Attorneys at Law
(509) 888-2144
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815-0523

21-00141-WLH11   Doc 468   Filed 03/25/21   Entered 03/25/21 14:18:22   Pg 1 of 4

PLEASE TAKE NOTICE that this Notice is made pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and is made without waiving any objection as to jurisdiction or consenting to any adjudication by the court.

PURSUANT to Federal Rules of Bankruptcy Procedure, 2002, 3017, 4001, and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all notices, given or required to be given, and all documents, served or required to be served in this case be given to and served on the person(s) set forth below:

>   Michelle A. Green
>   Gatens Green Weidenbach, PLLC
>   305 Aplets Way / PO Box 523
>   Cashmere, WA 98815-0523
>   Telephone: (509) 888-2144
>   Michelle@ggw-law.com

The foregoing requests includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopier or otherwise, and whether directed to parties in interest,

NOTICE OF APPEARANCE
Page 2

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2144
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815-0523

21-00141-WLH11    Doc 468    Filed 03/25/21    Entered 03/25/21 14:18:22    Pg 2 of 4

generally or specifically. This request applies to documents served before and after the last date on which a proof of claim may be filed.

DATED the 25th day of March, 2021.

s/*Michelle A. Green*
MICHELLE A. GREEN, WSBA #40007
GATENS GREEN WEIDENBACH, PLLC
305 Aplets Way
P.O. Box 523
Cashmere, WA 98815-0523
Telephone: (509) 888-2144
Email: Michelle@ggw-law.com

Attorney for Easterday Farms Produce, Co. and 3E Properties Partnership

NOTICE OF APPEARANCE
Page 3

GATENS GREEN WEIDENBACH, PLLC
Attorneys at Law
(509) 888-2144
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815-0523

21-00141-WLH11    Doc 468    Filed 03/25/21    Entered 03/25/21 14:18:22    Pg 3 of 4

# CERTIFICATE OF SERVICE

I, Michelle A. Green, hereby certify that on the 25th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED at Wenatchee, Washington this 25th day of March, 2021.

s/*Michelle A. Green*
MICHELLE A. GREEN, WSBA #40007
GATENS GREEN WEIDENBACH, PLLC
305 Aplets Way
P.O. Box 523
Cashmere, WA 98815-0523
Telephone: 509-662-3685
Email: Michelle@ggw-law.com

NOTICE OF APPEARANCE
Page 4

**GATENS GREEN WEIDENBACH, PLLC**
Attorneys at Law
(509) 888-2144
305 Aplets Way / P.O. Box 523
Cashmere, WA 98815-0523

21-00141-WLH11    Doc 468    Filed 03/25/21    Entered 03/25/21 14:18:22    Pg 4 of 4