Steven H. Sackmann
Roger W. Bailey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:      509.248.4282
Facsimile:  509.575.5661
E-Mail:     roger.bailey.attorney@gmail.com

*Counsel for Weyns Farms & Sunray Farms*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| Easterday Ranches, Inc.<br>Easterday Farms, a general partnership,<br><br>Debtors[1]. | Case No.   21-00141-WLH11<br><br>**NOTICE OF AMENDED MOTION FOR ADEQUATE PROTECTION**<br><br>*Hearing Date:* April 14, 2021<br>*Time:*         11:00 a.m.<br>*Phone #:*     877.402.9757<br>*Code:*         7036041# |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, In. (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).



BAILEY BUSEY
BB
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

WEYNS DECLARATION             -1-

TO: All Parties on Court Approved Limited Mailing List

## I. NOTICE

**PLEASE TAKE NOTICE** that on March 26, 2021, Weyns Farms, LLC and Sunray Farms, LLC **("Feed Suppliers")** filed an Amended Motion for Adequate Protection **("Motion")** with the Bankruptcy Court. A copy of the Motion is attached hereto. Parties are encouraged to review the terms of the Motion in its entirety. The Motion is supported by the Second Declarations of Kees Weyns and Jake Wardenaar. The Motion is also supported by the initial motion for adequate protection filed by the Feed Suppliers [Docket No. 273], which was supported by the Declaration Kees Weyns [Docket No. 274] and Jake Wardenaar [Docket No. 275] **(collectively "Initial Pleadings")**. Copies of the Initial Pleadings as well as the Second Declarations of Kees Weyns and Jake Wardenaar can be obtained from the United States Bankruptcy Court for the Eastern District of Washington's website at http://www.waeb.uscourts.gov. Briefly stated the Motion seeks the following:



BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

WEYNS DECLARATION -2-

1. Payment to the Feed Suppliers of approximately $1,400,000[2] for feed utilized and to be utilized by the Debtors post-petition. The Feed Suppliers contend they have a first priority preparer's lien claim against certain feed owned by the Debtors, including approximately $1.4 million in feed that was in existence on the date the Debtors filed for bankruptcy protection.

2. Return of approximately $890,000 in existing feed to the Feed Suppliers. The feed at issue (referred to in the Motion as the "Excess Feed") consists of corn and triticale for sileage as well as whole kernel high moisture corn. The Feed Suppliers believe the Excess Feed will not be utilized by the Debtors under their approved cash collateral budgets. The return of the Excess Feed would reduce the lien claims of the Feed Suppliers.

3. The Debtors have not yet filed their bankruptcy schedules, however, the Feed Suppliers, believe that the Excess Feed may be subject to competing lien claims by CHS Capital and Washington Trust Bank **"Cash Collateral Lenders"**. Collectively the Feed Suppliers understand the Cash

---

[2] The amount of cash payments will be adjusted to reflect any feed that is returned.



BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

WEYNS DECLARATION -3-

Collateral Lenders are owed in excess of $50,000,000 which is secured by feed inventory as well as other personal property.

**NOTICE IS HEREBY GIVEN** that any opposition to the above Motion must be in writing, must state briefly the grounds therefore, must be filed with the Clerk of the United State Bankruptcy Court, United States Bankruptcy Court, 904 W. Riverside Ave., Suite 304, Spokane, WA 99201, and must be served upon the undersigned counsel **not later than April 12, 2021. If no objection is timely filed and served, the relief requested in the Motion may be granted without further notice or opportunity to be heard.**

**PLEASE TAKE FURTHER NOTICE THAT THE FEED SUPPLIERS HAVE PREVIOUSLY REQUESTED THE COURT SHORTEN THE TIME ALLOWED FOR NOTICE AND FOR OBJECTIONS TO THE MOTION.**

### Notice of Hearing

**PLEASE TAKE NOTICE** that the Court has set a hearing on the Motion. The hearing will be held on **April 14, 2021.** via telephone conference by the Honorable Whitman L. Holt. Any party who wishes to participate must call 877.402.9757 (Passcode 7036041#) at the time of the hearing. **Your**



BAILEY BB BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

WEYNS DECLARATION -4-

**failure to attend the hearing may result in the Court granting the relief requested without further notice or opportunity to be heard.**

DATED this 26th day of March, 2021

        /s/ Roger W. Bailey
      Steven H. Sackmann (WSBA 00618)
      Roger W. Bailey (WSBA 26121)
      Bailey & Busey PLLC



BAILEY **BB** BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282