SAMUEL R. MAIZEL
(admitted *pro hac vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

HONORABLE WHITMAN L. HOLT
HEARING DATE: April 14, 2021 at 11:00 a.m. PST.
RESPONSES DUE: April 6, 2021
LOCATION: Telephonic

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC., et al.,

Debtors.[1]

Chapter 11

Lead Case No. 21-00141-11 (WLH)
Jointly Administered

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER APPROVING THE EMPLOYMENT OF B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO FEBRUARY 25, 2021**

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

**NOTICE OF COMMITTEE EMPLOYMENT APPLICATION**

1

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Easterday Ranches, Inc. (the "Committee") has filed the *Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 477] (the "Application") pursuant to sections 327 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Washington (the "Local Rules").

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the Committee has filed the *Supplement to Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 478] (the "Retention Supplement"), as well as the *Declaration of Seth Freeman In Support of Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 479] (the "Freeman Declaration").

PLEASE TAKE FURTHER NOTICE that the Application is set for hearing on **April 14, 2021 at 11:00 a.m.** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that if you object to the entry of an order approving the Application, you must do so by filing a written objection with this Court

2

**NOTICE OF COMMITTEE EMPLOYMENT APPLICATION**

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-00141-WLH11    Doc 494    Filed 03/30/21    Entered 03/30/21 10:11:05    Pg 2 of 3

and serving a copy upon the undersigned on or before <u>Tuesday, April 6, 2021</u>. **Should you fail to timely and properly object to the Application, the Court may enter an order approving the employment of B. Riley Advisory Services as financial advisor to the Committee *nunc pro tunc* to February 25, 2021, without a hearing and without further notice to you.**

PLEASE TAKE FURTHER NOTICE that the Hearing will be held by telephonic appearance as follows:

**Hearing Date: April 14, 2021**
**Time: 11:00 a.m. PST**
**Phone Number: 1-877-402-9757**
**Conference Code: 7036041**

Copies of the Application and supporting pleadings may be obtained through the PACER website or by contacting the undersigned.

DATED this 30th day of March, 2021.

DENTONS US LLP

By /s/ *Sam J. Alberts*
Samuel R. Maizel (admitted *pro hac vice*)
Sam J. Alberts (WSBA #22255)
Sarah M. Schrag (admitted *pro hac vice*)
David F. Cook (admitted *pro hac vice*)

*Proposed Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

**NOTICE OF COMMITTEE EMPLOYMENT APPLICATION**

3

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924