UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,[1]<br><br>Debtors. | Case No. 21-00141<br><br>*EX PARTE* ORDER SHORTENING TIME AND LIMITING NOTICE FOR HEARING ON MOTION REGARDING LEASE PROCEDURES |

THIS MATTER came before the court on the *ex parte* motion (the "Motion to Shorten Time") of Easterday Ranches, Inc., and Easterday Farms (the "Debtors"), debtors and debtors-in-possession herein, for an order shortening time for hearings on the Debtors' *Motion an Order Approving Procedures for the Short-term Leasing of the Debtors' Idle Farm Equipment to Nearby Farms* (the "Motion"), found at Docket No. 484. Capitalized terms not defined herein shall have their meanings as ascribed in the

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

*EX PARTE* ORDER SHORTENING TIME AND LIMITING NOTICE FOR
HEARING ON MOTION REGARDING LEASE PROCEDURES – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx01zv.001

21-00141-WLH11    Doc 510    Filed 04/01/21    Entered 04/01/21 08:39:25    Pg 1 of 2

Motion to Shorten Time. The court has reviewed the Motion to Shorten Time, and finds cause exists to grant the requested relief. Now, therefore, it is hereby

**<u>ORDERED as follows:</u>**

1. The Motion to Shorten Time [ECF No. 490] is granted.

2. The time for hearings on the Motion is shortened to March 31, 2021, at 2:00 p.m. (the "<u>Hearing</u>").

3. Any responses or objections to the Motion may be filed with the court and served on counsel for the Debtors and the United States Trustee up to the time of the Hearing.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

By  */s/ Thomas A. Buford*
    Armand J. Kornfeld, WSBA #17214
    Thomas A. Buford, WSBA #52969
    Richard B. Keeton, WSBA #51537

PACHULSKI STANG ZIEHL & JONES LLP
    Richard M. Pachulski (*Pro Hac Vice* Pending)
    Alan J. Kornfeld (*Pro Hac Vice* Pending)
    Jeffrey W. Dulberg (*Pro Hac Vice* Pending)
    Maxim B. Litvak (*Pro Hac Vice* Pending)

*Attorneys for the Debtors and Debtors-in-Possession*

*EX PARTE* ORDER SHORTENING TIME AND LIMITING NOTICE FOR HEARING ON MOTION REGARDING LEASE PROCEDURES – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ea31sx01zv.001

21-00141-WLH11    Doc 510    Filed 04/01/21    Entered 04/01/21 08:39:25    Pg 2 of 2