So Ordered.

Dated: April 9th, 2021



Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERDAY RANCHES, INC., et al., | Lead Case No. 21-00141-11 (WLH) |
| Debtors.[1] | Jointly Administered |
| | **ORDER APPROVING EMPLOYMENT OF B. RILEY ADVISORY SERVICES AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO FEBRUARY 25, 2021** |

Having considered the *Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 477] (the "Application"), the *Supplement to Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as*

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

ORDER — 1

21-00141-WLH11    Doc 540    Filed 04/09/21    Entered 04/09/21 15:58:44    Pg 1 of 3

*Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 478] (the "Supplement")[2] and the *Declaration of Seth Freeman in Support of Application of the Official Committee of Unsecured Creditors for an Order Approving the Employment of B. Riley Advisory Services as Financial Advisor* Nunc Pro Tunc *to February 25, 2021* [Docket No. 479] (the "Freeman Declaration"); finding notice of the Application was properly given [Docket No. 494]; finding no objections were filed or otherwise made [Docket No. 527]; and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby GRANTED.

2. Pursuant to section 1103(a) of the Bankruptcy Code, the Committee is hereby authorized to employ B. Riley *nunc pro tunc* to February 25, 2021, on the terms and conditions set forth in the Application and corresponding materials.

3. B. Riley shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and such other interim compensation procedures as may be fixed by order of this C̶court.

///END OF ORDER///

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Supplement.

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

2
ORDER

21-00141-WLH11    Doc 540    Filed 04/09/21    Entered 04/09/21 15:58:44    Pg 2 of 3

| | |
|---|---|
| 1 | PRESENTED BY: |
| 2 | DENTONS US LLP |
| 3 | By: */s/ Sam J. Alberts*<br>Sam J. Alberts (WSBA #22255) |
| 4 | |
| 5 | *Counsel to the Official Committee*<br>*Of Unsecured Creditors of Easterday Ranches, Inc.* |
| 6 | \* Change made by court |

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924