ARMAND J. KORNFELD (WSBA #17214)  HON. WHITMAN L. HOLT
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile:  (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| EASTERDAY RANCHES, INC, | Case No. 21-00141-11 |
| Debtor. | Jointly Administered |
| | **SCHEDULE OF ASSETS AND LIABILITIES** |

EASTERDAY RANCHES, INC.
SCHEDULE OF ASSETS AND
LIABILITIES – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**GLOBAL NOTES, RESERVATION OF RIGHTS, AND
STATEMENT OF LIMITATIONS, METHODOGY AND
DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFAs**

Easterday Ranches, Inc. and Easterday Farms, a Washington general partnership (collectively, the "Debtors"), as debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), have filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") with the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules").

The Debtors are contemporaneously filing these *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules and SOFAs* (the "Global Notes") as a supplement to and integral part of their Schedules and SOFAs. These are incorporated by reference into each of the Schedules and SOFAs and should be reviewed in connection with any review of the Schedules and SOFAs.

In preparing the Schedules and SOFAs, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation. The Schedules and SOFAs reflect the Debtors' reasonably best efforts to report their assets and liabilities, based on their current books and records. The Debtors cannot be certain, however, that their books and records and/or these Schedules and SOFAs are valid, complete, accurate, or reliable. Among other things:

    1. The Debtors' books and records and financial statements have not historically been the subject of an audit.

    2. The Debtors historically did not prepare monthly financial statements.

    3. The Debtors did not historically employ or retain a full-time Chief Financial Officer or similar executive with responsibility with respect to their finances and books and records.

IN ADDITION TO THE FOREGOING, PARTIES REVIEWING THE SCHEDULES AND SOFAS SHOULD BE ADVISED THAT ONE OF THE DEBTORS' FORMER INSIDERS IS THE SUBJECT OF PENDING CIVIL AND CRIMINAL PROCEEDINGS AND INVESTIGATIONS BY THE UNITED STATES DEPARTMENT OF JUSTICE, THE COMMODITY FUTURE TRADING COMMISSION AND CERTAIN CREDITORS OF THE DEBTORS, REGARDING PURPOTEDLY IMPROPER FINANCIAL ACTIVITIES (INCLUDING FALSIFICATION OF FINANCIAL RECORDS AND STATEMENTS). The Debtors cannot be certain that their books and records and/or these Schedules and SOFAs are valid, complete, accurate, or reliable, and by executing the Schedules and SOFAs, the Debtors and their CROs do not make any representation, warranty or assurance as to the foregoing.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Totals**

All total figures in the Schedules and SOFAs represent the sum of all known amounts stated in the Schedules and SOFAs. To the extent there are disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may materially differ. The indication of an amount as "unknown,"

"disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect that such amount is immaterial.

**No Admission**

Nothing contained in the Schedules and SOFAs is intended or should be construed as an admission to the validity of any claim against the Debtors or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense as appropriate.

**Recharacterization**

Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors may have improperly characterized, classified, categorized or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs as is necessary or appropriate.

**Liabilities**

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and SOFAs as is necessary or appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Leases**

Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as "owned") is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a "true lease" or "disguised financing"), and the Debtors reserve all their rights with respect to such issues.

**Claims of Third-Party Related Entities**

Although the Debtors have made reasonable efforts to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities. Therefore, to the extent that the Debtors have classified claims of a creditor as disputed, unliquidated and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated and/or contingent, whether they are designated as such.

<u>**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES**</u>

**Schedule A/ B**

Except with respect to aircraft and real property, the amounts listed on Schedule A or Schedule B represent the value of each Debtor's assets as reflected in the Debtor's books and records (net of depreciation or amortization where applicable). With few exceptions, the Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in each the Schedules and SOFAs.

**Schedule A/B Q25 RANCHES/Schedule A/B Q35 FARMS:** In order to identify inventory purchased within twenty (20) days of the Petition Date, the Debtors used the date of applicable invoices, as reflected in their general ledger.

**Schedule A/B P6, P7 & P8:** The Debtors' prior course of conduct was to update their records regarding equipment-related assets every six months. For purposes of the Schedules, the values assigned for various fixed asset categories were based on the April 2020 update in the Debtors' books and records, updated only with respect to equipment acquired since then.

**Schedule A/B, Q77 (Ranches Only):** Ranches has historically received rebates from certain vendors (often referred to as patronage retainage) participating in farming cooperatives. The estimated receivable amount is consistent with annual funds collected in 2019 and 2020.

**Schedule D - Creditors Holding Secured Claims**

Except as otherwise agreed pursuant to an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

**Schedule G - Unexpired Leases and Executory Contracts**

The Debtors' books and records may not be complete with respect to all unexpired leases and/or executory contracts to which they are a party and that were pending as of the Petition Date. In particular, each of the Debtors are party to agreements and understanding that are "oral" or "verbal" in nature; while the Debtors have made reasonable efforts to identify these agreements and disclose them in the Schedules, there may be some that are not yet known or identified.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G or Schedule B.

**Schedule H – Codebtors**

For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve

multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and SOFA 7, as applicable.

As a matter of law, the general partners of Debtor Easterday Farms (Cody Easterday, Debby Easterday, and Karen Easterday) are obligated with respect to claims owed by the Debtor. Schedule H does not reflect these as co-debtor obligations, to avoid duplication and unnecessary volume.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs

### SOFAs Item 3 – 90 Day Payments
The dates set forth in the "Date of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date. SOFA Item 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to SOFA Item 4) and employees. Payments referenced in Item 3 include references to English Hay Company, Easterday Deisel & Mfg., and Weyns Farms. Each of these entities are known to be owned, at least in part, by relatives of either principals, shareholders, or partners of the Debtors. The Debtors do not believe these entities are insiders for purposes of section 101(31) of the Bankruptcy Code, such that payments to these entities are disclosed in Item 3 and not Item 4 of the SOFAs.

### SOFAs Item 4 – Insider Payments
Except as may be otherwise indicated in the Schedules and SOFAs, the Debtors have included payments made during the one-year period preceding the Petition Dates to persons known by the Debtors' CROs or believed by the CROs to be "insiders" or potential "insiders" as that term is defined in section 101(31) of the Bankruptcy Code. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

### SOFAs Item 13 – Transfers Not Already Listed on This Statement – (Ranches only)
Prior to the Petition Date, Ranches entered into a Confirmation of Ownership Agreement, effective as of December 7, 2020, with Tyson Fresh Meats, Inc., purporting to confirm Tyson's ownership and/or purchase of approximately 44,500 head of cattle. Ranches' Schedules reflects this as a transfer, although the Debtors understand that Tyson may dispute that characterization. The amounts reflected as part of the transfer represent the current estimated value of the cattle and related feed costs.

### SOFAs Item 26 – Books Records and Financial Statements
From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, debtholders, and their legal and financial advisors. Additionally, certain financial statements may have been provided to other parties as requested.

## Right to Amend and/or Supplement

The Debtors reserve the right to amend and/or supplement the Schedules and SOFAs as may be necessary or appropriate.

## General Disclaimer

The Debtors have prepared the Schedules and SOFAs based on the information reflected in the Debtors' books and records. However, inasmuch as the Debtors' books and records have not been audited, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and SOFAs.

The Debtors and their officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their officers, employees, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused.

<p style="text-align:center">*   *   *   *   *   *</p>

Debtor name **Easterday Ranches, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **21-00141**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ 12,158,915.31

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ 12,158,915.31

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 104,264,444.92

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ 4,491,110.36

4. Total liabilities .................................................................................................
   Lines 2 + 3a + 3b

   $ 108,755,555.28

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **US Bank** | **Checking** | **4400** | **$3,355.00** |
| 3.2. | **Washington Trust Bank** | **Checking** | **7725** | **$13,980.00** |
| 3.3. | **Mechanics Bank (Rabo)** | **Checking** | **9248** | **$432,275.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | **$449,610.00** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

21-00141-WLH11     Doc 541     Filed 04/09/21     Entered 04/09/21 16:25:30     Pg 8 of 45

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
|-----|---|---|---|---|
| | 11a. 90 days old or less: | 9,452,000.00 | - | 0.00 | = .... | $9,452,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|-----|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $9,452,000.00 |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | 14.1.  **CHS Hedging, LLC** | **Market Value** | $269,081.31 |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                % of ownership |
|-----|---|

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |
|-----|---|

| 17. | **Total of Part 4.** | |
|-----|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | $269,081.31 |

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Tallow, Meal, Hay & Supplements** | 07/31/20 | $435,155.00 | NBV | $435,155.00 |
| 22. | **Other inventory or supplies**<br>**Other inventory or supplies** | 07/31/20 | $550,000.00 | NBV | $550,000.00 |

23.  **Total of Part 5.**                                                                    $985,155.00

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ■ Yes. Book value    $870,738.88   Valuation method   **Book Value**    Current Value    $870,738.88

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☐ No.  Go to Part 7.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **Horses** | $115,000.00 | NBV | $115,000.00 |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**                                                                    $115,000.00

     Add lines 28 through 32.  Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
     ■ No
     ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value    _____    Valuation method   _____    Current Value    _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
     ■ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 10 of 45

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneous office furniture (phone, folding tables, chairs)** | **$0.00** | **NBV** | **$0.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 DODGE 2500** **3C6MR5BL7LG161707** | **$42,779.00** | **NBV** | **Unknown** |
| 47.2. **2020 DODGE 2500** **3C6MR5BL0LG161709** | **$42,779.00** | **NBV** | **Unknown** |
| 47.3. **2015 Mack GU814 (Water Truck)** | **$10,028.54** | **NBV** | **Unknown** |
| 47.4. **2015 Mack GU814 (Water Truck)** | **$10,028.54** | **NBV** | **Unknown** |
| 47.5. **2014 MACK GU814/WATER TRUCK** **1M2AX24C6FM001103** | **$10,029.00** | **NBV** | **Unknown** |

| | | | | |
|---|---|---|---|---|
| 47.6. | **2000 CHEVY 2500**<br>AGCGK24UOYE155129 | $0.00 | **NBV** | **Unknown** |
| 47.7. | **2012 DODGE 2500**<br>3C6LD5AL1CG318191 | $0.00 | **NBV** | **Unknown** |
| 47.8. | **1984 CHEVY 2500**<br>2GCEK14H1ELL84365 | $0.00 | **NBV** | **Unknown** |
| 47.9. | **2007 DODGE 2500**<br>3D7KS26C07G744872 | $0.00 | **NBV** | **Unknown** |
| 47.10. | **2011 DODGE 2500**<br>3D7LT2ELOBG557742 | $0.00 | **NBV** | **Unknown** |
| 47.11. | **2011 DODGE 1500**<br>3D7JB1ET8BG605122 | $0.00 | **NBV** | **Unknown** |
| 47.12. | **2014 DODGE 3500**<br>3C7WR9AL0EG236120 | $0.00 | **NBV** | **Unknown** |
| 47.13. | **2014 DODGE 3500**<br>3C7WRTBL8EG295282 | $0.00 | **NBV** | **Unknown** |
| 47.14. | **2014 DODGE 3500**<br>3C7WRTBL8EG295282 | $0.00 | **NBV** | **Unknown** |
| 47.15. | **INTERNATIONAL S2500/ SNOW PLOW**<br>1HTZMGCR6JH527836 | $0.00 | **NBV** | **Unknown** |
| 47.16. | **1986 FRIGHTLINER ANIMAL AMBO**<br>1FUYYCYBGGH285987 | $0.00 | **NBV** | **Unknown** |
| 47.17. | **1996 MACK CH613/WATER TRUCK**<br>1M1AH14Y7TW062584 | $0.00 | **NBV** | **Unknown** |
| 47.18. | **1998 MACK CH613/FEED TRUCK**<br>1M1AA18Y6XW098914 | $0.00 | **NBV** | **Unknown** |
| 47.19. | **VOLVO A35C  A35CV606498** | $0.00 | **NBV** | **Unknown** |
| 47.20. | **VOLVO A35C  A35CV60652** | $0.00 | **NBV** | **Unknown** |
| 47.21. | **VOLVO A35C  A35CV60037** | $0.00 | **NBV** | **Unknown** |

21-00141-WLH11   Doc 541   Filed 04/09/21   Entered 04/09/21 16:25:30   Pg 12 of 45

| 47.22 | VOLVO A35C  A35CV60059 | $0.00 | NBV | Unknown |
| 47.23 | 2016 Dodge R3500 3C6MR5BLXGG218360 | $0.00 | NBV | Unknown |
| 47.24 | 2016 Dodge R3500 1C6RR7JM4GS225454 | $0.00 | NBV | Unknown |
| 47.25 | 2- 91 WILSON TRAILERS | $0.00 | NBV | Unknown |
| 47.26 | CATTLE TRAILER | $0.00 | NBV | Unknown |
| 47.27 | 2 NEW WILSON TRAILERS (L) | $0.00 | NBV | Unknown |
| 47.28 | USED WATER TRUCK (L) | $0.00 | NBV | Unknown |
| 47.29 | 1986 CHEVY PU | $0.00 | NBV | Unknown |
| 47.30 | 08 WILSON TRAILER #52B(L) | $0.00 | NBV | Unknown |
| 47.31 | 08 WILSON TRAILER #53B(L) | $0.00 | NBV | Unknown |
| 47.32 | 08 WILSON TRAILER #54B(L) | $0.00 | NBV | Unknown |
| 47.33 | 2010 SUNDOWNER 3 HORSE TR | $0.00 | NBV | Unknown |
| 47.34 | 88 I'NTL DUMP TRCK W/PLOW | $0.00 | NBV | Unknown |
| 47.35 | 2010 DODGE R3500  #106230 | $0.00 | NBV | Unknown |
| 47.36 | 2009 DODGE R2500 #19139 | $0.00 | NBV | Unknown |
| 47.37 | 2009 DODGE 2500 #53109 | $0.00 | NBV | Unknown |
| 47.38 | 2002 PETERBILT #9012 | $0.00 | NBV | Unknown |

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 13 of 45

| | | | |
|---|---|---|---|
| 47.39. | **2002 PETERBILT #9011** | $0.00 | NBV | Unknown |
| 47.40. | **2003 PETERBILT #7304** | $0.00 | NBV | Unknown |
| 47.41. | **2003 PETERBILT #7310** | $0.00 | NBV | Unknown |
| 47.42. | **DODGE RAM 2500 #151693** | $0.00 | NBV | Unknown |
| 47.43. | **DODGE RAM 2500 #151692** | $0.00 | NBV | Unknown |
| 47.44. | **DODGE RAM 3500 #125096** | $0.00 | NBV | Unknown |
| 47.45. | **2009 CM STOCK TRAILER** | $0.00 | NBV | Unknown |
| 47.46. | **4x4 CUB CADET VEHICLE** | $0.00 | NBV | Unknown |
| 47.47. | **NEW 2011 DODGE RAM 2500** | $0.00 | NBV | Unknown |
| 47.48. | **ENGINE REBUILDS (3)** | $0.00 | NBV | Unknown |
| 47.49. | **2012 DODGE RAM 2500 - TB#2151** | $0.00 | NBV | Unknown |
| 47.50. | **2013 Dodge Ram 3500** | $0.00 | NBV | Unknown |
| 47.51. | **2013 Dodge Ram 3500** | $0.00 | NBV | Unknown |
| 47.52. | **Dodge Ram 3500 #368** | $0.00 | NBV | Unknown |
| 47.53. | **2014 Dodge Ram 2500 #369** | $0.00 | NBV | Unknown |
| 47.54. | **2014 Ram 2500** | $0.00 | NBV | Unknown |
| 47.55. | **2015 Wilson Cattle Trailer** | $0.00 | NBV | Unknown |

| | | | | |
|---|---|---|---|---|
| 47.56. | **1987 Toyota Pickup** | **$0.00** | **NBV** | **Unknown** |
| 47.57. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018635** | **$0.00** | **NBV** | **Unknown** |
| 47.58. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018636** | **$0.00** | **NBV** | **Unknown** |
| 47.59. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018637** | **$0.00** | **NBV** | **Unknown** |
| 47.60. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018639** | **$0.00** | **NBV** | **Unknown** |
| 47.61. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018640** | **$0.00** | **NBV** | **Unknown** |
| 47.62. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018641** | **$0.00** | **NBV** | **Unknown** |
| 47.63. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018642** | **$0.00** | **NBV** | **Unknown** |
| 47.64. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018643** | **$0.00** | **NBV** | **Unknown** |
| 47.65. | **2015 Mack CHU613**<br>**1M1AN07Y1FM018644** | **$0.00** | **NBV** | **Unknown** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | **Rotomix 920-18 Feed Mixer Trailer Loewan 5000 Manure Spreader** | **$196,127.00** | **NBV** | **$196,127.00** |
| | **Two 2021 Wilson Quad Axle Lvstk Trailers - PSDCL-402 53'x102' (4/2020)** | **$180,928.00** | **NBV** | **$180,928.00** |
| | **Other Machinery & Equipment Not Itemized (Below $100K Individually)** | **$511,014.00** | **NBV** | **$511,014.00** |

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$888,069.00** |
|---|

Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Nine Canyon Farm (with improvements, including irrigation)** | **100% Fee Interest** | **Unknown** | **N/A** | **Unknown** |
| 55.2.  **Randy Allred Livestock LLC --14368 Road 12.5 S.W., Royal City, WA 99357** | **100% Lease** | **Unknown** | **N/A** | **Unknown** |
| 55.3.  **AB Livestock, LLC--Lease of North Lot near Cox Farm** | **Lease 100%** | **Unknown** | **N/A** | **Unknown** |
| 55.4.  **Various parcels of Cox Farm (with improvements, including manufacturing homes and irrigation)** | **Improvements** | **Unknown** | **N/A** | **Unknown** |

56.    **Total of Part 9.**                                                        | **$0.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

**Easterday Farms Ltd (Canada)**   $2,196,000.00 - Total face amount   $2,196,000.00 = doubtful or uncollectible amount   $0.00

**Easterday Farms, a Washington general partnership**   15,385,000.00 - Total face amount   15,385,000.00 = doubtful or uncollectible amount   $0.00

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

**Interest in insurance policies**                                              **Unknown**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                      **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $449,610.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,452,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $269,081.31 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $985,155.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $115,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $888,069.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,158,915.31 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $12,158,915.31 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1**   **Ally Commercial Department**
Creditor's Name

**12850 W Gran Bay Parkway**
**Jacksonville, FL 32258**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2 Dodge Trucks**

**Describe the lien**
**Vehicle Purchase**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Amount of claim: **$120,661.59**     Value of collateral: **$0.00**

---

**2.2**   **AXA Equitable Life Insurance Co.**
Creditor's Name

**1290 Avenue of the Americas**
**16th Floor**
**New York, NY 10104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Real Property - Cox Farm**

**Describe the lien**
**Mortgage Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$25,492,652.00**     Value of collateral: **Unknown**

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 19 of 45

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.3 **CHS Capital, LLC**<br>Creditor's Name<br>**dba CHSC MN, a Minnesota LLC**<br>**5500 Cenex Drive**<br>**Inner Grove Heights, MN 55077**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Personal property** | **$837,000.00** | **Unknown** |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe the lien**<br>**Promissory Note**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| 2.4 **DLL Finance LLC**<br>Creditor's Name<br>**PO Box 2000**<br>**Johnston, IA 50131**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment** | **$228,145.52** | **$196,127.00** |
| Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| 2.5 **Easterday Farms,**<br>Creditor's Name<br>**a Washington General Partnership**<br>**5235 N. Industrial Way**<br>**Pasco, WA 99301** | **Describe debtor's property that is subject to a lien**<br>**Crops** | **$1,073,000.00** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's mailing address

**Describe the lien**
**Crop Lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **J.R. Simplot - Western Stockmen's** | **Describe debtor's property that is subject to a lien**<br>**Corn delivered for fee pusruant to Contract** | **$66,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1099 W. Front Street**
**Boise, ID 83702**

Creditor's mailing address

**Describe the lien**
**Crop Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Pegram Construction, Inc.** | **Describe debtor's property that is subject to a lien**<br>**Materialman's lien impacting Cox Farm** | **$123,984.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 418**
**Othello, WA 99344**

Creditor's mailing address

**Describe the lien**
**Lien Claim**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| ☐ Contingent | |
| ■ Unliquidated | |
| ☐ Disputed | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Sunray Farms, LLC** | Describe debtor's property that is subject to a lien | **$137,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Sackman law, PLLC
PO Box 409
Othello, WA 99344**

Creditor's mailing address

**Triticale, Corn Silage and HM Corn**

Describe the lien
**Crop Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **TCF National Bank** | Describe debtor's property that is subject to a lien | **$196,028.81** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**PO Box 77077
Minneapolis, MN
55480-7777**

Creditor's mailing address

**Trailers**

Describe the lien
**Equipment Financing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 0 | **The Prudential Insurance** | Describe debtor's property that is subject to a lien | **$29,464,517.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Company of America
2100 Ross Avenue, Suite
2500
Dallas, TX 75201**

Creditor's mailing address

**Real Property; 9 Canyon and River Farm**

Describe the lien
**Mortgage Security Agreement**

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 22 of 45

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

| 2.1 1 | **Tri-Cities Grain, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**600 Tank Farm Road**
**Pasco, WA 99301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Dry corn**

**Describe the lien**
**Purchase Contract**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 2 | **U.S. Small Business Administration** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1545 Hawkins Blvd.**
**Suite 202**
**El Paso, TX 79925**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property, including, but not limited to that described in teh UCC-1 Financing Statement**

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| 2.1 3 | **Ward Bros. Inc.** | | | | |
|---|---|---|---|---|---|

**Ward Bros. Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien
**Field corn**

**Unknown**    **Unknown**

**1531 Ironwood Rd.**
**Eltopia, WA 99330**
Creditor's mailing address

Describe the lien
**Crop Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Washington Trust Bank** | | | | |
|---|---|---|---|---|---|

**Washington Trust Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**All goods, inventory, equipment, farm equipment, fixtures, accounts, deposit accounts, chattel paper, documents, general intangibles, instruments, investment property and letter of credit rights**

**$44,516,456.00**    **Unknown**

**c/o Lukins & Annis, P.S.**
**717 W. Sprague Ave., Ste 1600**
**Spokane, WA 99201-0466**
Creditor's mailing address

Describe the lien
**Revoloving Line of Credit**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**09.03.20**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Weyns Farms, LLC** | | | | |
|---|---|---|---|---|---|

**Weyns Farms, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**Silage Tritical and Silage Corn per Contract**

**$2,009,000.00**    **Unknown**

**8289 Kulm Road SE**
**Othello, WA 99344**
Creditor's mailing address

Describe the lien
**Crop Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

---

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$104,264,444 .92** |

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BAILEY & BUSEY PLLC**<br>Joshua J. Busey<br>411 N. 2nd Street<br>Yakima, WA 98901 | Line  **2.6** | |
| **BAILEY & BUSEY PLLC**<br>Joshua J. Busey<br>411 N. 2nd Street<br>Yakima, WA 98901 | Line  **2.15** | |
| **J.R. Simplot - Western Stockmen's**<br>PO Box 35143<br>Seattle, WA 98124 | Line  **2.6** | |
| **JAMESON PEPPLE CANTU PLLC**<br>Matt Adamson<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104 | Line  **2.10** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor name **Easterday Ranches, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **21-00141**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,423.74**

**A & M Supply**
**P.O. Box 1166**
**Hermiston, OR 97838**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,207.79**

**All American Propane**
**50 W Summit St**
**Othello, WA 99344**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,371.44**

**American Radiator**
**204 North Oregon**
**Pasco, WA 99301**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$679.66**

**AmeriGas-Kennewick**
**204 N Fruitland St**
**Kennewick, WA 99336**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Animal Health International**<br>**1654 S First St**<br>**Sunnyside, WA 98944**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,085,915.92** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**B & B Express**<br>**7519 W Kennewick Ave**<br>**Kennewick, WA 99336**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$395.20** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Baker Commodities, Inc.**<br>**P.O. Box 58368**<br>**Seattle, WA 98138-1368**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,300.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Basin City Auto Parts, Inc.**<br>**P.O. Box 627**<br>**Connell, WA 99326**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,025.53** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Basin Disposal, Inc.**<br>**P.O. Box 3850**<br>**Pasco, WA 99302-3850**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$694.68** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Battery Systems**<br>**12322 Monarch St**<br>**Garden Grove, CA 92841-2909**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,492.19** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Big Bend Electric Cooperative, Inc.**<br>**P.O. Box 348**<br>**Ritzville, WA 99169-0348**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __AP Trade__<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$8,110.00** |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,571.87 |
|---|---|---|---|

**Blueline Equipment**
1605 E Mead Ave
Yakima, WA 98903

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.91 |
|---|---|---|---|

**Byrnes Oil**
P.O. Box 700
Pendleton, OR 97801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311,635.96 |
|---|---|---|---|

**Cenex Harvest States**
300 West Feedville Road
Hermiston, OR 97838

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.66 |
|---|---|---|---|

**Centurylink**
P.O. Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.22 |
|---|---|---|---|

**Clearwater Napa**
5819 W Clearwater
Kennewick, WA 99336

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.89 |
|---|---|---|---|

**Coleman Oil Company**
529 E Kennewick Ave
Kennewick, WA 99336

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $782.48 |
|---|---|---|---|

**Columbia Electric Supply**
P.O. Box 398855
San Francisco, CA 94139-8855

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 28 of 45

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,366.34 |
|---|---|---|---|

**Columbia Pump Company**
3510 Stearman Ave
Pasco, WA 99301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,653.16 |
|---|---|---|---|

**Columbia Rigging Corp**
2407 East A Street
Pasco, WA 99301

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,780.44 |
|---|---|---|---|

**Commercial Tire**
P.O. Box 970
Meridian, ID 83680

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,427.50 |
|---|---|---|---|

**Commodities Plus II, LLC**
5207 E 3rd Ave
Spokane Valley, WA 99212

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.56 |
|---|---|---|---|

**Consolidated Disposal Services**
PO Box 1154
Ephrata, WA 98823

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,625.00 |
|---|---|---|---|

**Copenhaver Construction, Inc.**
22393 SR 2 East
Creston, WA 99117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.44 |
|---|---|---|---|

**Desert Rain Irrigation**
5573 Road 11 SW
Royal City, WA 99357

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ☑ No ☐ Yes

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 29 of 45

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,530.94 |
| --- | --- | --- | --- |
| | **ECS Northwest LLC**<br>P.O. Box 4180<br>Pasco, WA 99302-4180 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488,850.43 |
| --- | --- | --- | --- |
| | **English Hay Company**<br>510 Bellflower Rd<br>Mesa, WA 99343 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,902.26 |
| --- | --- | --- | --- |
| | **Ferguson Enterprises, Inc.**<br>P.O. Box 847411<br>Dallas, TX 75284-7411 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,078.07 |
| --- | --- | --- | --- |
| | **Frontier Performance Lubricants**<br>P.O. Box 1777<br>Lodi, CA 95241 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $581.60 |
| --- | --- | --- | --- |
| | **Grainger**<br>Dept 583-808012744<br>Palatine, IL 60038-0001 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $801.55 |
| --- | --- | --- | --- |
| | **Grant County PUD**<br>P.O Box 878<br>Ephrata, WA 98823 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.61 |
| --- | --- | --- | --- |
| | **H.D. Fowler Company**<br>P.O. Box 84368<br>Seattle, WA 98124-5668 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __AP Trade__<br>Is the claim subject to offset? ■ No ☐ Yes | |

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 30 of 45

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,002.45 |
|---|---|---|---|
| | **IMV Imaging North America**<br>**2900 43rd Street NW Ste 600**<br>**Rochester, MI 55901** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,544.40 |
|---|---|---|---|
| | **Industrial Iron Works**<br>**PO Box 748**<br>**Okanogan, WA 98840** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.70 |
|---|---|---|---|
| | **International Belt & Rubber**<br>**4132 B Place NW**<br>**Auburn, WA 98001-2445** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.61 |
|---|---|---|---|
| | **Irrigation Specialist**<br>**P.O. Box 2544**<br>**Pasco, WA 99302** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,573.53 |
|---|---|---|---|
| | **ITC Services**<br>**4172 N Frontage Rd E**<br>**Moses Lake, WA 98837** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,857.40 |
|---|---|---|---|
| | **JTT Farms, Inc & Wheatland Bank**<br>**6701 Eltopia West Rd**<br>**Eltopia, WA 99330** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,832.65 |
|---|---|---|---|
| | **Kennewick Ranch & Home**<br>**845 Columbia Center Blvd**<br>**Kennewick, WA 99336** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>AP Trade</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,000.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**3.40**

**Nonpriority creditor's name and mailing address**
**Layne Of Washington, Inc.**
**P.O. Box 610**
**Pasco, WA 99301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$44,000.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Lithia Dodge**
**PO Box 4186**
**Portland, OR 97208-4186**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$8,023.99**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**LocalTel Communications**
**343 Grant Road**
**East Wenatchee, WA 98802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$57.90**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Lourdes Occupational Health Center**
**P.O. Box 94331**
**Seattle, WA 98124**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**M & M Bolt Company**
**1315 N Oregon Ave Unit 101**
**Pasco, WA 99301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$96.97**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Mascott Equipment**
**200 S 20th Ave**
**Pasco, WA 99301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$4,203.16**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Midwest PMS LLC**
**11347 Business Park Cir**
**Firestone, CO 80504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __AP Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,543.00**

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 32 of 45

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.18 |

**3.47** Nonpriority creditor's name and mailing address
**Norco**
P.O. Box 413124
Salt Lake City, UT 84141-3124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$420.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
**Northwest Equipment Sales, Inc.**
2405 South Janeen St.
Boise, ID 83709

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$2,107.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
**Northwest Farm Supply**
P.O. Box 941
Hermiston, OR 97838

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,742.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
**Oregon Trail Veterinary Clinic**
80489 Highway 395 North
Hermiston, OR 97838

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$18,475.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
**Pacific Ag Products LLC**
400 Capitol Mall Ste 2060
Sacramento, CA 95814

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$239,898.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
**Pacific Steel**
P.O. Box 3035
Pasco, WA 99302-3035

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$248.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
**Paradise Bottled Water**
6202 W Deschutes Ave
Kennewick, WA 99336

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$312.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 33 of 45

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.87 |
|---|---|---|---|

**Parts City Auto Supply**
PO Box 998
Royal City, WA 99357

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,355.26 |
|---|---|---|---|

**Pasco Auto Parts-Napa**
1724 W Lewis St
Pasco, WA 99301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,513.49 |
|---|---|---|---|

**PerforMix Nutrition Systems**
2201 N 20th Street
Nampa, ID 83687

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,309.49 |
|---|---|---|---|

**Production Animal Consultation LLC**
307 S Main
Scott City, KS 67871

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,625.00 |
|---|---|---|---|

**Randy Allred Livestock LLC**
14368 Road 12.5 SW
Royal City, WA 99357

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,797.20 |
|---|---|---|---|

**S.S. EQ., Inc. New Holland**
P.O. Box 967
Pasco, WA 99301

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,372.31 |
|---|---|---|---|

**Scales NW LLC**
39120 West Scio Road
Scio, OR 97374

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **AP Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 34 of 45

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,857.40 |
|---|---|---|---|

**Schreiner-Tuttle Farms**
**11701 Rd 170**
**Mesa, WA 99343**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,568.80 |
|---|---|---|---|

**Servi-Tech, Inc.**
**Box 1397**
**Dodge City, KS 67801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.80 |
|---|---|---|---|

**Sherwin-Williams**
**2518 W Kennewick Ave**
**Kennewick, WA 99336**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,452.94 |
|---|---|---|---|

**Six States Distributors Inc.**
**TruckPro LLC Six States**
**28534 Network Place**
**Vernal, UT 84078-8619**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $789.00 |
|---|---|---|---|

**Smith Equipment & Welding**
**P.O. Box 625**
**Prineville, OR 97754**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,272.93 |
|---|---|---|---|

**Star Rentals & Sales**
**P.O. Box 3875**
**Seattle, WA 98124-3875**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,439.38 |
|---|---|---|---|

**Sun Basin Operations-CHS**
**P.O. Box 608**
**Quincy, WA 98848**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396.23 |
|---|---|---|---|

**Tacoma Screw Products, Inc.**
2001 Center Street
Tacoma, WA 98409-7895

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,450.00 |
|---|---|---|---|

**Tarp-It, Inc.**
3000 Wilson Creek Rd
Ellensburg, WA 98926

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.24 |
|---|---|---|---|

**The Parts Junction, Inc.**
1202 US 275
Beemer, NE 68716

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,815.00 |
|---|---|---|---|

**Tyson Fresh Meats, Inc.**
800 Stevens Port Drive
Dakota Dunes, SD 57049

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.97 |
|---|---|---|---|

**U.S. Linen & Uniforms**
1106 Harding
Richland, WA 99352

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,923.91 |
|---|---|---|---|

**Viterra Canada Inc.**
2625 Victoria Ave
Regina, Saskatchewan Canada S4T 7T9

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,851.42 |
|---|---|---|---|

**Wagner Transportation**
P.O. Box 192
Twin Falls, ID 83303-0192

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AP Trade__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 36 of 45

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,239.19 |
|---|---|---|---|

**Washington State Dept. of Ag.**
P.O. Box 42560
Olympia, WA 98504-2560

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876,100.00 |
|---|---|---|---|

**Washington Trust Bank**
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201-0466

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,555.66 |
|---|---|---|---|

**Waste Management**
P.O. Box 541065
Los Angeles, CA 90054-1065

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,918.08 |
|---|---|---|---|

**Weaver Exterminating**
P.O. Box 426
Yakima, WA 98907

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.92 |
|---|---|---|---|

**Western Peterbilt**
P.O. Box 35144 #1022
Seattle, WA 98124-5144

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,159.84 |
|---|---|---|---|

**Western States**
P.O. Box 3805
Seattle, WA 98124-3805

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.38 |
|---|---|---|---|

**Worldwide Express**
PO Box 101903
Pasadena, CA 91189

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **AP Trade**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,742.82 |
|---|---|---|---|
| | **Yakima Mechanical Services**<br>**205 So. 4th Ave**<br>**Yakima, WA 98902** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __AP Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.25 |
|---|---|---|---|
| | **Ziply Fiber**<br>**PO Box 740416**<br>**Cincinnati, OH 45274-0416** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __AP Trade__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LUKINS & ANNIS, P.S.**<br>Trevor R. Pincock<br>717 West Sprague Avenue<br>Spokane, WA 99201-0466 | Line __3.76__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **PERKINS COIE LLP**<br>Alan D. Smith<br>1201 Third Avenue<br>Seattle, WA 98101 | Line __3.71__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,491,110.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,491,110.36 |

Debtor name **Easterday Ranches, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **21-00141**

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for North Lot near Cox Farm dated 1/22/2021** | |
| | State the term remaining | **8/31/2021** | **AB Livestock, LLC**<br>**1555 Shoreline Drive, Suite 320**<br>**Boise, ID 83702** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement for High Moisture Corn** | |
| | State the term remaining | **5/20/2021** | **Brad Curtis Farms LLC**<br>**8853 Langford Road**<br>**Mesa, WA 99343** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Feed Agreement** | |
| | State the term remaining | **Unknown** | **English Hay Company,Inc.**<br>**510 Bellflower Rd**<br>**Mesa, WA 99343** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Livestock Feedlot Lease dated 4/2/2014** | |
| | State the term remaining | **3/31/2024** | **Randy Allred Livestock LLC**<br>**14368 Road 12.5 SW**<br>**Royal City, WA 99357** |
| | List the contract number of any government contract | | |

21-00141-WLH11     Doc 541     Filed 04/09/21     Entered 04/09/21 16:25:30     Pg 39 of 45

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement dated 9/15/2020** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **Sunray Farms, LLC** |
| | List the contract number of any government contract | | **PO Box 776** **Royal City, WA 99357** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Cattle feeding agreement dated 8/20/2017** | |
|---|---|---|---|
| | State the term remaining | **8/20/2021** | **Tyson Fresh Meats, Inc.** |
| | List the contract number of any government contract | | **800 Stevens Port Drive Ste 822** **Dakota Dunes, SD 57049** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Weyns Farms LLC** |
| | List the contract number of any government contract | | **8289 Kulm Road SE** **Othello, WA 99344** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Easterday Ranches, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **21-00141**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Cody A. Easterday | 830 Bellflower Road Mesa, WA 99343-0956 | Washington Trust Bank | ■ D __2.14__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Cody A. Easterday | 830 Bellflower Road Mesa, WA 99343-0956 | AXA Equitable Life Insurance Co. | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Cody A. Easterday | 830 Bellflower Road Mesa, WA 99343-0956 | The Prudential Insurance | ■ D __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Cody A. Easterday | 830 Bellflower Road Mesa, WA 99343-0956 | Tyson Fresh Meats, Inc. | ☐ D _____ <br> ■ E/F __3.71__ <br> ☐ G _____ |
| 2.5 | Cody A. Easterday | 830 Bellflower Road Mesa, WA 99343-0956 | CHS Capital, LLC | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 41 of 45

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Debby Easterday | 830 Bellflower Road<br>Mesa, WA 99343-9564 | Washington Trust Bank | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Debby Easterday | 830 Bellflower Road<br>Mesa, WA 99343-9564 | AXA Equitable Life Insurance Co. | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Debby Easterday | 830 Bellflower Road<br>Mesa, WA 99343-9564 | The Prudential Insurance | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Debby Easterday | 830 Bellflower Road<br>Mesa, WA 99343-9564 | CHS Capital, LLC | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Easterday Farms | 5235 N. Industrial Way<br>Pasco, WA 99301 | Washington Trust Bank | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Easterday Farms | 5235 N. Industrial Way<br>Pasco, WA 99301 | AXA Equitable Life Insurance Co. | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Easterday Farms | 5235 N. Industrial Way<br>Pasco, WA 99301 | The Prudential Insurance | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Easterday Farms | 5235 N. Industrial Way<br>Pasco, WA 99301 | CHS Capital, LLC | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Karen Easterday<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | Washington Trust Bank | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | Karen Easterday<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | AXA Equitable Life Insurance Co. | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Karen Easterday<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | The Prudential Insurance | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | Karen Easterday<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | CHS Capital, LLC | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | The Estate of Gale Easterday | Karen Easterday, Executrix<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | Washington Trust Bank | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | The Estate of Gale Easterday | Karen Easterday, Executrix<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | AXA Equitable Life Insurance Co. | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | The Estate of Gale Easterday | Karen Easterday, Executrix<br>830 Bellflower Road<br>Mesa, WA 99343-9564 | The Prudential Insurance | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 43 of 45

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.21 | **The Estate of Gale Easterday** | **Karen Easterday, Executrix**<br>**830 Bellflower Road**<br>**Mesa, WA 99343-9564** | **CHS Capital, LLC** | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |

21-00141-WLH11    Doc 541    Filed 04/09/21    Entered 04/09/21 16:25:30    Pg 44 of 45

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  9, 2021**   X    _____
   Signature of individual signing on behalf of debtor

**Peter Richter and T. Scott Avila**
Printed name

**Chief Restructuring Officers**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy