ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
MAXIM B. LITVAK (CA Bar #215852)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
mlitvak@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

HEARING DATE: April 14, 2021
HEARING TIME: 11:00 a.m. PST
RESPONSE DUE: April 12, 2021
LOCATION: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., *et al.*

Debtors.[1]

Chapter 11

Lead Case No. 21-00141-11
Jointly Administered

**DEBTORS' RESPONSE TO FEED SUPPLIERS' AMENDED MOTION FOR ADEQUATE PROTECTION**

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DEBTORS' RESPONSE TO FEED SUPPLIERS'
AMENDED MOTION FOR ADEQUATE
PROTECTION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 1 of 7

The above-captioned debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases hereby file this response to the *Amended Motion for Adequate Protection* [Dkt. No. 480] (the "Amended Motion") filed on March 26, 2021 by Weyns Farms, LLC ("Weyns") and Sunray Farms, LLC ("Sunray"), which amended the *Motion for Adequate Protection and Objection to Debtors' Final Motion for Use of Cash Collateral* [Dkt. 273] (the "Original Motion") filed on March 4, 2021 by Weyns and Sunray. The Amended Motion and the Original Motion are together referenced herein as the "Adequate Protection Motion". Weyns, Sunray, Brad Curtis Farms, LLC ("Curtis"), and J.R. Simplot Company, dba Simplot Western Stockmen's ("Simplot") are together referenced herein as the "Feed Suppliers". Curtis and Simplot each filed joinders to the Original Motion [Dkt. Nos. 323 and 283], but have not joined in the Amended Motion as of the date hereof. Through the Adequate Protection Motion, the Feed Suppliers seek adequate protection of their asserted secured interests with respect to the Feed (defined below). In support of this response, the Debtors respectfully state as follows:

## RELEVANT BACKGROUND

### A. General Background

On February 1, 2021, Debtor Easterday Ranches, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this court.

On February 8, 2021, Debtor Easterday Farms, a Washington general partnership ("Farms"), also filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this court.

The Debtors continue to operate and manage their business and affairs as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. Two separate Official Committees of Unsecured Creditors have been appointed in the Debtors' cases by the Office of the U.S. Trustee.

DEBTORS' RESPONSE TO FEED SUPPLIERS'
AMENDED MOTION FOR ADEQUATE
PROTECTION – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 2 of 7

Additional information about the Debtors' historical business operations, capital structure, and the events leading up to the commencement of these chapter 11 cases, is set forth in the *Declaration of T. Scott Avila in Support of First Day Motions* [Docket No. 93], which is incorporated herein by reference.

**B.      The Debtors' Relationship With the Feed Suppliers**

Each of the Feed Suppliers delivered farm products for feed (the "Feed") to or for the benefit of the Debtors on a prepetition basis as follows:

        a.   Weyns delivered approximately $2,222,898 worth of Feed for which Weyns has not been paid;

        b.   Sunray delivered approximately $136,905 worth of Feed for which Sunray has not been paid;

        c.   Curtis delivered approximately $112,140 worth of Feed for which Curtis has not been paid; and

        d.   Simplot delivered approximately $66,778 worth of Feed for which Simplot has not been paid.

The Feed Suppliers have filed preparer liens pursuant to RCW 60.13 et seq. Washington Trust Bank ("Washington Trust") asserts a lien that is senior to the Feed Suppliers as to at least a portion of the Feed.

Certain of the Feed was consumed prepetition (the "Prepetition Feed") and certain of the Feed will constitute excess feed that Farms is prepared to return to the Feed Suppliers, as applicable (the "Excess Feed").

Pursuant to prior order of the court authorizing use of cash collateral on a final basis [Dkt. No.471], Farms was required to create a segregated debtor in possession account in the amount of $1,358,000 (the "Segregated Account") on account of the asserted claims of the Feed Suppliers for Feed consumed postpetition (the "Postpetition Feed").

DEBTORS' RESPONSE TO FEED SUPPLIERS'
AMENDED MOTION FOR ADEQUATE
PROTECTION – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 3 of 7

The Debtors have negotiated with the Feed Suppliers in an effort to address certain claims of the Feed Suppliers with respect to the Postpetition Feed and to provide them with adequate protection to resolve the Adequate Protection Motion, but no final agreement has been reached, primarily due to the competing claims of Washington Trust.

**DEBTORS' RESPONSE**

Whether as part of a consensual resolution or through an order of the court, the Debtors are prepared to provide adequate protection to the Feed Suppliers in the form of the following:

1. Postpetition Payments by Farms. Farms will pay the Feed Suppliers, as applicable, for the Postpetition Feed as it is consumed on a monthly basis from the Segregated Account, net of any amount that is junior to the liens of Washington Trust. The amount subject to such asserted senior liens of Washington Trust is an intercreditor issue between Washington Trust and any applicable Feed Supplier.

2. Return of Excess Feed. Farms will return the Excess Feed to Weyns and Sunray, which is estimated to be worth approximately $890,544. Of this amount, Weyns would provide a credit of $315,006 for the Excess Feed located at the Weyns feedlot. Such credit would be applied to reduce any remaining lien claims of Weyns against either of the Debtors. The Excess Feed located at the Allred feedlot would be dealt with as follows: (a) the corn sileage would be hauled off the premises by Sunray and would be weighed and tested for moisture (Sunray would provide a credit of $47.00/ton assuming sixty-eight percent (68%) moisture; to the extent the moisture varies, the price would be adjusted, upward or downward, in accordance with the

DEBTORS' RESPONSE TO FEED SUPPLIERS' AMENDED MOTION FOR ADEQUATE PROTECTION – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 4 of 7

formulas provided on **Exhibit 1** hereto);[2] (b) the high moisture corn would be hauled off the premises by either Weyns and/or Sunray and would be weighed and tested for moisture (Weyns and Sunray, in such proportions as they may decide amongst themselves, would credit $175.00/ton assuming twenty-eight percent (28%) moisture; to the extent the moisture varies, the price would be adjusted, upward or downward, in accordance with the formulas provided on **Exhibit 1** hereto). The foregoing credits would be applied to reduce any remaining lien claims of Weyns and Sunray against either of the Debtors. None of the expenses associated with hauling, weighing, or testing the corn silage or high moisture corn would be borne by the Debtors. Further, the Debtors would have no responsibility for (a) storage or rent charges with respect to the Allred feedlot after April 30, 2021 and (b) storage or rent charges whatsoever with respect to the Weyns feedlot.

3. <u>Reservation of Rights</u>. Except as expressly set forth herein, any liens, rights, claims and defenses of the Feed Suppliers with respect to either the Prepetition Feed or Postpetition Feed, and any and all defenses of the Debtors or any other party in interest related to such matters would be expressly reserved

The above adequate protection is generally consistent with the form of stipulation that the Debtors and the Feed Suppliers had been in the process of negotiating, except that it also takes into account the competing lien claims of Washington Trust.

Based on the foregoing, the Debtors respectfully request that the court only approve the Adequate Protection Motion to the extent set forth herein and grant such other and further relief in favor of the Debtors and their estates as may be just and proper under the circumstances.

---

[2] The moisture adjusting formulas referenced herein are based upon the form of stipulation that the Debtors and the Feed Suppliers had been in the process of negotiating.

DEBTORS' RESPONSE TO FEED SUPPLIERS' AMENDED MOTION FOR ADEQUATE PROTECTION – Page 5

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 5 of 7

Dated: April 12, 2021

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
MAXIM B. LITVAK (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

DEBTORS' RESPONSE TO FEED SUPPLIERS' AMENDED MOTION FOR ADEQUATE PROTECTION – Page 6

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 553    Filed 04/12/21    Entered 04/12/21 15:37:32    Pg 6 of 7

# Exhibit 1

## Moisture Adjusting Formulas

**High Moisture corn price adjusting formula for moisture variance from 28% moisture**

HMC price $= \dfrac{100 - \text{actual moisture}}{100 - \text{desired moisture}}$

Example: $\$175 = \dfrac{100-30}{100-28}$

$\$175 \times 0.97 = \$169.75$ per ton for corn at 30 % moisture

**Silage Price adjusting formula for moisture variance from 68%**

Silage Price $= \dfrac{100 - \text{actual moisture}}{100 - \text{desired moisture}}$

Example: $\$47 = \dfrac{100-65}{100-68}$

$\$47 \times 1.09 = \$51.23$ per ton for silage at 65% moisture