Toni Meacham, WSBA 35068
1420 Scooteney Rd
Connell, WA 99326
(509)488-3289

Counsel for Brad Curtis Farms, LLC

**UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON**

| In re: | |
|---|---|
| **EASTERDAY RANCHES, INC. et al.,** | **NO.** 21-00141-WLH11 |
| | CH 11 |
| Debtors. | JOINTLY ADMINISTERED |
| | JOINDER ON WEYNS & SUNRAY'S RESPONSE IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION |

      BRAD CURTIS FARMS, LLC., hereby joins in the motion of Weyns Farms and Sunray Farms (ECF 563) in response to the objections filed by the Unsecured Creditors Committee and Washington Trust Bank. Brad Curtis Farms had filed a joinder in the original motion for adequate protection as Brad Curtis Farms is a feed supplier that has filed a lien under RCW 60.13 for protection.

      1.    Brad Curtis Farms, LLC provided feed per contract to Debtors. The lien was then attached and automatically perfected upon delivery of the products under RCW 60.13.030. This lien continues without filing or any other action by the producer for

JOINDER ON MOTION FOR ADEQUATE PROTECTION AND
OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH  COLLATERAL
Page 1

**Toni Meacham**
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289

a period of twenty days after payment remains unpaid. Brad Curtis Farms, LLC filed their lien on March 4, 2021, prior to payment being due[1], therefore the Brad Curtis Farms, LLC lien was fully perfected.

2.    As argued in the Weyns/Sunray response, producers of ag products rely upon the preparer/producer lien statutes to protect themselves. These producers have availed themselves to the laws that protect them, under a statutory framework put in place to protect producers just like these. From a common sense standpoint, these producers have already used their resources to produce the crop, provided that crop to a feedlot, and filed the necessary paperwork to protect themselves, waiting for the money due to them because they know they have protections under the statute. For the Committee to come in and undermine that process violates the rules of commerce. The caselaw cited in the brief is compelling and illustrates that this court should not allow the Committee to compel the court to legislate.

3.    Brad Curtis Farms, LLC has reviewed the Response In Support of Motion for Adequate Protection and joins in said Response, seeking the same remedy as requested in the original motion.

Date  __April  13, 2021_____    Signature  __/s/ Toni Meacham_____
                                     Name
                                     Address   **Toni Meacham Attorney At Law
                                               1420 Scooteney Rd
                                               Connell, WA 99326**

---

1   Under the contract between the parties payment was not due until May 15, 2021. As a result, Curtis did not file a lien statement pre-petition as no payment was yet due.

JOINDER ON MOTION FOR ADEQUATE PROTECTION AND
OBJECTION TO ORDER AUTHORIZING USE OF FINAL CASH  COLLATERAL
Page 2

**Toni Meacham**
attorney at law
1420 Scooteney Rd
Connell, WA 99326
509-488-3289