Joshua J. Busey
BAILEY & BUSEY PLLC
411 N. 2nd Street
Yakima, Washington 98901

Phone:           509.248.4282
Facsimile:       509.575.5661
E-Mail:          joshua.busey.attorney@gmail.com

*Counsel for J.R. Simplot Company, dba Simplot Western Stockmen's*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| IN RE:<br><br>EASTERDAY RANCHES, INC.,<br><br>Debtor. | Case No.   21-00141-WLH11<br><br>**JOINDER IN WEYN'S & SUNRAY'S RESPONSE IN SUPPORT OF MOTION FOR ADEQUATE PROTECTION** |
|---|---|

Joinder                                     -1-
BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11   Doc 573   Filed 04/14/21   Entered 04/14/21 09:12:28   Pg 1 of 3

J.R. Simplot Company, dba Simplot Western Stockmen's **("Simplot")** hereby joins in the response of Weyns Farms and Sunray Farms [ECF 563] to the objections filed by the Unsecured Creditors' Committee and Washington Trust Bank. Simplot has filed a joinder in the original motion for adequate protection as Simplot is a feed supplier that has a perfected preparer's lien under RCW 60.13.

1. Simplot delivered corn feed **("Farm Products")** to the Debtors. Simplot's preparer's lien attached and was automatically perfected upon delivery of the Farm Products under RCW 60.13.030. The perfected preparer's lien provides for super priority for a period of 20 days after payment is due and remains unpaid.

2. The Debtors remain indebted to Simplot for the unpaid amounts due under the Contract and invoices **("Remaining Balances")**. The Remaining Balances were due on January 15, 2021 for all Farm Products.

3. After the Debtors failed to pay, Simplot filed a preparer lien claim with the Washington State Department of Licensing on February 4, 2021 (DOL Filing No. 2021-035-4712-7).

4. Simplot has reviewed the Response in Support of Motion for Adequate Protection and joins in the Response seeking the same remedy as requested in the original motion.

DATED this 14th day of April, 2021.

                                            /s/ Joshua J. Busey
                                   Joshua J. Busey (WSBA 34312)
                                   Bailey & Busey PLLC

Joinder     -3-

BAILEY BUSEY
411 North 2nd St.
Yakima, Washington, 98901
(509) 248-4282

21-00141-WLH11     Doc 573     Filed 04/14/21     Entered 04/14/21 09:12:28     Pg 3 of 3