UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., et al., [1]

Debtors.

No. 21-00141-WLH11

[Proposed] ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF HYPERAMS LLC

THIS MATTER came before the court on the Debtors' *Application for an Order Authorizing Employment and Compensation of HYPERAMS LLC, as Appraiser* [Docket No. ____] (the "Application"),[2] no objections to the Application have been made, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

ORDER AUTHORIZING EMPLOYMENT AND
COMPENSATION OF HYPERAMS LLC – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed19mc01p2

2.     Notice of the Application was appropriate under the facts and circumstances of this case.

3.     Pursuant to section 327(a) of the Bankruptcy Code, the Debtors are hereby authorized to employ HYPERAMS LLC effective April 16, 2021, on the terms and conditions set forth in the Application and attached Engagement Letter.

4.     With the exception set forth in the next sentence, the Debtors are authorized to compensate HYPERAMS and reimburse actual, necessary expenses incurred by HYPERAMS pursuant to the terms of the Engagement Letter. If HYPERAMS seeks reimbursement for more than $12,000 of expenses, the Debtors shall file a notice of such request and provide parties with 14 days to object to such request. If no party objects, the Debtors may pay the requested expenses. If a party objects and resolution of such objection cannot be reached, the Debtor shall note such matter for hearing before this court.

5.     HYPERAMS LLC is excused from maintaining time records with respect to the services to be rendered in these Chapter 11 Cases.

///END OF ORDER///

PRESENTED BY:


THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Pro Hac Vice* Pending)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER AUTHORIZING EMPLOYMENT AND
COMPENSATION OF HYPERAMS LLC – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed19mc01p2