ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT
EX PARTE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**DEBTORS' *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF HYPERAMS LLC, AS APPRAISER FOR THE DEBTORS** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING
ON APPLICATION FOR AN ORDER AUTHORIZING
EMPLOYMENT AND COMPENSATION OF HYPERAMS
LLC, AS APPRAISER FOR THE DEBTORS – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed19m101p7

21-00141-WLH11    Doc 600    Filed 04/20/21    Entered 04/20/21 18:05:31    Pg 1 of 4

Easteday Ranches, Inc., and Easteday Farms, a Washington general partnership, debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby move the court (the "Motion to Shorten Time") on an *ex parte* basis for an order shortening time for hearing on the Debtors' Application for an Order Authorizing Employment and Compensation of HYPERAMS LLC, as Appraiser for the Debtors (the "Application"). This Motion to Shorten Time is based on the record and files herein, including the Application and the supporting declaration of Thomas L. Pabst ("Pabst Declaration"). In further support of this Motion to Shorten Time, the Debtors respectfully represent as follows:

**A.     Background**

On February 1, 2021, debtor Easteday Ranches, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this court. On February 8, 2021, debtor Easteday Farms, a Washington general partnership, also filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this court.

The Debtors filed their schedules and statements of financial affairs on April 9, 2021 [Docket Nos. 541 and 547]. The Debtors continue to operate and manage their business and affairs as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Chapter 11 Cases.

**B.     The Application to Authorize Employment and Compensation of HYPERAMS LLC as Appraiser for the Debtors**

Pursuant to the Application, the Debtors seek the entry of an order pursuant to sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and LBR 2014-1, authorizing the employment and retention of HYPERAMS as an appraiser for certain personal property.

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING
ON APPLICATION FOR AN ORDER AUTHORIZING
EMPLOYMENT AND COMPENSATION OF HYPERAMS
LLC, AS APPRAISER FOR THE DEBTORS – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 600    Filed 04/20/21    Entered 04/20/21 18:05:31    Pg 2 of 4

HYPERAMS specializes in equipment appraisal and sales and has expertise in the agricultural space. HYPERAMS has conducted thousands of appraisals and has extensive experience in appraising agricultural equipment. Pursuant to the Engagement Letter attached to Pabst Declaration, dated April 16, 2021, the Debtors engaged HYPERAMS, subject to court approval, to provide appraisal of the Debtors' extensive equipment assets.

The employment of HYPERAMS is appropriate and necessary to enable the Debtors to execute their duties as debtors and debtors in possession. Subject to entry of an appropriate order of this Court, HYPERAMS is prepared to render appraisal services to the Debtors.

C. **Exigent Circumstances Exist for Shortening Time for Hearing on the Application.**

The Application should be heard on shortened time to avoid irreparable harm to the Debtors and their estates.

The Debtors operate commercial farming and ranching operations, as more fully described in the First Day Declarations, which requires significant equipment to accommodate the Debtors' operations. As the Debtors' schedules reflect, the Debtors own hundreds of pieces of equipment located in more than a half-dozen locations. As part of their efforts to expeditiously liquidate their personal property assets, the Debtors require appraisal services to allow the Debtors to maximize the value of their assets.

Sufficient cause exists to grant this Motion to Shorten Time, as the relief sought in the Application will preserve value for the Debtors' estates, and the exigent nature of the relief justifies the matter being heard on shortened time.

//

//

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF HYPERAMS LLC, AS APPRAISER FOR THE DEBTORS – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 600    Filed 04/20/21    Entered 04/20/21 18:05:31    Pg 3 of 4

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, the Debtors respectfully request that the court shorten time for hearing on the Application to Wednesday, April 28, 2021, at 10:00 a.m. Pacific Time, with the responses due, either in writing or orally, before or at the time of the hearing.

Dated: April 19, 2021

BUSH KORNFELD LLP

*/s/ Thomas A. Buford*
THOMAS A. BUFORD, III (WSBA #52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

*EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF HYPERAMS LLC, AS APPRAISER FOR THE DEBTORS – Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed19m101p7

21-00141-WLH11    Doc 600    Filed 04/20/21    Entered 04/20/21 18:05:31    Pg 4 of 4