# Mack Financial Services

**Customer Name:** Easterday Farms
**Customer Number:** 7610239
**Schedule Number:**

# PROMISSORY NOTE (SECURED) AND SCHEDULE

## 1. PROMISSORY NOTE (SECURED):

$887,027.50
(Principal Amount)

Greensboro, North Carolina
Date: 7/23/2020

FOR VALUE RECEIVED, Easterday Farms, (individually and collectively, the **"Borrower"**) unconditionally promises, under seal, to pay to the order of Mack Financial Services, a division of VFS US LLC, a Delaware limited liability company (together with its successors and assigns, the **"Lender"**), the principal amount of $887,027.50, or such lesser amount as shall equal the aggregate unpaid principal amount of the Advances made by the Lender to the Borrower (which Advances are, by way of reference, made in connection with that certain Master Loan and Security Agreement, dated as of 07/23/2020 (the **"Agreement"**)), and interest on the outstanding unpaid principal balance at the rate of 3.50% per annum (the **"Interest Rate"**), in lawful money of the United States of America and in immediately available funds.

Principal and interest shall be paid in 60 consecutive monthly payments in arrears, in the amount of See Exhibit B - Payment Schedule, commencing on 10/20/2020 and continuing thereafter on the 20th calendar day of each month thereafter; *provided, however*, that, unless due earlier, all accrued and unpaid interest and the unpaid principal balance shall be due and paid in full on 9/20/2025 (the **"Maturity Date"**).

On the Maturity Date, Borrower shall pay to Lender the unpaid principal, all accrued and unpaid interest, and all other amounts payable by Borrower to Lender under the Loan Documents (collectively the **"Obligations"**). The term **"Loan Documents"** shall mean this Promissory Note (Secured) and Schedule; the Agreement; all other Notes made by Borrower to Lender; any guaranty(ies) of any payment or performance of the Obligations; and all other agreements or documents evidencing, guaranteeing, securing, or otherwise relating to this Promissory Note (Secured) and Schedule, as any or all of such documents may be executed or amended from time to time.

In no event shall the interest, however characterized or computed, charged hereunder exceed the maximum lawful rate that a court of competent jurisdiction shall, in a final determination, deem applicable hereto. In the event that such a court determines that the Lender has received interest hereunder in excess of such maximum lawful rate, the Lender shall promptly refund such excess amount to the Borrower.

Borrower, for itself and its successors and assigns, waives diligence, presentment, protest, and demand and notice of protest, demand, dishonor, and non-payment of this Promissory Note (Secured) and Schedule.

**Prepayment**. Borrower may prepay the outstanding principal balance pursuant to this Promissory Note (Secured) and Schedule, in whole or in part, at any time prior to the Maturity Date, provided that as express conditions precedent to Lender's acceptance of any prepayment, Borrower must: (i) give Lender at least thirty (30) days' prior written notice of its intent to make such prepayment; and (ii) pay, in all cases (whether such prepayment is voluntary or involuntary as a result of the acceleration of the Maturity Date), not as a penalty, but as reimbursement for the loss of the bargain, a prepayment premium of 3/2/1/0/0 of the amount of principal being prepaid; and (iii) pay all accrued and unpaid interest on the unpaid principal balance being prepaid. At the option of Lender, any prepayment of principal shall be applied to payments coming due under this Promissory Note (Secured) and Schedule in the inverse order of their due dates.

**Security Interest**. THE OBLIGATIONS DUE UNDER THIS PROMISSORY NOTE (SECURED) AND SCHEDULE ARE SECURED BY THE AGREEMENT.

**Governing Law**. THIS PROMISSORY NOTE (SECURED) AND SCHEDULE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NORTH CAROLINA WITHOUT GIVING EFFECT TO ITS CHOICE OF LAW PROVISIONS THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION. THIS NOTE IS INTENDED TO BE EFFECTIVE AS AN INSTRUMENT EXECUTED UNDER SEAL.

# Mack Financial Services

## 2. SCHEDULE:

**Customer Name:** Easterday Farms
**Customer Number:** 7610239
**Schedule Number:**

This Promissory Note (Secured) and Schedule are secured by the Agreement.

### A. Description of Equipment

| Year | Make | Model | VIN/Serial Number* | Attachments/Body |
|---|---|---|---|---|
| 2021 | Mack | Granite 86BT | 1M2GR2RC9MM001249 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L031TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC7MM001248 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L032TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC7MM001251 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25LO28TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC9MM001252 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L030TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC5MM001250 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L029TB |

*Last 4 numeric characters of serial number for construction equipment. Additional Equipment, if any, is listed in Exhibit A-1.

### B. Address(es) of Location(s) of Primary Domicile or Garage of Equipment.
5235 N. Industrial Way
PASCO, WA 99301

### C. Description of Other Personal Property.

### D. Terms and Conditions of Advance.

| | |
|---:|:---|
| Principal Amount: | $887,027.50 |
| Interest Rate: | 3.50% |
| Term: | 60 months |
| Payment Amount: | See Exhibit B - Payment Schedule |
| Sales Tax: | $ 0.00 |
| Federal Excise Tax: | $ 0.00 |
| Financed Insurance: | $ 0.00 |
| Guaranteed Asset Protection (GAP) and/or Debt Waiver: | $ 0.00 |
| Origination Fee: | $ 100.00 |
| Registration/Title Fees: | $ 0.00 |
| Other: | $ 177.50 |

| Delivery and Acceptance |
|---|
| **Delivery Date:** 7/23/2020
| 
| Borrower represents to Lender that on the Delivery Date set forth above Borrower: accepted delivery of and inspected each item of Equipment; determined that each item of Equipment contains all of the major components and accessories as agreed; each item of Equipment is in good working order and condition; and that each item of Equipment is fit for immediate and continued use and conforms to Borrower's requirements without exception. |

IN WITNESS WHEREOF, the Borrower has set its hand and seal, intending to be so bound, and together with Lender, have executed this Promissory Note (Secured) and Schedule as of the date first above written.

**Borrower:** Easterday Farms

Signature: _[signed]_ (SEAL)

Print Name: CODY A EASTERDAY
Title: partner

**Co-Borrower (if applicable):**

Signature: _____ (SEAL)

Print Name: _____
Title: _____

**Accepted by Lender:**
**Mack Financial Services, a division of VFS US LLC**

Signature: _____

Printed Name: _____

Title: _____

21-00141-WLH11    Doc 604-2    Filed 04/21/21    Entered 04/21/21 12:42:07    Pg 3 of 15

EXHIBIT 2
Page 3 of 15

# Exhibit A-1 to Promissory Note (Secured) and Schedule

**Customer Name:** Easterday Farms
**Customer Number:** 7610239
**Schedule Number:**

| Year | Make | Model | VIN/Serial Number | Attachments/Body |
|---|---|---|---|---|

## Mack Financial Services

Exhibit "B"
Master Loan and Security Agreement

Customer No: 7610239   Schedule No:

### PAYMENT SCHEDULE
Borrower agrees that the payments shall be paid in accordance with the following:

| Date | Payment | Date | Payment | Date | Payment |
|---|---|---|---|---|---|
| 09/20/2020 | 0.00 | 10/20/2022 | 48,536.58 | 11/20/2024 | 0.00 |
| 10/20/2020 | 48,536.58 | 11/20/2022 | 0.00 | 12/20/2024 | 0.00 |
| 11/20/2020 | 0.00 | 12/20/2022 | 0.00 | 01/20/2025 | 48,536.58 |
| 12/20/2020 | 0.00 | 01/20/2023 | 48,536.58 | 02/20/2025 | 0.00 |
| 01/20/2021 | 48,536.58 | 02/20/2023 | 0.00 | 03/20/2025 | 0.00 |
| 02/20/2021 | 0.00 | 03/20/2023 | 0.00 | 04/20/2025 | 48,536.58 |
| 03/20/2021 | 0.00 | 04/20/2023 | 48,536.58 | 05/20/2025 | 0.00 |
| 04/20/2021 | 48,536.58 | 05/20/2023 | 0.00 | 06/20/2025 | 0.00 |
| 05/20/2021 | 0.00 | 06/20/2023 | 0.00 | 07/20/2025 | 48,536.58 |
| 06/20/2021 | 0.00 | 07/20/2023 | 48,536.58 | 08/20/2025 | 0.00 |
| 07/20/2021 | 48,536.58 | 08/20/2023 | 0.00 | 09/20/2025 | 0.00 |
| 08/20/2021 | 0.00 | 09/20/2023 | 0.00 | | |
| 09/20/2021 | 0.00 | 10/20/2023 | 48,536.58 | | |
| 10/20/2021 | 48,536.58 | 11/20/2023 | 0.00 | | |
| 11/20/2021 | 0.00 | 12/20/2023 | 0.00 | | |
| 12/20/2021 | 0.00 | 01/20/2024 | 48,536.58 | | |
| 01/20/2022 | 48,536.58 | 02/20/2024 | 0.00 | | |
| 02/20/2022 | 0.00 | 03/20/2024 | 0.00 | | |
| 03/20/2022 | 0.00 | 04/20/2024 | 48,536.58 | | |
| 04/20/2022 | 48,536.58 | 05/20/2024 | 0.00 | | |
| 05/20/2022 | 0.00 | 06/20/2024 | 0.00 | | |
| 06/20/2022 | 0.00 | 07/20/2024 | 48,536.58 | | |
| 07/20/2022 | 48,536.58 | 08/20/2024 | 0.00 | | |
| 08/20/2022 | 0.00 | 09/20/2024 | 0.00 | | |
| 09/20/2022 | 0.00 | 10/20/2024 | 48,536.58 | | |

Dated: 7/23/2020

Borrower: Easterday Farms

Signature: _Cody W Easterday_

Print Name: CODY A EASTERDAY

Title: partner

1(1)   6465555: TA 53: RDRP 2017

# Mack Financial Services

**Master Loan and Security Agreement**
**Acknowledgment**

| NAME AND ADDRESS OF BUYER/BORROWER |||||
|---|---|---|---|---|
| Legal Name: | Easterday Farms ||||
| Street Address: | 5235 N. Industrial Way ||||
| City: | PASCO | State: | WA | Zip: 99301 |
| **CUSTOMER NO.** 7610239 |||| **SCHEDULE NO.** |

In accordance with and subject to all of the terms and conditions set forth in Dealer's existing Retail Finance Plan Agreement (the "Agreement") and as assigned to VFS US LLC (the "Company"), which Agreement is hereby incorporated by reference, the undersigned dealer ("Dealer"), for value received, hereby, acknowledges that the Master Loan Agreement and Security Agreement, with Easterday Farms, the customer and its successors and assigns (the "Customer") to which this Acknowledgment has been affixed (the "Contract"), is a Contract subject to the Agreement, and Dealer hereby reaffirms its representations, warranties, and covenants contained in the Agreement as of the date of this Acknowledgment. In connection with its obligations under the Agreement to provide Company with a perfected security interest, or good title, in the units, Dealer hereby agrees that such obligations shall apply throughout the term of the Contract, and with respect to construction equipment: (i) Dealer will give Company notice if Customer requests an MSO for any unit or if Dealer delivers an MSO to Customer; and (ii) Dealer will ask Customer whether Customer intends to title a unit prior to giving Customer an MSO, and will advise Company of such intention in writing. Dealer acknowledges that the Commission or finance participation rate, as applicable, paid for this Acknowledgment is $4,514.98.

In accordance with the Agreement, this Acknowledgment is made: {Check One}

[X] **Without Recourse**, except as to Dealer's covenants, representations, and warranties contained in the Agreement and to the extent of Commission or finance participation rate, as applicable, and other compensation received by Dealer.

[] **With Full Recourse**. (Full guaranty of Dealer.) In addition to its representations and warranties contained in the Agreement, after the occurrence of an Event of Default under the Contract, Dealer unconditionally guarantees and promises to pay upon demand the full amount of Obligations (as defined in the Contract) remaining unpaid, including all legal and repossession costs incurred by Company, regardless of whether Company has repossessed the Equipment described in said Contract. Further obligations of the undersigned are set forth in the Agreement.

[] **With Limited Recourse**. In addition to its covenants, representations, and warranties contained in the Agreement and the Commission or finance participation rate, as applicable, Dealer is responsible for payment of an amount equal to 0 percent of the Total Obligation (minus unearned Finance Charges) due under the Contract as of the date of the occurrence of the Event of Default.

[] **With Fixed Recourse**. In addition to its covenants, representations and warranties contained in the Agreement, after the occurrence of an Event of Default under the Contract, Dealer is responsible for payment of an amount equal to $0.00 regardless of the remaining term of the Contract at the time of default.

Dealer Subsidy (if applicable): Dealer is responsible for: a sum of $0.00 to be used to reduce the Customer's interest rate on the Contract. The subsidy is to be paid in a single advance payment.

THIS ACKNOWLEDGMENT is made by Dealer as of 7/23/2020.

Dealer: NORTHWEST EQUIPMENT SALES, INC.
X _____
Signature
Jim Tibler
Print Name
President
Title

Accepted by: Mack Financial Services, a division of VFS US LLC
Signature *Lj Bowman*
Lj Bowman
Print Name
Srv. Agent
Title

1 (2)

6465555: TA 50: RDRP 2017

EXHIBIT 2
21-00141-WLH11    Doc 604-2    Filed 04/21/21    Entered 04/21/21 12:42:07    Pg 6 of 15
Page 6 of 15

## Acknowledgment - Equipment Listing

**Customer No:** 7610239  **Schedule No:**

| Year | Make | Model | VIN/Serial Number | Attachments/Body |
|---|---|---|---|---|
| 2021 | Mack | Granite 86BT | 1M2GR2RC9MM001249 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L031TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC7MM001248 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L032TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC7MM001251 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25LO28TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC9MM001252 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L030TB |
| 2021 | Mack | Granite 86BT | 1M2GR2RC5MM001250 | Trinity Eagle Bed 30" & Conveyor 25'-2" SS# E25L029TB |

# Certificate of Authority
(Execution of All Customer Documents)

The undersigned ("Officer") (or each, if more than one) certifies that (s)he is a duly authorized officer, partner, member, manager, agent or employee of Easterday Farms, (the "Company"), holding the title set forth under his/her signature below, and that as such, Officer is authorized to execute this Certificate of Authority on behalf of the Company.

Officer certifies that the Company is authorized to enter into one or more transactions either directly with, to be assigned to, or as a guarantor in favor of, Mack Financial Services, a division of VFS US LLC and/or VFS Leasing Co., and their respective affiliates and subsidiaries (individually and collectively, "Creditor") and that the Company is authorized to execute all documents deemed necessary by the Creditor to enter into such transactions (the "Contracts").

Officer certifies each of the individuals whose names, titles and signatures appear under "Authorized Signer(s)", is authorized to: (a) execute and deliver such Contracts (and all related documents, including those necessary to grant and perfect security interests and liens in the assets of the Company) in the name and on behalf of the Company in the form as the Authorized Signer(s) may approve, the approval and authority of such Authorized Signer(s) conclusively evidenced by the execution of the Contracts or documents, such execution to be valid and binding on the Company; (b) cause the Company to perform all of its obligations under the Contracts and other documents; and (c) take all other actions deemed advisable or necessary by such Authorized Signer(s) in connection with the foregoing. Officer further certifies that the Company is in good standing in all jurisdictions in which it is required to be qualified to do business and that the execution of the Contracts and any other instruments and documents authorized hereunder is not in violation of the charter, by-laws, organizational documents, operating agreement, or any other agreement or instrument made by the Company. This Certificate of Authority may be executed and delivered by facsimile signature and a facsimile signature shall be treated as an original.

Officer certifies that each of the Authorized Signer(s) below: (i) is a duly appointed officer, partner, member, manager, agent or employee of the Company; (ii) is authorized and has the power and authority to **execute and deliver the Contracts and documents on behalf of the Company**; (iii) shall continue to have such power and authority until the Company notifies the Creditor in writing otherwise; (iv) are not subject to any prohibitions under the U.S. Dept. of Treasury's Office of Foreign Assets Control; and (v) that the signature next to each person's name and title is the true and accurate signature of such person:

<u>Authorized Signer(s) - Individuals who may execute Contracts on behalf of the Company and as set forth above:</u>

| Name of Signer: | Title of Signer: | Signature: |
|---|---|---|
| Cody A Easterday | President | X [signature] |
|  |  | X |
|  |  | X |
|  |  | X |

I CERTIFY AND WITNESS THE SIGNATURES AND DOCUMENT ABOVE ON BEHALF OF THE COMPANY.

This the <u>12th</u> day of <u>December, 2019</u>.

Signed X [signature]
Print Name: Cody Easterday
Title: President

☑ CHECK HERE IF YOU ARE A SOLE OFFICER, INDIVIDUAL OR SINGLE MEMBER WHO IS CERTIFYING AND WITNESSING YOUR OWN SIGNATURE

6444463: TA 11: RDRP 2017

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 3267501

| TITLE NUMBER | ISSUE DATE | EQUIPMENT NUMBER |
|---|---|---|
| OR0001941606 | 01/12/2021 | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2021 | MACK | CB | | 1M2GR2RC7MM001248 | N/N |

**ODOMETER READING:** 
**ODOMETER DATE:** 
**ODOMETER MESSAGE:**

**OWNER/LESSEE**
EASTERDAY FARMS
5235 N INDUSTRIAL WAY
PASCO WA 99301-9562

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

**- NONE -**

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

**SIGNATURE (DOES NOT RELEASE INTEREST):** X
**DATE:**

To release interest in the vehicle, complete the reassignment on back of the title.

**SECURITY INTEREST HOLDER/LESSOR**
SIH  VFS US LLC
7025 ALBERT PICK RD STE 105
GREENSBORO NC 27409-9519

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X                                                                                         DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X                                                                                         DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (1-19)

007   21-00141-WLH11   Doc 604-2   Filed 04/21/21   Entered 04/21/21 12:42:07   Pg 9 of 15
EXHIBIT 2
Page 9 of 15

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 3267502

**TITLE NUMBER:** OR0001944686
**ISSUE DATE:** 01/12/2021
**EQUIPMENT NUMBER:**

**YEAR:** 2021
**MAKE:** MACK
**STYLE:** CB
**MODEL:**
**VEHICLE IDENTIFICATION NUMBER:** 1M2GR2RC9MM001249
**SURVIVORSHIP:** N/N

**OWNER/LESSEE:**
EASTERDAY FARMS
5235 N INDUSTRIAL WAY
PASCO WA 99301-9562

**ODOMETER READING:**
**ODOMETER DATE:**
**ODOMETER MESSAGE:**

### TITLE BRANDS
The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here**, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

**SIGNATURE (DOES NOT RELEASE INTEREST):** X
**DATE:**

**To release interest in the vehicle, complete the reassignment on back of the title.**

**SECURITY INTEREST HOLDER/LESSOR**
SIH  VFS US LLC
7025 ALBERT PICK RD STE 105
GREENSBORO NC 27409-9519

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X                                                                                          DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X                                                                                          DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (1-19)

EXHIBIT 2

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 3267499

**TITLE NUMBER:** OR0001936079
**ISSUE DATE:** 01/12/2021
**EQUIPMENT NUMBER:**

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2021 | MACK | CB | | 1M2GR2RC5MM001250 | N/N |

**OWNER/LESSEE:**
EASTERDAY FARMS
5235 N INDUSTRIAL WAY
PASCO WA 99301-9562

**ODOMETER READING:**
**ODOMETER DATE:**
**ODOMETER MESSAGE:**

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

- NONE -

---

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

**SIGNATURE (DOES NOT RELEASE INTEREST):** X
**DATE:**

To release interest in the vehicle, complete the reassignment on back of the title.

**SECURITY INTEREST HOLDER/LESSOR**
SIH  VFS US LLC
7025 ALBERT PICK RD STE 105
GREENSBORO NC 27409-9519

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X
DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X
DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID WITHOUT CHAIN LINK WATERMARK
VOID IF ALTERED OR ERASED

735-410 (1-19)
EXHIBIT 2
007   21-00141-WLH11   Doc 604-2   Filed 04/21/21   Entered 04/21/21 12:42:07   Pg 11 of 15
Page 11 of 15

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 3267500

| TITLE NUMBER | ISSUE DATE | EQUIPMENT NUMBER |
|---|---|---|
| OR0001944854 | 01/12/2021 | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2021 | MACK | CB | | 1M2GR2RC7MM001251 | N/N |

**OWNER/LESSEE**
EASTERDAY FARMS
5235 N INDUSTRIAL WAY
PASCO WA 99301-9562

ODOMETER READING / ODOMETER DATE
ODOMETER MESSAGE

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

**- NONE -**

---

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above **AND** all security interest holders have released interest, **one registered owner must sign and date here,** if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST): X
DATE:

**To release interest in the vehicle, complete the reassignment on back of the title.**

**SECURITY INTEREST HOLDER/LESSOR**
SIH  VFS US LLC
7025 ALBERT PICK RD STE 105
GREENSBORO NC 27409-9519

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X     DATE

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST
X     DATE

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID IF ALTERED OR ERASED
VOID WITHOUT CHAIN LINK WATERMARK

735-410 (1-19)

# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 3267508

| TITLE NUMBER | ISSUE DATE | | | | EQUIPMENT NUMBER |
|---|---|---|---|---|---|
| OR0001949046 | 01/12/2021 | | | | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | SURVIVORSHIP |
|---|---|---|---|---|---|
| 2021 | MACK | CB | | 1M2GR2RC9MM001252 | N/N |

**OWNER/LESSEE**
EASTERDAY FARMS
5235 N INDUSTRIAL WAY
PASCO WA 99301-9562

ODOMETER READING | ODOMETER DATE
ODOMETER MESSAGE

## TITLE BRANDS

The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

**- NONE -**

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here**, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) | DATE
X

**To release interest in the vehicle, complete the reassignment on back of the title.**

**SECURITY INTEREST HOLDER/LESSOR**
SIH  VFS US LLC
7025 ALBERT PICK RD STE 105
GREENSBORO NC 27409-9519

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE
X

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST | DATE
X

**SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.**

VOID WITHOUT CHAIN LINK WATERMARK

735-410 (1-19)

This ACKNOWLEDGEMENT reflects the information received from the Washington State Department of Licensing.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

1935 45089 - 7/23/2020
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: Washington (S.O.S.)

Filing #: 2020-205-6216-6
Book #:
Page #:
Filing Date: 7/23/2020

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2020-204-5796-7 07/22/2020

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☑ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME: EASTER FARMS
6b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b)
7a. ORGANIZATION'S NAME: EASTERDAY FARMS
7b. INDIVIDUAL'S SURNAME / INDIVIDUAL'S FIRST PERSONAL NAME / INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX
7c. MAILING ADDRESS: 5235 N INDUSTRIAL WAY  CITY: PASCO  STATE: WA  POSTAL CODE: 99301  COUNTRY: USA

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:
(5) MACK GR86BT, VIN 1M2GR2RC9MM001249; 1M2GR2RC7MM001248; 1M2GR2RC7MM001251; 1M2GR2RC9MM001252 & 1M2GR2RC5MM001250 each with the following attachments: Trinity Bed & Conveyor; together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all cash and non-cash proceeds thereof, including, without limitation, insurance proceeds.

The collateral set forth herein is within the scope of Article 9 of the Uniform Commercial Code as enacted in the state of

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME: VFS US LLC
9b. INDIVIDUAL'S SURNAME / FIRST PERSONAL NAME / ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX

10. OPTIONAL FILER REFERENCE DATA: 501-7610239-007 Debtor:EASTER FARMS-501-7610239-007

1935 45089

EXHIBIT 2

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
2020-204-5796-7 07/22/2020

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
VFS US LLC

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):
this filing.

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17
(if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

**EXHIBIT 2**