

August 9, 2020

Easterday Farms
5235 N INDUSTRIAL WAY
PASCO, WASHINGTON 99301

Dear Valued Customer:

You've recently completed financing with Mack Financial Services on a Master Loan and Security Agreement, dated August 7, 2020, Contract Number 501-7610239-009 (the "Contract").

Upon review of the Contract, it was discovered that there were errors or omissions. This letter will serve as an addendum to your Contract. Please note the following corrections:

**Exhibit A referenced a Master Loan and Security Agreement dated 08/07/2020**
**Your pre-payment premium read: 5%**

Corrected to:

**The Master Loan and Security Agreement date should read 07/23/2020**
**Your pre-payment premium should have read: 3/2/1/0/0**

Except as expressly amended by this letter, all the terms and conditions of the Contract remain in full force and effect.

Mack Financial Services appreciates your business.

Sincerely,

Donna Fisher
Documentation and Funding Specialist
866-281-8585, ext. 3856

---

**Mack Financial Services**

7025 Albert Pick Road, Ste 105 (27409)
P.O. Box 26131
Greensboro, North Carolina 27402-6131
USA

MAIN  336-931-4000
      866-281-8585
FAX   336-931-4008

EOS07.15

# Mack Financial Services

Exhibit "A" to
Master Loan and Security Agreement

Customer Name: Easterday Farms
Customer Number: 7610239
Schedule Number:

## PROMISSORY NOTE (SECURED) AND SCHEDULE

### 1. PROMISSORY NOTE (SECURED):

$358,269.00
(Principal Amount)

Greensboro, North Carolina
Date: 8/7/2020

FOR VALUE RECEIVED, Easterday Farms, (individually and collectively, the **"Borrower"**) unconditionally promises, under seal, to pay to the order of Mack Financial Services, a division of VFS US LLC, a Delaware limited liability company (together with its successors and assigns, the **"Lender"**), the principal amount of $358,269.00, or such lesser amount as shall equal the aggregate unpaid principal amount of the Advances made by the Lender to the Borrower (which Advances are, by way of reference, made in connection with that certain Master Loan and Security Agreement, dated as of 08/07/2020 (the **"Agreement"**)), and interest on the outstanding unpaid principal balance at the rate of 3.50% per annum (the **"Interest Rate"**), in lawful money of the United States of America and in immediately available funds.

Principal and interest shall be paid in 60 consecutive monthly payments in arrears, in the amount of See Exhibit B - Payment Schedule, commencing on 10/20/2020 and continuing thereafter on the 20th calendar day of each month thereafter; *provided, however*, that, unless due earlier, all accrued and unpaid interest and the unpaid principal balance shall be due and paid in full on 9/20/2025 (the **"Maturity Date"**).

On the Maturity Date, Borrower shall pay to Lender the unpaid principal, all accrued and unpaid interest, and all other amounts payable by Borrower to Lender under the Loan Documents (collectively the **"Obligations"**). The term **"Loan Documents"** shall mean this Promissory Note (Secured) and Schedule; the Agreement; all other Notes made by Borrower to Lender; any guaranty(ies) of any payment or performance of the Obligations; and all other agreements or documents evidencing, guaranteeing, securing, or otherwise relating to this Promissory Note (Secured) and Schedule, as any or all of such documents may be executed or amended from time to time.

In no event shall the interest, however characterized or computed, charged hereunder exceed the maximum lawful rate that a court of competent jurisdiction shall, in a final determination, deem applicable hereto. In the event that such a court determines that the Lender has received interest hereunder in excess of such maximum lawful rate, the Lender shall promptly refund such excess amount to the Borrower.

Borrower, for itself and its successors and assigns, waives diligence, presentment, protest, and demand and notice of protest, demand, dishonor, and non-payment of this Promissory Note (Secured) and Schedule.

**Prepayment**. Borrower may prepay the outstanding principal balance pursuant to this Promissory Note (Secured) and Schedule, in whole or in part, at any time prior to the Maturity Date, provided that as express conditions precedent to Lender's acceptance of any prepayment, Borrower must: (i) give Lender at least thirty (30) days' prior written notice of its intent to make such prepayment; and (ii) pay, in all cases (whether such prepayment is voluntary or involuntary as a result of the acceleration of the Maturity Date), not as a penalty, but as reimbursement for the loss of the bargain, a prepayment premium of 5% of the amount of principal being prepaid; and (iii) pay all accrued and unpaid interest on the unpaid principal balance being prepaid. At the option of Lender, any prepayment of principal shall be applied to payments coming due under this Promissory Note (Secured) and Schedule in the inverse order of their due dates.

**Security Interest**. THE OBLIGATIONS DUE UNDER THIS PROMISSORY NOTE (SECURED) AND SCHEDULE ARE SECURED BY THE AGREEMENT.

**Governing Law**. THIS PROMISSORY NOTE (SECURED) AND SCHEDULE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NORTH CAROLINA WITHOUT GIVING EFFECT TO ITS CHOICE OF LAW PROVISIONS THAT WOULD RESULT IN THE APPLICATION OF THE LAWS OF A DIFFERENT JURISDICTION. THIS NOTE IS INTENDED TO BE EFFECTIVE AS AN INSTRUMENT EXECUTED UNDER SEAL.

# Mack Financial Services

## 2. SCHEDULE:

Customer Name: Easterday Farms
Customer Number: 7610239
Schedule Number:

This Promissory Note (Secured) and Schedule are secured by the Agreement.

### A. Description of Equipment

| Year | Make | Model | VIN/Serial Number* | Attachments/Body |
|------|------|-------|--------------------|------------------|
| 2021 | Mack | Pinnacle 64T Sleeper 70Inch | 1M1PN4GY6MM008024 | |
| 2021 | Mack | Pinnacle 64T Sleeper 70Inch | 1M1PN4GY8MM008025 | |

*Last 4 numeric characters of serial number for construction equipment. Additional Equipment, if any, is listed in Exhibit A-1

### B. Address(es) of Location(s) of Primary Domicile or Garage of Equipment.
5235 N. Industrial Way
PASCO, WA 99301

### C. Description of Other Personal Property.

### D. Terms and Conditions of Advance.

| | |
|---|---|
| Principal Amount: | $358,269.00 |
| Interest Rate: | 3.50% |
| Term: | 60 months |
| Payment Amount: | See Exhibit B - Payment Schedule |
| Sales Tax: | $ 0.00 |
| Federal Excise Tax: | $ 37,800.28 |
| Financed Insurance: | $ 0.00 |
| Guaranteed Asset Protection (GAP) and/or Debt Waiver: | $ 0.00 |
| Origination Fee: | $ 395.00 |
| Registration/Title Fees: | $ 0.00 |
| Other: | $ 0.00 |

2(4)                                                      6467362: TA 53: 05 2018

21-00141-WLH11    Doc 604-4    Filed 04/21/21    Entered 04/21/21 12:42:07    Pg 3 of 10

EXHIBIT 4
Page 3 of 10

> **Delivery and Acceptance**
>
> Delivery Date: 8/7/2020
>
> Borrower represents to Lender that on the Delivery Date set forth above Borrower: accepted delivery of and inspected each item of Equipment; determined that each item of Equipment contains all of the major components and accessories as agreed; each item of Equipment is in good working order and condition; and that each item of Equipment is fit for immediate and continued use and conforms to Borrower's requirements without exception.

IN WITNESS WHEREOF, the Borrower has set its hand and seal, intending to be so bound, and together with Lender, have executed this Promissory Note (Secured) and Schedule as of the date first above written.

Borrower: Easterday Farms

Signature: _____(SEAL)

Print Name: Cody Easterday
Title: **Partner**

Co-Borrower (if applicable):

Signature: _____(SEAL)

Print Name: _____
Title: _____

Accepted by Lender:

**Mack Financial Services, a division of VFS US LLC**

Signature: _____

Printed Name: _____

Title: _____

# Exhibit A-1 to Promissory Note (Secured) and Schedule

**Customer Name:** Easterday Farms
**Customer Number:** 7610239
**Schedule Number:**

| Year | Make | Model | VIN/Serial Number | Attachments/Body |
|------|------|-------|-------------------|------------------|

4(4)

6467362: TA 53: 05 2018

# Mack Financial Services

Exhibit "B"
Master Loan and Security Agreement

Customer No: 7610239    Schedule No:

## PAYMENT SCHEDULE

Borrower agrees that the payments shall be paid in accordance with the following:

| Date | Payment | Date | Payment | Date | Payment |
|---|---|---|---|---|---|
| 09/20/2020 | 0.00 | 10/20/2022 | 19,577.31 | 11/20/2024 | 0.00 |
| 10/20/2020 | 19,577.31 | 11/20/2022 | 0.00 | 12/20/2024 | 0.00 |
| 11/20/2020 | 0.00 | 12/20/2022 | 0.00 | 01/20/2025 | 19,577.31 |
| 12/20/2020 | 0.00 | 01/20/2023 | 19,577.31 | 02/20/2025 | 0.00 |
| 01/20/2021 | 19,577.31 | 02/20/2023 | 0.00 | 03/20/2025 | 0.00 |
| 02/20/2021 | 0.00 | 03/20/2023 | 0.00 | 04/20/2025 | 19,577.31 |
| 03/20/2021 | 0.00 | 04/20/2023 | 19,577.31 | 05/20/2025 | 0.00 |
| 04/20/2021 | 19,577.31 | 05/20/2023 | 0.00 | 06/20/2025 | 0.00 |
| 05/20/2021 | 0.00 | 06/20/2023 | 0.00 | 07/20/2025 | 19,577.31 |
| 06/20/2021 | 0.00 | 07/20/2023 | 19,577.31 | 08/20/2025 | 0.00 |
| 07/20/2021 | 19,577.31 | 08/20/2023 | 0.00 | 09/20/2025 | 0.00 |
| 08/20/2021 | 0.00 | 09/20/2023 | 0.00 | | |
| 09/20/2021 | 0.00 | 10/20/2023 | 19,577.31 | | |
| 10/20/2021 | 19,577.31 | 11/20/2023 | 0.00 | | |
| 11/20/2021 | 0.00 | 12/20/2023 | 0.00 | | |
| 12/20/2021 | 0.00 | 01/20/2024 | 19,577.31 | | |
| 01/20/2022 | 19,577.31 | 02/20/2024 | 0.00 | | |
| 02/20/2022 | 0.00 | 03/20/2024 | 0.00 | | |
| 03/20/2022 | 0.00 | 04/20/2024 | 19,577.31 | | |
| 04/20/2022 | 19,577.31 | 05/20/2024 | 0.00 | | |
| 05/20/2022 | 0.00 | 06/20/2024 | 0.00 | | |
| 06/20/2022 | 0.00 | 07/20/2024 | 19,577.31 | | |
| 07/20/2022 | 19,577.31 | 08/20/2024 | 0.00 | | |
| 08/20/2022 | 0.00 | 09/20/2024 | 0.00 | | |
| 09/20/2022 | 0.00 | 10/20/2024 | 19,577.31 | | |

Dated: 8/7/2020

Borrower: Easterday Farms

Signature: _/s/ Cody Easterday_

Print Name: Cody Easterday

Title: Partner

1(1)    6467362: TA 53: RDRP 2017

21-00141-WLH11    Doc 604-4    Filed 04/21/21    Entered 04/21/21 12:42:07    Pg 6 of 10

EXHIBIT 4
Page 6 of 10

# Mack Financial Services

## Master Loan and Security Agreement
## Acknowledgment

| NAME AND ADDRESS OF BUYER/BORROWER |||||
|---|---|---|---|---|
| Legal Name: | Easterday Farms ||||
| Street Address: | 5235 N. Industrial Way ||||
| City: | PASCO | State: | WA | Zip: 99301 |
| **CUSTOMER NO.** 7610239 ||| **SCHEDULE NO.** ||

In accordance with and subject to all of the terms and conditions set forth in Dealer's existing Retail Finance Plan Agreement (the "Agreement") and as assigned to VFS US LLC (the "Company"), which Agreement is hereby incorporated by reference, the undersigned dealer ("Dealer"), for value received, hereby, acknowledges that the Master Loan Agreement and Security Agreement, with Easterday Farms, the customer and its successors and assigns (the "Customer") to which this Acknowledgment has been affixed (the "Contract"), is a Contract subject to the Agreement, and Dealer hereby reaffirms its representations, warranties, and covenants contained in the Agreement as of the date of this Acknowledgment. In connection with its obligations under the Agreement to provide Company with a perfected security interest, or good title, in the units, Dealer hereby agrees that such obligations shall apply throughout the term of the Contract, and with respect to construction equipment: (i) Dealer will give Company notice if Customer requests an MSO for any unit or if Dealer delivers an MSO to Customer; and (ii) Dealer will ask Customer whether Customer intends to title a unit prior to giving Customer an MSO, and will advise Company of such intention in writing. Dealer acknowledges that the Commission or finance participation rate, as applicable, paid for this Acknowledgment is $1,795.85.

In accordance with the Agreement, this Acknowledgment is made: {Check One}

- [X] **Without Recourse**, except as to Dealer's covenants, representations, and warranties contained in the Agreement and to the extent of Commission or finance participation rate, as applicable, and other compensation received by Dealer.

- [ ] **With Full Recourse**. (Full guaranty of Dealer.) In addition to its representations and warranties contained in the Agreement, after the occurrence of an Event of Default under the Contract, Dealer unconditionally guarantees and promises to pay upon demand the full amount of Obligations (as defined in the Contract) remaining unpaid, including all legal and repossession costs incurred by Company, regardless of whether Company has repossessed the Equipment described in said Contract. Further obligations of the undersigned are set forth in the Agreement.

- [ ] **With Limited Recourse**. In addition to its covenants, representations, and warranties contained in the Agreement and the Commission or finance participation rate, as applicable, Dealer is responsible for payment of an amount equal to 0 percent of the Total Obligation (minus unearned Finance Charges) due under the Contract as of the date of the occurrence of the Event of Default.

- [ ] **With Fixed Recourse.** In addition to its covenants, representations and warranties contained in the Agreement, after the occurrence of an Event of Default under the Contract, Dealer is responsible for payment of an amount equal to $0.00 regardless of the remaining term of the Contract at the time of default.

Dealer Subsidy (if applicable): Dealer is responsible for: a sum of $0.00 to be used to reduce the Customer's interest rate on the Contract. The subsidy is to be paid in a single advance payment.

THIS ACKNOWLEDGMENT is made by Dealer as of 8/7/2020.

Dealer: NORTHWEST EQUIPMENT SALES, INC.

X _____
Signature

JIM HIDLER
Print Name

PRESIDENT
Title

Accepted by: Mack Financial Services, a division of VFS US LLC

*Donna Fisher*
Signature

Donna Fisher
Print Name

servicing agent
Title

## Acknowledgment - Equipment Listing

**Customer No:** 7610239   **Schedule No:**

| Year | Make | Model | VIN/Serial Number | Attachments/Body |
|------|------|-------|-------------------|------------------|
| 2021 | Mack | Pinnacle 64T Sleeper 70Inch | 1M1PN4GY6MM008024 | |
| 2021 | Mack | Pinnacle 64T Sleeper 70Inch | 1M1PN4GY8MM008025 | |

2 (2)

# STATE OF WASHINGTON
## Vehicle Certificate of Title

T12

Title Number
**1792825622**

| Vehicle Identification Number (VIN) | Year | Make | Model | Body style |
|---|---|---|---|---|
| 1M1PN4GY6MM008024 | 2021 | MACK | PINNACLE | TRACTOR TR |

| Title Issue Date | Odometer Miles | Odometer Status | Fuel Type | |
|---|---|---|---|---|
| 03-Sep-2020 | 0 | Exempt - 16,000+ gross weight | Diesel | |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 19,460 | Class 8 - 33,001 pounds and more | | | |

Comments
**160037/2020**

Brands

Sale price $ _____

Date of sale _____

**Buyer:** You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

**Legal Owner:** To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties.

**Seller:** You must complete a Report of Sale and file it with the Department of Licensing **within 5 business days** of the sale. File at **dol.wa.gov** or at any vehicle licensing office or county auditor.

| Legal Owner | Registered Owner |
|---|---|
| **VFS US LLC**<br>PO BOX 26131<br>GREENSBORO NC 27402-6131 | **EASTERDAY FARMS**<br>5235 N INDUSTRIAL WAY<br>PASCO WA 99301-9562 |

X _____  Date _____
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____  Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature and title.

X _____  Date _____
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____  Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

I certify that the records of the Department of Licensing show the persons named hereon as registered owners and legal owners of the vehicle described.

*Teresa Berntsen*
Director, Department of Licensing

---

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

I certify, to the best of my knowledge, the odometer reading is: ▶ _____ (no tenths)  Transfer date ___/___/___
Odometer reading in miles

This reading is (check one): ☐ the actual mileage of the vehicle  ☐ in excess of its mechanic limits  ☐ not the actual mileage.

Signature of transferee/buyer
X

Signature of transferor/seller
X

PRINTED name of transferee/buyer

PRINTED name of transferor/seller

Address of transferee/buyer

Address of transferor/seller

TD-420-002 (R/7/18)

# STATE OF WASHINGTON
## Vehicle Certificate of Title

Title Number
**1793128023**

| Vehicle Identification Number (VIN) | Year | Make | Model | Body style |
|---|---|---|---|---|
| 1M1PN4GY8MM008025 | 2021 | MACK | PINNACLE | TRACTOR TR |

| Title Issue Date | Odometer Miles | Odometer Status | Fuel Type | | |
|---|---|---|---|---|---|
| 03-Sep-2020 | 0 | Exempt - 16,000+ gross weight | Diesel | | |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 19,480 | Class 8 - 33,001 pounds and more | | | |

Comments
**160037/2020**

Brands

Sale price $ _____

Date of sale _____

**Buyer:** You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

**Legal Owner:** To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties.

**Seller:** You must complete a Report of Sale and file it with the Department of Licensing **within 5 business days** of the sale. File at dol.wa.gov or at any vehicle licensing office or county auditor.

| Legal Owner | Registered Owner |
|---|---|
| **VFS US LLC**<br>PO BOX 26131<br>GREENSBORO NC 27402-6131 | **EASTERDAY FARMS**<br>5235 N INDUSTRIAL WAY<br>PASCO WA 99301-9562 |

X _____ Date ____
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____ Date ____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature and title.

X _____ Date ____
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____ Date ____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

I certify that the records of the Department of Licensing show the persons named hereon as registered owners and legal owners of the vehicle described.

*Teresa Berntsen*
Director, Department of Licensing

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

I certify, to the best of my knowledge, the odometer reading is: ▶ _____ (no tenths) Transfer date ___/___/___
Odometer reading in miles

This reading is (check one): ☐ the actual mileage of the vehicle ☐ in excess of its mechanic limits ☐ not the actual mileage.

Signature of transferee/buyer
X

Signature of transferor/seller
X

PRINTED name of transferee/buyer

PRINTED name of transferor/seller

Address of transferee/buyer

Address of transferor/seller

TD-420-002 (R/7/18)