**So Ordered.**

**Dated: April 23rd, 2021**



## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| In re: | Lead Case No. 21-00141-WLH11 |
|---|---|
| EASTERDAY RANCHES, INC., et al., | **ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtors. | |

THIS MATTER came before the court on Ally Bank's motion for relief from the automatic stay imposed by 11 U.S.C. § 362. ECF No. 407. Based on the motion and the parties' stipulation, it is ORDERED that:

The stipulation, the terms of which are reflected in the document at ECF No. 595, is approved. If the debtor fails to comply with such terms, Ally Bank may seek the relief contemplated in the stipulation by filing an ex parte motion with this court and otherwise complying with its obligations under the stipulation.

///End of Order///