Tara J. Schleicher, WSBA #26884
Foster Garvey P.C.
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
tara.schleicher@foster.com

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al,<br><br>Debtors. | Lead Case No. 21-00141-WLH11<br>(Jointly Administered)<br><br>**DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY** |

I, DOUG FUQUA, declare as follows:

1. I am over the age of 18 and am competent to testify. I have personal knowledge of the facts contained in this declaration and submit this declaration in support of this Motion for Relief from Stay (the "Motion"). I am a Financial Restructuring & Recovery Officer for the Creditor DLL Finance LLC ("DLL"). I am familiar with the Loan Contract and Security Agreements between DLL and the Debtors and the associated UCC Financing Statements that are kept in the regular course of DLL's business practices.

2. Debtor, Easterday Farms ("Farms") and DLL entered into sixteen (16) Loan Contract and Security Agreements over a time period from February of 2018 to July of 2020 for the purchase by Farms of various farm equipment, such as

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 1

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 1 of 10

tractors, rippers, packers, hoppers, harvesters, wheel loaders, cutters, sprayers, spreads and drill, mowers, disks, backhoes, etc. (the "Farms Equipment").[1]

3. Ranches and DLL entered into one (1) Loan Contract and Security Agreement on or about June 15, 2020 for the purchase of a Feed Mix Trailer and Manure Spreader (the "Ranches Equipment").

4. Ranches guaranteed the 16 Loan Contract and Security Agreements for the Farm between Farms and DLL. The partners of Farms personally guaranteed the Loan Contract and Security Agreement between Ranches and DLL. Both Debtors guaranteed a Loan Contract and Security Agreement between non-debtor, Easterday Produce Co., and DLL dated May 1, 2016 for the purchase of packing equipment/elevator that has an estimated balance owing of $648,459.42 as of February 1, 2021.

5. DLL filed UCC-1 financing statements with the Washington Department of Licensing.

6. DLL was able to coordinate an inspection of the Farms Equipment and the Ranches Equipment (collectively, the "Equipment") but was unable to inspect all of the Equipment and unable to verify that all of the Equipment is actually in the Debtors' possession and control. While DLL has obtained proof of insurance from the Debtors, that insurance expires on June 10, 2021. At the 341(a) meeting of creditors held on April 14, 2021, the Debtors testified that the cash collateral budgets approved by the court did not contain any adequate protection payments for the debtors' "owned" equipment (as opposed to equipment leased by the Debtors). Such "owned" equipment includes all of the DLL Equipment. Neither

---

[1] Cody Easterday, Debby Easterday, Karen Easterday and Gale Easterday (deceased) are also contracting parties on the Loan Contract and Security Agreements with Farms.
DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 2

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 2 of 10

Debtor has offered any payments to DLL for the use of the Equipment. Neither Debtor has offered an additional or replacement lien to DLL for the use of the Equipment or any other relief or compensation

7. As of the Petition Date, there remained (i) a balance due under the Loan with Ranches of $230,097.13 with interest continuing to accrue at a per diem of $26.41 plus attorney fees and costs incurred by DLL, (ii) a balance due under the Loans with Farms of $6,871,900.23 with interest continuing to accrue at a per diem of $828.09, plus attorney fees and costs incurred by DLL, and (iii) a balance due under the Loan with the non-debtor guaranteed by the Debtors of $648,459.42 with interest continuing to accrue at the per diem of $88.65, plus attorney fees and costs incurred by DLL.

8. Based upon DLL's inspection of the Equipment in March, it appears that it was being prepped and worked on in preparation for field work. I am concerned that the Equipment is being used in the Easterday operations and possibly being used for planting in third party operations without adequate protection to DLL. DLL has received no adequate protection payments from the Debtors for the use of its collateral and has not received any offer of any form of adequate protection. The Equipment, particularly if it is being used by the Debtors or some third party, is deteriorating in value as time goes on.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED at Johnston, Iowa, this 23rd day of April, 2021.

*/s/ Doug Fuqua*
DOUG FUQUA

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 3

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 3 of 10

# CERTIFICATE OF SERVICE

I hereby certify on April 23, 2021, I electronically filed the foregoing DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

- Matt Adamson    madamson@jpclaw.com, twaggoner@jpclaw.com;kchapman@jpclaw.com;jason.dejonker@bclplaw.com;timothy.bow@bclplaw.com;brian.walsh@bclplaw.com;marc.cox@bclplaw.com
- Sam Alberts    sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- Sam Alberts    sam.alberts@dentons.com,samuel.maizel@dentons.com,david.f.cook@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- Nitika Arora    narora@perkinscoie.com
- Jason M Ayres    jason.ayres@foster.com, kesarah.rhine@foster.com
- Roger William Bailey    roger.bailey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- Jesse Baker    ecfwaeb@aldridgepite.com, jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
- Crane Bergdahl    cranelaw@msn.com
- Gregory C Bowers    Charley.Bowers@rettiglaw.com, tshaeffer@rettiglaw.com
- William Brunnquell    brunnquellw@lanepowell.com,michael.doty@faegredrinker.com,michael.stewart@faegredrinker.com
- Thomas A Buford    tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 4

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 4 of 10

- Thomas A Buford    tbuford@bskd.com,jdulberg@pszjlaw.com,mlitvak@pszjlaw.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Thomas A Buford    tbuford@bskd.com,rkeeton@bskd.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Joshua J Busey    joshua.busey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- Timothy John Carlson    tcarlson@carlsonhinton.com, dellison@carlsonhinton.com;brobertson@carlsonhinton.com
- Timothy J. Conway    tim.conway@tonkon.com, candace.duncan@tonkon.com
- Grant E Courtney    courtneylaw@comcast.net
- Bradley R Duncan    bradley.duncan@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;bkp@hcmp.com
- Christopher Durbin    cdurbin@cooley.com
- Gary W Dyer    Gary.W.Dyer@usdoj.gov
- David Eash    , betsyz@feltmanewing.com;tinag@feltmanewing.com
- Jennifer K Faubion    jfaubion@cairncross.com, gglosser@cairncross.com
- Stephen J Felice    felice@sjfelicelaw.com
- Gregory R Fox    FoxG@Lanepowell.com, norbya@lanepowell.com;Docketing-Sea@lanepowell.com
- David P Gardner    dpg@winstoncashatt.com
- Daniel J Gibbons    djg@witherspoonkelley.com, angelc@witherspoonkelley.com
- Brian L Green    blg@mcgavick.com, dsa@mcgavick.com
- Michelle Green    michelle@ggw-law.com, teisha@ggw-law.com;michaela@ggw-law.com
- Nancy L Isserlis    nli@winstoncashatt.com, jlm@winstoncashatt.com;azh@winstoncashatt.com
- Burke Demian Jackowich    bjackowich@lukins.com, sloomis@lukins.com
- Richard B Keeton    rkeeton@bskd.com,

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 5

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11   Doc 616-2   Filed 04/23/21   Entered 04/23/21 15:14:26   Pg 5 of 10

- psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Richard B Keeton    rkeeton@bskd.com,gdowning@pszjlaw.com,bdowning@pszjlaw.com,plabov@pszjlaw.com,jrosell@pszjlaw.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Armand J Kornfeld    jkornfeld@bskd.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;jkornfeld@ecf.courtdrive.com;psutton@ecf.courtdrive.com;vbraxton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com
- Paul M Larson    paul@lbplaw.com, tammy@lbplaw.com
- David H Leigh    dleigh@rqn.com,mjohnson@rqn.com, swilliams@rqn.com;docket@rqn.com
- William Greg Lockwood    wglockwood@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- William Greg Lockwood    wglockwood@grsm.com,hcoffey@grsm.com,jcawdrey@grsm.com,madeyemo@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- Toni Meacham    ToniPierson@RocketMail.Com
- Bruce K Medeiros    bmedeiros@dbm-law.net, sabrahamson@dbm-law.net;cnickerl@dbm-law.net;tnichols@dbm-law.net
- James K Miersma    bknotice@mccarthyholthus.com, jbarrett@mccarthyholthus.com;jmiersma@ecf.courtdrive.com
- Jeffrey C Misley    jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- Jeffrey C Misley    jeffm@sussmanshank.com,lhager@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- Jed W Morris    jmorris@lukins.com, dskobalski@lukins.com
- Dan ORourke    , tina@southwellorourke.com
- Aditi Paranjpye    AParanjpye@Cairncross.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
- Michael J Paukert    mpaukert@pt-law.com
- Trevor R Pincock    tpincock@lukins.com, mlove@lukins.com
- Trevor R Pincock

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 6

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 6 of 10

- tpincock@lukins.com,bjackowich@lukins.com,jmorris@lukins.com, mlove@lukins.com
- Amit D Ranade     adr@hcmp.com, bankruptcy@hcmp.com;krista.stokes@hcmp.com;tammie.gere@hcmp.com
- Joshua A Rataezyk     josh.rataezyk@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;krista.stokes@hcmp.com
- Shawn B Rediger     srediger@williamskastner.com, dlevitin@williamskastner.com
- John R Rizzardi     JRizzardi@cairncross.com, rwang@cairncross.com;tnguyen@cairncross.com;jrizzardi@ecf.courtdrive.com;TNguyen@ecf.courtdrive.com;rwang@ecf.courtdrive.com;AMasundire@cairncross.com
- Steven H Sackmann     steve@sackmannlaw.com, sackmannlaw@hotmail.com
- Tara J. Schleicher     tara.schleicher@foster.com, kesarah.rhine@foster.com
- Sarah M. Schrag     sarah.schrag@dentons.com
- Alan D Smith     adsmith@perkinscoie.com,bcosman@perkinscoie.com,gordon.mcgrath@tyson.com, bjacques@perkinscoie.com;Docketsea@perkinscoie.com;kmcclure@perkinscoie.com
- Scott R. Smith     ssmith@bsslslawfirm.com, hnelson@bsslslawfirm.com
- A Timothy Solomon     justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com, tsolomon@llg-llc.com
- Thomas W Stilley     tstilley@sussmanshank.com, janine@sussmanshank.com;ecf.thomas.stilley@sussmanshank.com;thomas-stilley-7866@ecf.pacerpro.com
- Chad Stokes     cstokes@cablehuston.com
- Claire Taylor     claire.taylor@stokeslaw.com, aek@stokeslaw.com
- George E Telquist     george@telarelaw.com, carla@telarelaw.com
- US Trustee     USTP.REGION18.SP.ECF@usdoj.gov
- Christopher G Varallo     cgv@witherspoonkelley.com, terrye@witherspoonkelley.com
- Britta E Warren     britta.warren@bhlaw.com, hkt@bhlaw.com;docketing@bhlaw.com
- Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com;ktarazi@buchalter.c

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 7

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 7 of 10

- om;rwicks@buchalter.com
- Nicole R Wheir    nicole.luth@painehamblen.com, ads@painehamblen.com
- James Fitzgerald Williams    JWilliams@perkinscoie.com, jstarr@perkinscoie.com
- Dina L Yunker Frank    BCUYunker@atg.wa.gov

I hereby certify that the foregoing DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY was served on the following via first class mail, postage prepaid:

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Alto Nutrients, LLC
Attn: Christopher Wright
400 Capitol Mall, Suite 2060
Sacramento, CA 95814

Timothy R. Bow
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Jason J. DeJonker
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Robert Faucher
Holland & Hart LLP
800 W. Main St.
Suite 1750
Boise, ID 83702

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 8

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 8 of 10

Philip J Griffin
Holland & Hart LLP
800 West Main
Ste 1750
Boise, ID 83607

Jay R. Indyke
COOLEY LLP
55 Hudson Yards
New York, NY 10001

Ira D. Kharasch
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Michael Klein
COOLEY LLP
55 Hudson Yards
New York, NY 10001

c/o Derrick O'Neill Northwest Equipment Sales, Inc.
Jones Williams Fuhrman Gourley, P.A.
P.O. Box 1097
Boise, ID 83701

Cullen D. Speckhart
COOLEY LLP
55 Hudson Yards
New York, NY 10001

/ / /

/ / /

/ / /

/ / /

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 9

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-2    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 9 of 10

Brian C. Walsh
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

DATED this 23rd day of April, 2021.

                                FOSTER GARVEY P.C.

                                */s/ Tara J. Schleicher*
                                Tara J. Schleicher, WSBA #26884

DECLARATION OF DOUG FUQUA IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 10

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*