Tara J. Schleicher, WSBA #26884
Foster Garvey P.C.
618 West Riverside Avenue, Suite 300
Spokane, WA 99201
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
tara.schleicher@foster.com

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al,<br><br>            Debtors. | Lead Case No. 21-00141-WLH11<br>(Jointly Administered)<br><br>**DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY** |

I, DAN BRUXVOORT, declare as follows:

1. I am over the age of 18 and am competent to testify. I have personal knowledge of the facts contained in this declaration and submit this declaration in support of DLL Finance LLC's Motion for Relief from Stay (the "Motion").

2. I am a Regional Asset Manager at DLL Finance LLC ("DLL"). In my role as a Regional Asset Manager, I am responsible for evaluating, establishing and approving values for equipment in which DLL has a security interest. My education and experience in evaluating, establishing and approving equipment values includes, but is not limited to, the following: a Bachelor of Arts degree in Agriculture Business and have been in Agriculture lending for 20 years. I have been

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 1

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11   Doc 616-3   Filed 04/23/21   Entered 04/23/21 15:14:26   Pg 1 of 12

in the role of Regional Asset Manager for 3 years and completed the following classes with American Society of Appraisers: ME201: Introduction to Machinery and Equipment Valuation; ME202: Machinery and Equipment Valuation Methodology; ME203: Machinery and Equipment Valuation – Advanced Topics and Case Studies; and ME204: Machinery and Equipment Valuation – Advanced Topics and Report Writing.

3. The Iron Guides ("Iron Guides") is a common resource for valuation of equipment like the equipment financed by DLL for the Debtors. The Iron Guides is a compilation of data regarding equipment values using a proprietary model built on actual dealer sales transaction data and refined through analysis of how options, characteristics, usage, and customization impact value. Iron Guides is a compilation of market reports/quotations regarding equipment values that is generally relied upon by participants in the equipment sales and finance industry.

4. The value of the Equipment, both by the nature of the passing of time and through the use of the Equipment, is deteriorating.

5. I evaluated and assessed the value of the Equipment of the Debtors securing their debt owed to DLL as of the Petition Date by consulting Iron Guides (Winter Edition) for each piece of the Equipment that is included in the Iron Guides (Winter Edition). For those pieces of the Equipment that were not included in the Iron Guides (Winter Edition), I took the book value of those pieces of Equipment and deducted the appropriate depreciation figure. As set forth in Exhibit A attached hereto, the value of the Equipment at Trade Rough (the highest value out of the three methods of valuation: wholesale, trade rough and orderly liquidation value) is $6,481,095.

///

///

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 2

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11   Doc 616-3   Filed 04/23/21   Entered 04/23/21 15:14:26   Pg 2 of 12

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED at Johnston, Iowa, this 23rd day of April, 2021.

*/s/ Dan Bruxvoort*
DAN BRUXVOORT

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 3

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-3    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 3 of 12

| Contract | Collateral | Model | Year | New / Used | Balance | Rate | Per Diem | Wholesale | Trade Rough | OLV |
|---|---|---|---|---|---|---|---|---|---|---|
| 101-0438491-000 | AG-PRO BLADE | GRO 760-14 | 2014 | U | 72,587.50 | 0.00 | 0.00 | 6,075 | 6,379 | 6,075 |
| | STEIGER TRACTOR | CIH 370 | 2014 | U | | | | 96,800 | 108,490 | 96,800 |
| 101-0438918-000 | LSW TIRES | CIH N1988 | 2018 | N | 168,999.96 | 4.59 | 21.25 | 5,063 | 5,063 | 5,063 |
| | TRACTOR WEIGHT ATT | CIH N2021 | 2018 | N | | | | 7,102 | 7,457 | 7,102 |
| | LSW TIRES | CIH N1989 | 2018 | N | | | | 5,063 | 5,063 | 5,063 |
| | MAGNUM TRACTOR | CIH 200 | 2018 | N | | | | 96,060 | 100,450 | 96,060 |
| | MAGNUM TRACTOR | CIH 200 | 2015 | U | | | | 62,780 | 70,440 | 62,780 |
| 101-0439115-000 | LIQUID TREATER | MSN 42 IN | 2018 | N | 110,660.34 | 4.59 | 13.91 | 12,841 | 13,483 | 12,841 |
| | POTATO SEED CUTTER | MSN 84D | 2018 | N | | | | 127,977 | 134,376 | 127,977 |
| | BARRELL DUSTER | MSN 42 IN | 2018 | N | | | | 8,975 | 9,424 | 8,975 |
| 101-0439209-000 | SPRAYER | CIH SPX3200 | 2004 | U | 74,891.11 | 4.59 | 9.41 | 29,380 | 28,770 | 29,380 |
| | SPRAYER | CIH SPX3200 | 2001 | U | | | | 22,310 | 21,390 | 22,310 |
| | SPRAYER | CIH SPX3200 | 2003 | U | | | | 27,020 | 26,320 | 27,020 |
| 101-0441340-000 | TRACTOR | CIH 500 | 2018 | N | 192,955.11 | 4.85 | 25.63 | 196,740 | 205,570 | 196,740 |
| 101-0456532-000 | DRILL | GRP 20004006 | 2019 | N | 104,139.54 | 5.74 | 16.37 | 21,204 | 22,264 | 21,204 |
| | SPREADER | JBD VM3048 | 2014 | U | | | | 24,300 | 25,515 | 24,300 |
| | SPREADER | JBD WM3048 | 2016 | U | | | | 43,415 | 45,586 | 43,415 |
| 101-0457736-000 | MOWER | SCL 5026 | 2019 | N | 68,692.49 | 5.74 | 10.80 | 26,211 | 27,522 | 26,211 |
| | PACKER | POE 40FT | 2019 | N | | | | 15,020 | 15,771 | 15,020 |
| | PACKER | POE 34FT | 2019 | N | | | | 15,020 | 15,771 | 15,020 |
| | DISK | CIH 370 | 2015 | U | | | | 14,175 | 14,884 | 14,175 |
| 101-0457739-000 | TRACTOR | CHL MT875B | 2007 | U | 520,173.01 | 5.74 | 81.80 | 77,810 | 81,440 | 77,810 |
| | TRACTOR | CHL MT865C | 2013 | U | | | | 116,500 | 127,710 | 116,500 |
| | GRAIN DRILL | GRP 3S-4000 | 2015 | U | | | | 17,010 | 17,861 | 17,010 |
| | LOADER | CAT 966H | 2015 | U | | | | 34,144 | 35,851 | 34,144 |
| | IH TRACTOR | CIH 500Q | 2014 | U | | | | 128,890 | 141,150 | 128,890 |
| | ROAD GRADER | CAT 140H | 2015 | U | | | | 30,684 | 32,218 | 30,684 |
| | TRACTOR | CHL MT865C | 2012 | U | | | | 107,760 | 117,100 | 107,760 |
| 101-0462497-000 | LAND FINISHER | SUF SF643337 | 2019 | N | 57,771.35 | 5.49 | 8.68 | 63,995 | 67,195 | 63,995 |
| 101-0462532-000 | BUCKET | CAS 12IN | 2019 | N | 58,635.10 | 5.49 | 8.81 | 674 | 708 | 674 |
| | BACKHOE | CAS 580N | 2013 | U | | | | 23,683 | 24,868 | 23,683 |
| | SEED TENDER | UNV 410 | 2019 | N | | | | 16,345 | 17,162 | 16,345 |
| | BACKHOE | CAS 580SN | 2014 | U | | | | 27,945 | 29,342 | 27,945 |
| | CART | UNV 410 | 2019 | N | | | | 16,404 | 17,224 | 16,404 |
| | BUCKET | CAS 12IN | 2019 | N | | | | 674 | 708 | 674 |
| 101-0470364-000 | MAGNUM 310 TRACTOR | CIH 310 | 2019 | N | 825,729.35 | 4.55 | 102.93 | 151,540 | 154,680 | 151,540 |
| | LANDROLLER | DEN 540 | 2019 | N | | | | 18,701 | 19,636 | 18,701 |
| | MAGNUM TRACTOR | CIH 310 | 2019 | N | | | | 151,540 | 154,680 | 151,540 |
| | PACKER | POE PRR24 | 2019 | N | | | | 14,077 | 14,781 | 14,077 |
| | PACKER | POE PRR24 | 2019 | N | | | | 14,077 | 14,781 | 14,077 |
| | CHISEL | CIH PTX600 | 2019 | N | | | | 27,300 | 28,665 | 27,300 |
| | RIPPER | KUH 4865-11 | 2019 | N | | | | 52,716 | 55,352 | 52,716 |
| | MAGNUM TRACTOR | CIH 310 | 2019 | N | | | | 151,540 | 154,680 | 151,540 |
| | MAGNUM 310 TRACTOR | CIH 310 | 2019 | N | | | | 151,540 | 154,680 | 151,540 |
| | RIPPER | KUH 4856-11 | 2019 | N | | | | 52,716 | 55,352 | 52,716 |
| 101-0474817-000 | STEIGER TRACTOR | CIH 420 | 2016 | U | 858,446.96 | 4.74 | 111.48 | 123,050 | 137,680 | 123,050 |
| | STEIGER TRACTOR | CIH 420 | 2017 | U | | | | 123,050 | 137,680 | 123,050 |
| | MAGNUM TRACTOR | CIH 280 | 2015 | U | | | | 83,520 | 94,370 | 83,520 |
| | MAGNUM TRACTOR | CIH 250 | 2015 | U | | | | 78,630 | 88,960 | 78,630 |
| | TRACTOR | CIH MAG280CV | 2016 | U | | | | 92,730 | 103,330 | 92,730 |
| | CULTIVATOR | NOR 4 ROW | 2015 | U | | | | 3,422 | 3,593 | 3,422 |
| | CULTIVATOR | NOR 4 ROW | 2015 | U | | | | 3,422 | 3,593 | 3,422 |
| | BLADE | GRO 14 FT | 2020 | N | | | | 29,651 | 31,134 | 29,651 |
| | MOWER COMBO | CLA DISC3600 | 2020 | N | | | | 19,606 | 20,586 | 19,606 |
| | MAGNUM TRACTOR | CIH 250 | 2015 | U | | | | 78,630 | 88,960 | 78,630 |
| | BLADE | GRO 14 FT | 2020 | N | | | | 29,651 | 31,134 | 29,651 |
| | CULTIVATOR | NOR 4 ROW | 2015 | U | | | | 3,422 | 3,593 | 3,422 |
| | TELEHANDLER | JCB 541-70AG | 2012 | U | | | | 23,809 | 24,999 | 23,809 |
| | DISC | CLA DISC9200 | 2020 | N | | | | 38,760 | 40,698 | 38,760 |
| 101-0476600-000 | 34-36-38 HOPPER | LOC 604P | 2020 | N | 782,237.59 | 4.49 | 96.22 | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N | | | | 78,072 | 81,976 | 78,072 |
| 101-0478724-000 | TRIPLE MERGER | OXB 2334 | 2019 | N | 1,569,173.35 | 3.84 | 165.08 | 94,711 | 99,447 | 94,711 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | ROTARY HEADER | CLA ORBIS750 | 2020 | N | | | | 115,793 | 115,793 | 115,793 |
| | FORAGE HARVESTER | CLA 990SPFH | 2020 | N | | | | 400,170 | 400,170 | 400,170 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N | | | | 37,500 | 39,375 | 37,500 |
| | PICKUP HEADER | CLA PU380 | 2020 | N | | | | 30,472 | 30,472 | 30,472 |
| | PICKUP HEADER | CLA PU380 | 2020 | N | | | | 30,472 | 30,472 | 30,472 |
| | FORAGE HARVESTER | CLA 990SPFH | 2020 | N | | | | 400,170 | 400,170 | 400,170 |
| | ROTARY HEADER | CLA ORBIS750 | 2020 | N | | | | 115,793 | 115,793 | 115,793 |
| 101-0479416-000 | PRO SEED HANDLING | UNV 410 | 2020 | N | 600,901.49 | 3.84 | 63.21 | 18,120 | 19,026 | 18,120 |
| | PACKER | PAA 30 FT | 2004 | U | | | | 15,673 | 16,457 | 15,673 |
| | ROW CROP CULTIVATO | NOR 4 ROW | 2020 | N | | | | 5,459 | 5,732 | 5,459 |
| | MAGNUM TRACTOR | CIH 200 | 2020 | N | | | | 110,530 | 112,820 | 110,530 |

EXHIBIT A
Page 1 of 2

| ID | Description | Model | Year | N | Value1 | Rate1 | Rate2 | Amount1 | Amount2 | Amount3 |
|---|---|---|---|---|---|---|---|---|---|---|
| | GUIDANCE SYSTEM | TML 2050 | 2020 | N | | | | 104,000 | 104,000 | 104,000 |
| | WHEEL LOADER | CAS 821G | 2020 | N | | | | 144,875 | 152,119 | 144,875 |
| 101-0485707-000 | MANURE SPREADER | LEN 5000 | 2020 | N | 230,097.13 | 4.19 | 26.41 | 76,551 | 80,379 | 76,551 |
| | FEED MIXER TRAILER | RTX 920-18 | 2020 | N | | | | 90,080 | 94,584 | 90,080 |
| 101-0487948-000 | POTATO HARVERSTER | OXB AR-4BX | 2020 | N | 805,905.98 | 4.19 | 92.51 | 546,172 | 573,481 | 546,172 |
| | | | Totals: | | 7,750,457 | | | $6,191,766 | $6,481,095 | 6,191,766 |
| | | | Surplus/(Deficiency): | | | | | -$1,558,691 | -$1,269,362 | -1,558,691 |

# CERTIFICATE OF SERVICE

I hereby certify on April 23, 2021, I electronically filed the foregoing DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

- Matt Adamson  madamson@jpclaw.com, twaggoner@jpclaw.com;kchapman@jpclaw.com;jason.dejonker@bclplaw.com;timothy.bow@bclplaw.com;brian.walsh@bclplaw.com;marc.cox@bclplaw.com
- Sam Alberts  sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- Sam Alberts  sam.alberts@dentons.com,samuel.maizel@dentons.com,david.f.cook@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- Nitika Arora  narora@perkinscoie.com
- Jason M Ayres  jason.ayres@foster.com, kesarah.rhine@foster.com
- Roger William Bailey  roger.bailey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- Jesse Baker  ecfwaeb@aldridgepite.com, jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
- Crane Bergdahl  cranelaw@msn.com
- Gregory C Bowers  Charley.Bowers@rettiglaw.com, tshaeffer@rettiglaw.com
- William Brunnquell  brunnquellw@lanepowell.com,michael.doty@faegredrinker.com,michael.stewart@faegredrinker.com
- Thomas A Buford  tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 4

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-3    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 6 of 12

- Thomas A Buford  tbuford@bskd.com,jdulberg@pszjlaw.com,mlitvak@pszjlaw.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Thomas A Buford  tbuford@bskd.com,rkeeton@bskd.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Joshua J Busey  joshua.busey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- Timothy John Carlson  tcarlson@carlsonhinton.com, dellison@carlsonhinton.com;brobertson@carlsonhinton.com
- Timothy J. Conway  tim.conway@tonkon.com, candace.duncan@tonkon.com
- Grant E Courtney  courtneylaw@comcast.net
- Bradley R Duncan  bradley.duncan@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;bkp@hcmp.com
- Christopher Durbin  cdurbin@cooley.com
- Gary W Dyer  Gary.W.Dyer@usdoj.gov
- David Eash  , betsyz@feltmanewing.com;tinag@feltmanewing.com
- Jennifer K Faubion  jfaubion@cairncross.com, gglosser@cairncross.com
- Stephen J Felice  felice@sjfelicelaw.com
- Gregory R Fox  FoxG@Lanepowell.com, norbya@lanepowell.com;Docketing-Sea@lanepowell.com
- David P Gardner  dpg@winstoncashatt.com
- Daniel J Gibbons  djg@witherspoonkelley.com, angelc@witherspoonkelley.com
- Brian L Green  blg@mcgavick.com, dsa@mcgavick.com
- Michelle Green  michelle@ggw-law.com, teisha@ggw-law.com;michaela@ggw-law.com
- Nancy L Isserlis  nli@winstoncashatt.com, jlm@winstoncashatt.com;azh@winstoncashatt.com
- Burke Demian Jackowich  bjackowich@lukins.com, sloomis@lukins.com
- Richard B Keeton  rkeeton@bskd.com,

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 5

FOSTER GARVEY P.C.
618 West Riverside Avenue, Ste 300
Spokane, Washington 99201
(503) 228-3939

21-00141-WLH11   Doc 616-3   Filed 04/23/21   Entered 04/23/21 15:14:26   Pg 7 of 12

- psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Richard B Keeton    rkeeton@bskd.com,gdowning@pszjlaw.com,bdowning@pszjlaw.com,plabov@pszjlaw.com,jrosell@pszjlaw.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com, mbeck@ecf.courtdrive.com
- Armand J Kornfeld    jkornfeld@bskd.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;jkornfeld@ecf.courtdrive.com;psutton@ecf.courtdrive.com;vbraxton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com
- Paul M Larson    paul@lbplaw.com, tammy@lbplaw.com
- David H Leigh    dleigh@rqn.com,mjohnson@rqn.com, swilliams@rqn.com;docket@rqn.com
- William Greg Lockwood    wglockwood@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- William Greg Lockwood    wglockwood@grsm.com,hcoffey@grsm.com,jcawdrey@grsm.com,madeyemo@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- Toni Meacham    ToniPierson@RocketMail.Com
- Bruce K Medeiros    bmedeiros@dbm-law.net, sabrahamson@dbm-law.net;cnickerl@dbm-law.net;tnichols@dbm-law.net
- James K Miersma    bknotice@mccarthyholthus.com, jbarrett@mccarthyholthus.com;jmiersma@ecf.courtdrive.com
- Jeffrey C Misley    jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- Jeffrey C Misley    jeffm@sussmanshank.com,lhager@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- Jed W Morris    jmorris@lukins.com, dskobalski@lukins.com
- Dan ORourke    , tina@southwellorourke.com
- Aditi Paranjpye    AParanjpye@Cairncross.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
- Michael J Paukert    mpaukert@pt-law.com
- Trevor R Pincock    tpincock@lukins.com, mlove@lukins.com
- Trevor R Pincock

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 6

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-3    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 8 of 12

- tpincock@lukins.com,bjackowich@lukins.com,jmorris@lukins.com, mlove@lukins.com
- Amit D Ranade    adr@hcmp.com, bankruptcy@hcmp.com;krista.stokes@hcmp.com;tammie.gere@hcmp.com
- Joshua A Rataezyk    josh.rataezyk@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;krista.stokes@hcmp.com
- Shawn B Rediger    srediger@williamskastner.com, dlevitin@williamskastner.com
- John R Rizzardi    JRizzardi@cairncross.com, rwang@cairncross.com;tnguyen@cairncross.com;jrizzardi@ecf.courtdrive.com;TNguyen@ecf.courtdrive.com;rwang@ecf.courtdrive.com;AMasundire@cairncross.com
- Steven H Sackmann    steve@sackmannlaw.com, sackmannlaw@hotmail.com
- Tara J. Schleicher    tara.schleicher@foster.com, kesarah.rhine@foster.com
- Sarah M. Schrag    sarah.schrag@dentons.com
- Alan D Smith    adsmith@perkinscoie.com,bcosman@perkinscoie.com,gordon.mcgrath@tyson.com, bjacques@perkinscoie.com;Docketsea@perkinscoie.com;kmcclure@perkinscoie.com
- Scott R. Smith    ssmith@bsslslawfirm.com, hnelson@bsslslawfirm.com
- A Timothy Solomon    justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com, tsolomon@llg-llc.com
- Thomas W Stilley    tstilley@sussmanshank.com, janine@sussmanshank.com;ecf.thomas.stilley@sussmanshank.com;thomas-stilley-7866@ecf.pacerpro.com
- Chad Stokes    cstokes@cablehuston.com
- Claire Taylor    claire.taylor@stokeslaw.com, aek@stokeslaw.com
- George E Telquist    george@telarelaw.com, carla@telarelaw.com
- US Trustee    USTP.REGION18.SP.ECF@usdoj.gov
- Christopher G Varallo    cgv@witherspoonkelley.com, terrye@witherspoonkelley.com
- Britta E Warren    britta.warren@bhlaw.com, hkt@bhlaw.com;docketing@bhlaw.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com;ktarazi@buchalter.c

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 7

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-3    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 9 of 12

om;rwicks@buchalter.com
- Nicole R Wheir     nicole.luth@painehamblen.com, ads@painehamblen.com
- James Fitzgerald Williams     JWilliams@perkinscoie.com, jstarr@perkinscoie.com
- Dina L Yunker Frank     BCUYunker@atg.wa.gov

I hereby certify that the foregoing DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY was served on the following via first class mail, postage prepaid:

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Alto Nutrients, LLC
Attn: Christopher Wright
400 Capitol Mall, Suite 2060
Sacramento, CA 95814

Timothy R. Bow
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Jason J. DeJonker
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Robert Faucher
Holland & Hart LLP
800 W. Main St.
Suite 1750
Boise, ID 83702

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 8

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11    Doc 616-3    Filed 04/23/21    Entered 04/23/21 15:14:26    Pg 10 of 12

| | |
|---|---|
| 1 | Philip J Griffin |
| 2 | Holland & Hart LLP |
|   | 800 West Main |
| 3 | Ste 1750 |
| 4 | Boise, ID 83607 |
| 5 | |
|   | Jay R. Indyke |
| 6 | COOLEY LLP |
|   | 55 Hudson Yards |
| 7 | New York, NY 10001 |
| 8 | |
|   | Ira D. Kharasch |
| 9 | Pachulski Stang Ziehl & Jones LLP |
| 10 | 10100 Santa Monica Blvd., 13th Floor |
|    | Los Angeles, CA 90067 |
| 11 | |
| 12 | Michael Klein |
|    | COOLEY LLP |
| 13 | 55 Hudson Yards |
| 14 | New York, NY 10001 |
| 15 | |
|    | c/o Derrick O'Neill Northwest Equipment Sales, Inc. |
| 16 | Jones Williams Fuhrman Gourley, P.A. |
|    | P.O. Box 1097 |
| 17 | Boise, ID 83701 |
| 18 | |
|    | Cullen D. Speckhart |
| 19 | COOLEY LLP |
|    | 55 Hudson Yards |
| 20 | New York, NY 1000 |
| 21 | |
| 22 | / / / |
| 23 | / / / |
| 24 | |
|    | / / / |
| 25 | |
| 26 | / / / |

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 9

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

Brian C. Walsh
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102

DATED this 23rd day of April, 2021.

                                          FOSTER GARVEY P.C.

                                          */s/ Tara J. Schleicher*
                                          Tara J. Schleicher, WSBA #26884

DECLARATION OF DAN BRUXVOORT IN SUPPORT OF DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 10

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

21-00141-WLH11   Doc 616-3   Filed 04/23/21   Entered 04/23/21 15:14:26   Pg 12 of 12