David H. Leigh (WSBA NO. 40031)
Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: dleigh@rqn.com
Email: mjohnson@rqn.com

Attorneys for Rabo AgriFinance LLC

Honorable Whitman L. Holt
Chapter 11

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| IN RE:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtors.[1] | CASE NO. 21-00141-WLH11<br>(Jointly Administered)<br><br>**RESPONSE OF RABO AGRIFINANCE LLC TO MOTION OF DEBTORS FOR ENTRY OF ORDER AUTHORIZING AND APPROVING THE COOPERATION AGREEMENT WITH THE NON-DEBTOR SELLERS** |
|---|---|

Rabo AgriFinance LLC ("Rabo"), through counsel, respectfully files this Response to the *Notice and Motion of Debtors for the Entry of an Order Authorizing and Approving the Cooperation Agreement with the Non-Debtor Sellers; Memorandum of Points and Authorities*, filed March 26, 2021 [Dkt. 487] as supplemented various times including through the filing on April 14, 2021 [Dkt.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

576] of that certain *Notice of Filing Redlined and Clean Revised Exhibit A Cooperation Agreement to Motion of Debtors for the Entry of an Order Authorizing and Approving the Cooperation Agreement with the Non-Debtor Sellers* (collectively, the "Cooperation Agreement Motion").

For its response to the Cooperation Agreement Motion, Rabo states as follows:

1. Rabo has no objection to approval of the Cooperation Agreement Motion as it contemplates an agreement between the Debtors and certain related non-debtors, those being Karen Easterday, both individually and in her capacity as the personal representative of the estate of Gale Easterday, Cody Easterday and Debby Easterday (collectively, the "Non-Debtor Sellers"), for the joint sale of certain "Sale Properties" owned either by the Debtors, or by the Non-Debtor Sellers or jointly by the Debtors and the Non-Debtor Sellers.

2. Rabo responds to the Cooperation Agreement Motion, however, because it has recently been asked to consent to the issuance of an injunction from this Court which would bar Rabo from prosecuting the claims it has recently asserted in that certain action now pending in the United States District Court for the Eastern District of Washington entitled Rabo AgriFinance LLC v. 3E Properties, a Washington general partnership et al., Case No. 21-CV-05066 (the "Rabo Foreclosure Litigation").

3. Rabo will not voluntarily consent to be enjoined from its prosecution of the Rabo Foreclosure Litigation. The Rabo Foreclosure Litigation contains two causes of action only.

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT - 2 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11 Doc 637 Filed 04/27/21 Entered 04/27/21 14:42:59 Pg 2 of 8

4. The first cause of action in Rabo's Complaint requests a decree of judicial foreclosure and order of sale of the following parcels of real estate (the "Foreclosure Parcels"):

> Property Address: 5235 Industrial Way/1427 N. 1st Ave., Pasco, WA 99301
> Assessor Parcel Numbers: 112021017 and 113130040
> Abbreviated Legal: Portion of SW4 of 8-9-30 and Blocks 13 and 14, Northern Pacific Addition to the City of Pasco
>
> Property Address: 90 and 110 Pillsbury Road, Mesa WA 99343
> Assessor Parcel Numbers: 121231032 and 121231091
> Abbreviated Legal: Lots 1 and 2, Short Plan No. 98-09

5. The Foreclosure Parcels <u>are not</u> properties that are the subject of the Cooperation Agreement Motion. In other words, the Foreclosure Parcels are not "Debtor Properties," "Joint Properties" or "Non-Debtor Properties" as defined in the motion, and they are not going to be sold as part of the sale process that the Debtors have proposed.

6. Three of the four Foreclosure Parcels are owned by 3E Properties, a Washington general partnership. 3E Properties is an entity that is not even a proposed party to the contemplated Cooperation Agreement.[2]

7. The second cause of action in Rabo's Complaint seeks a money judgment against Karen Easterday, Cody Easterday and Debby Easterday for breach of contract (as to Cody Easterday) and pursuant to RCW 25.05.125 (with

---

[2] The property at 90 and 110 Pillsbury Road is titled solely in the name of 3E Properties. With respect to the property located at 5235 Industrial Way, 3E Properties is the sole owner of one of the parcels. The other parcel is titled in the names of Karen Easterday, both individually and as the personal representative of the estate of Gale Easterday, Cody Easterday, Debby Easterday, and Jody Easterday. Jody Easterday also is not a proposed party to the Cooperation Agreement.

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT - 3 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 637    Filed 04/27/21    Entered 04/27/21 14:42:59    Pg 3 of 8

respect to all three individual defendants). If the District Court authorizes the Foreclosure Property to be sold as requested by Rabo then pursuit of the second cause of action will become unnecessary.

8. Because the Foreclosure Property is not property that is contemplated to be sold as part of the joint marketing and sale process that is the subject of the proposed Cooperation Agreement, and also because many of the owners of the Foreclosure Property are not even going to be parties to the Cooperation Agreement (again, 3E Properties owns three of the four parcels and Jody Easterday is on title to the other parcel), Rabo believes it is in its best interest to continue its prosecution of the Rabo Foreclosure Litigation.

9. Rabo reserves all of its rights, both procedural and substantive, with respect to any attempt by the Debtors or any third party to bind Rabo to the terms of the Cooperation Agreement, or to enjoin Rabo from continued pursuit of its claims against property that is not property of the bankruptcy estate, and against defendants who are not bankruptcy debtors before this Court. Rabo also does not waive its right to demand that any request for injunctive relief be made by adversary proceeding, as required by Federal Rule of Bankruptcy Procedure 7001.

DATED this 27th day of April, 2021.

                    RAY QUINNEY & NEBEKER P.C.

                    /s/ David H. Leigh
                    David H. Leigh
                    Attorneys for Rabo AgriFinance LLC

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT    - 4 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11   Doc 637   Filed 04/27/21   Entered 04/27/21 14:42:59   Pg 4 of 8

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court the CM/ECF System, which served notice and/or a copy of the foregoing on all electronic filing users in this case.

- **Matt Adamson**  madamson@jpclaw.com, twaggoner@jpclaw.com;kchapman@jpclaw.com;jason.dejonker@bclplaw.com;timothy.bow@bclplaw.com;brian.walsh@bclplaw.com;marc.cox@bclplaw.com
- **Sam Alberts**  sam.alberts@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- **Sam Alberts**  sam.alberts@dentons.com,samuel.maizel@dentons.com,david.f.cook@dentons.com, docket.general.lit.wdc@dentons.com,kathryn.howard@dentons.com,derry.kalve@dentons.com
- **Nitika Arora**  narora@perkinscoie.com
- **Jason M Ayres**  jason.ayres@foster.com, kesarah.rhine@foster.com
- **Roger William Bailey**  roger.bailey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- **Jesse Baker**  ecfwaeb@aldridgepite.com, jbaker@aldridgepite.com;JPB@ecf.inforuptcy.com
- **Crane Bergdahl**  cranelaw@msn.com
- **Gregory C Bowers**  Charley.Bowers@rettiglaw.com, tshaeffer@rettiglaw.com
- **William Brunnquell**  brunnquellw@lanepowell.com,michael.doty@faegredrinker.com,michael.stewart@faegredrinker.com
- **Thomas A Buford**  tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com, tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Thomas A Buford**  tbuford@bskd.com,jdulberg@pszjlaw.com,mlitvak@pszjlaw.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com, tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Thomas A Buford**  tbuford@bskd.com,rkeeton@bskd.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com, tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Joshua J Busey**  joshua.busey.attorney@gmail.com, diane.pearson.bblawfirm@gmail.com;brooke.maloney.bblawfirm@gmail.com
- **Timothy John Carlson**  tcarlson@carlsonhinton.com, dellison@carlsonhinton.com;brobertson@carlsonhinton.com
- **Timothy J. Conway**  tim.conway@tonkon.com, candace.duncan@tonkon.com

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT - 5 -

RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 637    Filed 04/27/21    Entered 04/27/21 14:42:59    Pg 5 of 8

- **Grant E Courtney**  courtneylaw@comcast.net
- **Bradley R Duncan**  bradley.duncan@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;bkp@hcmp.com
- **Christopher Durbin**  cdurbin@cooley.com
- **Christopher Durbin**  cdurbin@cooley.com,cspeckhart@cooley.com,jindyke@cooley.com,mklein@cooley.com
- **Gary W Dyer**  Gary.W.Dyer@usdoj.gov
- **David Eash**  , betsyz@feltmanewing.com;tinag@feltmanewing.com
- **Jennifer K Faubion**  jfaubion@cairncross.com, gglosser@cairncross.com
- **Stephen J Felice**  felice@sjfelicelaw.com
- **Gregory R Fox**  FoxG@Lanepowell.com, norbya@lanepowell.com;Docketing-Sea@lanepowell.com
- **David P Gardner**  dpg@winstoncashatt.com
- **Daniel J Gibbons**  djg@witherspoonkelley.com, angelc@witherspoonkelley.com
- **Brian L Green**  blg@mcgavick.com, dsa@mcgavick.com
- **Michelle Green**  michelle@ggw-law.com, teisha@ggw-law.com;michaela@ggw-law.com
- **Nancy L Isserlis**  nli@winstoncashatt.com, jlm@winstoncashatt.com;azh@winstoncashatt.com
- **Burke Demian Jackowich**  bjackowich@lukins.com, sloomis@lukins.com
- **Richard B Keeton**  rkeeton@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com, psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Richard B Keeton**  rkeeton@bskd.com,gdowning@pszjlaw.com,bdowning@pszjlaw.com,plabov@pszjlaw.com,jrosell@pszjlaw.com,pszj@ecfalerts.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com, psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Armand J Kornfeld**  jkornfeld@bskd.com, psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;jkornfeld@ecf.courtdrive.com;psutton@ecf.courtdrive.com;vbraxton@ecf.courtdrive.com;mbeck@ecf.courtdrive.com
- **Paul M Larson**  paul@lbplaw.com, tammy@lbplaw.com
- **David H Leigh**  dleigh@rqn.com,mjohnson@rqn.com, swilliams@rqn.com;docket@rqn.com
- **William Greg Lockwood**  wglockwood@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- **William Greg Lockwood**  wglockwood@grsm.com,hcoffey@grsm.com,jcawdrey@grsm.com,madeyemo@grsm.com, kentcarter@grsm.com;hcoffey@grsm.com
- **Toni Meacham**  ToniPierson@RocketMail.Com
- **Bruce K Medeiros**  bmedeiros@dbm-law.net, sabrahamson@dbm-law.net;cnickerl@dbm-law.net;tnichols@dbm-law.net

RESPONSE TO DEBTORS' MOTION TO APPROVE COOPERATION AGREEMENT - 6 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 637    Filed 04/27/21    Entered 04/27/21 14:42:59    Pg 6 of 8

- **James K Miersma**    bknotice@mccarthyholthus.com, jbarrett@mccarthyholthus.com;jmiersma@ecf.courtdrive.com
- **Jeffrey C Misley**    jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- **Jeffrey C Misley**    jeffm@sussmanshank.com,lhager@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- **Jed W Morris**    jmorris@lukins.com, dskobalski@lukins.com
- **Dan ORourke**    , tina@southwellorourke.com
- **Aditi Paranjpye**    AParanjpye@Cairncross.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com
- **Michael J Paukert**    mpaukert@pt-law.com
- **Trevor R Pincock**    tpincock@lukins.com, mlove@lukins.com
- **Trevor R Pincock**    tpincock@lukins.com,bjackowich@lukins.com,jmorris@lukins.com, mlove@lukins.com
- **Amit D Ranade**    adr@hcmp.com, bankruptcy@hcmp.com;krista.stokes@hcmp.com;tammie.gere@hcmp.com
- **Joshua A Rataezyk**    josh.rataezyk@hcmp.com, bankruptcy@hcmp.com;tammie.gere@hcmp.com;krista.stokes@hcmp.com
- **Shawn B Rediger**    srediger@williamskastner.com, dlevitin@williamskastner.com
- **John R Rizzardi**    JRizzardi@cairncross.com, rwang@cairncross.com;tnguyen@cairncross.com;jrizzardi@ecf.courtdrive.com;TNguyen@ecf.courtdrive.com;rwang@ecf.courtdrive.com;AMasundire@cairncross.com
- **Steven H Sackmann**    steve@sackmannlaw.com, sackmannlaw@hotmail.com
- **Tara J. Schleicher**    tara.schleicher@foster.com, kesarah.rhine@foster.com
- **Sarah M. Schrag**    sarah.schrag@dentons.com
- **Alan D Smith**    adsmith@perkinscoie.com,bcosman@perkinscoie.com,gordon.mcgrath@tyson.com, bjacques@perkinscoie.com;Docketsea@perkinscoie.com;kmcclure@perkinscoie.com
- **Scott R. Smith**    ssmith@bsslslawfirm.com, hnelson@bsslslawfirm.com
- **A Timothy Solomon**    justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com, tsolomon@llg-llc.com
- **Thomas W Stilley**    tstilley@sussmanshank.com, janine@sussmanshank.com;ecf.thomas.stilley@sussmanshank.com;thomas-stilley-7866@ecf.pacerpro.com
- **Chad Stokes**    cstokes@cablehuston.com
- **Claire Taylor**    claire.taylor@stokeslaw.com, aek@stokeslaw.com
- **George E Telquist**    george@telarelaw.com, carla@telarelaw.com
- **US Trustee**    USTP.REGION18.SP.ECF@usdoj.gov
- **Christopher G Varallo**    cgv@witherspoonkelley.com, terrye@witherspoonkelley.com
- **Britta E Warren**    britta.warren@bhlaw.com, hkt@bhlaw.com;docketing@bhlaw.com
- **Joseph M. Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com;ktarazi@buchalter.com;rwicks@buchalter.com
- **Nicole R Wheir**    nicole.luth@painehamblen.com, ads@painehamblen.com
- **James Fitzgerald Williams**    JWilliams@perkinscoie.com, jstarr@perkinscoie.com

RESPONSE TO DEBTORS' MOTION TO APPROVE COOPERATION AGREEMENT - 7 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 637    Filed 04/27/21    Entered 04/27/21 14:42:59    Pg 7 of 8

1 • **Dina L Yunker Frank**   BCUYunker@atg.wa.gov

/s/   Suzanne Williams

RESPONSE TO DEBTORS'
MOTION TO APPROVE
COOPERATION AGREEMENT                - 8 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500