CHRISTOPHER B. DURBIN
(WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

CULLEN D. SPECKHART
(*pro hac vice*)
JAY R. INDYKE
(*pro hac vice*)
MICHAEL KLEIN
(*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: cspeckhart@cooley.com
        jindyke@cooley.com
        mklein@cooley.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors of
Easterday Ranches, Inc.*

HONORABLE WHITMAN L. HOLT

HEARING DATE:
MAY 19, 2021 AT 11:00 A.M.
(PACIFIC TIME)

OBJECTION DEADLINE:
MAY 12, 2021 AT 5:00 P.M.
(PACIFIC TIME)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered<br><br>**NOTICE AND MOTION FOR AN ORDER DIRECTING RULE 2004 EXAMINATIONS OF THE DEBTORS AND NON-DEBTOR PARTIES** |

[1] The Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES

1

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

1

2      PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors

3   of Easterday Ranches, Inc. hereby files this notice and *Motion of the Official*

4   *Committee of Unsecured Creditors for Easterday Ranches, Inc. for an Order*

5   *Directing Rule 2004 Examinations of the Debtors and Non-Debtor Parties*

6   (the "Motion").

7      PLEASE TAKE FURTHER NOTICE that if you object to the Motion, you

8   must file a written objection with the Court on or before May 12, 2021 at 5:00 p.m.

9   (Pacific Time).  If you do not timely file an objection, the Court may enter an order

10  granting the Motion without further notice to you.

11     PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be

12  held on May 19, 2021 at 11:00 a.m. (Pacific Time).  Pursuant to court orders

13  responding to the COVID-19 pandemic, any party that wishes to address the court,

14  or appear without addressing the court, must appear by telephonic appearance.  The

15  telephone conference call-in number is (877) 402-9757, Access Code: 7036041.

16  Dated: April 27, 2021

17                                                    */s/ Christopher B. Durbin*
                                                      Christopher B. Durbin (WSBA #41159)
                                                      COOLEY LLP
18                                                    1700 Seventh Avenue, Suite 1900
                                                      Seattle, WA  98101
19                                                    Tel.: (206) 452-8700
                                                      Fax: (206) 452-8800
20                                                    Email: cdurbin@cooley.com

21                                                    Cullen D. Speckhart (*pro hac vice*)

21-00141-FPC11    Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 2 of 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Jay R. Indyke (*pro hac vice*)
Michael Klein (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: cspeckhart@cooley.com
jindyke@cooley.com
mklein@cooley.com

*Proposed Counsel to the Official*
*Committee of Unsecured Creditors of*
*Easterday Ranches, Inc.*

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES

3

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Rule 2004-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Washington (the "Local Rules"), the Official Committee of Unsecured Creditors of Easterday Ranches, Inc. (the "Ranches Committee") hereby moves this Court for an order directing a Rule 2004 examination of Easterday Ranches, Inc. ("Ranches") and Easterday Farms ("Farms"), debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, as well as certain non-Debtor parties identified (the "Non-Debtor Parties"). In support of this motion (the "Motion"), the Ranches Committee respectfully represents as follows:

## I. JURISDICTION

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief sought herein are Section 105 of the Bankruptcy Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## II. BACKGROUND

2.      On February 1, 2021 (the "Ranches Petition Date"), Ranches filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this Court.

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES

4

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-11    Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 4 of 10

3.      On February 8, 2021 (the "Farms Petition Date," together with the Ranches Petition Date, the "Petition Dates"), Farms also filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code before this Court.

4.      The Debtors continue to operate and manage their business and affairs as debtors in possession in their chapter 11 cases pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5.      On February 16, 2021, the Office of the United States Trustee (the "U.S. Trustee") appointed the following creditors to the Ranches Committee, as amended [Dkt. Nos. 152, 154, 155]: (i) J.R. Simplot; (ii) Alto Nutrients; and (iii) Animal Health International.

6.      On February 22, 2021, the U.S. Trustee appointed the following creditors to the Farms Official Committee of Unsecured Creditors, as amended [Dkt. Nos. 187, 188] (the "Farms Committee" and together with the Ranches Committee, the "Committees"): (i) Labor Plus Solutions, Inc.; (ii) The McGregor Company; (iii) John Deere Financial; (iv) Dykman Electrical Inc.; (v) Two Rivers Terminal; and (vi) Frank Bushman.

7.      Additional information about the Debtors' historical business operations, capital structure, and the events leading up to the commencement of these chapter 11 cases, is set forth in the Declaration of T. Scott Avila in Support of First Day Motions [Dkt. No. 93], which is incorporated herein by reference.

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES                                              5

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-FPC11    Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 5 of 10

# III. RELIEF REQUESTED

8.     The Ranches Committee requests authority under Rule 2004 to (a) serve Notices of Rule 2004 Examination of the Debtors and Non-Debtor Parties with accompanying Requests for Production of Documents (the "RFPs"), a form of which is attached hereto as **Exhibit 1** (the "Rule 2004 Examination Notice"); and (b) at a mutually convenient date, time, place, and manner, conduct oral examinations of the Debtors and Non-Debtor Parties.

9.     Rule 2004(a) provides, in pertinent part, that "[o]n motion of any party in interest, the court may order the examination of any entity." *See* FED. R. BANKR. P. 2004(a).  Rule 2004(b) states that the examination may relate to, among other things, "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." *See* FED. R. BANKR. P. 2004(b).  In chapter 11, the scope of an examination may be further expanded to "the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefor, and any other matter relevant to the case or to the formulation of a plan." *Id.*

10.     The scope of a Rule 2004 examination is "unfettered and broad," as the wording of the rule indicates, *see In re Brazemore*, 216 B.R. 1020, 1023 (Bankr. S.D. Ga. 1998), and far broader than the scope of discovery under Rule 26 of the Federal

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES                    6

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-11   Doc 644   Filed 04/27/21   Entered 04/27/21 18:01:58   Pg 6 of 10

Rules of Civil Procedure. *See In re Lang*, 107 B.R. 130, 132 (Bankr. N.D. Ohio 1989). Examinations under Rule 2004 may include within their scope, among many other things, any matter which may affect "the administration of the debtor's estate." *In re Brazemore*, 216 B.R. at 1023. The well-settled scope of discovery conducted under Rule 2004 is so fundamental to the bankruptcy process and permissibly broad that courts have gone so far as to use with approval words and phrases such as "fishing expedition," "exploratory," and "inquisition" to describe the breadth of the examination. *See In re 2435 Plainfield Ave., Inc.*, 223 B.R. 440, 456 (Bankr. D.N.J. 1998); *In re Ionosphere Clubs*, 156 B.R. 414, 432 (S.D.N.Y. 1993); *Simon v. FIA Card Servs., N.A.*, 732 F.3d 259, 268 n.6 (3d Cir. App. 2013).

11.    Accordingly, Rule 2004 examinations may be used by a party to evaluate the existence of the availability of assets of the estate. *See Ionosphere* 156 B.R. at 432; *In re Coffee Cupboard, Inc.*, 128 B.R. 509, 514 (Bankr. E.D.N.Y. 1991) ("The purpose of a Rule 2004 examinations [*sic*] is 'to show the condition of the estate and to enable the Court to discover its extent and whereabouts, and to come into possession of it, that the rights of the creditor may be preserved'"). In addition, Rule 2004 examinations may be used by a party to evaluate the existence of potential claims belonging to a debtor's estate, primarily because claims of the debtor are considered assets of the estate. *See In re Table Talk, Inc.*, 51 B.R. 143, 146 (Bankr. D. Mass. 1985).

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES                    7

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-001... Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 7 of 10

1    12.    The Debtors and Non-Debtor Parties possess, or should possess,

2    documents that are responsive to one or more of the requests for production of

3    documents set out in the Rule 2004 Examination Notice.  Additionally, the Debtors

4    and Non-Debtor Parties have, or should have, knowledge concerning the Requested

5    Information.

6    13.    Each of the document requests to the Debtors and Non-Debtor Parties,

7    as set forth in the Rule 2004 Examination Notice, are reasonably calculated to lead

8    to the discovery of the Requested Information.  Consequently, the information sought

9    by the Ranches Committee herein is within the proper scope of Rule 2004 discovery.

10   ## IV. CONCLUSION

11   For the reasons set forth above, the Ranches Committee respectfully requests

12   that the Court enter an order (a) authorizing the Ranches Committee to serve Rule

13   2004 Examination Notices on the Debtors and Non-Debtor Parties; (b) authorizing

14   the Ranches Committee to conduct Oral Examinations of the Debtors and Non-

15   Debtor Parties at a mutually convenient date, time, location, and manner; and (c)

16   granting such other and further relief as the nature of this case may require.

17   Dated: April 27, 2021

18   */s/ Christopher B. Durbin*
     Christopher B. Durbin (WSBA #41159)
19   COOLEY LLP
     1700 Seventh Avenue, Suite 1900
20   Seattle, WA  98101
     Tel.: (206) 452-8700
21   Fax: (206) 452-8800
     Email: cdurbin@cooley.com

1

2   Cullen D. Speckhart (*pro hac vice*)
    Jay R. Indyke (*pro hac vice*)
3   Michael Klein (*pro hac vice*)
    COOLEY LLP
4   55 Hudson Yards
    New York, NY  10001
5   Tel.: (212) 479-6000
    Fax: (212) 479-6275
6   Email: cspeckhart@cooley.com
            jindyke@cooley.com
7           mklein@cooley.com

8   *Proposed Counsel to the Official*
    *Committee of Unsecured Creditors of*
9   *Easterday Ranches, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

21-00141-WLH11    Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 9 of 10

## CERTIFICATION

Pursuant to Rule 2004-1(a) of the Local Rules for the United States Bankruptcy Court for the Eastern District of Washington, the undersigned hereby certifies that he has not yet coordinated the time and place of any examination sought in the foregoing motion. At such time as the Ranches Committee seeks such examinations, counsel will coordinate the time and place with the Debtor(s) and/or Non-Debtor Party/ies from whom such examinations is/are sought.

Dated: April 27, 2021

/s/Christopher B. Durbin

Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

NOTICE AND MOTION FOR 2004
EXAMINATION OF DEBTORS & NON-
DEBTOR PARTIES

10

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-WLH11 Doc 644    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 10 of 10