# **EXHIBIT 2**

## **DEBTORS & NON-DEBTOR PARTIES**

1. Easterday Farms
2. Easterday Ranches
3. Cody Easterday
4. Debby Easterday
5. Karen Easterday
6. Gale Easterday and the estate thereof
7. Kimberly Easterday
8. Scott English
9. Jody Easterday
10. Andrew Willis
11. Cully Easterday
12. Shani Easterday
13. Easterday Farms Dairy, LLC
14. Easterday Farms Produce Co.
15. English Hay Company, Inc.
16. EPO, LLC
17. 3E Properties, LLC
18. G2E2, LLC
19. Weyns Farms LLC

20. Tyson Fresh Meats, Inc.

21. Segale Properties LLC

22. CHS Hedging, LLC

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-WLH11    Doc 644-2    Filed 04/27/21    Entered 04/27/21 18:01:58    Pg 2 of 2