# CERTIFICATE OF SERVICE

I certify that on April 27, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System in this case. The Notice of Electronic filing for the foregoing identifies all recipients.

*/s/ Christopher B. Durbin*
Christopher B. Durbin