# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered<br><br>**[PROPOSED] ORDER APPROVING OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY RANCHES, INC.'S MOTION FOR WITHDRAWAL OF DENTONS US LLP AND SUBSTITUTION OF COOLEY LLP AS COUNSEL** |

Upon the *Official Committee of Unsecured Creditors of Easterday Ranches, Inc.'s Motion for Withdrawal of Dentons US LLP and Substitution of Cooley LLP as Counsel* (the "Motion"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found this matter is a core

---

[1] The Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL

1

COOLEY LLP
1700 Seventh Ave., Suite 1900
Seattle, WA 98101

21-00141-WLH11    Doc 646    Filed 04/28/21    Entered 04/28/21 07:00:03    Pg 1 of 2

proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having considered the Motion; and it appearing that the relief requested in the Motion is reasonable; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY FOUND AND DETERMINED THAT:**

1. Dentons US LLP is withdrawn as counsel of record for the Official Committee of Unsecured Creditors of Easterday Ranches, Inc. (the "<u>Ranches Committee</u>").

2. Cooley LLP ("<u>Cooley</u>") is substituted as counsel for the Ranches Committee for all purposes in these chapter 11 cases, effective as of April 15, 2021, subject to entry of an order approving the retention of Cooley.

///End of Order///

*Presented by:*

COOLEY LLP

By: */s/ Christopher B. Durbin*

*Proposed Counsel to the Official Committee
Of Unsecured Creditors of Easterday Ranches, Inc.*