ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., et al.,[1]

Debtors.

No. 21-00141-WLH11

**STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY**

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

STIPULATION BY AND BETWEEN DEBTOR
EASTERDAY FARMS AND MACK FINANCIAL
REGARDING MOTION FOR RELIEF FROM
STAY – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee10f301pf    21-00141-WLH11    Doc 686    Filed 05/10/21    Entered 05/10/21 15:11:37    Pg 1 of 3

Debtor Easterday Farms, a Washington General Partnership ("Farms") and Mack Financial Services, a division of VFS US LLC ("Mack Financial" and, together with Farms, the "Parties"), by and through their undersigned counsel of record, hereby enter into this stipulation and agreed order (the "Stipulation"), pursuant to which the Parties stipulate and agree as follows:

WHEREAS, on April 21, 2021, Mack Financial filed a *Motion for Relief from Stay* [Docket No. 603] (the "Motion"), seeking, *inter alia*, relief from stay to obtain possession of certain equipment.

WHEREAS, the Debtor made certain payments to Mack Financial since the Motion was filed.

WHEREAS, the Parties seek time to resolve the Motion without further litigation.

**Based on the foregoing recitals, the Parties hereby stipulate and agree as follows:**

1. The Parties agree that the Debtor is not required to file a response to the Motion at this time. Mack Financial agrees that it will not seek entry of an Order granting relief from stay with respect to the Motion other than on the timeline set forth below.

2. The Parties stipulate that, to the extent necessary, the Parties will request that the court may hold a status conference on the Motion at the May 19, 2021, omnibus hearing calendar in this case. The Parties further stipulate that any such status conference would be held to determine (i) a future hearing date for the Motion; and (ii) resetting the deadline by which the Debtor would be required to respond to the Motion.

STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee10f301pf  21-00141-WLH11    Doc 686    Filed 05/10/21    Entered 05/10/21 15:11:37    Pg 2 of 3

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED May 10, 2021          BUSH KORNFELD LLP

/s/ Thomas A. Buford
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for the Debtor*

DATED May 10, 2021          GORDON REES SCULLY MANSUKHANI, LLP

/s/ W. GREGORY LOCKWOOD
W. GREGORY LOCKWOOD (WSBA 52232)
GORDON REES SCULLY MANSUKHANI, LLP

*Attorneys for Mack Financial*

STIPULATION BY AND BETWEEN DEBTOR
EASTERDAY FARMS AND MACK FINANCIAL
REGARDING MOTION FOR RELIEF FROM
STAY – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee10f301pf   21-00141-WLH11   Doc 686   Filed 05/10/21   Entered 05/10/21 15:11:37   Pg 3 of 3