UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., *et al.*,[1]

Debtors.

No. 21-00141-WLH11

**ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS**

THIS MATTER came before the court upon the *Stipulated Protective Order Between the Debtors and the Official Committees of Unsecured Creditors* (the "Stipulation") [Docket No. 767]. Based on the parties' agreement, it is hereby

**ORDERED as follows:**

1. The Stipulation is construed as a motion for an order approving the terms of the Stipulation. So construed, the motion is granted and the Stipulation is approved.

2. Pursuant to Fed. R. Evid. 502(d), the production of any documents in these chapter 11 cases shall not, for the purposes of these proceedings or any other federal or state proceedings, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee28ms014d

21-00141-WLH11    Doc 768    Filed 05/28/21    Entered 05/28/21 17:15:03    Pg 1 of 2

3. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this order shall be effective upon entry.

4. The court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

PRESENTED BY:

 /s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
IRA D. KHARASCH (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER GRANTING MOTION FOR STIPULATED PROTECTIVE ORDER BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee28ms014d

21-00141-WLH11    Doc 768    Filed 05/28/21    Entered 05/28/21 17:15:03    Pg 2 of 2