So Ordered.

Dated: June 9th, 2021



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| In re | Lead Case No. 21-00141-WLH11 (Jointly Administered) |
|---|---|
| EASTERDAY RANCHES, INC., *et. al.*, | **STIPULATED ORDER GRANTING DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY** |
| Debtors. | |

THIS MATTER came before the court on DLL Finance LLC's ("DLL") Motion for Relief from Stay (Dkt. No. 616) (the "Motion"). The Debtors objected to the Motion (Dkt. No. 687), the court held a hearing on the Motion on June 2, 2021 and the court set an evidentiary hearing on the Motion on June 21, 2021. The court, being informed that the Debtors now stipulate to relief from the automatic stay as requested in the Motion, upon the court's review and consideration of the Motion and pursuant to the terms of the stipulation as ordered below,

IT IS HEREBY **ORDERED** that:

1. DLL's Motion is hereby granted to the extent set forth herein;

STIPULATED ORDER GRANTING DLL
FINANCE LLC'S MOTION FOR RELIEF
FROM STAY - 1

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

FG:H621281.1

21-00141-WLH11    Doc 806    Filed 06/10/21    Entered 06/10/21 07:25:40    Pg 1 of 4

1     2. ~~That r~~Relief is granted from the stay pursuant to 11 U.S.C. § 362(d)(2) and the stay is terminated as to the Ranches Equipment and the Farms Equipment (as those capitalized terms are defined in the Motion and as set forth in Exhibit A attached hereto (the "DLL Equipment"));

3. DLL is permitted to exercise all of its rights and remedies with respect to the DLL Equipment;

4. DLL is granted relief from stay to foreclose on and obtain possession of the DLL Equipment as permitted by applicable nonbankruptcy law; and

5. The 14-day stay provided by FRBP 4001(a)(3) is waived.

/// END OF ORDER ///

~~IT IS SO STIPULATED on this 8th day of June, 2021.~~

FOSTER GARVEY P.C.      BUSH KORNFELD LLP

By: */s/ Tara J. Schleicher*      By */s/ Thomas A. Buford*
Tara J. Schleicher, WSBA #26884      Thomas A. Buford, WSBA #52969
618 West Riverside Ave, Ste 300      601 Union Street, Ste 5000
Spokane, WA 99201      Seattle, WA 98101
tara.schleicher@foster.com      (206) 292-2110
(503) 228-3939      tbuford@bskd.com
    *Attorney for DLL Finance LLC*      *Attorney for Debtors*

~~/// END OF ORDER ///~~

SUBMITTED BY:

FOSTER GARVEY P.C.

By: */s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884
618 West Riverside Ave, Ste 300
Spokane, WA 99201
tara.schleicher@foster.com
(503) 228-3939

\* Changes made by court

STIPULATED ORDER GRANTING DLL FINANCE LLC'S MOTION FOR RELIEF FROM STAY - 2

FOSTER GARVEY P.C.
*618 West Riverside Avenue, Ste 300*
*Spokane, Washington 99201*
*(503) 228-3939*

FG:11621281.1

21-00141-WLH11    Doc 806    Filed 06/10/21    Entered 06/10/21 07:25:40    Pg 2 of 4

# Exhibit A

| Contract | Collateral | Model | Year | New / Used |
|---|---|---|---|---|
| 101-0438491-000 | AG-PRO BLADE | GRO 760-14 | 2014 | U |
| | STEIGER TRACTOR | CIH 370 | 2014 | U |
| 101-0438918-000 | LSW TIRES | CIH N1988 | 2018 | N |
| | TRACTOR WEIGHT ATT | CIH N2021 | 2018 | N |
| | LSW TIRES | CIH N1989 | 2018 | N |
| | MAGNUM TRACTOR | CIH 200 | 2018 | N |
| | MAGNUM TRACTOR | CIH 200 | 2015 | U |
| 101-0439115-000 | LIQUID TREATER | MSN 42 IN | 2018 | N |
| | POTATO SEED CUTTER | MSN 84D | 2018 | N |
| | BARRELL DUSTER | MSN 42 IN | 2018 | N |
| 101-0439209-000 | SPRAYER | CIH SPX3200 | 2004 | U |
| | SPRAYER | CIH SPX3200 | 2001 | U |
| | SPRAYER | CIH SPX3200 | 2003 | U |
| 101-0441340-000 | TRACTOR | CIH 500 | 2018 | N |
| 101-0456532-000 | DRILL | GRP 20004006 | 2019 | N |
| | SPREADER | JBD VM3048 | 2014 | U |
| | SPREADER | JBD WM3048 | 2016 | U |
| 101-0457736-000 | MOWER | SCL 5026 | 2019 | N |
| | PACKER | POE 40FT | 2019 | N |
| | PACKER | POE 34FT | 2019 | N |
| | DISK | CIH 370 | 2015 | U |
| 101-0457739-000 | TRACTOR | CHL MT875B | 2007 | U |
| | TRACTOR | CHL MT865C | 2013 | U |
| | GRAIN DRILL | GRP 3S-4000 | 2015 | U |
| | LOADER | CAT 966H | 2015 | U |
| | IH TRACTOR | CIH 500Q | 2014 | U |
| | ROAD GRADER | CAT 140H | 2015 | U |
| | TRACTOR | CHL MT865C | 2012 | U |
| 101-0462497-000 | LAND FINISHER | SUF SF643337 | 2019 | N |
| 101-0462532-000 | BUCKET | CAS 12IN | 2019 | N |
| | BACKHOE | CAS 580N | 2013 | U |
| | SEED TENDER | UNV 410 | 2019 | N |
| | BACKHOE | CAS 580SN | 2014 | U |
| | CART | UNV 410 | 2019 | N |
| | BUCKET | CAS 12IN | 2019 | N |
| 101-0470364-000 | MAGNUM 310 TRACTOR | CIH 310 | 2019 | N |
| | LANDROLLER | DEN 540 | 2019 | N |
| | MAGNUM TRACTOR | CIH 310 | 2019 | N |
| | PACKER | POE PRR24 | 2019 | N |
| | PACKER | POE PRR24 | 2019 | N |
| | CHISEL | CIH PTX600 | 2019 | N |
| | RIPPER | KUH 4865-11 | 2019 | N |
| | MAGNUM TRACTOR | CIH 310 | 2019 | N |
| | MAGNUM 310 TRACTOR | CIH 310 | 2019 | N |
| | RIPPER | KUH 4856-11 | 2019 | N |
| 101-0474817-000 | STEIGER TRACTOR | CIH 420 | 2016 | U |

EXHIBIT A
Page 1 of 2

| ID | Equipment | Model | Year | N/U |
|---|---|---|---|---|
| | STEIGER TRACTOR | CIH 420 | 2017 | U |
| | MAGNUM TRACTOR | CIH 280 | 2015 | U |
| | MAGNUM TRACTOR | CIH 250 | 2015 | U |
| | TRACTOR | CIH MAG280CV | 2016 | U |
| | CULTIVATOR | NOR 4 ROW | 2015 | U |
| | CULTIVATOR | NOR 4 ROW | 2015 | U |
| | BLADE | GRO 14 FT | 2020 | N |
| | MOWER COMBO | CLA DISC3600 | 2020 | N |
| | MAGNUM TRACTOR | CIH 250 | 2015 | U |
| | BLADE | GRO 14 FT | 2020 | N |
| | CULTIVATOR | NOR 4 ROW | 2015 | U |
| | TELEHANDLER | JCB 541-70AG | 2012 | U |
| | DISC | CLA DISC9200 | 2020 | N |
| 101-0476600-000 | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| | 34-36-38 HOPPER | LOC 604P | 2020 | N |
| 101-0478724-000 | TRIPLE MERGER | OXB 2334 | 2019 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | ROTARY HEADER | CLA ORBIS750 | 2020 | N |
| | FORAGE HARVESTER | CLA 990SPFH | 2020 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | SILAGE TRAILER | PAA 34 FT | 2020 | N |
| | PICKUP HEADER | CLA PU380 | 2020 | N |
| | PICKUP HEADER | CLA PU380 | 2020 | N |
| | FORAGE HARVESTER | CLA 990SPFH | 2020 | N |
| | ROTARY HEADER | CLA ORBIS750 | 2020 | N |
| 101-0479416-000 | PRO SEED HANDLING | UNV 410 | 2020 | N |
| | PACKER | PAA 30 FT | 2004 | U |
| | ROW CROP CULTIVATO | NOR 4 ROW | 2020 | N |
| | MAGNUM TRACTOR | CIH 200 | 2020 | N |
| | GUIDANCE SYSTEM | TML 2050 | 2020 | N |
| | WHEEL LOADER | CAS 821G | 2020 | N |
| 101-0485707-000 | MANURE SPREADER | LEN 5000 | 2020 | N |
| | FEED MIXER TRAILER | RTX 920-18 | 2020 | N |
| 101-0487948-000 | POTATO HARVERSTER | OXB AR-4BX | 2020 | N |

EXHIBIT A
Page 2 of 2