JOHN C. BLACK, WSBA #15229   HONORABLE WHITMAN L. HOLT
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Email: jblack@dunnandblack.com

*Attorneys for Creditor Copenhaver Construction, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,<br><br>Debtors. [1]<br>_____ | Lead Case No. 21-00141-WLH11<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO:   All Parties and their counsel of record,

AND TO:   The Clerk of the Court

Pursuant to Bankruptcy Rule 2002, Creditor Copenhaver Construction, Inc., appears in the above action, by and through its attorney, John C. Black of Dunn & Black, P.S., and request notice of all matters for which notice is given to creditors, any creditor's committee, or any other party in interest herein, including all schedules, amended schedules, motions,

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 1

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

applications, plans of reorganization, disclosure statements, orders, and other documents and pleadings, including those in adversary proceedings.

This request shall be deemed to be a limited appearance and does not constitute acceptance of service of process in any manner consistent with pertinent rules and statutes.

DATED this 17th day of June, 2021.

*/s/ JOHN C. BLACK*
JOHN C. BLACK, WSBA #15229
Dunn & Black, P.S.
111 North Post, Ste. 300
Spokane, WA 99201
Telephone: (509) 455-8711
Fax: (509) 455-8734
Email: jblack@dunnandblack.com

*Attorney for Creditor Copenhaver Construction, Inc.*

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE - 2

**Dunn&Black**
A Professional Service Corp.
111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734