ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HON. WHITMAN L. HOLT

HEARING DATE: June 23, 2021
HEARING TIME: 2:00 p.m. PT
RESPONSE DUE: June 18, 2021
LOCATION: Telephonic

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

EASTERDAY RANCHES, INC., *et al.*

Debtors.[1]

Chapter 11

Lead Case No. 21-00141-11
Jointly Administered

**REPLY IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING DEBTORS' EMPLOYMENT AND COMPENSATION OF NORTHWEST CPA GROUP, PLLC, AS TAX ACCOUNTANT *NUNC PRO TUNC* TO MAY 28, 2021**

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

REPLY IN SUPPORT OF
APPLICATION FOR NORTHWEST
CPA GROUP, PLLC AS TAX
ACCOUNTANT – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

The above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 bankruptcy cases (the "Chapter 11 Cases"), hereby submit this reply (the "Reply") in support of the *Application for an Order Authorizing the Debtors' Employment and Compensation of Northwest CPA Group, PLLC, as Tax Accountant Nunc Pro Tunc to May 28, 2021* [Docket No. 756] (the "Application"),[2] and in response to the *Objection to Employment of Northwest CPA Group, PLLC* [Docket No. 824] (the "Objection") filed by the Office of the United States Trustee ("UST"). For the reasons set forth in this Reply, the Objection should be overruled and the Application should be granted.

## REPLY

The UST objects to the Debtors' Application to employ Northwest CPA Group, PLLC ("NWCPA") as their tax accountant in both the Ranches and Farms cases, on essentially three bases: (i) that the scope of NWCPA's proposed retention is unclear, (ii) that NWCPA is not "disinterested" within the meaning of Bankruptcy Code section 101(14), and (iii) that NWCPA should be required to apply for allowance of compensation pursuant to section 330 of the Bankruptcy Code.

### A.  NWCPA's Scope of Work is Clearly Stated in the Application

The UST's objection that the scope of NWCPA's retention is unclear is misplaced.  The Application makes clear that the Debtors are seeking to retain NWCPA solely as the Debtors' tax advisor and that the scope of NWCPA's retention will be

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

REPLY IN SUPPORT OF APPLICATION FOR NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 835    Filed 06/22/21    Entered 06/22/21 15:34:41    Pg 2 of 6

limited to providing (1) tax accounting services and (2) tax advice with respect to: (a) the preparation of the Debtors' tax returns, (b) these Chapter 11 Cases, and (c) any material transactions in these Chapter 11 Cases, subject to the terms and conditions of the Engagement Agreements attached to the Application. *See* Application, p. 6, ln. 7 – 11. In this regard, the Application makes clear that NWCPA will be providing limited tax related services to the Debtors. While the Engagement Agreements allow the Debtors to request that NWCPA provide the Debtors tax related services in addition to the preparation of applicable tax returns for each of the Debtors, the scope of NWCPA's retention is limited by the terms of the Application to providing the Debtors solely tax accounting and related tax advice. Because NWCPA will only be providing limited services to the Debtors with respect to a single subject matter (tax), the scope of NWCPA's retention is sufficiently clear and specific under the circumstances. In the event that the Debtors seek to expand the scope of NWCPA's proposed retention beyond providing the Debtors tax accounting and tax advice, the Debtors will file an appropriate request with this court.

### B. NWCPA Does Not Hold or Represent an Adverse Interest

The UST also asserts that NWCPA is not disinterested within the meaning of section 101(14) of the Bankruptcy Code because NWCPA cannot "represent" both of the Debtors in these Chapter 11 Cases. In support of this argument, the UST asserts that NWCPA cannot "represent" both Debtors because it "would mean the applicant is on both sides of the investigation and pursuit of claims against Ranches and represents an interest adverse to the respective estates." *See* Objection, p. 4, ln. 10 – 12. However,

REPLY IN SUPPORT OF APPLICATION FOR NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 3

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 835    Filed 06/22/21    Entered 06/22/21 15:34:41    Pg 3 of 6

as the Application makes clear, NWCPA will not be investigating or pursuing any claims against the Debtors estates or any other party; rather, NWCPA will be providing both of the Debtors tax advice related to these Chapter 11 Cases and any material transactions therein, in addition to preparing any tax returns which the Debtors may be required to file during these Chapter 11 Cases. Indeed, the UST's repeated references to the NWCPA "representing" the estates – as if they are engaged in an adversarial process – belies the UST's mistaken understanding of the nature of NWCPA's services to the estates.

The UST also identifies NWCPA's current and former engagements with certain insiders and non-Debtor affiliates, which are disclosed in the Application, as a basis for its argument that NWCPA is not disinterested. As the Objection states, "[s]ection 327(c) adds that a person is not disqualified for employment under this section solely because of such person's employment by or representation of a creditor, unless a party objects and the court 'shall disapprove such employment if there is an <u>*actual conflict of interest*</u>'". Objection, p. 3, ln. 15 – 19 (emphasis supplied). However, the Objection does not identify *any* <u>actual</u> conflict of interest. Rather, the Objection asserts that a *potential* conflict of interest may arise with respect to potential sale proceed allocation disputes among the Debtors or certain non-Debtor related parties. NWCPA's retention is limited to providing tax related services and does not include litigating any non-tax related sale proceeds allocation issues, which issues are already being addressed by other of the Debtors' professionals. According, the UST fails to identify any actual conflict of interest of NWCPA in the Objection.

REPLY IN SUPPORT OF APPLICATION FOR NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 4

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef22kp01e1

21-00141-WLH11    Doc 835    Filed 06/22/21    Entered 06/22/21 15:34:41    Pg 4 of 6

Indeed, NWCPA's current and former engagements with the Debtors and certain non-Debtor related parties represents a material benefit for the Debtors and their estates. There are exceedingly complex real estate ownership structures and interrelated operational issues among the Debtors as well as certain non-Debtor related parties. NWCPA's extensive knowledge regarding the Debtors' ownership structures and operational arrangements will assist them in providing the most fulsome, accurate, and efficient tax services to the Debtors. If the Debtors were each required to retain separate tax advisors to assist with the same tax-related issues in these Chapter 11 Cases as the UST advocates, each Debtor's estate would be forced to incur duplicative costs for the same services as well as additional costs for two new sets of tax advisors to conduct sufficient diligence to provide each of the Debtors competent tax advice. Rather than astronomically increase the administrative costs of these estates to the detriment of their stakeholders, the Debtors have opted to realize the benefits of a well-qualified professional that is well acquainted with the Debtors' respective ownership and operational structures for the benefit of their stakeholders.

### C. The UST's Fee Application Issue Has Been Resolved

In the event that the Application is approved, the Debtors and the UST have reached a resolution regarding the payment of fees and expenses to NWCPA. Subject to this court's approval, the Debtors, collectively, would be authorized to pay NWCPA up to $3,000 per calendar month on an interim basis without interim application or further order of this court, provided that, nothing would prohibit NWCPA from seeking payment on an interim basis in excess of such monthly amount, pursuant to section 331

REPLY IN SUPPORT OF APPLICATION FOR NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 5

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

of the Bankruptcy Code or order of this court. At the appropriate time, and in conjunction with the balance of the Debtors' professionals, NWCPA will file a final fee application seeking the final allowance of any amounts previously paid on an interim basis and any additional amounts which may be sought in such final fee application, pursuant to section 330 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

## CONCLUSION

Based on the foregoing, the Application, and such additional reasons as may be advanced at the hearing on the Application, the Debtors respectfully request that this court (i) enter an order approving the employment of NWCPA as the Debtors' tax advisor, *nunc pro tunc* to May 28, 2021, (ii) overrule the Objection, and (iii) grant such other and further relief as may be just and proper under the circumstances.

Dated: June 22, 2021

BUSH KORNFELD LLP

*/s/ Thomas A. Buford*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
IRA D. KHARASCH (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

REPLY IN SUPPORT OF APPLICATION FOR NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 6

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104