**So Ordered.**

**Dated: June 23rd, 2021**

Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC., et al.,[1]<br><br>Debtors. | Lead Case NO. 21-00141-WLH11<br>(Jointly Administered)<br><br>AGREED ORDER GRANTING LIMITED RELIEF FROM STAY TO FARM CREDIT SERVICES OF AMERICA AND ADEQUATE PROTECTION WITH RESPECT TO CONTINUED USE OF SPUDNIK 850 PILER |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

AGREED ORDER GRANTING LIMITED RELIEF FROM STAY TO FARM CREDIT SERVICES OF AMERICA AND ADEQUATE PROTECTION WITH RESPECT TO CONTINUED USE OF SPUDNIK 850 PILER - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7411486.1

21-00141-WLH11    Doc 842    Filed 06/24/21    Entered 06/24/21 08:47:18    Pg 1 of 4

THIS MATTER came before the ~~C~~court upon ~~C~~creditor Farm Credit Services of America, PCA's (hereafter "Farm Credit") Motion for Relief from Stay (the "Motion") (Dkt. #660). Debtors filed an ~~O~~objection to the Motion (Dkt. #687); the ~~C~~court held an initial hearing on June 2, 2021; and then set an ~~E~~evidentiary ~~H~~hearing on the Motion for June 21, 2021. Farm Credit and Easterday Farms ("Debtor") have ~~ing~~ reached an agreement as set forth herein, and the court hereby ORDERS AS FOLLOWS:

<span style="color:red">The Motion is granted to the extent set forth below.</span>

1. Pursuant to and consistent with the terms of this Order, Debtor shall be permitted continued use and possession of a Spudnik 850 Piler, Serial No. 850-55-48 ("Spudnik Piler") through September 30, 2021. The Spudnik Piler is included as Item #11 on the equipment identified in the Retail Installment Contract and Security Agreement between Farm Credit and Debtor (the "Contract") as set forth in the Motion;

2. As adequate protection for continued use and possession of the Spudnik Piler, the Debtor shall pay Farm Credit $37,500 on or before June 30, 2021. Farm Credit shall not be entitled to any adequate protection in accordance with 11 U.S.C. §§ 361 and 362(d)(1) with respect to the Spudnik Piler other than as set forth in this paragraph and paragraph 3 herein;

AGREED ORDER GRANTING LIMITED RELIEF FROM STAY TO FARM CREDIT SERVICES OF AMERICA AND ADEQUATE PROTECTION WITH RESPECT TO CONTINUED USE OF SPUDNIK 850 PILER - 2

7411486.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

21-00141-WLH11    Doc 842    Filed 06/24/21    Entered 06/24/21 08:47:18    Pg 2 of 4

3. The Debtor shall maintain insurance on the Spudnik Piler as provided for in the Contract and shall comply with all other terms and conditions as set forth in the Contract;

4. If Debtor does not give Farm Credit possession of the Spudnik Piler by September 30, 2021, Debtor agrees to pay Farm Credit $7,500 and Farm Credit is granted relief from stay for the Spudnik Piler along the same terms set forth below for the Other Spudnik Equipment (*see* paragraphs 5-8);

5. Farm Credit is granted relief from stay pursuant to 11 U.S.C. § 362(d)(1) and (2), the automatic stay is terminated so Farm Credit can foreclose on and obtain possession of the following equipment ("Other Spudnik Equipment") as permitted by non-applicable bankruptcy law:

| Make | Model | Description | Serial No. |
|---|---|---|---|
| Spudnik | 1860 | Even Flow Tub | 1860-55-106 |
| Spudnik | 990 | Dirt Eliminator/Sizer | 990-55,231 |
| Spudnik | 1110 | Conveyor | 1110-55-296 |
| Spudnik | 1200 | Conveyor | 1200-55-3098 |
| Spudnik | 1205 | Conveyor | 1205-55-2553 |
| Spudnik | 1205 | Conveyor | 1205-55-2563 |
| Spudnik | 1205 | Conveyor | 1205-55-2562 |
| Spudnik | 1205 | Conveyor | 1205-55-2555 |
| Spudnik | 1205 | Conveyor | 1205-55-2552 |
| Spudnik | 1255 | Conveyor | 1255-55-455 |
| Spudnik | 1115 | Conveyor | 1115-55-375 |

6. Farm Credit is permitted and allowed to immediately proceed with and complete any and all contractual and statutory remedies incident to the

AGREED ORDER GRANTING LIMITED RELIEF FROM STAY TO FARM CREDIT SERVICES OF AMERICA AND ADEQUATE PROTECTION WITH RESPECT TO CONTINUED USE OF SPUDNIK 850 PILER - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7411486.1

1 security interests held in the Other Spudnik Equipment legally described on the

2 UCC Financing Statement attached to the declaration on file with the ~~C~~court; and

3     7.    The 14-day stay provide~~d~~ by FRBP 4001(a)(3) is waived to the extent

4 applicable.

5 <center>/ / / End of Order / / /</center>

6     IT IS HEREBY SO STIPULATED on this 22nd day of June, 2021.

| WILLIAMS, KASTNER & GIBBS PLLC | BUSH KORNFELD LLP |
|---|---|
| | /s/ Thomas A. Buford, WSBA #52969 |
| /s/ Shawn B. Rediger, WSBA #24625 | (*Per Email Authorization of 6/22/2021*) |
| Shawn B. Rediger, WSBA #24625 | Thomas A. Buford, WSBA #52969 |
| 601 Union Street, Suite 4100 | 601 Union Street, Suite 5000 |
| Seattle, WA 98101-2380 | Seattle, WA 98101 |
| Telephone: (206) 628-6600 | Telephone: (206) 292-2110 |
| Email: srediger@williamskastner.com | Email: tbuford@bskd.com |
| ***Attorneys for Creditors Farm Credit Services of America, PCA; and AgDirect*** | ***Attorney for Debtors*** |

\* Changes made by court    ~~/ / / End of Order / / /~~

PRESENTED BY:

/s/ Shawn B. Rediger, WSBA #24625
Shawn B. Rediger, WSBA #24625
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: srediger@williamskastner.com

***Attorneys for Creditors Farm Credit Services of America, PCA; and AgDirect***

AGREED ORDER GRANTING LIMITED RELIEF FROM STAY TO FARM CREDIT SERVICES OF AMERICA AND ADEQUATE PROTECTION WITH RESPECT TO CONTINUED USE OF SPUDNIK 850 PILER - 4

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7411486.1

21-00141-WLH11   Doc 842   Filed 06/24/21   Entered 06/24/21 08:47:18   Pg 4 of 4