**So Ordered.**

**Dated: June 23rd, 2021**



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**ORDER AUTHORIZING DEBTORS' EMPLOYMENT AND COMPENSATION OF NORTHWEST CPA GROUP, PLLC, AS TAX ACCOUNTANT *NUNC PRO TUNC* TO MAY 28, 2021** |

THIS MATTER came before the court on the *Application for an Order Authorizing the Debtors' Employment and Compensation of Northwest CPA Group, PLLC, as Tax Accountant Nunc Pro Tunc to May 28, 2021* (the "Application"),[2] and any objections to the Application having been overruled, and good cause appearing therefor,

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

ORDER AUTHORIZING EMPLOYMENT OF
NORTHWEST CPA GROUP, PLLC AS TAX
ACCOUNTANT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**IT IS HEREBY ORDERED THAT:**

1. The Application [ECF No. 756] is approved.

2. The Debtors are authorized, pursuant to section 327(a) of the Bankruptcy Code, to employ Northwest CPA Group, PLLC ("NWCPA"), pursuant to the terms and conditions set forth in the Application and the Engagement Agreements, *nunc pro tunc* to May 28, 2021.

3. The terms and conditions of the Engagement Agreements are approved in all respects, except as may be limited or modified in the Application and herein.

4. The Debtors are collectively authorized, without further application or order of this court, to pay compensation to NWCPA, on an interim basis, in an amount not to exceed $3,000 per calendar month for each month NWCPA is employed by the Debtors, provided that, nothing herein shall prohibit NWCPA from seeking payment on an interim basis in excess of such monthly amount, pursuant to section 331 of the Bankruptcy Code or order of this court. The payment of any interim amounts to NWCPA shall be subject to court approval of a final fee application, which shall meet the appropriate standards under section 330(a) of the Bankruptcy Code as well as the applicable Bankruptcy Rules and Local Rules.

5. Effective upon entry of this order, Proof of Claim No. 124 filed by NWCPA in Bankr. E.D. Wa. Case No. 21-00176 shall be deemed withdrawn in every respect.

6. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this order.

ORDER AUTHORIZING EMPLOYMENT OF NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

7. Notwithstanding anything in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to the contrary, this order shall be effective upon entry.

8. The court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order.

/// END OF ORDER ///

PRESENTED BY:

/s/ Thomas A. Buford
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER AUTHORIZING EMPLOYMENT OF NORTHWEST CPA GROUP, PLLC AS TAX ACCOUNTANT – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef23jr01p6

21-00141-WLH11    Doc 843    Filed 06/24/21    Entered 06/24/21 08:51:09    Pg 3 of 3