MATT ADAMSON  　　　　　　　　　　　　HONORABLE WHITMAN L. HOLT
**JAMESON PEPPLE CANTU PLLC**
801 Second Avenue, Suite 700
Seattle, Washington 98104
Telephone:　(206) 292-1994
Email:　　　madamson@jpclaw.com

JASON J. DEJONKER (admitted *pro hac vice*)
TIMOTHY R. BOW (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:　(312) 602-5000
Facsimile:　(312) 602-5050
Email:　　　jason.dejonker@bclplaw.com
　　　　　　timothy.bow@bclplaw.com

BRIAN C. WALSH (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:　(314) 259-2000
Facsimile:　(314) 259-2020
Email:　　　brian.walsh@bclplaw.com

*Attorneys for The Prudential Insurance
Company of America*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,[1]<br><br>　　　　　Debtors. | Lead Case No. 21-00141-WLH11<br>(Jointly Administered)<br><br>Chapter 11<br><br>**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S RESERVATION OF RIGHTS IN RESPONSE TO DEBTORS' SALE MOTION** |

　　　　The Prudential Insurance Company of America ("Prudential") files this reservation of rights in response to Debtors' *Motion for (I) an Order (A) Approving Bid Procedures for the Sale*

---

[1] Debtors along with their case numbers are as follows: Easterday Ranches, Inc. [Case No. 21-00141-WLH11] and Easterday Farms, a Washington general partnership [Case No. 21-00176-WLH11].

- 1

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
+1 312 602 5000

21-00141-WLH11　　Doc 862　　Filed 06/30/21　　Entered 06/30/21 11:07:46　　Pg 1 of 3

*of Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; and (D) Granting Related Relief; and (II) an Order (A) Approving the Sale Free and Clear of All Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases* [Docket No. 486] (the "Motion"). In support of this reservation of rights (this "Reservation of Rights"), Prudential states as follows:

### Reservation of Rights[2]

Prudential understands—in light of the negotiated language in the proposed sale order [Docket No. 850] (the "Sale Order")—that on the closing of the Sale, the Sale proceeds will be used to pay Prudential in full for all contractually-obligated amounts under its loan documents, which amounts are owed jointly by Debtors and the non-debtor Easterday borrowers and secured jointly by a mortgage granted by both Debtors and the Easterdays. Accordingly, Prudential does not object to the Sale or entry of the Sale Order. However, to the extent Prudential is not paid in full at closing, Prudential reserves all rights to object to the Sale or to seek additional relief in advance of or following the closing.

This Reservation of Rights is submitted without prejudice to, and with a full reservation of, Prudential's rights to supplement and amend this Reservation of Rights. The Reservation of Rights is also without prejudice to Prudential's right to seek any other appropriate relief from the Court.

[*Remainder of the page is intentionally blank.*]

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

- 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
+1 312 602 5000

21-00141-WLH11    Doc 862    Filed 06/30/21    Entered 06/30/21 11:07:46    Pg 2 of 3

Dated: June 30, 2021

Respectfully submitted,

*/s/ Matt Adamson*
MATT ADAMSON
**JAMESON PEPPLE CANTU PLLC**
801 Second Avenue, Suite 700
Seattle, Washington 98104
Telephone: (206) 292-1994
Email: madamson@jpclaw.com

JASON J. DEJONKER (admitted *pro hac vice*)
TIMOTHY R. BOW (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
Email: jason.dejonker@bclplaw.com
timothy.bow@bclplaw.com

BRIAN C. WALSH (admitted *pro hac vice*)
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Email: brian.walsh@bclplaw.com

*Attorneys for The Prudential Insurance Company of America*

- 3

BRYAN CAVE LEIGHTON PAISNER LLP
Attorneys at Law
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
+1 312 602 5000

21-00141-WLH11    Doc 862    Filed 06/30/21    Entered 06/30/21 11:07:46    Pg 3 of 3