CHRISTOPHER B. DURBIN
(WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

CULLEN D. SPECKHART
(*pro hac vice*)
JAY R. INDYKE
(*pro hac vice*)
MICHAEL KLEIN
(*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: cspeckhart@cooley.com
         jindyke@cooley.com
         mklein@cooley.com

*Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERDAY RANCHES, INC., *et al.*, | Lead Case No. 21-00141-11<br>Jointly Administered |
| Debtors.[1] | **STIPULATION REGARDING DISCOVERY AND DOCUMENT PRODUCTION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EASTERDAY RANCHES, INC. AND CERTAIN NON-DEBTOR PARTIES** |

---

[1] The debtors and debtors in possession, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176) (collectively "Debtors").

The Official Committee of Unsecured Creditors of Easterday Ranches, Inc. (the "Ranches Committee") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), on the one hand; and Cody Easterday ("Cody"), Debby Easterday ("Debby"), Karen Easterday ("Karen"), Easterday Dairy, LLC ("Dairy"), 3E Properties ("3E"), EPO, LLC (EPO"), Easterday Farms Produce Co. ("Produce"), and English Hay Company ("English Hay"), on the other hand; hereby stipulate and agree as set forth below (the "Stipulation"). Cody, Debby, Karen, Dairy, 3E, EPO, Produce, and English Hay are hereinafter collectively referred to as "Stipulating Non-Debtor Parties." The Ranches Committee and the Stipulating Non-Debtor Parties are hereinafter collectively referred to as the "Parties."

## RECITALS

WHEREAS, on April 27, 2021, the Ranches Committee filed its Notice and Motion for an Order Directing Rule 2004 Examinations of the Debtors and Non-Debtor Parties (the "Rule 2004 Motion," Dkt. No. 644) seeking formal discovery from the Debtors and 20 additional parties (collectively, excluding the Debtors, the "Non-Debtor Parties"), the hearing on which was originally scheduled before the court on June 2, 2021 and was then continued for further proceedings to July 7, 2021;

WHEREAS, subsequent to the filing of the Rule 2004 Motion, the Ranches Committee and the Stipulating Non-Debtor Parties have worked together cooperatively and effectively with respect to the Requests for Production of Documents set forth in Exhibit 1 to the Rule 2004 Motion (the "RFPs");

WHEREAS, specifically, the Parties have met and conferred in an effort to accommodate one another's concerns; to ensure that the Stipulating Non-Debtor Parties' disclosures are made in a prompt and orderly manner; that the Ranches Committee's RFPs and informal information requests (and its advisor's diligence requests) are targeted to relevant issues and do not become overly burdensome or expensive to the Stipulating Non-Debtor Parties; and that the Parties coordinate with one another to the extent they reasonably can do so in light of the differing, and in some cases adverse, interests of their respective constituents and consistent with their respective fiduciary duties;

WHEREAS, the Ranches Committee has also independently been receiving documents and information from the Debtors and other non-Debtor parties and has entered into stipulations with the Debtors and other non-Debtor parties concerning the Rule 2004 Motion;

WHEREAS, the Ranches Committee's review of documents and information produced by the Stipulating Non-Debtor Parties, as well as Debtors and other non-Debtor parties, to date is ongoing, and during or after such review the Ranches Committee anticipates making additional requests that the Debtors produce supplemental documents and information; and

WHEREAS, the parties nonetheless agree that, given the substantial progress the parties have achieved to date, the Rule 2004 Motion need not be ruled upon with respect to the Stipulating Non-Debtor Parties.

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

**I. WITHDRAWAL OF RULE 2004 MOTION WITH RESPECT TO DEBTORS**

1. The Ranches Committee's Rule 2004 Motion is deemed withdrawn without prejudice *solely with respect to the Stipulating Non-Debtor Parties*. This Stipulation has no effect on the Rule 2004 Motion with respect to any other Non-Debtor Parties.[1]

**II. DOCUMENT DISCOVERY**

4. The Stipulating Non-Debtor Parties have agreed to continue producing documents requested by the Ranches Committee's counsel and advisors, subject to the Stipulating Non-Debtor Parties' right to object to such requests and subject to the Ranches Committee's agreement to use best efforts to first obtain the documents and information from the Debtors. The Stipulating Non-Debtor Parties will continue to produce all such requested documents within their possession, custody, or control on a rolling basis, subject to the negotiations by the parties to this Stipulation. The Ranches Committee agrees to use reasonable efforts to rank the priority or urgency of its requests, to the extent practicable, when communicating said requests to the Stipulating Non-Debtor Parties.

---

[1] As set forth in previously filed Stipulations, the Ranches Committee also has withdrawn without prejudice its Rule 2004 motion with respect to the Debtors [*see* Dkt. No. 763], CHS Hedging, LCC [*see* Dkt. No. 766], Tyson Fresh Meats, Inc. [*see* Dkt. No. 847], and Segale Properties LLC [*see* Dkt. No. 870].

5. To the extent practical, the Stipulating Non-Debtor Parties' document production shall also include documents responsive to the Ranches Committee's requests that were gathered by the Stipulating Non-Debtor Parties from sources within their possession, custody, or control using agreed search criteria to identify responsive electronically stored information ("ESI"). The Stipulating Non-Debtor Parties agree to collect and produce documents from other sources within their possession, custody, or control to the extent the request for such documents (including but not limited to the Ranches Committee's requests to conduct searches of ESI materials using search terms to be agreed upon by the Parties) is reasonable and the collection would not be unduly burdensome. The Stipulating Non-Debtor Parties reserve all rights to object to any request to collect documents from sources other than those identified above.

6. The Parties agree that, in responding to the Ranches Committee's requests, the Stipulating Non-Debtor Parties shall not be obligated to obtain or produce documents that are not presently within the Stipulating Non-Debtor Parties' possession, custody, or control, and shall not be obligated to obtain or produce documents from any third parties not presently under the Stipulating Non-Debtor Parties' control.

7. The Stipulating Non-Debtor Parties reserve all rights to object to the production of any documents or information protected by the attorney-client

privilege or the work product doctrine, and reserve all rights to withhold such documents or information from production.

### III. DEPOSITIONS

9. Upon request by the Ranches Committee directed to a specific Stipulating Non-Debtor Party, and subject to such Stipulating Non-Debtor Party's right to object, the subject Stipulating Non-Debtor Party will use reasonable good-faith efforts to (A) identify the witness(es) most knowledgeable regarding the subject matter(s) of the Ranches Committee's request and competent to testify to such subject matter(s) on behalf of such Stipulation Non-Debtor Party ("Witness"); and (B) make such Witness(es) available promptly for deposition. And in the event the deposition is requested for purposes of an impending deadline in the Chapter 11 Cases or a scheduled hearing, the subject Stipulating Non-Debtor Party/Parties will use their best efforts to make the Witness(es) available as soon as possible and in advance of said deadline or hearing. The Ranches Committee agrees to provide as much advance notice as possible under the circumstances for any such depositions.

10. Nothing herein shall limit or enlarge the right of the Stipulating Non-Debtor Parties to object to a requested deposition on any grounds, including that the total number of depositions sought by any Committee or party individually or collectively is excessive; provided, however, that the Stipulating Non-Debtor Party/Parties from which the Ranches Committee requests a deposition shall not argue that the Ranches Committee lacks authority to serve deposition or other

discovery notices under applicable rules. To the extent the Stipulating Non-Debtor Parties object to any requested deposition, the Parties shall meet and confer in good faith to attempt to resolve the Debtors' objection(s). If the Parties are unable to resolve the objection(s) following such reasonable efforts, either Party may petition the court for relief pursuant to Section IV hereof.

**IV.  DISPUTE RESOLUTION**

11. The Ranches Committee acknowledges and agrees that each Stipulating Non-Debtor Party is solely responsible for his/her/its own performance under this Stipulation and is not responsible for any other Stipulating Non-Debtor Party's performance or non-performance under this Stipulation.

12. In the event the Parties have disputes concerning the matters addressed in this Stipulation that they cannot resolve on their own, despite good-faith meet-and-confer efforts, any Party may contact chambers to arrange a telephonic conference with the court (a "Conference"), as permitted by Local Rule 9073-1, on the court's earliest available date.

13. The Party requesting a Conference (the "Requesting Party") shall provide a written notice (a "Discovery Notice") to the other Party describing the disputes (the "Identified Disputes") concerning which the Requesting Party seeks the court's guidance in sufficient detail for the other Party to frame its response. To the extent reasonably practicable the Requesting Party shall provide such Discovery Notice to the other Party at least two days before any Conference is convened.

14. Any further hearing concerning remaining Identified Disputes shall be convened promptly, subject to court availability. Nothing contained in this Stipulation is intended to alter the standards or burdens of proof or persuasion applicable to disputes arising in connection with a Rule 2004 examination and under applicable rules.

## V. MISCELLANEOUS

15. For the avoidance of doubt, notwithstanding the provisions above, (A) the Ranches Committee reserves its right to seek additional documents and information from the Stipulating Non-Debtor Parties, including based on information that may be produced in accordance with this Stipulation; (B) the Stipulating Non-Debtor Parties reserve their right to oppose any such additional searches and productions; and (C) each Party reserves their rights to seek appropriate relief from the court in accordance with this Stipulation and/or pursuant to Rule 2004.

16. Nothing herein shall limit the Ranches Committee's right to take additional or different discovery from any party not a Party to this Stipulation.

17. Nothing herein shall affect or constrain in any way any Party's ability to take any action not specifically addressed by this Stipulation.

18. Nothing herein shall prevent any party from seeking a modification of this Stipulation by the court.

19. The Parties may agree to a modification of any deadlines in this Stipulation without further order of the court provided they do so in writing signed by their respective counsel.

20. Nothing in this Stipulation shall constitute an admission that any Stipulating Non-Debtor Party is an insider or affiliate of the Debtors, or either of them.

**STIPULATED AND AGREED:**

Dated: July 6, 2021　　　　　　　　　COOLEY LLP

By: */s/Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101
Tel.: (206) 452-8700
Email: cdurbin@cooley.com

Cullen D. Speckhart (pro hac vice)
Jay R. Indyke (pro hac vice)
Michael Klein (pro hac vice)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Email: cspeckhart@cooley.com
　　　　jindyke@cooley.com
　　　　mklein@cooley.com

*Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

| | | |
|---|---|---|
| 1 | Dated: July 6, 2021 | SUSSMAN SHANK LLP |
| 2 | | By: */s/Jeffrey C. Misley*<br>Jeffrey C. Misley, WSBA 33397 |
| 3 | | Laurie R. Hager, WSBA 38643<br>Thomas W. Stilley, WSBA 21718 |
| 4 | | 1000 SW Broadway, Suite 1400<br>Portland, Oregon 97205 |
| 5 | | lhager@sussmanshank.com<br>jmisley@sussmanshank.com |
| 6 | | tstilley@sussmanshank.com |
| 7 | | *Attorneys for Defendants Cody and Debby Easterday* |
| 8 | | |
| 9 | Dated: July 6, 2021 | TONKON TORP LLP |
| 10 | | By: */s/ Timothy J. Conway*<br>Timothy J. Conway, WSBA 52204 |
| 11 | | 888 SW Fifth Avenue, Suite 1600<br>Portland, Oregon 97204 |
| 12 | | tim.conway@tonkon.com |
| 13 | | *Attorneys for Defendant Karen Easterday* |
| 14 | | |
| 15 | Dated: July 6, 2021 | GATENS GREEN WEIDENBACH PLLC |
| 16 | | By: */s/ Michelle A. Green*<br>Michelle A. Green, WSBA 40077 |
| 17 | | 305 Aplets Way<br>Cashmere, Washington 98815 |
| 18 | | michelle@ggw-law.com |
| 19 | | *Attorneys for 3E Properties, EPO, LLC, and Easterday Produce, Co.* |
| 20 | | |
| 21 | | |

STIPULATION RE DISCOVERY &
DOCUMENT PRODUCTION

10

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-WLH11    Doc 878    Filed 07/06/21    Entered 07/06/21 09:09:24    Pg 10 of 12

| | | |
|---|---|---|
| 1 | Dated: July 6, 2021 | JORDAN RAMIS PC |
| 2 | | By: */s/ Russell D. Garrett* |
| | | Russell D. Garrett, WBA #18657 |
| 3 | | russell.garrett@jordanramis.com |
| | | Daniel Steinberg, WSBA #30080 |
| 4 | | daniel.steinberg@jordanramis.com |
| 5 | | *Attorneys for Easterday Dairy, LLC* |
| 6 | | |
| 7 | Dated: July 6, 2021 | LEONARD LAW GROUP LLC |
| 8 | | By: */s/ Timothy A. Solomon* |
| | | Timothy A. Solomon, WBA #45582 |
| | | tsolomon@llg-llc.com |
| 9 | | |
| 10 | | *Attorneys for English Hay Company* |

# CERTIFICATE OF SERVICE

I certify that on July 6, 2021, I caused the foregoing to be electronically filed with the Clerk of the court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System in this case. The Notice of Electronic filing for the foregoing identifies all recipients.

        */s/ Christopher B. Durbin*
        Christopher B. Durbin

CERTIFICATE OF SERVICE

COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101

21-00141-WLH11    Doc 878    Filed 07/06/21    Entered 07/06/21 09:09:24    Pg 12 of 12