HILLIS CLARK MARTIN & PETERSON P.S.  
999 Third Avenue, Suite 4600  
Seattle, Washington 98104  
Telephone: (206) 623-1745  
Facsimile: (206) 623-7789  

Hon. Whitman L. Holt  
Chapter: 11  

Attorneys for Creditor  
John Deere Financial, f.s.b.  

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WASHINGTON  

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., *et al.*,<br><br>Debtors[1]. | Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**WITHDRAWAL OF CLAIM IN LEAD CASE** |

John Deere Financial, f.s.b. initially filed a proof of claim in the above-captioned case as the lead case in the jointly administered bankruptcy of Easterday Farms and Easterday Ranches. On information from the Clerk of the Court, Deere will re-file its proof of claim in the Easterday Farms case (Case No. 21-00716-WLH11) and hereby withdraws its Proof of Claim No. 38 filed in this Lead Case No. 21-00141-WHL11.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176- WLH11).

*WITHDRAWAL OF CLAIM IN LEAD CASE - 1*

HILLIS CLARK MARTIN & PETERSON P.S.  
1221 Second Avenue, Suite 500  
Seattle, Washington 98101-2925  
Telephone: (206) 623-1745  
Facsimile: (206) 623-7789

1

2     DATED this 14th day of July, 2021.

3                                    HILLIS CLARK MARTIN & PETERSON P.S.

4

5                                    By */s/Amit D. Ranade*
                                        Amit D. Ranade, WSBA No. 34878
6                                    Attorneys for John Deere Financial, f.s.b.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*WITHDRAWAL OF CLAIM IN LEAD CASE - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Telephone: (206) 623-1745
Facsimile: (206) 623-7789