
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| EASTERDAY RANCHES, INC., *et al.* | Lead Case No. 21-00141-WLH11 |
| Debtors.¹ | Jointly Administered |
| | **SUPPLEMENTAL SALE ORDER CONCERNING THE INITIAL PAYDOWN AMOUNT FOR PRUDENTIAL INSURANCE COMPANY OF AMERICA** |

Upon the *Notice of Emergency Status Conference With Respect to the Initial Paydown Amount for Prudential Insurance Company of America* [Docket No. 935] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the statements and declarations filed in connection therewith [Docket Nos. 937, 938, 939, and 940], the statements of counsel at the hearing on July 27, 2021 at 10:00 a.m. (Pacific Time) (the "Hearing"), and the record before the court; and good and sufficient notice of the Notice and Hearing having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor:

---

¹ The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

SUPPLEMENTAL SALE ORDER – Page 1

**IT IS HEREBY ORDERED THAT:**[2]

1. Pursuant to paragraph 27(a) of the Sale Order, the Debtors shall pay The Prudential Insurance Company of America ("Prudential") at the Closing the sum of **$52,731,751.78**, comprised of the following amounts:

| Prudential Loan Nos. 717611839 and 717611840 | |
|---|---:|
| Principal | $49,107,529.08 |
| Contract Non-Default Interest | $1,125,381.87 |
| Default Interest | $2,124,310.86[3] |
| Bryan Cave Fees | $300,000.00 |
| Local Counsel Fees | $39,529.97 |
| Postpetition Appraisal Report | $35,000.00 |
| **Total Prudential Initial Paydown Amount** | **$52,731,751.78** |

2. Pursuant to paragraph 27(a) of the Sale Order, the Debtors shall escrow at the Closing the sum of **$9,157,186.60**, comprised of the following amounts (the "Prudential Escrowed Amount"):

| Prudential Loan Nos. 717611839 and 717611840 | |
|---|---:|
| Prepayment Premium | $6,990,776.12 |
| Fee Escrow Amount | $950,000.00 |
| Escrowed Interest Amount | $838,893.13 |

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the *Order (A) Authorizing the Debtors to Acquire Certain Assets Owned by the Easterdays; (B) Authorizing the Sale of Property Free and Clear of Interests, Including Liens, Claims, Liabilities, and Encumbrances; (C) Granting the Buyer the Protections Afforded to a Good Faith Purchase; (D) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (E) Granting Related Relief* [Docket No. 927] (the "Sale Order").

[3] Pursuant to paragraph 27(a) of the Sale Order, this amount remains subject to potential disgorgement.

SUPPLEMENTAL SALE ORDER – Page 2

| | |
|---|---|
| Asserted Bryan Cave Fees | $336,167.90 |
| Litigation Guarantee Policy | $41,349.45 |
| **Total Prudential Escrowed Amount** | **$9,157,186.60** |

3. The Debtors shall deposit the Prudential Escrowed Amount into a standard interest-bearing escrow account (the "Escrow Account"), subject to an escrow agreement in form mutually acceptable to Prudential, the Debtors, and the Easterdays.

4. The Prudential Escrowed Amount shall be held in the Escrow Account until further order of the court.

5. As set forth on the record at the Hearing, nothing contained in this Order or the Sale Order prejudices any party with respect to their rights, claims, and defenses with respect to RCW 4.84.330 and any other applicable fee shifting law, rule, or provision.

6. The provisions of this Order supplement the Sale Order in certain respects but do not modify or waive any requirements of the Sale Order.

7. Notwithstanding any applicable rule of the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation, and enforcement of this Order.

/// END OF ORDER ///

SUPPLEMENTAL SALE ORDER – Page 3

Presented by:

*/s/ Thomas A. Buford*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

Agreed as to form and content:

*/s/ Matthew T. Adamson*
MATTHEW T. ADAMSON (WSBA 31731)
JAMESON PEPPLE CANTU PLLC

JASON J. DEJONKER (admitted *pro hac vice*)
TIMOTHY R. BOW (admitted *pro hac vice*)
BRIAN C. WALSH (admitted *pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP

*Attorneys for The Prudential Insurance Company of America*

\* Change made by court

DOCS_SF:105835.4

SUPPLEMENTAL SALE ORDER – Page 4