UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11<br>Jointly Administered<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF DAVIS WRIGHT TREMAINE LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2021 THROUGH MAY 31, 2021** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

ORDER GRANTING FIRST INTERIM APPLICATION OF DAVIS WRIGHT TREMAINE LLP - 1

4818-3351-0383v.5 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

THIS MATTER having come before the Court on the *First Interim Application of Davis Wright Tremaine LLP for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period February 1, 2021 through May 31, 2021* filed July 2, 2021 [Docket No. 872], notice [Docket No. 875] and certificate of service [Docket No. 877], for an order allowing interim compensation for services rendered and reimbursement of expenses in the above-entitled case; and the court being fully advised in the premises:

NOW THEREFORE the below listed amounts are hereby allowed and awarded on an interim basis as compensation and reimbursement pursuant to 11 U.S.C. § 330 or § 331, and approved pursuant to § 363 and § 503(b), to the above-named applicant and are authorized to be disbursed or transferred from funds of the above-entitled estates, subject to the availability of funds and the provision of any confirmed plan.

| | |
|---|---|
| Compensation in the amount of: | $394,132.00 |
| Reimbursement of expenses in the amount of: | $180,225.31 |
| **TOTAL** | **$574,357.31** |

Summary of all prior awards and approvals on previous applications:

| | |
|---|---|
| Compensation in the amount of: | N/A |
| Reimbursement of expenses in the amount of: | N/A |
| **TOTAL** | **N/A** |

Disbursement information for this award:

| | |
|---|---|
| Received directly from Debtor by application (if for first application): | N/A |
| To be paid by transfer from attorney trust account: | N/A |

ORDER GRANTING FIRST INTERIM APPLICATION OF DAVIS WRIGHT TREMAINE LLP - 2

4818-3351-0383v.5 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

| | |
|---|---|
| To be paid by Debtor (less amounts previously paid pursuant to the Fee Procedures Order [Docket No. 583] | $574,357.31 |
| **TOTAL** | **$574,357.31** |

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER GRANTING FIRST INTERIM APPLICATION OF DAVIS WRIGHT TREMAINE LLP - 3

4818-3351-0383v.5 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

21-00141-WLH11    Doc 955    Filed 08/02/21    Entered 08/02/21 10:45:04    Pg 3 of 3