# EXHIBIT C

Alan D. Smith  (WSBA 24964)
Bradley A. Cosman  (*pro hac vice to be submitted*)
PERKINS COIE LLP
1201 Third Avenue
Seattle, WA  98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
E-mail: ADSmith@perkinscoie.com
          BCosman@perkinscoie.com

HON. WHITMAN L. HOLT
Hearing:   March 8, 2021
              10:00 a.m.
Response:  March 1, 2021
Reply:      March 4, 2021

Attorneys for Creditor Tyson Fresh Meats, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.:  21-00141 WLH11<br><br>**DECLARATION OF LEAH ANDERSEN IN SUPPORT OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** |

I, Leah Andersen, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts contained herein.

2.      I am the Senior Vice President Operations - Finance and Accounting for Tyson Fresh Meats, Inc. ("TFM") and am responsible for TFM's finance and accounting functions.  TFM is a leading supplier of fresh "boxed" beef and pork sold to distributors (and others), and "case-ready" ground beef and pork products sold directly to retailers. TFM currently operates beef plants in Nebraska, Illinois, Kansas, Texas, and Washington, and it is one of the largest beef processors in the United States.  The company's beef business generated almost $15.8 billion in sales in fiscal year 2020.

1    3.    I joined TFM in 1998 as part of the accounting group and since that time have held a

2    variety of financial and operational positions in both the beef and pork organizations. Most recently

3    I was Sr. Director Beef Margin Management from Sept. 2013-May 2015, Senior Group Controller

4    of TFM from May 2015-April 2018 and, after a brief tenure as Vice President Processor Sales

5    (Pork), began to transition to my current role as Senior Vice President Operations - Finance and

6    Accounting in early 2020.

**MY PRIOR DECLARATION**

8    4.    Prior to the filing of this bankruptcy case, TFM commenced a receivership action

9    against Easterday Ranches, Inc. ("Easterday") in Franklin County Superior Court, Case No. 21-2-

10   50034-11 (the "Franklin County Action") and a related motion (the "Receivership and Injunction

11   Motion") requesting, among other things, appointment of a receiver over Easterday's properties, a

12   temporary restraining order to prevent the sale of a group of parcels of real property commonly

13   known as the "North Lot," and other relief. This bankruptcy case was filed before the hearing on

14   the Receivership and Injunction Motion.

15   5.    In connection with the Receivership and Injunction Motion, I executed a declaration

16   in support of the Motion, filed Sunday, January 24, 2021 (my "Prior Declaration"). A true and

17   correct copy of my Prior Declaration is attached hereto as Attachment 1, is incorporated herein by

18   reference, and is adopted and reaffirmed as if set forth herein in its entirety. The statements made

19   in my Prior Declaration remain true and correct as set forth in that Declaration.

**THE NORTH LOT SALE**

21   6.    One of the principal elements of relief requested in the Receivership and Injunction

22   Motion was a temporary restraining order against the sale of the North Lot, as TFM feared that the

23   North Lot would be sold at a fire sale price for less than adequate consideration, and that the

24   proceeds would be distributed to other creditors, including perhaps parties related to Easterday,

25   rather than being available to Tyson and other legitimate creditors for distribution in accordance

26   with law.

27

28

7. In my Prior Declaration, I briefly described a meeting I had on Friday afternoon, January 22, 2021, with Cody Easterday, Easterday's President, and Peter Richter of Paladin Management Group, a financial advisor to Easterday, along with Shane Miller and others from TFM. In that meeting Mr. Easterday and Mr. Richter informed us that they were planning to sell the North Lot within the next few days, but did not tell us either that the sale of the North Lot had already closed or that it was in the process of closing that day. They also refused despite request to tell us the identity of the purchaser.

8. I do not have personal knowledge of the value of the North Lot. However, we had conversations with Easterday in early December concerning ways in which the North Lot might be used to start to repay TFM some of the money it is owed by Easterday. In those conversations, Mr. Easterday said he thought the North Lot was worth $20 million.

9. On Monday morning, January 25, 2021, I was told that Easterday had informed us the sale of the North Lot had in fact closed the previous Friday, January 22.

10. On Friday, January 29, 2021, I received from Richard Pachulski, Easterday's counsel, two spreadsheets, one of which was a list of payments made from the proceeds of sale of the North Lot. A true and correct copy of that document is attached hereto as Exhibit A.

11. We were told by Mr. Richter that the sale price was $16 million. I do not know the actual net proceeds, but it appears from Exhibit A that there were approximately $15.1 million in payments made from the proceeds. I assume anything over that in the way of net proceeds was simply retained as cash on hand at Easterday.

12. As can be seen from Exhibit A, out of the roughly $15.1 million in payments made from the North Lot sale proceeds, approximately $7.0 million went to Easterday Farms, Inc. and English Hay Company, both of which I understand are affiliates of Easterday, on account of feed and hay sales to Easterday; approximately $4.75 million went to Easterday Farms on account of what I am told is an outstanding unsecured loan; and approximately $1.2 million went to Easterday's professionals. Only about $2.1 million was used to pay third party creditors.

1 Executed this 5th day of February 2021 in Dakota Dunes, South Dakota.

2 I declare under penalty of perjury that the foregoing is true and correct.

3

4            _Leah Andersen_

5            Leah Andersen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT 1**

**PRIOR LEAH ANDERSEN DECLARATION**

See attached.

DECLARATION OF LEAH ANDERSEN

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR FRANKLIN COUNTY

| | |
|---|---|
| TYSON FRESH MEATS, INC., a Delaware corporation, | No. |
| Plaintiff, | DECLARATION OF LEAH ANDERSEN |
| v. | |
| EASTERDAY RANCHES, INC., a Washington corporation, | |
| Defendant. | |

I, LEAH ANDERSEN declare as follow:

1.    I am over the age of 18 and have personal knowledge of the facts contained herein.

2.    I am the Senior Vice President Operations - Finance and Accounting for Tyson Fresh Meats, Inc. ("TFM") and am responsible for TFM's finance and accounting functions. TFM is a leading supplier of fresh "boxed" beef and pork sold to distributors (and others), and "case-ready" ground beef and pork products sold directly to retailers. TFM

LEAH ANDERSEN DECLARATION–1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150518198.3

Scanned with CamScanner

currently operates beef plants in Nebraska, Illinois, Kansas, Texas, and Washington, and it is one of the largest beef processors in the United States. The company's beef business generated almost $15.8 billion in sales in fiscal year 2020.

3.      I joined TFM in 1998 as part of the accounting group and since that time have held a variety of financial and operational positions in both the beef and pork organizations. Most recently I was Sr. Director Beef Margin Management from Sept. 2013-May 2015, Senior Group Controller of TFM from May 2015-April 2018 and, after a brief tenure as Vice President Processor Sales (Pork), began to transition to my current role as Senior Vice President Operations - Finance and Accounting in early 2020.

**EASTERDAY DISCLOSURES AND INVESTIGATION**

4.      TFM has had a long-term relationship with Easterday Ranches, Inc. ("Easterday") for the procurement, feeding, management, and delivery of cattle. Pursuant to our current contract, Easterday submits advance placement invoices to TFM for cattle lots that it has purchased on our behalf. TFM then pays those invoices, as well as feed invoices that are submitted twice a month to cover the grow costs of the cattle. When Easterday delivers a full lot of cattle to TFM's processing plants (generally in Pasco, Washington), it is paid market value for the cattle less the grow costs paid for by TFM and interest on those amounts. The close out process may include certain other adjustments as agreed by the parties.

LEAH ANDERSEN DECLARATION –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150518198.3

Scanned with CamScanner

5. Easterday routinely submits an inventory for use in our quarterly and year-end financials and those inventories have substantially conformed to our internal inventory records for Easterday.

6. As of October 3, 2020, the end of fiscal year 2020, Tyson's accounting records showed that the total inventory related to the Easterday contract was approximately 286,000 head, which conformed to the year-end inventory provided by Easterday. The value of this inventory was approximately $321,000,000.

7. On or about November 30, 2020 I learned that Cody Easterday, the President of Easterday, had admitted that he did not have approximately 200,000 head of cattle that we had paid for and that we had in our inventory.

8. The next morning, December 1, 2020, I spoke with Mr. Easterday on the phone, along with Shane Miller (TFM's Chief Operating Officer), Adam Deckinger (Vice President Associate General Counsel) and Kevin Hueser (TFM Senior Vice President Beef Margin Management). During that conversation Mr. Easterday said: "I have been showing more cattle in inventory than I have on feed." As he explained that he did not have all the cattle that Tyson had paid for, he said: "I violated your trust but that is where I am at." And he tried to assure us that Tyson's supply chain was intact saying: " I have been delivering fat cattle and there is no jeopardy from a supply perspective."

9. Mr. Easterday went on to say that there was a "discrepancy" of about 200,000 head of cattle between the cattle that was reflected in our inventory and the actual number of live cattle that existed. He said that he "owed" us the difference. During that call he agreed

LEAH ANDERSEN DECLARATION –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150518198.3

to allow us to send Tyson personnel to Easterday's facilities to review its records and perform an audit.

10. We arranged to have audit staff from Tyson fly to Pasco, Washington and begin their work on December 2, 2020. On December 3, 2020, I traveled to Pasco, Washington along with Mr. Miller and Mr. Hueser and we met with Mr. Easterday over the course of the next two days. On December 3 and 4, the three of us held a total of two meetings with Mr. Easterday in which he confessed to us how he had defrauded TFM over several years (although he never used the word "fraud" or "defrauded").

11. During those meetings he explained that Easterday had begun submitting invoices for cattle that did not exist in 2017 (he later admitted it extended back to October 2016) and told us about his records for the cattle that did exist (later described as Customer 14 and Customer 3 cattle) and those that did not exist (Customer 99 cattle). He further explained that he needed the money to pay debts and offset losses that he was incurring in trading commodities.

12. Attached as Exhibit G is a true and correct copy of a handwritten list that Mr. Easterday gave me of the commodity losses that he had incurred on behalf of Easterday Ranches each year since 2010, along with substantiating statements from the commodities broker. That list shows that he lost almost $202 million in the commodities market during that time period in those accounts.

13. We later learned that Easterday was submitting falsified invoices for both the initial cattle purchase and the grow costs. The grow costs were not in fact incurred because

LEAH ANDERSEN DECLARATION –4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150518198.3

they related to non-existent cattle.  For example, attached as Exhibit H is a true and correct copy of the relevant pages of two invoices date May 8, 2020 and submitted by Easterday to Tyson demanding payment of $2,820,565.30 (#14400) and $2,493,760.72 (#14399) respectively.   These invoices relate to Customer 99 cattle which, as Mr. Easterday has since explained, never existed.

14. Invoice 14400 requests payment for four lots of cattle:

| Lot No. | No. Head | Description | Amount |
|---------|----------|-------------|--------|
| P901B | 831 | S | $707,538.33 |
| P903B | 906 | S | $772,813.65 |
| P905B | 798 | S | $700,522.07 |
| P907B | 804 | S | $639,691.34 |

15. Invoice 14399 reflects a demand for payment for another four lots of cattle:

| Lot No. | No. Head | Description | Amount |
|---------|----------|-------------|--------|
| P990A | 743 | H | $644,645.38 |
| P992A | 846 | H | $697252.05 |
| P994A | 711 | H | $591,043.64 |
| P996A | 673 | H | $560,819.65 |

LEAH ANDERSEN DECLARATION –5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

150518198.3

Scanned with CamScanner

16.     These invoices collectively total $5,314,327.11. Attached as Exhibit I is a true and correct copy of Tyson's accounting records reflecting Tyson's prompt payment of each of these invoices on May 8, 2020.

17.     Each of these lots reflect non-existent cattle for which Easterday demanded and received payment. The lots on Invoice 14400 can be found on the p. 3 of the Customer 99 inventory list provided by Easterday and attached as Exhibit D to the Declaration of Jason Wenglarski. The lots on Invoice 14399 can be found on p. 9 of that Exhibit.

18.     Mr. Easterday then submitted invoices for the grow cost of these cattle (e.g. feed). Attached as Exhibit J are copies of a few of the invoices Mr. Easterday submitted to Tyson for payment of the cost to feed and care for the non-existent cattle.

19.     Tyson's accounting records for the book value of Easterday cattle are based on amounts paid by Tyson for the cattle - their original purchase price, costs of feed, and other expenses actually paid by Tyson for the cattle. Therefore, Tyson's accounting records cannot distinguish on a head-by-head basis between real cattle (those identified by Easterday as Customer 14 and Customer 3) and fictitious cattle (those identified by Easterday as Customer 99). As noted above, the total book value for Easterday cattle, including the fictitious cattle, was approximately $321 million as of Tyson's fiscal year end, October 3. After taking into account the physical inventory of actual cattle that was taken as of December 2, additional expenses incurred since October 3, and other appropriate adjustments, it appears as of early December that Tyson has lost approximately $233 million as a result of the Easterday fraud.

LEAH ANDERSEN DECLARATION –6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

150518198.3

Scanned with CamScanner

20.     On Friday afternoon, January 22, 2021, I, along with Kevin Hueser and Shane Miller of Tyson, spoke with Cody Easterday and Peter Richter, a financial advisor to Easterday. Mr. Easterday told us they were planning to sell the "North Lot" within the next few days. I understand the North Lot is a very valuable parcel and is unencumbered.

I declare under penalty of perjury under the laws of the State of South Dakota that the foregoing is true and correct.

Executed this 23rd day of January, 2021, at Dakota Dunes, South Dakota.

*Leah Andersen*
Leah Andersen

LEAH ANDERSEN DECLARATION –7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

150518198.3

Scanned with CamScanner

# EXHIBIT G

2011 - 13,988,230
2012 - 17,146,600
2013 - 10,317,225
2014 - 20,107,405
2015 + 6,731,715
2016 - 5,591,786
2017 - 18,348,149
2018 - 53,972,260
2018 - 257,730
2018 - 4,594,229
2019 - 29,827,783
2020 - 34,500,000 (EST)

⟨ # 201,964,682 ⟩

Scanned with CamScanner

CHS HEDGING INC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MEYERS
651-355-6324

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 9.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** For broker transactions, may show the CUSIP (Committee on Uniform Security Identification Procedures) number of the item reported.

**Box 1a.** Shows the trade date of the sales or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 10 through 13, no entry will be present.

**Box 1b.** This box may be blank if box 6 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 2.** Shows the aggregate proceeds from transactions involving stocks, bonds, other debt obligations, commodities, or forward contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts. The broker must indicate whether the sales price or the sales price less commissions (including transfer taxes) and option premiums are reported to the IRS. Report this amount as explained in the instructions for Schedule D (Form 1040)

**Box 3.** Shows the cost or other basis of securities sold. If box 6 is checked, box 3 may be blank. See the Schedule D (Form 1040) instructions or Pub. 550 for details about basis.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount of nondeductible loss in a wash sales transaction. For details on wash sales, see the Schedule D (Form 1040) instructions and Pub. 550.

**Box 6.** If this box is checked, the securities sold were noncovered securities and boxes 1b, 3, 5, and 8 may be blank. Generally, a noncovered security is a security other than stock; stock purchased before 2011; stock in most mutual funds and other regulated investment companies; and stock held in a dividend reinvestment plan in 2011.

**Box 8.** Shows type of gain or loss.

**Box 9.** Shows a brief description of the item or service for which the proceeds or bartering income is being reported. For regulated futures and forward contracts, "RFC" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Regulated Future Contracts (Boxes 10 Through 13):**

**Box 10.** Shows the profit or (loss) realized on regulated futures or foreign currency contracts closed during 2011.

**Box 11.** Shows any year-end adjustment to the profit or (loss) shown in box 10 currency contracts on December 31, 2010.

**Box 12.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2011. These are considered sold as of that date. This will become an adjustment reported in box 11 in 2012.

**Box 13.** Boxes 10, 11, and 12 are all used to figure the aggregate profit or (loss) on regulated futures or foreign currency contracts for the year. Include this amount on your 2011 Form 6781.

**Box 14.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub 525.

**Box 15.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reporter in box 2. Do not report this loss on Schedule D (Form 1040). The broker should advise you of any losses on a separate statement.

| TAXABLE STATE: WA | | CORRECTED (if checked) | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. CHS HEDGING INC 5500 CENEX DRIVE INVER GROVE HEIGHTS, MN 55077 | 1a Date of sale or exchange | OMB No. 1545-0715 **2011** Form 1099-B | **Proceeds From Broker and Barter Exchange Transactions** | |
| | 1b Date of acquisition | | | |
| | 2 Sales price of stocks, bonds, etc. $ | Reported to IRS [ ] [X] Sales price Sales price less commissions and option premiums | | |
| PAYER'S federal identification number 41-1556399 | RECIPIENT'S identification number 91-0927242 | 3 Cost or other basis $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code EASTERDAY RANCHES INC 5235 N INDUSTRIAL WAY PASCO, WA 99301-9562 | 5 Wash sale loss disallowed | 6 If this box is checked, boxes 1b, 3, 5, and 8 may be blank | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 | 8 Type of gain or loss Short-term Long-term | |
| | 9 Description | | |
| Account number (see instructions) 401-48610 | 10 Profit or (loss) realized in 2011 on closed contracts $ -14,140,360.88 | 11 Unrealized profit or (loss) on open contracts - 12/31/2010 $ -255,700.00 | 14 Bartering |
| CUSIP number | 12 Unrealized profit or (loss) on open contracts - 12/31/2011 $ -103,570.00 | 13 Aggregate profit or (loss) on contracts $ -13,988,230.88 | 15 If box checked, loss based on amount in box 2 is not allowed |
| Form **1099-B** | (Keep for your records) | | Department of the Treasury - Internal Revenue Service | |

1H802611.000

2H8026 3.000

4Heusт z.ooo

Scanned with CamScanner

CHS HEDGING INC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MEYERS
651-355-6324

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 8.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** For broker transactions, may show the CUSIP (Committee on Uniform Security Identification Procedures) number of the item reported.

**Box 1a.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale.

**Box 1b.** This box may be blank if box 6a is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 2a.** Shows the aggregate cash proceeds from transactions involving stocks, bonds, other debt obligations, commodities, or forward contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts. The broker must indicate whether the sales price or the sales price less commissions (including transfer taxes) and option premiums was reported to the IRS. Report this amount on Form 8949 as explained in the instructions for Schedule D (Form 1040).

**Box 2b.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 2a. Do not report this loss on Form 8949 or Schedule D. The broker should advise you of any losses on a separate statement.

**Box 3.** Shows the cost or other basis of securities sold. If box 6a is checked, box 3 may be blank. See the Schedule D (Form 1040) instructions or Pub. 550 for details about basis.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions and Pub. 550.

**Box 6a.** If checked, the securities sold were noncovered securities and boxes 1b, 1c, 3, and 5 may be blank. Generally, a noncovered security means: a security other than stock; stock purchased before 2011; stock in most mutual funds and other regulated investment companies purchased before 2012; and stock purchased in or transferred to a dividend reinvestment plan before 2012.

**Box 6b.** If checked, the basis in box 3 has been reported to the IRS.

**Box 7.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Box 8.** Shows a brief description of the item or service for which the proceeds or bartering income is being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

### Regulated Futures Contracts (Boxes 9 Through 12):

**Box 9.** Shows the profit or (loss) realized on regulated futures or foreign currency contracts closed during 2012.

**Box 10.** Shows any year-end adjustment to the profit or (loss) shown in box 9 due to open contracts on December 31, 2011.

**Box 11.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2012. These are considered sold as of that date. This will become an adjustment reported in box 10 in 2013.

**Box 12.** Boxes 9, 10, and 11 are all used to figure the aggregate profit or (loss) on regulated futures or foreign currency contracts for the year. Include this amount on your 2012 Form 6781.

**Boxes 13-15.** Shows state income tax withheld.

---

CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1a Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|---|
| CHS HEDGING INC 5500 CENEX DRIVE INVER GROVE HEIGHTS, MN 55077 | | 1b Date of acquisition | **2012** Form **1099-B** | |
| | | 1c Type of gain or loss Short-term Long-term | 1d Stock or other symbol | 1e Quantity sold 0.0000 |
| PAYER'S federal identification number | RECIPIENT'S identification number | 2a Stocks, bonds, etc. $ | Reported to IRS [X] Sales price Sales price less commissions and option premiums | 2b If box checked, loss based on amount in 2a is not allowed |
| 41-1556399 | 91-0927242 | | | |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code EASTERDAY RANCHES INC 5235 N INDUSTRIAL WAY PASCO, WA 99301-9562 | | 3 Cost or other basis $ | 4 Federal income tax withheld $ | **Copy B For Recipient** This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 5 Wash sale loss disallowed $ | 6 Checked if: a ☐ Noncovered security b ☐ Basis reported to IRS | |
| | | 7 Bartering $ | | |
| | | 8 Description | | 13 State WA |
| Account number (see instructions) 401-48610 | 2nd TIN not. ☐ | 9 Profit or (loss) realized in 2012 on closed contracts $ -18,255,755.59 | 10 Unrealized profit or (loss) on open contracts - 12/31/2011 $ -103,570.00 | 14 State identification no. |
| CUSIP number | | 11 Unrealized profit or (loss) on open contracts - 12/31/2012 $ 1,005,585.00 | 12 Aggregate profit or (loss) on contracts $ -17,146,600.59 | 15 State tax withheld $ |

Form 1099-B    2H8028 3.000    (keep for your records)    Department of the Treasury - Internal Revenue Service

4HE    2H8028 3.000

Scanned with CamScanner

CHS HEDGING INC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MEYERS
651-355-6324

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 8.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** For broker transactions, may show the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number of the item reported.

**Box 1a.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 12, no entry will be present.

**Box 1b.** This box may be blank if box 6a is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 2a.** Shows the aggregate cash proceeds from transactions involving stocks, bonds, other debt obligations, commodities, or forward contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts. The broker must indicate whether the sales price or the sales price less commissions (including transfer taxes) and option premiums was reported to the IRS. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the instructions for Schedule D.

**Box 2b.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 2a. Do not report this loss on Form 8949 or Schedule D. The broker should advise you of any losses on a separate statement.

**Box 3.** Shows the cost or other basis of securities sold. If box 6a is checked, box 3 may be blank. See the Form 8949 instructions, Schedule D instructions, or Pub. 550 for details.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions and Pub. 550.

**Box 6.** If checked, the securities sold were noncovered securities and boxes 1b, 1c, 3, and 5 may be blank. Generally, a noncovered security means: a security other than stock; stock purchased before 2011; stock in most mutual funds and other regulated investment companies purchased before 2012; and stock purchased in or transferred to a dividend reinvestment plan before 2012. Box 6b, if checked, the basis in box 3 has been reported to the IRS. If box 6b is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D.

**Box 7.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Box 8.** Shows a brief description of the item or service for which the proceeds or bartering income is being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Regulated Futures Contracts (Boxes 9 Through 12):**

**Box 9.** Shows the profit or (loss) realized on regulated futures or foreign currency contracts closed during 2013.

**Box 10.** Shows any year-end adjustment to the profit or (loss) shown in box 9 due to open contracts on December 31, 2012.

**Box 11.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2013. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts-12/31/2013 in 2014.

**Box 12.** Boxes 9, 10, and 11 are all used to figure the aggregate profit or (loss) on regulated futures or foreign currency contracts for the year. Include this amount on your 2013 Form 6781.

**Boxes 13-15.** Shows state income tax withheld.

| CORRECTED (if checked) | | | |
|---|---|---|---|

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1a Date of sale or exchange | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| CHS HEDGING INC<br>5500 CENEX DRIVE<br>INVER GROVE HEIGHTS, MN 55077 | 1b Date of acquisition | **2013**<br>Form **1099-B** | |
| | 1c Type of gain or loss<br>Short-term ☐<br>Long-term ☐ | 1d Stock or other symbol | 1e Quantity sold<br>0.0000 |
| PAYER'S federal identification number  RECIPIENT'S identification number<br>41-1556399    91-0927242 | 2a Stocks, bonds, etc.<br>$ -19,597.00 | Reported to IRS  ☒ Sales price<br>Sales price less commissions and option premiums | 2b If box checked, loss based on amount in 2a is not allowed |
| RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code | 3 Cost or other basis<br>$ | 4 Federal income tax withheld<br>$ | **Copy B For Recipient** |
| EASTERDAY RANCHES INC<br>5235 N INDUSTRIAL WAY<br>PASCO, WA 99301-9562 | 5 Wash sale loss disallowed<br>$ | 6 Checked if:<br>a ☐ Noncovered security<br>b ☐ Basis reported to IRS | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 7 Bartering<br>$ | | |
| | 8 Description | | 13 State<br>WA |
| Account number (see instructions)<br>401-48610          2nd TIN not. ☐ | 9 Profit or (loss) realized in 2013 on closed contracts<br>$ -9,418,630.53 | 10 Unrealized profit or (loss) on open contracts - 12/31/2012<br>$ 1,005,585.00 | 14 State identification no. |
| CUSIP number | 11 Unrealized profit or (loss) on open contracts - 12/31/2013<br>$ 106,990.00 | 12 Aggregate profit or (loss) on contracts<br>$ -10,317,225.53 | 15 State tax withheld<br>$ |

Form **1099-B**   3H8026 5.000        (keep for your records)        Department of the Treasury - Internal Revenue Service

3H8026 5.000

4H8

Scanned with CamScanner

CHS HEDGING LLC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MEYERS
651-355-6324

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, or non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a non-compensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a non-compensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows W for wash sale, C for collectibles, or D for market discount.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction or the amount of accrued market discount. For details on wash sales and market discount, see Schedule D (Form 1040) instructions and Pub. 550.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and one of the check boxes in box 2 must be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see instructions for your Schedule D as you may be able to report your transaction directly on Schedule D.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a non-compensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

### Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11):

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2014.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2013.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2014. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2014 in 2015.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2014 Form 6781.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099b.

4H8081 2.000

Scanned with CamScanner

Scanned with CamScanner

| | | | | | | CORRECTED (if checked) | | |
|---|---|---|---|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

CHS HEDGING LLC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

| Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|
| | **2014** Form 1099-B | |

**1a Description of property (Example 100 sh. XYZ Co.)**

RFC     X

| 1b Date acquired | 1c Date sold or disposed |
|---|---|

| PAYER'S federal identification number | RECIPIENT'S identification number | 1d Proceeds $ | 1e Cost or other basis $ | Copy B For Recipient |
|---|---|---|---|---|
| 46-4799458 | 910927242 | **1f Code, if any** | **1g Adjustments** $ | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

| 2 Type of gain or loss: | 3 If checked, basis reported to IRS: |
|---|---|
| Short-term | |
| Long-term | |
| 4 Federal income tax withheld $ | 5 If checked, noncovered security |
| 6 Reported to IRS: | 7 If checked, loss is not allowed based on amount in 1d |
| Gross proceeds | |
| Net proceeds    X | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions)      H0448610 | 8 Profit or (loss) realized in 2014 on closed contracts $  -20,051,565.49 | 9 Unrealized profit or (loss) on open contracts - 12/31/2013 $  106,990.00 |
|---|---|---|

| CUSIP number | 10 Unrealized profit or (loss) on open contracts - 12/31/2014 $  51,150.00 | 11 Aggregate profit or (loss) on contracts $  -20,107,405.49 |
|---|---|---|

| 14 State name | 15 State identification no. | 16 State tax withheld | 12 | 13 Bartering |
|---|---|---|---|---|
| WA | | $ | | |

Form **1099-B**     www.irs.gov/form1099b     Department of the Treasury - Internal Revenue Service

4H8026 4.000

CHS HEDGING LLC
5500 CENEX DRIVE
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MEYERS
651-355-6324

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a non-compensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a non-compensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

5H8081 3.000

**Box 1f.** Shows W for wash sale, C for collectibles, or D for market discount.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction or the amount of accrued market discount. When the sale of a debt instrument is a wash sale and has accrued market discount, code "W" will be in box 1f and the amount of the wash sale loss disallowed will be in box 1g. For details on wash sales and market discount, see Schedule D (Form 1040) instructions and Pub. 550.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and one of the check boxes in box 2 must be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see instructions for your Schedule D as you may be able to report your transaction directly on Schedule D.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a non-compensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

### Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11):

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2015.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2014.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2015. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2015 in 2016.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2015 Form 6781.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099b*.

Scanned with CamScanner

Scanned with CamScanner

□ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| CHS HEDGING LLC<br>5500 CENEX DRIVE<br>INVER GROVE HEIGHTS, MN 55077 | | **20** **15**<br>Form **1099-B** | |

1a Description of property (Example 100 sh. XYZ Co.)

RFC     X

| | 1b Date acquired | 1c Date sold or disposed | |
|---|---|---|---|
| **PAYER'S federal identification number**   **RECIPIENT'S identification number** | 1d Proceeds<br>$ | 1e Cost or other basis<br>$ | **Copy B**<br>**For Recipient** |
| 46-4799458      XX-XXX7242 | 1f Code, if any | 1g Adjustments | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

| 2 Type of gain or loss: | 3 If checked, basis reported to IRS □ |
|---|---|
| Short-term □ | |
| Long-term □ | |
| 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security □ |
| 6 Reported to IRS: | 7 If checked, loss is not allowed based on amount in 1d □ |
| Gross proceeds □ | |
| Net proceeds [X] | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (see instructions)    401-48610

CUSIP number

| 8 Profit or (loss) realized in 2015 on closed contracts<br>$ 4,190,923.32 | 9 Unrealized profit or (loss) on open contracts - 12/31/2014<br>$ 51,150.00 |
|---|---|
| 10 Unrealized profit or (loss) on open contracts - 12/31/2015<br>$ 2,591,942.50 | 11 Aggregate profit or (loss) on contracts<br>$ 6,731,715.82 |
| 12 | 13 Bartering<br>$ |

| 14 State name | 15 State identification no. | 16 State tax withheld |
|---|---|---|
| WA | | $ |

Form **1099-B**      (Keep for your records)      www.irs.gov/form1099b    Department of the Treasury - Internal Revenue Service

5H8026 2.000

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked, or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a non-compensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a non-compensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949 and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. Please see the Instructions for Form 8949, Pub. 550, and Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and one or more of the check boxes in box 2 must be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D. If the Ordinary check box in box 2 is checked, an adjustment may be required.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a non-compensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

## Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11):

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2016.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2015.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2016. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2016 in 2017.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2016 Form 6781.

**Box 12.** If checked, proceeds are from a transaction involving collectibles.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099b.

6H8081 4.000

Scanned with CamScanner

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| CHS INC<br>CHS HEDGING LLC<br>5500 CENEX DR<br>INVER GROVE HEIGHTS, MN 55077 | | **2016**<br>Form **1099-B** | |
| | 1a Description of property (Example 100 sh. XYZ Co.)<br>RFC | | |

| | 1b Date acquired | 1c Date sold or disposed | |
|---|---|---|---|
| PAYER'S federal identification number    RECIPIENT'S identification number | 1d Proceeds<br>$ | 1e Cost or other basis<br>$ | Copy B<br>For Recipient |
| 41-0251095                       910927242 | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |

| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 2 Short-term gain or loss | 3 If checked, basis reported to IRS | |
|---|---|---|---|
| EASTERDAY RANCHES INC<br>5235 N INDUSTRIAL WAY<br>PASCO, WA 99301-9562 | Long-term gain or loss | | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | Ordinary | | |
| | 4 Federal income tax withheld | 5 If checked, noncovered security | |
| | 6 Reported to IRS: | 7 If checked, loss is not allowed based on amount in 1d | |
| Account number (see instructions)        H0448610 | Gross proceeds | | |
| | Net proceeds | | |
| CUSIP number | | FATCA filing requirement | 8 Profit or (loss) realized in 2016 on closed contracts<br>$  -5,047,736.22 | 9 Unrealized profit or (loss) on open contracts - 12/31/2015<br>$  2,591,942.50 |
| | | | 10 Unrealized profit or (loss) on open contracts - 12/31/2016<br>$  2,047,892.50 | 11 Aggregate profit or (loss) on contracts<br>$  -5,591,786.22 |
| 14 State name | 15 State identification no. | 16 State tax withheld | 12 Check if proceeds from collectibles | 13 Bartering |
| WA | | $ | | $ |

Form **1099-B**                    (Keep for your records)                    www.irs.gov/form1099b                    Department of the Treasury - Internal Revenue Service

6H8026 2.000

Scanned with CamScanner

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked, or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. Please see the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and one or more of the check boxes in box 2 must be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D as you may be able to report your transaction directly on Schedule D. If the Ordinary check box in box 2 is checked, an adjustment may be required.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

**Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11).**

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2017.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2016.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2017. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2017 in 2018.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2017 Form 6781.

**Box 12.** If checked, proceeds are from a transaction involving collectibles.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099b.

7H8081 4.000

Scanned with CamScanner

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| CHS INC<br>CHS HEDGING LLC<br>5500 CENEX DR<br>INVER GROVE HEIGHTS, MN 55077 | | **2017**<br>Form **1099-B** | |
| | 1a Description of property (Example 100 sh. XYZ Co.)<br>RFC | | |

| | | 1b Date acquired | 1c Date sold or disposed | |
|---|---|---|---|---|
| PAYER'S federal identification number | RECIPIENT'S identification number | 1d Proceeds<br>$ | 1e Cost or other basis | Copy B<br>For Recipient |
| 41-0251095 | XX-XXX7242 | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

| 2 Short-term gain or loss | 3 If checked, basis reported to IRS |
|---|---|
| Long-term gain or loss | |
| Ordinary | |
| 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security |
| 6 Reported to IRS:<br>Gross proceeds<br>Net proceeds | 7 If checked, loss is not allowed based on amount in 1d |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) H0448610 | | 8 Profit or (loss) realized in 2017 on closed contracts | 9 Unrealized profit or (loss) on open contracts - 12/31/2016 |
|---|---|---|---|
| CUSIP number | FATCA filing requirement | $  -26,525,167.03 | $  2,047,892.50 |
| | | 10 Unrealized profit or (loss) on open contracts - 12/31/2017 | 11 Aggregate profit or (loss) on contracts |
| 14 State name | 15 State identification no. | 16 State tax withheld | $  10,224,910.00 | $  -18,348,149.53 |
| WA | | $ | 12 Check if proceeds from collectibles | 13 Bartering<br>$ |

Form **1099-B**  (Keep for your records)   www.irs.gov/form1099b   Department of the Treasury - Internal Revenue Service

7H8026 1.000

Scanned with CamScanner

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked, or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. Please see the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D as you may be able to report your transaction directly on Schedule D. If the Ordinary check box in box 2 is checked, an adjustment may be required.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

## Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2018.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2017.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2018. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2018 in 2019.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2018 Form 6781.

**Box 12.** If checked, proceeds are from a transaction involving collectibles.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099b.*

8H8081 3.000

Scanned with CamScanner

21-00141-WLH11  Doc 79-3  Filed 02/08/21  Entered 02/08/21 16:52:07  Pg 27 of 53

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 2018 Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| CHS INC<br>CHS HEDGING LLC<br>5500 CENEX DR<br>INVER GROVE HEIGHTS, MN 55077 | 1a Description of property (Example: 100 sh. XYZ Co.)<br>RFC | | |

| | | 1b Date acquired | 1c Date sold or disposed | |
|---|---|---|---|---|

| PAYER'S TIN | RECIPIENT'S TIN | 1d Proceeds<br>$ | 1e Cost or other basis<br>$ | Copy B<br>For Recipient |
|---|---|---|---|---|
| 41-0251095 | XX-XXX7242 | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

| 2 Short-term gain or loss | 3 If checked, basis reported to IRS |
|---|---|
| Long-term gain or loss | |
| Ordinary | |
| 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security |
| 6 Reported to IRS:<br>Gross proceeds<br>Net proceeds | 7 If checked, loss is not allowed based on amount in 1d |

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions) | H0448610 | 8 Profit or (loss) realized in 2018 on closed contracts<br>$ -34,062,085.17 | 9 Unrealized profit or (loss) on open contracts - 12/31/2017<br>$ 10,224,910.00 | |
|---|---|---|---|---|

| CUSIP number | | FATCA filing requirement | 10 Unrealized profit or (loss) on open contracts - 12/31/2018<br>$ -9,685,265.00 | 11 Aggregate profit or (loss) on contracts<br>$ -53,972,260.17 |
|---|---|---|---|---|

| 14 State name | 15 State identification no. | 16 State tax withheld | 12 Check if proceeds from collectibles | 13 Bartering |
|---|---|---|---|---|
| WA | | $ | | |

Form 1099-B          (Keep for your records)          www.irs.gov/Form1099b          Department of the Treasury - Internal Revenue Service

8H8026 2.000

Scanned with CamScanner

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

---

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. Please see the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D as you may be able to report your transaction directly on Schedule D. If the Ordinary check box in box 2 is checked, an adjustment may be required.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

### Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2018.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2017.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2018. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2018 in 2019.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2018 Form 6781.

**Box 12.** If checked, proceeds are from a transaction involving collectibles.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099b*.

8H8081 3.000

Scanned with CamScanner

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

Scanned with CamScanner

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|
| CHS INC<br>CHS HEDGING LLC<br>5500 CENEX DR<br>INVER GROVE HEIGHTS, MN 55077 | | | **2018**<br>Form **1099-B** | |
| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>RFC | | |
| | | 1b Date acquired | 1c Date sold or disposed | |
| **PAYER'S TIN** | **RECIPIENT'S TIN** | 1d Proceeds<br>$ | 1e Cost or other basis | **Copy B**<br>**For Recipient** |
| 41-0251095 | XX-XXX7242 | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>EASTERDAY RANCHES INC<br>5235 N INDUSTRIAL WAY<br>PASCO, WA 99301-9562 | | 2 Short-term gain or loss<br>  Long-term gain or loss<br>  Ordinary | 3 If checked, basis reported to IRS | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security | |
| | | 6 Reported to IRS:<br>  Gross proceeds<br>  Net proceeds | 7 If checked, loss is not allowed based on amount in 1d | |
| Account number (see instructions)     H0648613 | | 8 Profit or (loss) realized in 2018 on closed contracts<br>$ -3,673,329.90 | 9 Unrealized profit or (loss) on open contracts - 12/31/2017 | |
| CUSIP number | FATCA filing requirement | 10 Unrealized profit or (loss) on open contracts - 12/31/2018<br>$ -920,900.00 | 11 Aggregate profit or (loss) on contracts<br>$ -4,594,229.90 | |
| 14 State name | 15 State identification no. | 16 State tax withheld | 12 Check if proceeds from collectibles | 13 Bartering |
| WA | | $ | | $ |

Form **1099-B**                    (Keep for your records)                    www.irs.gov/Form1099b                    Department of the Treasury - Internal Revenue Service

BHB026 2.000

Scanned with CamScanner

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting also is required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which checkbox is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. Also may show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

## Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2019.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2018.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2019. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2019 in 2020.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2019 Form 6781.

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D as you may be able to report your transaction directly on Schedule D. If the Ordinary box in box 2 is checked, an adjustment may be required.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099B*.

9H8081 4.000

Scanned with CamScanner

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

Applicable check box on Form 8949

OMB No. 1545-0715

**2018**

Form **1099-B**

**Proceeds From Broker and Barter Exchange Transactions**

1a Description of property (Example: 100 sh. XYZ Co.)

RFC

1b Date acquired | 1c Date sold or disposed

| PAYER'S TIN | RECIPIENT'S TIN |
|---|---|
| 41-0251095 | XX-XXX7242 |

1d Proceeds
$

1e Cost or other basis

1f Accrued market discount
$

1g Wash sale loss disallowed
$

**Copy B**
**For Recipient**

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

2 Short-term gain or loss

Long-term gain or loss

Ordinary

3 If checked, basis reported to IRS

4 Federal income tax withheld
$

5 If checked, noncovered security

6 Reported to IRS:
Gross proceeds
Net proceeds

7 If checked, loss is not allowed based on amount in 1d

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Account number (see instructions)    H0448611

8 Profit or (loss) realized in 2018 on closed contracts
$ -298,342.75

9 Unrealized profit or (loss) on open contracts - 12/31/2017
$ -47,062.50

CUSIP number | FATCA filing requirement

10 Unrealized profit or (loss) on open contracts - 12/31/2018
$ -6,450.00

11 Aggregate profit or (loss) on contracts
$ -257,730.25

| 14 State name | 15 State identification no. | 16 State tax withheld |
|---|---|---|
| WA | | $ |

12 Check if proceeds from collectibles

13 Bartering
$

Form **1099-B**    .    (Keep for your records)    www.irs.gov/Form1099b    Department of the Treasury - Internal Revenue Service

8H8026 2.000

Scanned with CamScanner

CHS INC
CHS HEDGING LLC
5500 CENEX DR
INVER GROVE HEIGHTS, MN 55077

FOR QUESTIONS PLEASE CONTACT
JOYCE MYERS
651-355-6562

EASTERDAY RANCHES INC
5235 N INDUSTRIAL WAY
PASCO, WA 99301-9562

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

**Box 1f.** Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040) instructions, Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the Ordinary box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.

**Box 3.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 3 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D as you may be able to report your transaction directly on Schedule D. If the Ordinary check box in box 2 is checked, an adjustment may be required.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, indicates whether the amount in box 1d was adjusted for option premium.

**Box 7.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D instructions. The broker should advise you of any losses on a separate statement.

### Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2018.

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2017.

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2018. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts - 12/31/2018 in 2019.

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2018 Form 6781.

**Box 12.** If checked, proceeds are from a transaction involving collectibles.

**Box 13.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Boxes 14-16.** Shows state(s)/local income tax information.

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099b*.

8H8081 3.000

Scanned with CamScanner

21-01041-WLH11 Doc 879-3 Filed 02/08/21 Entered 02/08/21 16:52:07 Pg 34 of 53

CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | Applicable checkbox on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|
| CHS INC<br>CHS HEDGING LLC<br>5500 CENEX DR<br>INVER GROVE HEIGHTS, MN 55077 | | | **2019**<br>Form 1099-B | |
| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>RFC | | |
| | | 1b Date acquired | 1c Date sold or disposed | |
| PAYER'S TIN | RECIPIENT'S TIN | 1d Proceeds<br>$ | 1e Cost or other basis<br>$ | **Copy B**<br>For Recipient |
| 41-0251095 | XXXXX7242 | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | | 2 Short-term gain or loss | 3 If checked, proceeds from: | |
| EASTERDAY RANCHES INC<br>5235 N INDUSTRIAL WAY<br>PASCO, WA 99301-9562 | | Long-term gain or loss | Collectibles | |
| | | Ordinary | QOF | |
| | | 4 Federal income tax withheld<br>$ | 5 If checked, noncovered security | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Reported to IRS:<br>Gross proceeds<br>Net proceeds | 7 If checked, loss is not allowed based on amount in 1d | |
| Account number (see instructions)          H0448610 | | 8 Profit or (loss) realized in 2019 on closed contracts<br>$  -36,434,230.53 | 9 Unrealized profit or (loss) on open contracts - 12/31/2018<br>$  -10,612,615.00 | |
| CUSIP number | FATCA filing requirement | 10 Unrealized profit or (loss) on open contracts - 12/31/2019<br>$  -4,006,167.50 | 11 Aggregate profit or (loss) on contracts<br>$  -29,827,783.03 | |
| 14 State name | 15 State identification no. | 16 State tax withheld | 12 If checked, basis reported to IRS | 13 Bartering |
| WA | | $ | | $ |

Form **1099-B**          (Keep for your records)          www.irs.gov/Form1099B          Department of the Treasury - Internal Revenue Service

9H8026 2.000

Scanned with CamScanner

# EXHIBIT H

Copy Destination:
White - Packer
Canary - Lot File
Pink - Owner

**Easterday Ranches Inc.**

5235 N. INDUSTRIAL WAY
PASCO, WA 99301
PH: 509-547-9600

**14400**

Date 5/8/20

Seller ER

Buyer Tyson

| Pen No. | Lot No. | No. Head | DESCRIPTION | Gross | Shrink | Net | Price | Amount |
|---------|---------|----------|-------------|-------|--------|-----|-------|--------|
| | P901B | 831 | S | | | | | 707538.33 |
| | P903B | 906 | S | | | | | 772813.65 |
| | P905B | 798 | S | | | | | 700522.07 |
| | P907B | 804 | S | | | | | 639691.34 |
| | | | | | | | | |
| | | | | | | | | |
| TOTALS | | | Average Weight _____ lbs. net | | | | | |

REMARKS _____

14399

Copy Destination:
White - Packer
Canary - Lot File
Pink - Owner

Easterday Ranches Inc.
5235 N. INDUSTRIAL WAY
PASCO, WA 99301
PH. 509-547-9600

Date ____________

Seller ____________ Buyer ____________

| Pen No. | Lot No. | No. Head | DESCRIPTION | Gross | Shrink | Net | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | P990A | 743 | H | | | | | 644645.38 |
| | P992A | 846 | H | | | | | 697252.05 |
| | P994A | 711 | H | | | | | 591043.64 |
| | P994A | 673 | H | | | | | 560819.65 |
| | | | | | | | | |
| | | | | | | | | |

TOTALS ____ Average Weight ____________ lbs. net

REMARKS ____________

# EXHIBIT I

Easterday Cks 5-8-20

**From IBP.TFKCKREG Data base**

**From IBP.TFKCKCOM Data base**

| | | | | | | | | | | | | | | | Easterday Ticket Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PLANT_CODE | CHECK_VOIDED | MORE_COPAYEES | PAYEE_ID | PAYEE_LAST_NAME | CHECK_AMOUNT | ADVANCE_CHECK | GROSS_AMOUNT | CHECK_NUMBER | DATE_ISSUED | PLANT_CODE | COMMENT | Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 707,538.33 | Y | $ 707,538.33 | 1291063 | 5/8/2020 | 32 | LOT P901B 831 ST INV 14400 | **14400** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 772,813.65 | Y | $ 772,813.65 | 1291065 | 5/8/2020 | 32 | LOT P903B 906 ST INV 14400 | **14400** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 700,522.07 | Y | $ 700,522.07 | 1291068 | 5/8/2020 | 32 | LOT P905B 798 ST INV 14400 | **14400** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 639,691.34 | Y | $ 639,691.34 | 1291071 | 5/8/2020 | 32 | LOT P907B 804 ST INV 14400 | **14400** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 644,645.38 | Y | $ 644,645.38 | 1291073 | 5/8/2020 | 32 | LOT P990A 743 HF INV 14399 | **14399** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 697,252.05 | Y | $ 697,252.05 | 1291076 | 5/8/2020 | 32 | LOT P992A 846 HF INV 14399 | **14399** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 591,043.64 | Y | $ 591,043.64 | 1291078 | 5/8/2020 | 32 | LOT P994A 711 HF INV 14399 | **14399** | 0 |
| 32 N | N | | 387426 | EASTERDAY RANCHES | $ 560,819.65 | Y | $ 560,819.65 | 1291081 | 5/8/2020 | 32 | LOT P996A 673 HF INV 14399 | **14399** | 0 |

2:21-CV-00414-WHL-H1 Doc 70-3 Filed 02/05/21 Entered 02/05/21 15:26:07 Pg 40 of 53

# EXHIBIT J

# Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco WA 99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco WA 99301

Lot No: **P901B** (99 )
Cust No: **14**
Invoice No: 103387
Invoice Date: 05/15/20
Page 147 of 179

## PERFORMANCE SUMMARY

| | | | Period | Year |
|---|---|---|---|---|
| Date Started | 03/14/20 | Origin: GROWYARD STEERS | | |
| Cattle Class | GYS | Pen(s): A | | |
| Avg In Weight | 606 | Sex: S | | |
| Head In | 831 | Calendar Days on Feed | | 63 |
| Deads | 0  0.00% | Avg Days on Feed | | 63 |
| Shipped | 0 | Avg Cost per Hd per Day | $6.72 | $1.60 |
| Current Hospital | 0 | Headdays | 12,465 | 52,353 |
| Bullers | 0 | Units Feed Fed | 0 | 0 |
| Non-Performers | 0 | Consumption (As Fed) | 0.00 | 0.00 |
| Current Head | 831 | Consumption (Dry) | | 0.00  Cur COG |
| | | Feedlot Charges | $83,750.00 | $83,750.00 |
| | | Year-to-Date Cost/Hd In: Processing | $0.00  Medical | $0.00 |

## CURRENT CHARGES                    from 05/01/20 to 05/15/20

| ChargeID | Description | Type | Unit | Units | Amount |
|---|---|---|---|---|---|
| FEED | FEED | | $ | 0.0 | $83,750.00 |
| | | *** Total OTHER | | | $83,750.00 |

LOT CHARGES DUE THIS PERIOD | $83,750.00

## PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |

FINAL BALANCE DUE

21-00411-WLH11   Doc 79-3   Filed 02/08/21   Entered 02/08/21 16:52:07   Pg 42 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA 99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA 99301

Lot No: **P903B**   (99 )
Cust No: **14**
Invoice No: 103389
Invoice Date: 05/15/20
Page 149 of 179

### PERFORMANCE SUMMARY

| | | | | Period | Year |
|---|---|---|---|---|---|
| Date Started | 03/21/20 | Origin: GROWYARD STEERS | | | |
| Cattle Class | GYS | Pen(s): A | | | |
| Avg In Weight | 596 | Sex: S | | | |
| Head In | 906 | Calendar Days on Feed | | | 56 |
| Deads | 0  0.00% | Avg Days on Feed | | | 56 |
| Shipped | 0 | Avg Cost per Hd per Day | | $6.98 | $1.87 |
| Current Hospital | 0 | Headdays | | 13,590 | 50,736 |
| Bullers | 0 | Units Feed Fed | | 0 | 0 |
| Non-Performers | 0 | Consumption (As Fed) | | 0.00 | 0.00 |
| Current Head | 906 | Consumption (Dry) | | | 0.00  Cur COG |
| | | Feedlot Charges | | $94,850.00 | $94,850.00 |
| | | Year-to-Date Cost/Hd In: | Processing | $0.00  Medical | $0.00 |

### CURRENT CHARGES          from 05/01/20 to 05/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $94,850.00 |
| | *** Total OTHER | | | $94,850.00 |

LOT CHARGES DUE THIS PERIOD   $94,850.00

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| | | | | FINAL BALANCE DUE | | | | |

21-01041-WLH11   Doc 79-3   Filed 02/08/21   Entered 02/08/21 16:26:07   Pg 43 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA  99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA  99301

### PERFORMANCE SUMMARY

Origin:  GROWYARD STEERS

| | | | | Period | Year |
|---|---|---|---|---|---|
| Date Started | 03/11/20 | Pen(s):  A | | | |
| Cattle Class | GYS | Sex:  S | | | |
| Avg In Weight | 631 | Calendar Days on Feed | | | 66 |
| Head In | 798 | Avg Days on Feed | | | 66 |
| Deads | 0  0.00% | Avg Cost per Hd per Day | | $7.09 | $1.61 |
| Shipped | 0 | Headdays | | 11,970 | 52,668 |
| Current Hospital | 0 | Units Feed Fed | | 0 | 0 |
| Bullers | 0 | Consumption (As Fed) | | 0.00 | 0.00 |
| Non-Performers | 0 | Consumption (Dry) | | | 0.00  Cur COG |
| Current Head | 798 | Feedlot Charges | | $84,895.00 | $84,895.00 |
| | | Year-to-Date Cost/Hd In:  Processing | $0.00 | Medical | $0.00 |

### CURRENT CHARGES  from  05/01/20 to 05/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $84,895.00 |
| | *** Total OTHER | | | $84,895.00 |
| | | LOT CHARGES DUE THIS PERIOD | | $84,895.00 |

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| | | | | FINAL BALANCE DUE | | | | |

21-00114-WLH11   Doc 79-3   Filed 02/08/21   Entered 02/08/21 16:52:07   Pg 44 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA  99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA  99301

Lot No: **P907B**   (99 )
Cust No: **14**
Invoice No: 103392
Invoice Date: 05/15/20

### PERFORMANCE SUMMARY

| | | | | Period | Year |
|---|---|---|---|---|---|
| Date Started | 03/17/20 | Origin:  GROWYARD STEERS | | | |
| Cattle Class | GYS | Pen(s):  A | | | |
| Avg In Weight | 556 | Sex:      S | | | |
| Head In | 804 | Calendar Days on Feed | | | 60 |
| Deads | 0  0.00% | Avg Days on Feed | | | 60 |
| Shipped | 0 | Avg Cost per Hd per Day | | $7.02 | $1.75 |
| Current Hospital | 0 | Headdays | | 12,060 | 48,240 |
| Bullers | 0 | Units Feed Fed | | 0 | 0 |
| Non-Performers | 0 | Consumption (As Fed) | | 0.00 | 0.00 |
| Current Head | 804 | Consumption (Dry) | | 0.00 | 0.00  Cur COG |
| | | Feedlot Charges | | $84,650.00 | $84,650.00 |
| | | Year-to-Date Cost/Hd In:  Processing | $0.00  Medical | $0.00 | |

### CURRENT CHARGES   from  05/01/20 to 05/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $84,650.00 |
| | *** Total OTHER | | | $84,650.00 |
| | | LOT CHARGES DUE THIS PERIOD | | $84,650.00 |

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| | | | | FINAL BALANCE DUE | | | | |

21-00041-WLH11 Doc 780-3 Filed 02/08/21 Entered 02/08/21 16:26:07 Pg 45 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA 99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA 99301

Lot No: **P990A**  (99 )
Cust No: **14**
Invoice No: 103399
Invoice Date: 05/15/20

## PERFORMANCE SUMMARY

| | | | Period | Year |
|---|---|---|---|---|
| Date Started | 03/20/20 | Origin: GROWYARD HEIFERS | | |
| Cattle Class | GYH | Pen(s): A | | |
| Avg In Weight | 631 | Sex: H | | |
| Head In | 743 | Calendar Days on Feed | | 57 |
| Deads | 0  0.00% | Avg Days on Feed | | 57 |
| Shipped | 0 | Avg Cost per Hd per Day | $6.24 | $1.64 |
| Current Hospital | 0 | Headdays | 11,145 | 42,351 |
| Bullers | 0 | Units Feed Fed | 0 | 0 |
| Non-Performers | 0 | Consumption (As Fed) | 0.00 | 0.00 |
| Current Head | 743 | Consumption (Dry) | | 0.00  Cur COG |
| | | Feedlot Charges | $69,500.00 | $69,500.00 |
| | | Year-to-Date Cost/Hd In: Processing | $0.00  Medical | $0.00 |

## CURRENT CHARGES    from 05/01/20 to 05/15/20

| ChargeID | Description | Type | Unit | Units | Amount |
|---|---|---|---|---|---|
| FEED | FEED | | $ | 0.0 | $69,500.00 |
| | *** Total OTHER | | | | $69,500.00 |

LOT CHARGES DUE THIS PERIOD   $69,500.00

## PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|

BALANCE FORWARD

FINAL BALANCE DUE

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco WA 99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco WA 99301

### PERFORMANCE SUMMARY

| | | Origin: GROWYARD HEIFERS | | |
|---|---|---|---|---|
| Date Started | 03/18/20 | Pen(s): A | | |
| Cattle Class | GYH | Sex: H | Period | Year |
| Avg In Weight | 594 | Calendar Days on Feed | | 59 |
| Head In | 846 | Avg Days on Feed | | 59 |
| Deads | 0  0.00% | Avg Cost per Hd per Day | $6.21 | $1.58 |
| Shipped | 0 | Headdays | 12,690 | 49,914 |
| Current Hospital | 0 | Units Feed Fed | 0 | 0 |
| Bullers | 0 | Consumption (As Fed) | 0.00 | 0.00 |
| Non-Performers | 0 | Consumption (Dry) | | 0.00  Cur COG |
| Current Head | 846 | Feedlot Charges | $78,750.00 | $78,750.00 |
| | | Year-to-Date Cost/Hd In: Processing  $0.00  Medical  $0.00 | | |

### CURRENT CHARGES    from 05/01/20 to 05/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $78,750.00 |
| | *** Total OTHER | | | $78,750.00 |

LOT CHARGES DUE THIS PERIOD    $78,750.00

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| | | | | FINAL BALANCE DUE | | | | |

21-01141-WLH11   Doc 79-3   Filed 02/08/21   Entered 02/08/21 16:52:07   Pg 47 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco WA 99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco WA 99301

Lot No: **P994A**  (99 )
Cust No: **14**
Invoice No: 103401
Invoice Date: 05/15/20
Page 161 of 179

### PERFORMANCE SUMMARY

Origin: GROWYARD HEIFERS
Pen(s): A
Sex: H

| | | Period | Year |
|---|---|---|---|
| Date Started | 03/10/20 | | |
| Cattle Class | GYH | | |
| Avg In Weight | 609 | Calendar Days on Feed | | 67 |
| Head In | 711 | Avg Days on Feed | | 67 |
| Deads | 0  0.00% | Avg Cost per Hd per Day | $6.73 | $1.51 |
| Shipped | 0 | Headdays | 10,665 | 47,637 |
| Current Hospital | 0 | Units Feed Fed | 0 | 0 |
| Bullers | 0 | Consumption (As Fed) | 0.00 | 0.00 |
| Non-Performers | 0 | Consumption (Dry) | | 0.00 Cur COG |
| Current Head | 711 | Feedlot Charges | $71,825.00 | $71,825.00 |
| | | Year-to-Date Cost/Hd In: Processing | $0.00  Medical | $0.00 |

### CURRENT CHARGES    from 05/01/20 to 05/15/20

| ChargeID | Description | Type | Unit | Units | Amount |
|---|---|---|---|---|---|
| FEED | FEED | | $ | 0.0 | $71,825.00 |
| | *** Total OTHER | | | | $71,825.00 |

LOT CHARGES DUE THIS PERIOD    $71,825.00

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|

BALANCE FORWARD

FINAL BALANCE DUE

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA  99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA  99301

Lot No:  **P901B**   (99 )
Cust No:  **14**
Invoice No:  104671
Invoice Date:  07/15/20
Page 145 of 234

### PERFORMANCE SUMMARY

|  |  | Origin:  GROWYARD STEERS |  |  |
|---|---|---|---|---|
|  |  | Pen(s):  A |  |  |
| Date Started | 03/14/20 |  | Period | Year |
| Cattle Class | GYS | Sex:  S |  |  |
| Avg In Weight | 606 | Calendar Days on Feed |  | 124 |
| Head In | 831 | Avg Days on Feed |  | 124 |
| Deads | 0  0.00% | Avg Cost per Hd per Day | $6.88 | $1.64 |
| Shipped | 0 | Headdays | 12,465 | 103,044 |
| Current Hospital | 0 | Units Feed Fed | 0 | 0 |
| Bullers | 0 | Consumption (As Fed) | 0.00 | 0.00 |
| Non-Performers | 0 | Consumption (Dry) |  | 0.00 Cur COG |
| Current Head | 831 | Feedlot Charges | $85,750.00 | $169,500.00 |
|  |  | Year-to-Date Cost/Hd In:  Processing  $0.00  Medical  $0.00 |  |  |

### CURRENT CHARGES                     from  07/01/20 to 07/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $85,750.00 |
|  | *** Total OTHER |  |  | $85,750.00 |

LOT CHARGES DUE THIS PERIOD    $85,750.00

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|

BALANCE FORWARD

FINAL BALANCE DUE

21-01011-WLH11  Doc 79-3  Filed 02/08/21  Entered 02/08/21 16:02:07  Pg 49 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA  99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA  99301

Lot No: **P905B**    (99 )
Cust No: **14**
Invoice No: 104678
Invoice Date: 07/15/20
Page 152 of 234

## PERFORMANCE SUMMARY

| | | | | Period | Year |
|---|---|---|---|---|---|
| Date Started | 03/11/20 | Origin: GROWYARD STEERS | | | |
| Cattle Class | GYS | Pen(s): A | | | |
| Avg In Weight | 631 | Sex: S | | | |
| Head In | 798 | Calendar Days on Feed | | | 127 |
| Deads | 0  0.00% | Avg Days on Feed | | | 127 |
| Shipped | 0 | Avg Cost per Hd per Day | | $6.39 | $1.59 |
| Current Hospital | 0 | Headdays | | 11,970 | 101,346 |
| Bullers | 0 | Units Feed Fed | | 0 | 0 |
| Non-Performers | 0 | Consumption (As Fed) | | 0.00 | 0.00 |
| Current Head | 798 | Consumption (Dry) | | | 0.00  Cur COG |
| | | Feedlot Charges | | $76,545.00 | $161,440.00 |
| | | Year-to-Date Cost/Hd In: | Processing  $0.00  Medical  $0.00 | | |

## CURRENT CHARGES

from  07/01/20 to 07/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $76,545.00 |
| | *** Total OTHER | | | $76,545.00 |

LOT CHARGES DUE THIS PERIOD    $76,545.00

## PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|

BALANCE FORWARD

FINAL BALANCE DUE

21-01014-WLH11   Doc 970-3   Filed 02/08/21   Entered 02/08/21 16:52:07   Pg 50 of 53

# LOT INVOICE

## Easterday Ranches, Inc.

*5235 N Industrial Way*

*Pasco  WA  99301*

Easterday Ranches, Inc.

5235 N Industrial Way
Pasco  WA  99301

Lot No: **P907B**  (99 )
Cust No: **14**
Invoice No: 104682
Invoice Date: 07/15/20
Page 156 of 234

### PERFORMANCE SUMMARY

| | | | | Period | Year |
|---|---|---|---|---|---|
| | | Origin: GROWYARD STEERS | | | |
| Date Started | 03/17/20 | Pen(s): A | | | |
| Cattle Class | GYS | Sex: S | | | |
| Avg In Weight | 556 | Calendar Days on Feed | | | 121 |
| Head In | 804 | Avg Days on Feed | | | 121 |
| Deads | 0  0.00% | Avg Cost per Hd per Day | | $6.95 | $1.73 |
| Shipped | 0 | Headdays | | 12,060 | 97,284 |
| Current Hospital | 0 | Units Feed Fed | | 0 | 0 |
| Bullers | 0 | Consumption (As Fed) | | 0.00 | 0.00 |
| Non-Performers | 0 | Consumption (Dry) | | 0.00 | 0.00  Cur COG |
| Current Head | 804 | Feedlot Charges | | $83,825.00 | $168,475.00 |
| | | Year-to-Date Cost/Hd In: Processing | | $0.00  Medical | $0.00 |

### CURRENT CHARGES — from 07/01/20 to 07/15/20

| ChargeID | Description | TypeUnit | Units | Amount |
|---|---|---|---|---|
| FEED | FEED | $ | 0.0 | $83,825.00 |
| | *** Total OTHER | | | $83,825.00 |

LOT CHARGES DUE THIS PERIOD  $83,825.00

### PERIOD CHARGES AND CREDITS

| CustID | Lot | Loc | Date | Description | ContNo | CD | Payments | Charges/Other |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | |
| | | | | FINAL BALANCE DUE | | | | |

21-01041-WLH11  Doc 79-3  Filed 02/09/21  Entered 02/09/21 16:20:07  Pg 51 of 53

| 1 | **EXHIBIT A** |
| 2 | **SPREADSHEET RE USE OF NORTH LOT SALE PROCEEDS** |
| 3 | |
| 4 | See attached. |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| EASTERDAY RANCHES, INC. & EASTERDAY FARMS PAYABLES & UPCOMING PMTS | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | **Amount Owed** | **Actual Payment from N. Lot Sale** | **Balance Owing after Paydown** | **Add Back of 1/15/21 Tyson Billed and unpaid** | **Estimated January Feed Bill** | **Adjusted Balance** | **Description** |
| EASTERDAY RANCHES, INC. (1/25) | | | | | | | |
| AAA Concrete, Inc. | 31,636 | 31,208 | 428 | | | 428 | Concrete |
| Animal Health International | 985,319 | 181,074 | 804,246 | 277,388 | | 1,081,634 | Vet/Meds |
| Baker Commodities | 9,515 | 9,515 | - | | | - | Deads |
| Bird Control Systems | 10,669 | 10,669 | - | | | - | Bird mitigation/control |
| Bison Pipe & Supply | 64,165 | 64,165 | - | | | - | Fence repair |
| Cenex Harvest States | 274,596 | - | 274,596 | | | 274,596 | Feed/Supplement |
| Central Machinery-Sales, Inc. | 1,259 | 1,259 | - | | | - | Parts & repair |
| CH2O International | 5,551 | 5,551 | - | | | - | Boiler supplies |
| Clemente Garza Trucking | 17,291 | 17,291 | - | | | - | Feed trucking |
| Commodities Plus II, LLC | 15,160 | 15,160 | - | | | - | Feed |
| Conrado Garza Trucking | 22,217 | 22,217 | - | | | - | Feed trucking |
| Easterday Farms | 3,826,307 | 5,826,307 | (2,000,000) | 388,341 | 2,100,000 | 488,341 | Feed plus estimate of unbilled feed - they bill once a month |
| English Hay Company | 1,261,281 | 1,172,702 | 88,579 | 385,657 | | 474,235 | Feed |
| Northwest Equipment Sales | 24,131 | 24,131 | - | | | - | Parts & repair |
| NW Mixer Feeders | 20,710 | 20,710 | - | | | - | Parts & repair |
| Pape Machinery, Inc. | 73,904 | 73,767 | 137 | | | 137 | Parts & repair |
| Pasco Auto Parts-NAPA | 12,754 | 12,754 | - | | | - | Parts & repair |
| Performix Nutrition Systems | 41,276 | 41,276 | - | | | - | Supplement |
| PGT | 1,308,504 | 1,308,504 | - | | | - | Feed |
| *Production Animal Consulting* | *56,309* | - | *56,309* | | | 56,309 | *Veterinary Consulting* |
| Randy Allred Livestock LLC | 45,625 | 45,625 | - | | | - | Rent |
| Rangeview Ag Labor LLC | 39,185 | 39,185 | - | | | - | Fencing |
| RDO Equipment | 1,857 | 1,857 | - | | | - | Parts & repair |
| Regency Mill Services, LLC | 14,658 | 14,658 | - | | | - | Parts & repair |
| Star Rentals & Sales | 28,505 | 21,695 | 6,810 | | | 6,810 | Equipment rental |
| *Tri Cities Grain* | *106,616* | - | *106,616* | | | 106,616 | *Feed* |
| US Linen & Uniforms | 4,299 | 4,299 | - | | | - | Laundry |
| Sun Basin Operations - CHS | 489,870 | - | 489,870 | | | 489,870 | Feed/Supplement |
| *Western Stockmen's* | *140,784* | - | *140,784* | | | 140,784 | *Vet/Med* |
| Yakima Mechanical | 18,717 | 8,550 | 10,167 | | | 10,167 | Mill parts & repair |
| Ziply Fiber | 180 | 180 | - | | | - | Parts & repair |
| Viterra Canada Inc. | 253,919 | 176,509 | 77,410 | | | 77,410 | Feed |
| All other vendors | 9,055,821 | - | 9,055,821 | 101,902 | | 9,157,722 | |
| *Paladin (retainer)* | - | *625,604* | - | | | - | |
| *Pachulski Stang Ziehl & Jones LLP (retainer)* | - | *600,000* | - | | | - | |
| Easterday Farms (loan) * | - | *4,748,089* | - | | | - | |
| **Subtotal - Ranches** | **18,262,590** | **15,124,511** | **9,111,772** | **1,153,287** | **2,100,000** | **12,365,060** | |

\* This was a paydown of an intercompany loan from 2020, estimated balance of $16mm. It was cross collateralize, Canyon Farm I and II.