**So Ordered.**

**Dated: August 17th, 2021**



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>(Jointly Administered)<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF CNH INDUSTRIAL CAPITAL, LLC |

THIS MATTER came before the court upon the Motion of CNH Industrial Capital, LLC for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1). After reviewing the Notice and Motion, and finding good cause exists, it is hereby

ORDERED that the motion [ECF No. 913] is granted. CNH Industrial Capital, LLC is hereby granted relief from the automatic stay imposed by 11 U.S.C. § 362, and is authorized to proceed to enforce its rights with respect to its collateral, the Case IH Farmall 100N Tractor, Serial #ZGLL04385, and Case IH 1255 Planter, Serial #YFS063003.

/ / /

---

[1] Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (Case No. 21-00141-WLH11) and Easterday Farms, a Washington general partnership (Case No. 21-00176-WLH11).

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF CNH INDUSTRIAL CAPITAL, LLC – **Page 1**
P:\DOCS\CNHICL\95388\PLDG\3YY0563.DOC

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

21-00141-WLH11    Doc 1001    Filed 08/17/21    Entered 08/17/21 09:07:47    Pg 1 of 2

IT IS FURTHER ORDERED that the 14-day stay pursuant to F.R.B.P. 4001(a)(3) is lifted and CNH Industrial Capital, LLC may immediately implement and enforce this order granting relief from the automatic stay.

/ / / End of Order / / /

Presented By:

FARLEIGH WADA WITT

By: /s/ Margot D. Seitz
 Margot D. Seitz, WSBA #56252
 Of Attorneys for CNH Industrial Capital, LLC

\* Change made by court

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF CNH INDUSTRIAL CAPITAL, LLC – **Page 2**
P:\DOCS\CNHICL\95388\PLDG\3YY0563.DOC

FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
503.228.6044 • www.fwwlaw.com

21-00141-WLH11    Doc 1001    Filed 08/17/21    Entered 08/17/21 09:07:47    Pg 2 of 2