UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**SCHEDULING ORDER ON DEBTORS' OBJECTIONS TO PRUDENTIAL AND EQUITABLE CLAIMS** |

Upon the *Stipulation Regarding Scheduling Order on Debtors' Objections to Prudential and Equitable Claims* (the "Stipulation"),[2] and as stipulated and agreed by and among the Debtors, The Prudential Insurance Company of America ("Prudential"), and Equitable Financial Life Insurance Company ("Equitable"), with respect to the (a) *Debtors' Objection to Claim Nos. 25 and 38 of The Prudential Insurance Company of America; Notice of Hearing and Certificate of Services* [Docket No. 1041] (the "Prudential Objection") and (b) *Debtors' Objection to Claim Nos. 45 and 101 of Equitable Financial Life Insurance Company; Notice of Hearing and Certificate of Service* [Docket No. 1042] (the "Equitable Objection" and, together

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Stipulation.

SCHEDULING ORDER – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei20k3019z

21-00141-WLH11    Doc 1148    Filed 09/27/21    Entered 09/27/21 14:18:50    Pg 1 of 3

with the Prudential Objection, the "Claim Objections"), **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation [ECF No. 1118] is construed as a motion to approve its terms. So construed, the motion is granted and the Stipulation is approved.

2. The following deadlines shall apply with respect to the resolution of the Claim Objections:

    a. *September 29, 2021*: Prudential's and Equitable's initial responses to the Claim Objections are due.

    b. *October 20, 2021 at 11:00 a.m. (Pacific Time)*: Telephonic status conference to be held (the "Status Conference").

    c. *November 12, 2021*: Close of written discovery.

        i. Interrogatories, Requests for Admissions, and written responses to Requests for Production shall be due no later than 21 days from service thereof. All such documents and responses may be served by electronic mail.

        ii. Actual production of documents and privilege logs shall be due no later than 10 days after service of written responses.

    d. *December 23, 2021*: Close of fact depositions; deadline for the Parties to identify testifying experts.

    e. *January 21, 2022*: Reports of testifying experts must be served.

    f. *February 18, 2022*: Close of expert depositions.

    g. The date of the final hearing on the Claim Objections shall be scheduled at the Status Conference (the "Final Hearing").

    h. *14 days before Final Hearing*: Supplemental briefs of Debtors and parties supporting Debtors must be filed and served.

    i. *7 days before Final Hearing*: Supplemental briefs of Prudential, Equitable, and parties supporting the lenders must be filed and served.

SCHEDULING ORDER – Page 2

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei20k3019z

21-00141-WLH11    Doc 1148    Filed 09/27/21    Entered 09/27/21 14:18:50    Pg 2 of 3

j.  **2 days before Final Hearing**:  Declarations with direct testimony of fact and expert witnesses must be filed and served.

3. **The Parties may modify the discovery deadlines set forth herein by the agreement of the Debtors, Prudential, and Equitable, without further court approval**.

4. The bankruptcy court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this order.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

 /s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
MAXIM B. LITVAK (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

\* Changes made by court

SCHEDULING ORDER – Page 3

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei20k3019z

21-00141-WLH11    Doc 1148    Filed 09/27/21    Entered 09/27/21 14:18:50    Pg 3 of 3