ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and jrosell@pszjlaw.com

*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,[1]<br><br>Debtors. | No. 21-00141-WLH11<br><br>**SECOND STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

SECOND STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Debtor Easterday Farms, a Washington General Partnership ("Farms") and Mack Financial Services, a division of VFS US LLC ("Mack Financial" and, together with Farms, the "Parties"), by and through their undersigned counsel of record, hereby enter into this second stipulation and agreed order (the "Second Stipulation"), pursuant to which the Parties stipulate and agree as follows:

**WHEREAS**, on April 21, 2021, Mack Financial filed its *Motion for Relief from Stay* (the "Motion" found at Docket No. 603), seeking, *inter alia*, relief from stay to obtain possession of certain equipment (the "Collateral").

**WHEREAS**, other than Farms, no party-in-interest responded to the Motion.

**WHEREAS**, on May 10, 2021, the Parties entered into a Stipulation by and between Debtor Easterday Farms and Mack Financial Regarding Motion for Relief from Stay (the "First Stipulation" found at Docket No. 686).

**WHEREAS**, on June 16, 2021, the court entered an agreed order authorizing Farms to make certain adequate protection payments to Mack Financial (Docket No. 820).

**WHEREAS**, Farms no longer requires use of the equipment over which the Motion seeks relief from stay.

**Based on the foregoing recitals, the Parties hereby stipulate and agree as follows:**

1. Upon the court entering an order approving this Second Stipulation, Mack Financial shall be entitled to immediate relief from the automatic stay with respect to the Collateral covered by the Motion. Mack Financial shall arrange with Farms to take possession of the Collateral as soon as practicable.

SECOND STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei22fj01f9

21-00141-WLH11    Doc 1157    Filed 09/29/21    Entered 09/29/21 16:24:08    Pg 2 of 3

2. Upon taking possession of the collateral, Mack Financial waives any right to assert a deficiency or any other claim against either or both of the Debtors. Within 14 days of entry of an order approving this Second Stipulation, Mack Financial shall withdraw claims 62, 63, and 64 filed in the Easterday Ranches case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

DATED September 29, 2021   BUSH KORNFELD LLP

*/s/ Thomas A. Buford*
THOMAS A. BUFORD, III (WSBA 52969)

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
JASON H. ROSELL (*Admitted Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for the Debtor*

DATED September 29, 2021   GORDON REES SCULLY MANSUKHANI, LLP

*/s/ KENT CARTER*
KENT CARTER (Admitted *Pro Hac Vice*)
W. GREGORY LOCKWOOD (WSBA 52232)

*Attorneys for Mack Financial*

SECOND STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ei22fj01f9

21-00141-WLH11   Doc 1157   Filed 09/29/21   Entered 09/29/21 16:24:08   Pg 3 of 3