So Ordered.

Dated: October 6th, 2021



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**ORDER APPROVING SECOND STIPULATION BY AND BETWEEN DEBTOR EASTERDAY FARMS AND MACK FINANCIAL REGARDING MOTION FOR RELIEF FROM STAY** |

Upon the *Second Stipulation by and between Debtor Easterday Farms and Mack Financial Regarding Motion for Relief from Stay* (the "Second Stipulation"),[2] and as stipulated and agreed by and Debtor Easterday Farms, a Washington General Partnership ("Farms") and Mack Financial Services, a division of VFS US LLC ("Mack Financial" and, together with Farms, the "Parties"),

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation [ECF No. 1157] is construed as a motion to approve its terms. So construed, the motion is granted and the Stipulation is approved.

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Stipulation.

ORDER APPROVING SECOND
STIPULATION – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2. Upon entry of this order, Mack Financial shall be entitled to immediate relief from the automatic stay with respect to the Collateral covered by the Motion. Mack Financial shall arrange with Farms to take possession of the Collateral as soon as practicable.

3. Upon taking possession of the collateral, Mack Financial waives any right to assert a deficiency or any other claim against either or both of the Debtors. Within 14 days of entry of this order, Mack Financial shall withdraw claims 62, 63, and 64 filed in the Easterday Ranches case.

4. This court shall retain exclusive jurisdiction and power with respect to all matters arising from or related to the implementation of this order.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)

RICHARD M. PACHULSKI (Admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (Admitted *Pro Hac Vice*)
MAXIM B. LITVAK (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

\* Change made by court

ORDER APPROVING SECOND STIPULATION – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

21-00141-WLH11    Doc 1163    Filed 10/07/21    Entered 10/07/21 08:24:41    Pg 2 of 2