So Ordered.

Dated: November 15th, 2021



Whitman L. Holt
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| EASTERDAY RANCHES, INC., *et al.* | Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| Debtors.[1] | **ORDER FURTHER EXTENDING THE PERIOD TO REMOVE CIVIL ACTIONS PURSUANT TO 28 U.S.C § 1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Having considered the *Debtors' Motion for Order Further Extending the Period to Remove Civil Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* [Docket No. 1221] (the "Motion"), filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and it appearing that the relief requested is in the best interests of the Debtors' estates and creditors; and it appearing that this court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and adequate notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

ORDER FURTHER EXTENDING THE PERIOD TO REMOVE CIVIL ACTIONS – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ek15cy018j

**IT IS HEREBY ORDERED THAT:**

1. The Motion [ECF No. 1221] is granted as set forth herein.

2. The Debtors may seek to remove civil actions to federal court through and including January 31, 2022 with respect to any proceedings that are eligible for removal under 28 U.S.C. § 1452.

3. The relief granted herein shall not prejudice the Debtors from seeking further extensions of this time period.

4. The court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

/// END OF ORDER ///

PRESENTED BY:

/s/ Thomas A. Buford, III
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER FURTHER EXTENDING THE PERIOD TO REMOVE CIVIL ACTIONS – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ek15cy018j

21-00141-WLH11    Doc 1261    Filed 11/15/21    Entered 11/15/21 13:27:48    Pg 2 of 2