So Ordered.

Dated: December 29th, 2021

Whitman L. Holt
Bankruptcy Judge

IN THE U.S. BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC.,<br><br>Debtor. | Lead Case No.: 21-00141-WLH11 |
| In re<br><br>EASTERDAY FARMS, a Washington General Partnership<br><br>Debtor. | Jointly administered with:<br>Case No. 21-00176-WLH11<br><br>ORDER (1) APPROVING STIPULATION; (2) APPROVING REJECTION OF CERTAIN LEASES, AND (3) FIXING REJECTION CLAIM |

THIS MATTER came before the court upon the Stipulation Between Huntington National Bank and Debtors Rejecting Certain Leases and Fixing Rejection Claim ("Motion") brought by Huntington National Bank ("HNB") and stipulated by Easterday Ranches, Inc. ("Ranches") and Easterday Farms ("Farms") (Ranches and Farms are hereinafter referred to collectively as

ORDER APPROVING STIPULIATION; APPROVING REJECTION OF CERTAIN LEASES; AND FIXING REJECTION CLAIM – 1

*Schweet Linde & Coulson, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

21-00141-WLH11    Doc 1319    Filed 12/29/21    Entered 12/29/21 11:24:21    Pg 1 of 3

"Debtors" and each a "Debtor"). Based on the Motion, the agreement of HNB and Debtors from the stipulation, and the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Motion, *ECF Dkt. No. 1314* is granted; it is further:

ORDERED, ADJUDGED AND DECREED that the stipulation between HNB and Debtors is approved; it is further

ORDERED, ADJUDGED, AND DECREED that the respective leases (collectively the "Leases") for the following equipment are hereby rejected:

- 2021 Wilson PSDCL-402 53' x 102" Quad Axle Livestock Trailer, VIN #1W16534A8M5559553 together with all attachments and accessories thereto
- 2021 Wilson PSDCL-402 53' x 102" Quad Axle Livestock Trailer, VIN #1W16534AXM5559554 together with all attachments and accessories thereto
- Trinity Eagle Bridge Belt Trailer, VIN #1T9SC5344LB656023
- 2020 Traileze 55 ton Lowboy Wide Side Trailer, VIN #1DADLD033LM022971 together with a 2020 Traileze Flip Axle TE1FA, VIN #1DAYYGA13LM022972;

it is further:

ORDERED, ADJUDGED, AND DECREED that HNB shall have an allowed general unsecured claim in the Ranches case in the amount of $53,679.23 on account of Claim No. 7 filed in Ranches bankruptcy case by TCF National Bank, predecessor in interest to HNB; and it is further:

[ORDER CONTINUES ON NEXT PAGE]

ORDER APPROVING STIPULIATION; APPROVING REJECTION OF CERTAIN LEASES; AND FIXING REJECTION CLAIM – 2

SCHWEET LINDE & COULSON, PLLC
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101

21-00141-WLH11    Doc 1319    Filed 12/29/21    Entered 12/29/21 11:24:21    Pg 2 of 3

ORDERED, ADJUDGED, AND DECREED that HNB shall have an allowed general unsecured claim in the Farms case in the amount of $54,480.37 on account of Claim No. 5 filed in Farms bankruptcy case by TCF National Bank, predecessor in interest to HNB.

///END OF ORDER///

Presented By:

**SCHWEET LINDE & COULSON, PLLC**

*/s/Michael M. Sperry*
Michael M. Sperry, WSBA #43760
Conner W. Morgan, WSBA #55697
Attorneys for The Hunt,ington National Bank

\* Changes made by court

ORDER APPROVING STIPULIATION; APPROVING REJECTION OF CERTAIN LEASES; AND FIXING REJECTION CLAIM – 3

*SCHWEET LINDE & COULSON, PLLC*
575 S. Michigan St.
Seattle, WA 98108
P (206) 275-1010  F (206) 381-0101