Joseph M. Welch (WSBA #56521)
BUCHALTER
1420 5th Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 319-7052
Email: jwelch@buchalter.com

Julian I. Gurule (Admitted pro hac vice)
BUCHALTER
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Email: jgurule@buchalter.com

*Counsel to the Official Committee of
Unsecured Creditors of
Easterday Farms, a Washington
General Partnership*

HONORABLE WHITMAN L. HOLT
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

EASTERDAY RANCHES, INC., et al.,

Debtors.[1]

Chapter 11

Lead Case No. 21-00141-11 (WLH)
Jointly Administered

**NOTICE OF INCREASED HOURLY RATES CHARGED BY BUCHALTER, A PROFESSIONAL CORPORATION**

NOTICE IS HEREBY GIVEN that effective January 1, 2022,[2] the hourly rates charged by Buchalter, a Professional Corporation increased as follows:

---

[1] The Debtors (along with their case numbers) are Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

[2] On December 1, 2021, the hourly rates for Nicholas Couchot, Tamara Schiff, and Anthony Napolitano were increased from $325, $355, and $525 to $330, $360, and $530, respectively.

NOTICE OF RATE INCREASE- 1

| Attorney | Former Rate | Increased Rate |
|---|---|---|
| Paul Arrow | $690 | $710 |
| Joseph Welch | $675 | $700 |
| Brian Harvey | $525 | $575 |
| Anthony Napolitano | $525 | $550 |
| Valerie Banter Peo | $500 | $525 |
| Khaled Tarazi | $450 | $475 |
| Tiffany Ng | $415 | $440 |
| Rebecca Wicks | $375 | $400 |
| Tamara Schiff | $355 | $360 |
| Nicholas Couchot | $325 | $360 |

DATED this 13th day of January, 2022.

BUCHALTER, A PROFESSIONAL CORPORATION

By  */s/ Joseph M. Welch*
Joseph M. Welch (WSBA #56521)

*Counsel to the Official Committee of Unsecured Creditors of Easterday Farms, a Washington General Partnership*

NOTICE OF RATE INCREASE- 2