Stephen J. Felice
Stephen J. Felice Lawyers
PO Box 2825
Othello, Washington 99344
Phone:       509.488.3303
E-Mail:      steve@sjfelicelaw.com

*Counsel for Pegram Construction Inc.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC.<br><br>Debtor[1]. | Case No.   21-00141-WLH11<br><br>**OBJECTION OF:**<br>**Pegram Construction, LLC**<br><br>**TO:**<br>**SECOND AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF EASTERDAY RANCHES, INC. AND EASTERDAY FARMS** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, In. (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

OBJECTION   -1

**Stephen J. Felice**
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

COMES NOW Pegram Construction, LLC ("Pegram") by and through its counsel, Stephen J. Felice, and submits this Objection to the Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms (Doc. 1283).

## CLAIM DESCRIPTION

Pegrams' Proof of Claim (Claim No. 29-1) filed in Easterday Ranches (21-00141-WLH11) totals $123,984.00.

## OBJECTIONS TO DISCLOSURE STATEMENT

Section 1125(b) requires that a disclosure statement contain adequate information. The term "adequate information" is defined in Section 1125(a)(1), and includes such information as is necessary for a hypothetical investor to make an informed judgment about a proposed plan of reorganization. In determining whether a disclosure statement provides adequate information, the Court shall consider the complexity of the case, the benefit of additional information to creditors and other parties in interest, and the cost of providing additional information. 11 U.S.C. § 1125(a)(1). In addition, LBR 3017-1(a) requires that a disclosure statement contain detailed information in twelve categories. Pegram objects to the Disclosure Statement as follows:

OBJECTION -2

**Stephen J. Felice**
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

21-00141-WLH11    Doc 1461    Filed 03/09/22    Entered 03/09/22 13:46:08    Pg 2 of 7

1. **Lack of Adequate Information Regarding Treatment of Pegrams' Claim.**

    1.1    The Disclosure Statement describes the treatment for Pegrams' Class I "Other Secured Claims":

> The legal, equitable, and contractual rights of Holders of Allowed Class 1 Claims are unaltered by the Plan and the Liens of the Holders of Allowed Class 1 Claims will continue to attach to their respective Collateral, provided that all such Claims shall remain subject to any and all defenses, counterclaims, and setoff or recoupment rights with respect thereto. Unless the Liquidation Trustee and the Holder of an Allowed Class 1 Claim agree to other treatment, on or as soon as is reasonably practicable after the Effective Date, each Holder of an Allowed Class 1 Claim shall receive, at the option of the Liquidation Trustee: (i) Cash from the Liquidation Trust in the Allowed amount of such Holder's Allowed Class 1 Claim; or (ii) the return of the Collateral securing such Allowed Class 1 Claim, without representation or warranty by any Person (and without recourse against any Person regarding such Other Secured Claim); or (iii) (A) the cure of any default, other than a default of the kind specified in Bankruptcy Code section 365(b)(2), that Bankruptcy Code section 1124(2) requires to be cured, with respect to such Holder's Allowed Class 1 Claim, without recognition of any default rate of interest or similar penalty or charge, and upon such cure, no default shall exist; (B) the reinstatement of the maturity of such Allowed Class 1 Claim as the maturity existed before any default, without recognition of any default rate of interest or similar penalty or charge; and (C) retention of its unaltered legal, equitable, and contractual rights with respect to such Allowed Class 1 Claim, including through the retention of any associated Lien on the Collateral securing such Allowed Class 1 Claim.
> (Second Amended Disclosure Statement, p. 64) (76 of 146)

OBJECTION -3

**Stephen J. Felice**
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

21-00141-WLH11   Doc 1461   Filed 03/09/22   Entered 03/09/22 13:46:08   Pg 3 of 7

Pegram has not been provided with any backup information which supports assumptions set forth in the Waterfall Analysis in the Disclosure Statement and proposed Plan.

Pegram has not been advised that their claim is provided for in "Class I: Other Secured Claims." Pegram has not been provided with any information as to which other creditors are in this class or how the total claims of $1,559,000 is determined.

The Waterfall Analysis and Plan list other secured claims at a total of $1,599,000 and divides this between $60,000 for mechanic/preparer liens with the remainder identified as equipment liens. The Disclosure Statement and Plan may not be adequate to pay Pegrams' mechanic/preparer liens claim and possibly other mechanic/preparer liens claims. A plan is required to treat claimants equitably and the Disclosure Statement does not provide sufficient information to determine if this is being accomplished.

1.2 Any portion of Pegrams' claim which is not paid 100% in Class I will become undersecured/unsecured claims in Class 6.

1.3 The Disclosure Statement describes the treatment for "Ranches General Unsecured Claims" in Class 6 as follows:

OBJECTION -4

Stephen J. Felice
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

Class 6 consists of all Ranches General Unsecured Claims. Class 6 is Impaired under the Plan. On or as soon as practicable after the Effective Date, each Holder of an Allowed Ranches General Unsecured Claim shall receive, as the sole distribution or dividend by Ranches or its Estate under the Plan on account of such Allowed Ranches General Unsecured Claim, a Pro Rata share of the Class A Liquidation Trust Interests in the Liquidation Trust calculated as a percentage of all Allowed Ranches General Unsecured Claims), which shall entitle such Holder to the treatment contemplated in the Plan Waterfall and a share of any Net Distributable Assets consistent with the immediately following paragraph.

The Plan Waterfall reflects that Holders of Ranches General Unsecured Claims shall receive the first $1.2 million of the first $4.2 million from any source available for distribution to Classes 6, 7, and 8, the next $3.0 million of such proceeds shall be distributed Pro Rata to Holders of Tyson Claims and Segale Claims, and except with respect to proceeds of any claims against Cody Easterday (other than for proceeds of the Basin City Property) and except with respect to any proceeds of the North Lot Actions, the remainder of any Net Distributable Assets shall be distributed Pro Rata to Holders of Ranches General Unsecured Claims, Tyson Claims, and Segale Claims.

Notwithstanding anything to the contrary herein, each Holder of a Class 6 Claim shall be required to check a box on its Ballot, or otherwise notify the Debtors or the Liquidation Trust in writing, if such Holder agrees to affirmatively and voluntarily assign, transfer, and convey any individual Causes of Action of such Holder against the Easterday Family and their Related Parties to the Liquidation Trust (the "Assignment of Easterday Family Causes of Action").[27] The Debtors shall timely inform the Ranches Committee of the results of the Assignment of Easterday Family Causes of Action, including any defects or suspected mistakes therein. The Debtors shall provide Holders of a Class 6 Claim with a reasonable opportunity to cure any defects or mistakes or otherwise notify the Debtors in writing of the Assignment of

OBJECTION -5

Stephen J. Felice
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

Easterday Family Causes of Action (including a reasonable time after the Voting Deadline).  If a Holder of a Class 6 Claim does not check such box on its Ballot or otherwise notify the Debtors or the Liquidation Trust in writing, the distributions to such Holder of Ranches General Unsecured Claims under the Plan shall be reduced to an amount equal to [twenty percent (20%)] of such Holder's Allowed Class 6 Claim, regardless of whether Class 6 votes in favor of the

Debtors have failed to identify the creditors with allowed claims in Class 5 or Class 6 with allowed claim amounts preventing Pegram from determining who they are associated with and the dollar amount of claims of creditors included in Class 5 and 6.

1.4 Debtors have set forth on the Waterfall Analysis their assumptions but have failed to supply Pegram current financial information required by LBR 3017-1(3) and a liquidation analysis required by LBR 3017-1(6).

1.5 Debtors' Waterfall Analysis at Page 8(d), Debtors assume that Washington Trust Bank will have a net undersecured claim of approximately $11.5M which without explanation, they assume will be paid in full vs. Farms and Ranches unsecured claimants receiving only a percentage of their unsecured claims. Creditors are not given enough time to evaluate this deal.

OBJECTION  -6

Stephen J. Felice
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

**2.     Joinder in Other Objections.**

2.1     Pegram reserves the right to join in any objections filed by other parties in interest.

**3.     Conclusion.**

3.1     For the reasons stated above, Pegram objects to approval of the Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc. and Easterday Farms (Doc. 1382).

///End of Body of Document///

DATED:  March 9, 2022                          /s/ Stephen J. Felice
                                               _____
                                               STEPHEN J FELICE, #21971
                                               Attorney for Debtor
                                               PO Box 2825
                                               Othello, Washington 99344
                                               (509) 488-3303

OBJECTION   -7

**Stephen J. Felice**
Stephen J Felice Lawyers
PO Box 2825
Othello, WA 99344
509-488-3303

21-00141-WLH11    Doc 1461    Filed 03/09/22    Entered 03/09/22 13:46:08    Pg 7 of 7