**So Ordered.**

**Dated: March 11th, 2022**



**Whitman L. Holt
Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtor(s) | Chapter 11<br><br>Lead Case No. 21-00141-WLKH-11<br>(Jointly Administered)<br><br>**STIPULATED ORDER GRANTING AGREED MOTION TO TERMINATE AUTOMATIC STAY AS TO MIDLAND STATES BANK** |

On consideration of the Motion of Midland States Bank through its account servicer Orion First Financial LLC ("Midland") for relief from the automatic stay pursuant to 11 U.S.C. § 362, and upon the below agreement of the parties, it is

ORDERED that the motion [ECF No. 1430] is granted. Midland is hereby granted relief from the automatic stay imposed by 11 U.S.C. § 362 and is authorized to proceed to enforce its rights with respect to its collateral (5 2020 Trinity Eagle Bridge belt trailers: VIN nos. 1T9SC5346LB656024, 1T9SC5348LB656025, 1T9SC534XLB656026, 1T9SC5342LB656022

and 1T9SC5341KB656107), including but not limited to taking possession, marketing, selling the collateral, and applying the proceeds to the amount due on the notes.

IT IS FURTHER ORDERED that Midland shall not have any deficiency claim against Debtors or Debtors' estate.

IT IS FURTHER ORDERED that notwithstanding any provision in Debtors' proposed Chapter 11 Plan to the contrary, this Order survives confirmation and supersedes any plan provision applicable to the Property.

IT IS FURTHER ORDERED that that the 14-day stay pursuant to F.R.B.P. 4001(a)(3) is waived and Midland may immediately implement and enforce this order.

/// End of Order ///

Submitted by:


/s/Kelly D. Sutherland
Kelly D. Sutherland, WSBA # 21889
Attorneys for Orion First Financial LLC as account servicer for Midland States Bank

H. Gray Burks, IV
Texas State Bar No. 03418320
LAW OFFICE OF GERALD M. SHAPIRO, LLP
13105 Northwest Freeway, Suite 960
Houston, TX 77040
(224) 244-1367
gburks@logs.com
Attorneys for Orion First Financial LLC as account servicer for Midland States Bank

Consented by:


 /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
601 Union Street, Ste 5000
Seattle, WA 98101
(206) 292-2110
tbuford@bskd.com
Attorney for Debtor

\* Change made by court