
# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, INC.<br>et. al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**ORDER GRANTING MOTION FOR PAYMENT OF ADEQUATE PROTECTION AND, IN THE ALTERNATIVE, RELIEF FROM STAY** |

THIS MATTER came before the court upon the motion ("Motion") of Bank of the West, ("BOTW") for an order granting adequate protection pursuant to 11 U.S.C. §§ 361 and 363 in the form of an immediate payment to BOTW for all sums due and owing from Easterday Farms, a Washington general partnership ("Easterday Farms") to BOTW arising from the bankruptcy sale of a 2015 Mack

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

ORDER - 1

FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:100236521.1

CHU613, VIN # 1M1AX07YXFM025968 (the "Truck"), and in the alternative, for an order for relief from stay pursuant to 11 U.S.C. § 362(d)(1), Local Rule 4001 and Fed. R. Bankr. P. 4001, 9013, and 9014, to take collection action against Easterday Farms for all sums due and owing from Easterday Farms to BOTW under the terms of the loan and security documents for the Truck ("Loan Documents").

The court having considered the Motion, the Declaration of Tyerone Tye and exhibits thereto in support, the Declaration of Deborah A. Crabbe and exhibits thereto in support, the agreement between BOTW and Easterday Farms evidence by the signatures of below, and no objections to the Motion having been filed, NOW, THEREFORE, IT IS HEREBY

ORDERED that the Motion [ECF No. 1504] is granted; it is further

ORDERED that Easterday Farms shall pay to BOTW all sums due and owing to BOTW under the terms of the Loan Documents of $62,351.52 (the "Adequate Protection Amount") by no later than seven days from the date of this Order; it is further

ORDERED that, upon payment to BOTW of the Adequate Protection Amount, BOTW shall be entitled to no further claims against Easterday Farms or its bankruptcy estate in connection with the Truck or the Loan Documents; it is further

ORDERED that if payment of the Adequate Protection Amount is not made to BOTW within seven days of the date of this Order, BOTW shall be granted

ORDER - 2

FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

FG:100236521.1
21-00141-WLH11    Doc 1546    Filed 04/15/22    Entered 04/15/22 08:55:10    Pg 2 of 3

relief from stay effective on eighth day from the date of this Order to commence collection action against Easterday Farms for all sums due and owing to BOTW under the terms of the Loan Documents; and it is further

ORDERED that this order shall be effective immediately notwithstanding the provisions of F.R.B.P. 4001(a)(3) and that this order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

///End of Order///

Presented by:

**FOSTER GARVEY PC**

*/s/ Deborah A. Crabbe*
Deborah A. Crabbe, WSBA No. 22263
Attorneys for Bank of the West

Agreed as to form and entry

**BUSH KORNFELD LLP**

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (Admitted Pro Hac Vice)
JEFFREY W. DULBERG (Admitted Pro Hac Vice)
JASON H. ROSELL (Admitted Pro Hac Vice)
PACHULSKI STANG ZIEHL & JONES LLP
Attorneys for Debtors and Debtors in Possession

\* Change made by court

ORDER - 3

**FOSTER GARVEY P.C.**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:100236521.1

21-00141-WLH11    Doc 1546    Filed 04/15/22    Entered 04/15/22 08:55:10    Pg 3 of 3