Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201
Telephone: (509) 624-4600
Facsimile: (509) 623-1660
Email: bmedeiros@dbm-law.net

David H. Leigh (WSBA NO. 40031)
Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: dleigh@rqn.com
Email: mjohnson@rqn.com

Attorneys for Rabo AgriFinance LLC

Honorable Whitman L. Holt
Chapter 11

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| IN RE: | CASE NO. 21-00141-WLH11 |
|---|---|
| EASTERDAY RANCHES, INC., et al., | (Jointly Administered) |
| Debtors.[1] | **RABO'S PROTECTIVE, LIMITED OBJECTION TO THE DEBTORS' MOTION TO APPROVE GLOBAL TERM SHEET** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

OBJECTION TO MOTION TO
APPROVE GLOBAL TERM
SHEET

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

Rabo AgriFinance LLC ("Rabo"), through counsel, respectfully files this protective limited objection to the Debtors' Motion to Approval Global Term Sheet (the "Approval Motion"). [Dkt. 1543]

The Approval Motion generally describes the terms and provisions of a Term Sheet for a global settlement between the Debtors, the Easterday Family, various entities owned by the Easterday Family (including 3E, Produce, and Dairy), both Committees, Tyson and Segale. If approved, the provisions of the Terms Sheet will be incorporated into a Joint Plan, with the contemplation being that the Joint Plan will be confirmed and go effective by July 31, 2022. Under the contemplated Joint Plan, general unsecured creditors of Easterday Farms would receive 100% of their Allowed Claims as of the Petition Date, but no post-petition interest or attorneys' fees.

Among other things, the Approval Motion and the Term Sheet contain some cryptic references as to the releases that would be provided to the Easterday Family. On page 17 of 88, for example, the Approval Motion states that the Easterday Family and "all related family members, entities in which the Easterday Family or their related family members own an interest," and their affiliates, agents, professionals, officers and directors and Representatives "shall be released of all claims from the Farms Estate, the Ranches Estate, *and each creditor of each*

PROTECTIVE, LIMITED OBJECTION TO MOTION TO APPROVE GLOBAL TERM SHEET - 2 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 1550    Filed 04/18/22    Entered 04/18/22 11:24:56    Pg 2 of 5

*estate to the extent allowed by law."* (Emphasis supplied). That same page also states that "Specific release of those parties with direct contractual agreements with the Easterday Family et al. in connection with Debtors will need to be provided if they are not paid in full. For the avoidance of doubt, specific releases will include . . . (b) release of any and all claims by parties in the attached <u>Exhibit A</u>." Exhibit A to the Term Sheet, in turn, provides that "[t]he Easterday Family, et al., requires direct release from" a number of listed parties, including "Rabo AgriFinance LLC."

It is unclear whether the Term Sheet and Approval Motion are contemplating some sort of non-consensual third-party releases of the Easterday Family or if, instead, they are simply saying that Easterday Family hopes to get consensual releases from parties, such as Rabo, with whom they have direct contractual relationships. As set forth in Rabo's filed proof of claim in the Farms Case [Claim 90-4], Rabo's claim arises under a written contract under which both Easterday Farms and Cody Easterday are contractually obligated. Further, Rabo asserts that its claim is secured by a mortgage on that portion of the "Pasco Onion

PROTECTIVE, LIMITED
OBJECTION TO MOTION TO
APPROVE GLOBAL TERM
SHEET

- 3 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 1550    Filed 04/18/22    Entered 04/18/22 11:24:56    Pg 3 of 5

Shed Property," specifically Parcel A, that is titled in the names of Gale Easteday, Karen Easterday, Cody Easterday, Debby Easterday and Jody Easterday.[2]

Rabo objects to the Term Sheet and the Approval Motion to the extent they surreptitiously seek to bind or impose upon Rabo a non-consensual third-party release of the Easterday Family, and a commensurate non-consensual obligation to release the 2009 Mortgage that Rabo believes secures its claim, upon confirmation of the contemplated Plan described in the Term Sheet. Rabo is not a party to the Term Sheet, and its approval should not bind Rabo in any way, either expressly or by implication, to its terms. It also should not limit Rabo's right to raise and prosecute any objections it believes it has to the Disclosure Statement that is to be filed or to confirmation of the contemplated Plan, including any objections focusing on any release provisions of that contemplated Plan.

Simply put, as of this time Rabo has not agreed to provide any release to the Easterday Family, either as part of a confirmed Plan or otherwise. And the Term Sheet and Approval Motion cannot accomplish such a result by stealth or subterfuge. Therefore, Rabo requests that any order approving the Term Sheet and

---

[2] The Pasco Onion Shed Property is the property that is the subject of the 3E Adversary Proceeding. The Term Sheet provides that, upon the Effective Date of the Plan, that adversary proceeding will be dismissed with prejudice.

PROTECTIVE, LIMITED OBJECTION TO MOTION TO APPROVE GLOBAL TERM SHEET — - 4 - — Ray Quinney & Nebeker P.C. 36 South State Street, Ste. 1400 Salt Lake City, UT 84111 Telephone: (801) 532-1500

21-00141-WLH11    Doc 1550    Filed 04/18/22    Entered 04/18/22 11:24:56    Pg 4 of 5

granting the Approval Motion make clear that the order does not modify, bind or limit Rabo's rights in any way with respect to any non-debtors that Rabo believes are also obligated to Rabo, or any non-debtor property that Rabo believes secures its claims.

DATED this 18th day of April, 2022.

        DAVIDSON BACKMAN MEDEIROS PLLC
        601 West Riverside Avenue, Suite 1550
        Spokane, Washington 99201

        **-and-**

        RAY QUINNEY & NEBEKER P.C.

        /s/ *Michael R. Johnson*
        Michael R. Johnson
        36 South State Street, Suite 1400
        Salt Lake City, Utah 84111

        *Attorneys for Rabo Agrifinance, Inc.*

PROTECTIVE, LIMITED OBJECTION TO MOTION TO APPROVE GLOBAL TERM SHEET - 5 -

Ray Quinney & Nebeker P.C.
36 South State Street, Ste. 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500

21-00141-WLH11    Doc 1550    Filed 04/18/22    Entered 04/18/22 11:24:56    Pg 5 of 5