**So Ordered.**

**Dated: April 28th, 2022**



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re: | Lead Case No. 21-00141-WLH11 |
|---|---|
| EASTERDAY RANCHES, INC., et al., | **ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtor. | |

THIS MATTER came before the court on Santander Consumer USA Inc. dba Chrysler Capital's motion for relief from the automatic stay imposed by 11 U.S.C. § 362. *See* ECF No. 1437. Based on the motion and the parties' stipulation, it is ORDERED that:

The stipulation, the terms of which are reflected in the document at ECF No. 1590, is approved. The parties are bound by the terms set forth therein.

///End of Order///