Matthew Diggs, WSBA No. 36331
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700

*Special Counsel for the Chapter 11 Debtors
and Debtors in Possession*

Hon. Whitman L. Holt

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| EASTERDAY RANCHES, INC., et al., | No. 21-00141-WLH11<br>(Jointly Administered) |
| Debtors.[1] | **MONTHLY FEE APPLICATION OF DAVIS WRIGHT TREMAINE LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2022 THROUGH APRIL 30, 2022**<br><br>[No Hearing Required Pursuant to L.B.R. 2002-1(c)(1)] |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 1
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP (the "Firm") submits its monthly fee application (the "Application") for allowance and payment of interim compensation and reimbursement of expenses for the period of April 1, 2022 – April 30, 2022 (the "Application Period") for work performed for the Debtors. In support of the Application, the Firm respectfully represents as follows:

The Firm is special counsel to the Debtors. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

1. The Firm billed a total of $18,240.24 in fees and expenses during the Application Period. The total fees represent 28.4 hours expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| April 1, 2022 – April 30, 2022 | $18,135.50 | $104.74 | $18,240.24 |

**SUMMARY BY DEBTOR**

| | Ranches | Farms | Both Debtors |
|---|---|---|---|
| **Fees** | $9,067.75 | $9,067.75 | **$18,135.50** |
| **Expenses** | $52.37 | $52.37 | **$104.74** |
| **Total** | **$9,120.12** | **$9,120.12** | **$18,240.24** |
| **Hours** | 14.20 | 14.20 | **28.4** |

2. Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of $14,613.14 at this time. This total is comprised as follows: $14,508.40 (80% of the fees for services rendered) plus $104.74 (100% of the expenses incurred).

3. For the post-petition period, the Firm has been paid to date as follows:

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 2
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

| Application Period | Amount | Description |
|---|---|---|
| First (02/01/2021 – 03/31/2021) | $256,185.55 | 100% fees and 100% expenses |
| Second (04/01/2021 – 04/30/2021) | $163,234.16 | 100% fees and 100% expenses |
| Third (05/01/2021 – 05/31/2021) | $154,937.60 | 100% fees and 100% expenses |
| Fourth (06/01/2021 – 06/30/2021) | $157,563.44 | 100% fees and 100% expenses |
| Fifth (07/01/2021 – 07/31/2021) | $151,831.30 | 100% fees and 100% expenses |
| Sixth (08/01/2021 – 08/31/2021) | $60,459.99 | 100% fees and 100% expenses |
| Seventh (09/01/2021 – 09/30/2021) | $15,103.00 | 100% fees and 100% expenses |
| Eight (10/01/2021 – 10/31/2021) | $32,169.64 | 100% fees and 100% expenses |
| Ninth (11/01/2021 – 11/30/2021) | $18,280.14 | 100% fees and 100% expenses |
| Tenth (12/01/2021 – 12/21/2021) | $20,611.63 | 100% fees and 100% expenses |
| Eleventh (01/01/2022 – 1/31/2022) | $13,249.13 | 100% fees and 100% expenses |
| Twelfth (02/01/2022 – 02/28/2022) | $11,014.68 | 100% fees and 100% expenses |
| Thirteenth (03/01/2022–3/31/2022) | $24,315.40 | 80% of fees and 100% of expenses |
| **Total Paid To The Firm To Date** | **$1,078,955.66** | |

4.     To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| First (02/01/2021 – 03/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Second (04/01/2021 – 04/30/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Third (05/01/2021 – 05/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Fourth (06/01/2021 – 06/30/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Fifth (07/01/2021 – 07/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Sixth (08/01/2021 – 08/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Seventh (09/01/2021–09/30/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 3
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

| | | |
|---|---|---|
| Eighth (10/01/2021 – 10/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Ninth (11/01/2021 – 11/30/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Tenth (12/01/2021 – 12/31/2021) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Eleventh (01/01/2022 – 1/31/2022) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Twelfth (02/01/2022 – 2/28/2022) | $0<br>$0 | 80% of fees and 100% of expense<br>20% fee holdback |
| Thirteenth (3/01/2022–3/31/2022) | $0<br>$6,055.10 | 80% of fees and 100% of expense<br>20% fee holdback |
| **Total Owed To the Firm To Date** | **$6,055.10** | |

5.       Attached as **Exhibit A** hereto is the name of each professional who performed services in connection with this case during the period covered by this Application and the hourly rate for each such professional.  Attached hereto as **Exhibit B** are the detailed time and expense statements for the Application Period.

6.       The Firm has served a copy of this Application on the above-captioned debtors (the "Debtors"), counsel to the Debtors, counsel to the Official Committees of Unsecured Creditors appointed in these cases, and the Office of the United States Trustee.  The Application was mailed by first class mail, postage prepaid, on or about June 10, 2022.  Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of the Notice.  The Notice was mailed by first class mail, postage prepaid, on or about June 10, 2022.

7.       Pursuant to this court's *Order Authorizing Interim Fee Application and Expense Reimbursement Procedures* that was entered on or about April 15, 2021, the Debtors are authorized to make the payment requested herein without a further hearing or order of this court unless an objection to this Application is filed with the court and served upon the Notice Parties within fourteen (14) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtors are

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 4
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the court. If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the court.

8. The interim compensation and reimbursement of expenses sought in this Application are not final. Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these cases. Any interim fees or reimbursement of expenses approved by this court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this court.

WHEREFORE, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Order Authorizing Interim Fee Procedures.

DATED this 10th day of June, 2022.

DAVIS WRIGHT TREMAINE LLP
Special Counsel for the Chapter 11 Debtors and
Debtors in Possession

By: _s/ Matthew Diggs_____
    Matthew D. Diggs, WSBA #36331
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Phone: (206) 622-3150
    Email: matthewdiggs@dwt.com

Submitted by:

BUSH KORNFELD LLP

/s/ Thomas A. Buford, III_____
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

Attorneys for the Debtors and
Debtors in Possession

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 5
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

## EXHIBIT A

### Summary Chart by Professional

| Name | Title | Hourly Rate | Total Billed Hours | Total Billed Amount |
|------|-------|-------------|--------------------|--------------------|
| Diggs, Matthew | Contract Partner | $700 | 11.1 | $7,770.00 |
| Johnson, Lauren | Counsel | $565 | 0.8 | $452.00 |
| McCullough, Hugh | Equity Partner | $760 | 0.6 | $456.00 |
| Neves, Nara | Paralegal | $380 | 9.0 | $3,420.00 |
| Weigand, Bill | Equity Partner | $875 | 6.9 | $6,037.50 |
| **Total** | | | **28.4** | **$18,135.50** |

**EXHIBIT B**

**Monthly Invoices for April, 2022**



Davis Wright
Tremaine LLP

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T  206.622.3150
F  206.757.7700
Federal ID # 91-0839480
DWT.COM

Easterday Ranches, Inc.
Alan Kornfeld
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003
akornfeld@pszjlaw.com

May 4, 2022
Invoice #6903127

**Matter Name**: DOJ Grand Jury Investigation
**Firm Matter Number:** 0117168.000001
**DWT Attorney**: Matthew Diggs (matthewdiggs@dwt.com)

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 5,250.00 |
| Total Current Costs | 44.10 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **5,294.10** |

**OUTSTANDING INVOICES FOR THIS MATTER AS OF: MAY 4, 2022**

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6888936 | 03/09/22 | 2,343.08 | 2,072.78 | 04/29/22 | 270.30 |
| 6895526 | 04/05/22 | 4,450.00 | 0.00 | | 4,450.00 |
| **Previous Balance Total** | | | | | **4,720.30** |
| 6903127 (This Invoice) | 05/04/22 | 5,294.10 | | | 5,294.10 |
| **Total Due This Matter** | | | | | **$10,014.40** |

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 04/05/22 | M. Diggs | 0.40 | 280.00 | Review recent pleadings in general bankruptcy matter and adversary proceedings |
| 04/06/22 | M. Diggs | 1.00 | 700.00 | WIP call and prepare for same |
| 04/12/22 | M. Diggs | 0.20 | 140.00 | Review bankruptcy court and adversary proceeding dockets |

To ensure proper credit to your account,
please include remittance with your payment.



| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 04/13/22 | M. Diggs | 0.50 | 350.00 | Review WIP Plan, and bankruptcy and adversary proceeding dockets (0.2); attend WIP call (0.3) |
| 04/15/22 | M. Diggs | 1.20 | 840.00 | Review Global Settlement Notice, Motion, Term sheet, and related orders (1.0); draft email to J. Rossell regarding DOJ consent issue (0.2) |
| 04/19/22 | M. Diggs | 1.00 | 700.00 | Attend hearing on motion to approve settlement term sheet |
| 04/20/22 | M. Diggs | 1.60 | 1,120.00 | WIP Call (0.8); review case law regarding offset of restitution based on money collected by bankruptcy trustee/estate (0.8) |
| 04/22/22 | M. Diggs | 0.60 | 420.00 | Phone conference with J. Misely regarding DOJ consent process and communications (0.4); draft notes regarding same (0.2) |
| 04/27/22 | M. Diggs | 0.90 | 630.00 | Attend WIP Call (0.7); review docket and WIP plan in advance (0.2) |
| 04/29/22 | M. Diggs | 0.10 | 70.00 | Review correspondence from J. Misely regarding DOJ consent to settlement |
| **TOTAL** | | **7.50** | **$5,250.00** | |

---

### COSTS:

| NARRATIVE | AMOUNT |
|-----------|--------|
| Online research - THE BUREAU OF NATIONAL AFFAIRS INC (BNA) - 04/04/2022, 20196404 / Bloomberg Docket Track, 03-2022-1.  Due Date: 5/4/2022, per Pat McGrath - 50 - 109 | 44.10 |
| **TOTAL COSTS** | **$44.10** |

---

| TIMEKEEPER SUMMARY | | | |
|------|------|------|------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Diggs, M. | 7.50 | $700.00 | $5,250.00 |
| **Total for Partner** | **7.50** | | **$5,250.00** |
| **TOTAL** | **7.50** | | **$5,250.00** |


| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | **5,294.10** |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 10 of 22



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Easterday Ranches, Inc.
Alan Kornfeld
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003

May 4, 2022
Invoice #6903127

**Matter Name**: DOJ Grand Jury Investigation
**Firm Matter Number**: 0117168.000001
**DWT Attorney**: Matthew Diggs (matthewdiggs@dwt.com)

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 5,294.10 |
| **PRIOR OUTSTANDING BALANCE** | $ | 4,720.30 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 10,014.40 |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 11 of 22



Davis Wright
Tremaine LLP

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T  206.622.3150
F  206.757.7700
Federal ID # 91-0839480
**DWT.COM**

Easterday Ranches, Inc.
Alan Kornfeld
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003
akornfeld@pszjlaw.com

May 13, 2022
Invoice #6905639

**Matter Name**: Asset Disposition
**Firm Matter Number**: 0117168.000002
**DWT Attorney**: Bill Weigand (billweigand@dwt.com)

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 6,489.50 |
| Total Current Costs | 60.64 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **6,550.14** |

#### OUTSTANDING INVOICES FOR THIS MATTER AS OF: MAY 13, 2022

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6889051 | 03/11/22 | 6,880.60 | 0.00 | | 6,880.60 |
| 6896780 | 04/11/22 | 23,058.00 | 0.00 | | 23,058.00 |
| **Previous Balance Total** | | | | | **29,938.60** |
| 6905639 (This Invoice) | 05/13/22 | 6,550.14 | | | 6,550.14 |
| **Total Due This Matter** | | | | | **$36,488.74** |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/06/22 | B. Weigand | 0.60 | 525.00 | Participate in WIP call (.6) |
| 04/13/22 | B. Weigand | 0.30 | 262.50 | Review docket and WIP updates (.1); review real estate matters regarding possible compromise (.2) |
| 04/15/22 | B. Weigand | 0.60 | 525.00 | Begin review of global settlement terms (.4); communicate regarding same and document needed (.2) |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Easterday Ranches, Inc.
Firm Matter Number: 0117168.000002
DWT Attorney: Bill Weigand

Davis Wright
Tremaine LLP

Invoice # 6905639
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/17/22 | B. Weigand | 1.10 | 962.50 | Continued review of global settlement pleadings (.6); strategy regarding terms of settlement and documentation (.5) |
| 04/20/22 | B. Weigand | 1.20 | 1,050.00 | Participate in WIP call (.8); review WIP checklist (.1); plan documentation of settlement (.3) |
| 04/22/22 | B. Weigand | 0.80 | 700.00 | Summarize documentation necessary for global settlement (.6); communications regarding same (.2) |
| 04/23/22 | B. Weigand | 1.40 | 1,225.00 | Review settlement materials (1.2); plan documentation (.2) |
| 04/26/22 | B. Weigand | 0.90 | 787.50 | Analyze open issues regarding global settlement (.2); correspondence regarding same (.1); participate in coordination call regarding settlement documentation (.6) |
| 04/26/22 | L. Johnson | 0.80 | 452.00 | Review WIP regarding global settlement (.2); telephone conference with J. Misley and T. Conley regarding global settlement term sheet (.6) |
| **TOTAL** | | **7.70** | **$6,489.50** | |

---

### COSTS:

| NARRATIVE | AMOUNT |
|---|---|
| Online research - THE BUREAU OF NATIONAL AFFAIRS INC (BNA) - 04/04/2022, 20196404 / Bloomberg Docket Track, 03-2022-1.  Due Date: 5/4/2022, per Pat McGrath - 50 - 109 | 60.64 |
| **TOTAL COSTS** | **$60.64** |

---

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Weigand, B. | 6.90 | $875.00 | $6,037.50 |
| **Total for Partner** | **6.90** | | **$6,037.50** |
| **COUNSEL** | | | |
| Johnson, L. | 0.80 | $565.00 | $452.00 |
| **Total for Counsel** | **0.80** | | **$452.00** |
| **TOTAL** | **7.70** | | **$6,489.50** |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 13 of 22


| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **$** | **6,550.14** |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 14 of 22



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Easterday Ranches, Inc.
Alan Kornfeld
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003

May 13, 2022
Invoice #6905639

**Matter Name**: Asset Disposition
**Firm Matter Number**: 0117168.000002
**DWT Attorney**: Bill Weigand (billweigand@dwt.com)

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 6,550.14 |
| **PRIOR OUTSTANDING BALANCE** | $ | 29,938.60 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 36,488.74 |

To ensure proper credit to your account,
please include remittance with your payment.



Davis Wright
Tremaine LLP

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T 206.622.3150
F 206.757.7700
Federal ID # 91-0839480
**DWT.COM**

Easterday Ranches, Inc.
Alan Kornfeld
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003
akornfeld@pszjlaw.com

May 13, 2022
Invoice #6905640

**Matter Name**: Employment and Fee Application
**Firm Matter Number**: 0117168.000003
**DWT Attorney**: Bill Weigand (billweigand@dwt.com)

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 6,396.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---|
| **Total Amount Due This Invoice** | **$** | **6,396.00** |

<table>
<tr><td colspan="6" align="center"><strong>OUTSTANDING INVOICES FOR THIS MATTER AS OF: MAY 13, 2022</strong></td></tr>
<tr><td><strong>Invoice</strong></td><td><strong>Date</strong></td><td><strong>Original Amount</strong></td><td><strong>Payments/Credits</strong></td><td><strong>Last Payment</strong></td><td><strong>Amount Due</strong></td></tr>
<tr><td>6889052</td><td>03/10/22</td><td>1,791.00</td><td>0.00</td><td></td><td>1,791.00</td></tr>
<tr><td>6896781</td><td>04/11/22</td><td>2,862.50</td><td>0.00</td><td></td><td>2,862.50</td></tr>
<tr><td><strong>Previous Balance Total</strong></td><td></td><td></td><td></td><td></td><td><strong>4,653.50</strong></td></tr>
<tr><td>6905640 (This Invoice)</td><td>05/13/22</td><td>6,396.00</td><td></td><td></td><td>6,396.00</td></tr>
<tr><td><strong>Total Due This Matter</strong></td><td></td><td></td><td></td><td></td><td><strong>$11,049.50</strong></td></tr>
</table>

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/14/22 | M. Diggs | 0.10 | 70.00 | Review invoices for month of March for 13th fee application |
| 04/15/22 | M. Diggs | 0.40 | 280.00 | Review notice for administrative claims and internal communication with H. McCullough regarding same (.4) |
| 04/15/22 | H. McCullough | 0.20 | 152.00 | Correspondence with M. Diggs et al. regarding administrative claims |

To ensure proper credit to your account,
please include remittance with your payment.



| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 04/18/22 | M. Diggs | 0.90 | 630.00 | Review settlement motion to assure correct names input in conflict system (.6); review previous conflict disclosures (.3) |
| 04/19/22 | M. Diggs | 1.00 | 700.00 | Conference with H. McCullough regarding interim fee applications and final application process and prepare for and draft notes of same (.6); telelphone call with P. Jeffries regarding same (.2); review correspondence from P. Jeffries regarding new names for conflict checks and provide same to conflicts department (.2) |
| 04/19/22 | H. McCullough | 0.40 | 304.00 | Correspondence and call with M. Diggs regarding fee applications |
| 04/21/22 | M. Diggs | 0.20 | 140.00 | Follow up email to conflicts department regarding newly disclosed parties in interest |
| 04/21/22 | N. Neves | 1.80 | 684.00 | Prepare spreadsheet of invoices for allocation of entries to Ranches and Farms (.3); review time entries for allocation between Ranches and Farms (.5); draft monthly fee application (.8); email with accounting following up on additional wires received (.1); email with analytics following up on reports in support of monthly fee application (.1) |
| 04/22/22 | N. Neves | 1.90 | 722.00 | Finalize monthly fee application (.6); emails with M. Diggs and B. Weigand regarding same and interim application (.1); email with P. Jeffries regarding interim application (.1); draft interim application (1.1) |
| 04/24/22 | M. Diggs | 0.20 | 140.00 | Review 13th fee application and supporting documents |
| 04/25/22 | N. Neves | 2.60 | 988.00 | Make edits to monthly fee application per comments (.4); email with P. Jeffries regarding filing of monthly fee application (.1); draft notice of fourth interim application (.4); draft order granting fourth interim application (.4); draft exhibits in support of fourth interim application (1.2); email with DWT Analytics following up on reports in support of fourth interim application (.1) |
| 04/28/22 | N. Neves | 2.50 | 950.00 | Review reports provided by analytics in support of fourth interim application (.2); revise fourth interim application with information provided in reports (.5); revised notice of fourth interim application (.2); revise proposed order (.3); revise exhibits in support of fourth interim application (1.1); emails with M. Diggs and B. Weigand transmitting draft fourth interim application for review (.2) |
| 04/29/22 | M. Diggs | 0.80 | 560.00 | Draft and Revise Fourth Interim Fee application and supporting documents |
| 04/29/22 | N. Neves | 0.20 | 76.00 | Emails with M. Diggs regarding edits to fourth interim application |
| **TOTAL** | | **13.20** | **$6,396.00** | |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 17 of 22



| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **TIMEKEEPER SUMMARY** | | | |
| **PARTNER** | | | |
| Diggs, M. | 3.60 | $700.00 | $2,520.00 |
| McCullough, H. | 0.60 | $760.00 | $456.00 |
| **Total for Partner** | **4.20** | | **$2,976.00** |
| **PARALEGAL** | | | |
| Neves, N. | 9.00 | $380.00 | $3,420.00 |
| **Total for Paralegal** | **9.00** | | **$3,420.00** |
| **TOTAL** | **13.20** | | **$6,396.00** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 6,396.00 |

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Easterday Ranches, Inc.                                          May 13, 2022
Alan Kornfeld                                              Invoice #6905640
c/o Pachulski Stang Ziehl
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067-4003

**Matter Name**: Employment and Fee Application
**Firm Matter Number**: 0117168.000003
**DWT Attorney**: Bill Weigand (billweigand@dwt.com)

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 6,396.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 4,653.50 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 11,049.50 |

To ensure proper credit to your account,
please include remittance with your payment.

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 19 of 22

Matthew Diggs, WSBA No. 36331
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: 206.622.3150
Fax: 206.757.7700

*Special Counsel for the Chapter 11 Debtors*
*and Debtors in Possession*

Hon. Whitman L. Holt

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| EASTERDAY RANCHES, INC., *et al.* | No. 21-00141-WLH11 |
| Debtors.[2] | (Jointly Administered) |
| | **NOTICE OF MONTHLY FEE APPLICATION OF DAVIS WRIGHT TREMAINE LLP FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022** |
| | [No Hearing Required Pursuant to L.B.R. 2002-1(c)(1)] |

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEES OF UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST**

---

[2] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

4873-7001-2708v.1 0117168-000003

**PLEASE TAKE NOTICE** that the professional listed on the chart below (the "Professional") has applied to the United States Bankruptcy Court for the Eastern District of Washington for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the period commencing April 1, 2022 and ending April 30, 2022 (the "Application Period"). As detailed below, the Professional seeks allowance and payment of interim compensation for 80% of the fees for services rendered, plus 100% of the expenses incurred during the Application Period.

| Professional's Name and Address | Position | Application Period | Total (100%) Fees Incurred | Total (100%) Expenses Incurred | 80% of Fees Incurred | Total requested in this Application (80% of Fees and 100% of Expenses) | Hold Back (20% of fees) |
|---|---|---|---|---|---|---|---|
| Davis Wright Tremaine LLP | Special Counsel to Debtors | 04.01.22 – 04.30.22 | $18,135.50 | $104.74 | $14,508.40 | $14,613.14 | $3,627.10 |
| | | Totals | $30,275.50 | $95.00 | $24,220.40 | $24,315.40 | $6,055.10 |

Pursuant to the *Order Authorizing Interim Fee Application and Expense Reimbursement Procedures* which was entered by the court on or about April 15, 2021 [Docket No. 583], any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection upon the Professional whose Monthly Fee Application is the subject of the objection, the Debtors and their counsel of record, each of the Committees and their counsel of record, and the Office of the United States Trustee within fourteen (14) calendar days of the date that this Notice was mailed.

If an objection is timely filed and served, the Debtors will pay the Professional whose application is the subject of an objection only the applicable percentage of

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 2
4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

those amounts not in dispute and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

DATED this 10th day of June, 2022.

DAVIS WRIGHT TREMAINE LLP
Special Counsel for the Chapter 11 Debtors
and Debtors in Possession

By: *s/ Matthew Diggs*
    Matthew D. Diggs, WSBA #36331
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Phone: (206) 622-3150
    Email: matthewdiggs@dwt.com

*Submitted by:*

BUSH KORNFELD LLP

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

*Attorneys for the Debtors and*
*Debtors in Possession*

DAVIS WRIGHT TREMAINE LLP'S MONTHLY
FEE APPLICATION (Case No. 21-00141-WLH11) - 3

4873-7001-2708v.1 0117168-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150

21-00141-WLH11    Doc 1674    Filed 06/10/22    Entered 06/10/22 10:47:41    Pg 22 of 22