**So Ordered.**

**Dated: June 22nd, 2022**



Whitman L. Holt
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS OF BENTON COUNTY TREASURER (SATISFIED CLAIMS)** |

This matter came before the court upon the *Debtors' First Omnibus Objection to Claims of Benton County Treasurer (Satisfied Claims)* (the "Objection"). Capitalized terms not defined in this Order shall have their meanings as set forth in the Objection. This court has found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and has authority to enter a final order consistent with Article III of the United States Constitution; that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that the notice of the Objection was appropriate under the circumstances and no other notice need be provided. Having reviewed the Objection and all documents filed in support thereof;

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

ORDER GRANTING DEBTORS' FIRST
OMNIBUS OBJECTION TO CLAIMS OF
BENTON COUNTY TREASURER
(SATISFIED CLAIMS) – Page 1

PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

and this court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein,

**IT IS HEREBY ORDERED THAT:**

1. The Objection [ECF No. 1648] is sustained as set forth herein.

2. The Benton County Claims identified on <u>Exhibit 1</u> annexed hereto are hereby deemed to have been fully satisfied, and no further amounts are due and owing on account of the Satisfied Claims.

3. The objection to each claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

4. This court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

/// END OF ORDER ///

Presented by:

*/s/ Thomas A. Buford, III*
THOMAS A. BUFORD, III (WSBA 52969)
BUSH KORNFELD LLP

RICHARD M. PACHULSKI (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
JASON H. ROSELL (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Debtors and Debtors in Possession*

ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS OF BENTON COUNTY TREASURER (SATISFIED CLAIMS) – Page 2

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067-4003
Telephone (310) 277-6910
Facsimile (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ff21qs0160

21-00141-WLH11    Doc 1710    Filed 06/22/22    Entered 06/22/22 14:14:36    Pg 2 of 4

# EXHIBIT 1

# BENTON COUNTY CLAIMS

| Claim No. | Debtor | Date Claim Filed | Creditor Name | Claim Class | Total Claim Amount |
|---|---|---|---|---|---|
| 128 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $36.84 |
| 129 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $130,971.18 |
| 131 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $1,331.78 |
| 132 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $1,256.70 |
| 133 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $155.03 |
| 134 | Farms | 5/27/2021 | Benton County Treasurer | Secured | $43,005.99 |
| 67 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $776.07 |
| 68 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $2,156.18 |
| 69 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,243.60 |
| 70 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $125.35 |
| 71 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $190.33 |
| 72 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,464.54 |
| 73 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,183.00 |
| 74 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $5,071.70 |
| 75 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,614.00 |
| 76 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,388.11 |
| 77 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,823.34 |
| 78 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $11,712.66 |
| 79 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $4,249.66 |
| 80 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $4,190.71 |
| 81 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $302.40 |
| 82 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $3,705.03 |
| 83 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $45,556.98 |
| 84 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $811.50 |
| 85 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $199.63 |
| 88 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $522.55 |
| 89 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $116.73 |
| 90 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $21.18 |
| 91 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,363.18 |
| 92 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,363.18 |

| Claim No. | Debtor | Date Claim Filed | Creditor Name | Claim Class | Total Claim Amount |
|---|---|---|---|---|---|
| 93 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,156.59 |
| 94 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,156.59 |
| 95 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,156.59 |
| 96 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $1,054.03 |
| 97 | Ranches | 5/27/2021 | Benton County Treasurer | Secured | $541.80 |