ARMAND J. KORNFELD (WSBA #17214)
THOMAS A. BUFORD (WSBA #52969)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Emails: jkornfeld@bskd.com,
tbuford@bskd.com, and rkeeton@bskd.com

RICHARD M. PACHULSKI (CA Bar #90073)*
JEFFREY W. DULBERG (CA Bar #181200)*
JASON H. ROSELL (CA Bar #269126)*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: rpachulski@pszjlaw.com,
jdulberg@pszjlaw.com, and
jrosell@pszjlaw.com
*Admitted *Pro Hac Vice*

*Attorneys for the Chapter 11
Debtors and Debtors in Possession*

HONORABLE WHITMAN L. HOLT

HEARING DATE: October 11, 2022
HEARING TIME: 1:30 P.M. PST
OBJECTIONS DUE: September 28, 2022
LOCATION: Telephonic

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 21-00141-WLH11<br>Jointly Administered<br><br>CERTIFICATE OF SERVICE |

VIVIAN BRAXTON declares:

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

CERTIFICATE OF SERVICE– Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 1 of 8

1. I am an employee of Bush Kornfeld LLP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On the 8th day of September, 2022, on behalf of attorney Thomas A. Buford, I caused copies of the following to mailed, U.S. mail, first-class mail, postage prepaid, to the parties on the Limited Mailing List, as that term is defined in the *Ex Parte Order (A) Directing the Joint Administration of These Cases and (B) Limiting Scope of Notice* (ECF No. 78), as indicated below. The parties designated as ECF Recipient(s) received the Notice and Application via the CM/ECF system upon filing.

| ECF NO. 1844 | Sixth Interim and Final Application of Davis Wright Tremaine LLP for Compensation and Reimbursement of Expenses for the Period of February 1, 2021 Through August 1, 2022 and Declaration of Matthew Diggs in Support |
|---|---|
| ECF NO. 1849 | Final Application of Northwest CPA Group, PLLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period May 28, 2021 Through August 1, 2022; Declaration of Bernard Walter in Support Thereof |
| ECF NO. 1850 | Fifth Interim and Final Application of Pachulski Stang Ziehl & Jones LLP for for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2021 Through August 1, 2022; Declaration of Jeffrey W. Dulberg in Support Thereof |
| ECF NO. 1851 | Final Application of Bush Kornfeld LLP for Compensation and Reimbursement of Expenses; Declaration of Thomas A. Buford in Support Thereof |
| ECF NO. 1855 | Omnibus Notice of Hearing on Final Applications of Estate Professionals for Allowance and Payment of Compensation and Reimbursement of Expenses |

**LIMITED MAILING LIST (THE "LML")**

| Debtors<br>NON-ECF RECIPIENT | Debtors' Counsel<br>ECF Recipients | Debtors Local Counsel<br>ECF Recipients |
|---|---|---|
| Easterday Ranches, Inc. | Richard M. Pachulski | Armand J. Kornfeld |

CERTIFICATE OF SERVICE– Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 2 of 8

| Easterday Farms<br>c/o T. Scott Avila<br>Peter Richter<br>5235 Industrial Way<br>Pasco, WA 99301 | Jeffrey W. Dulberg<br>Jason H. Rosell<br>Maxim B. Litvak<br>Paul J. Labov<br>John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Fl.<br>Los Angeles, CA 90067-4003 | Thomas A. Buford<br>Richard B. Keeton<br>Bush Kornfeld LLP<br>601 Union Street, Suite 500<br>Seattle, WA 98101 |
|---|---|---|
| **Office of the United States Trustee**<br>**ECF Recipient**<br><br>Gary W. Dyer<br>Assistant U.S. Trustee<br>U.S. Department of Justice<br>Office of the United States Trustee<br>920 W. Riverside Ave., Suite 593<br>Spokane, WA 99201 | **Office of the Attorney General, Bankruptcy & Collections Unit**<br>**ECF Recipient (Dina Yunker)**<br><br>Office of the Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue Suite 2000<br>Seattle, WA 98104 | **U.S. Attorney's Office**<br>**NON-ECF RECIPIENT**<br><br>Department of Justice<br>United States Attorney's Office<br>Eastern District of Washington<br>PO Box 1494<br>Spokane, WA 99210-1494 |

| **Parties who have filed Notices of Appearance or Requests for Notice** | | |
|---|---|---|
| **ECF Recipients**<br><br>Jason Ayres<br>Attorneys for Animal Health International, Inc., and<br>  DLL Finance LLC,<br>Foster Garvey PC<br>121 SW Morrison St., Suite 1100<br>Portland, OR 97204 | **ECF Recipients**<br><br>Gregory R. Fox<br>William Brunnquell<br>Attorneys for CHS Capital, LLC<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111-9402 | **ECF Recipient**<br><br>Michael J. Paukert<br>Paukert & Troppman PLLC<br>Attorneys for Equitable Financial Life<br>  Insurance Company<br>522 W. Riverside Ave., Suite 560<br>Spokane, WA 99201 |
| **ECF Recipient**<br><br>Grant E. Courtney<br>Law Offices of Grant E. Courtney<br>Attorneys for F.C. Bloxom Co<br>5000 NE North Tolo Road<br>Bainbridge Island, WA 98110 | **ECF Recipient**<br><br>Paul M. Larson<br>Larson Berg & Perkins PLLC<br>Attorneys for PHI Financial<br>  Services, Inc.<br>105 N. 3rd Street<br>Yakima, WA 98901 | **ECF Recipient**<br><br>Claire H. Taylor<br>Attorney for Segale Properties LLC<br>Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393 |

CERTIFICATE OF SERVICE– Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 3 of 8

| Parties who have filed Notices of Appearance or Requests for Notice | | |
|---|---|---|
| **ECF Recipients**<br><br>John Rizzardi<br>Jennifer K. Faubion<br>Attorneys for Segale Properties, LLC<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323 | **ECF Recipient**<br><br>David H. Leigh<br>Attorney for Rabo AgriFinance LLC<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, 14th Floor<br>Salt Lake City, UT 84111 | **ECF Recipient**<br><br>Steven H. Sackmann<br>Attorney for Sunray Farms, Weyns Farms, LLC and Randy Allred Livestock LLC<br>PO Box 409<br>Othello WA 99344 |
| **ECF Recipient**<br><br>Matt Adamson<br>Attorney for The Prudential Company of America<br>Jameson Pepple Cantu PLLC<br>801 Second Avenue, Suite 700<br>Seattle, WA 98104 | **ECF Recipient**<br><br>Joshua J. Busey Roger W. Bailey<br>Attorneys for Simplot AB Retail, Inc., Sunray Farms, and Weyns Farms, LLC<br>Bailey & Busey PLLC<br>411 North 2nd Street<br>Yakima, WA 98901NO | **ECF Recipient**<br><br>Mark DeWulf<br>Attorney for Big Bend Electric Cooperative<br>McGuire, DeWulf, Kragt &Johnson, P.S.<br>PO Box 457<br>9 E. 1st Avenue<br>Odessa, WA 99159 |
| **ECF Recipient**<br><br>Gregory C. Bowers<br>Attorney for Two Rivers Terminal, LLC and Public Utility District No. 1 of Franklin County<br>Rettig Forgette Iller Bowers, LLP<br>8836 Gage Blvd., Suite 201A<br>Kennewick, WA 99336 | **ECF Recipients**<br><br>Alan D. Smith<br>Bradley A. Cosman<br>Nitika Arora<br>James F. Williams<br>Attorneys for Tyson Fresh Meats, Inc.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | **ECF Recipient**<br><br>Scott R. Smith<br>Attorney for The McGregor Company<br>Bohrnsen Stocker Smith Luciani Adamson PLLC<br>312 W Sprague Avenue<br>Spokane, WA 99201 |
| **ECF Recipient**<br><br>William Gregory Lockwood<br>Attorney for Canyon Farms II, LLC and and Mack Financial Services, a division of VFS US LLC<br>Gordon Rees Scully Mansukhani, LLP<br>1300 SW Fifth Avenue, Suite 2000<br>Portland, OR 97201 | **ECF Recipients**<br><br>Amit D. Ranade<br>Attorney for Deere & Company, dba John Deere Financial<br>Hillis Clark Martin & Peterson P.S.<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104 | **ECF Recipient**<br><br>Toni Meacham<br>Attorney at Law<br>Attorney for Rangeview Ag Labor, LLC, Brad Curtis, Joel Tuttle for JTT Farms, Dena Roberts, and Corrales AG, Inc.<br>1420 Scooteney Rd.<br>Connell, WA 99326 |

CERTIFICATE OF SERVICE– Page 4

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 4 of 8

| Parties who have filed Notices of Appearance or Requests for Notice | | |
|---|---|---|
| **ECF Recipients**<br><br>Jeffrey C. Misley<br>Thomas W. Stilley<br>Attorney for Cody and<br> Debby Easterday<br>Sussman Shank LLP<br>1000 SW Broadway, #1400<br>Portland, OR 97205 | **ECF Recipients**<br><br>Bradley R. Duncan<br>Joshua A. Rataezyk<br>Attorneys for Beef Northwest<br> Feeders, LLC<br>Hillis Clark Martin & Peterson P.S.<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104 | **ECF Recipient**<br><br>George E. Telquist<br>Attorney for Industrial Ventilation,<br>Inc., Teton West of Washington, LLC<br>and NW Compost, LLC<br>Telare Law, PLLC<br>1321 Columbia Park Trail<br>Richland, WA 99352 |
| **ECF Recipient**<br><br>Shawn B. Rediger<br>Attorney for AgDirect and Farm Credit<br>Services of America, PCA<br>Williams Kastner & Gibbs, PLLC<br>601 Union Street #4100<br>Seattle, WA 98101 | **ECF Recipient**<br><br>Bruce K. Medeiros<br>Attorney for J.R. Simplot Company<br>and Rabo AgriFinance LLC<br>Davidson Backman Medeiros<br>601 W Riverside Ave. #1550<br>Spokane, WA 99201 | **ECF Recipient**<br><br>Aditi Paranjpye<br>Attorney for Segale Properties LLC<br>and LTM Investments LLC<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue #500<br>Seattle, WA 98104-2323 |
| **ECF Recipient**<br><br>Timothy J. Conway<br>Ava L. Schoen<br>Attorney for Karen Easterday<br>Tonkon Torp LLP<br>888 SW Fifth Ave. #1600<br>Portland, OR 97204 | **ECF Recipient**<br><br>Britta E. Warren<br>Attorney for A & M Supply, Inc.<br>805 SW Broadway, Suite 1900<br>Portland, OR 97205 | **See Committees below**<br><br>Julian I. Gurule<br>BUCHALTER<br>1000 Wilshire Blvd. #1500<br>Los Angeles, CA 90017 |
| **ECF Recipient**<br><br>Jesse Baker<br>Aldridge Pite, LLP<br>Attorneys for JPMorgan Chase Bank,<br>N.A.<br>4375 Jutland DR #200<br>PO Box 17933<br>San Diego, CA 92177-0933 | **ECF Recipient (See Committees below)**<br><br>Joseph M. Welch<br>BUCHALTER<br>1420 Fifth Ave. #3100<br>Seattle, WA 98101-1337 | **NON-ECF RECIPIENT**<br><br>Derrick O'Neill<br>Attorney for Northwest Equipment<br> Sales, Inc.<br>Jones Williams Fuhrman<br> Gourley, P.A.<br>P.O. Box 1097<br>Boise, ID 83701 |
| **ECF Recipient**<br><br>Dina Yunker<br>Attorney for State of WA Depts. of<br>Revenue, Labor & Industries and<br>Employment Security<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | **ECF Recipient**<br><br>James K. Miersma<br>Lance E. Olsen<br>Attorneys for Ally Bank<br>McCarthy & Holthus, LLP<br>108 1st Ave. S #300<br>Seattle, WA 98104 | **ECR Recipient**<br><br>Christopher G. Varallo<br>Attorney for AgCountry Farm Credit<br> Services, PCA<br>Witherspoon Kelley  422 W.<br>Riverside Avenue, Suite 1100<br>Spokane, WA 99201 |

CERTIFICATE OF SERVICE– Page 5

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 5 of 8

| Parties who have filed Notices of Appearance or Requests for Notice | | |
|---|---|---|
| **ECR Recipient**<br><br>Nicole R. Wheir<br>Attorneys for Columbia Pump Company, Inc.<br>Pain Hamblen LLP<br>717 W Sprague Ave. #1200<br>Spokane, WA 99201 | **ECR Recipient**<br><br>Timothy J. Carlson<br>Attorney for 3C FARMS LLC<br>Carlson Hinton Law<br>2010 W Nob Hill Blvd. #3<br>Yakima, WA 98901 | **ECF Recipient**<br><br>Burke D. Jackowich<br>Attorney for Washington Trust Bank<br>Lukins & Annis, P.S.<br>717 W Sprague Ave. #1600<br>Spokane, WA 99201 |
| **ECF Recipient**<br><br>Crane Bergdahl<br>Attorney for Karen L. Easterday in her capacity as Personal Representative of the Estate of Gale A. Easterday<br>6119 Burden Blvd., Suite A<br>PO Box 2755<br>Pasco, WA 99302 | **NON-ECF RECIPIENT**<br><br>Shraddha Bharatia<br>Claims Administrator for AMEX TRS Co., Inc.<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **ECF Recipient**<br><br>Timothy Solomon<br>Attorney for English Hay Company, Inc.<br>4110 SE Hawthorne Blvd. PMB #506<br>Portland, OR 97214-5246 |
| **ECF Recipient**<br><br>Martin B. White<br>Attorney for Commodity Futures Trading Commission<br>Three Lafayette Centre<br>1155 21st Street NW<br>Washington, DC 20581 | **ECF Recipient**<br><br>Michelle A. Green<br>Attorney for Easterday Farms Produce, Co. and 3E Properties Partnership<br>Gatens Green Weidenbach, PLLC<br>305 Aplets Way<br>PO Box 523<br>Cashmere, WA 98815-0523 | **ECF Recipient**<br><br>Stephen J. Felice<br>Attorney for Pegram Construction, Inc.<br>190 E Main Street<br>PO Box 2825<br>Othello, WA 99344 |
| **NON-ECF RECIPIENT**<br><br>Attn: Ally Bank Department<br>AIS Portfolio Services, LP<br>Accounts ending: 7371, 4988, 7175, 9587, 3825, 3395, 9521, 4910, 4899, 7369, 4900, 4973, 0379, 8018, 4925, 4955, 0856, 4394, 4921, 8856, 1318, and 2680<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | **ECF Recipient**<br><br>Brian L. Green<br>Attorney for Diversified Financial Services, LLC<br>1102 Broadway, Suite 500<br>Tacoma, WA 98402 | **ECF Recipient**<br><br>Michael M. Sperry<br>Attorney for TCF National Bank, CE Capital, LLC<br>575 Michigan Street<br>Seattle, WA 98107 |

CERTIFICATE OF SERVICE– Page 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11   Doc 1861   Filed 09/09/22   Entered 09/09/22 11:17:04   Pg 6 of 8

| Parties who have filed Notices of Appearance or Requests for Notice | | |
|---|---|---|
| **ECF Recipient**<br><br>Darren M. Digiacinto<br>Attorney for Port of Pasco<br>Winston & Cashatt<br>1900 Bank of America Financial Ctr.<br>601 W Riverside<br>Spokane, WA 99201 | **ECF Recipient**<br><br>Oren Buchanan Haker<br>Attorney for Farmland Reserve, Inc.<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 | **ECF Recipient**<br><br>Margot D. Seitz<br>Attorney for CNH Industrial Capital LLC<br>121 SW Morrison St. Ste. 600<br>Portland OR 97204 |
| **ECF Recipient**<br><br>Jonathan C. Edwards<br>Attorney for Bison Pipe & Supply<br>1334 S. Pioneer Way<br>Moses Lake, WA 98837 | **ECF Recipient**<br><br>Rachel E. Clark<br>Attorney for John Deere Financial, f.s.b.<br>999 3rd Avenue, Suite 4600<br>Seattle, WA 98104 | **ECF Recipient**<br><br>John C. Black<br>Attorney for Copenhaver Construction Inc.<br>Dunn&Black<br>111 North Post, Suite 300<br>Spokane, WA 99201 |
| **ECF Recipient**<br><br>Jane Pearson<br>Attorney for Equitable Financial Life Insurance Company<br>1000 Second Ave. #3500<br>Seattle, WA 98104 | **ECF Recipient**<br><br>Joseph T. McCormick, III<br>Attorney for Banc of America Leasing & Capital, LLC<br>612 S. Lucile St., Suite 300<br>Seattle, WA 98108 | **ECF Recipient**<br><br>Midland States Bank<br>c/o Kelly Sutherland<br>1499 SE Tech Center Place, Suite 255<br>Vancouver, WA 98683 |
| **ECF Recipient**<br><br>Brian M. Donovan, Assistant U.S. Attorney<br>United States Attorney<br>PO Box 1494<br>Spokane, WA 99210-1494 | | |

| Secured Parties and Counsel - ALL NON-ECF RECIPIENTS | | |
|---|---|---|
| AXA Equitable Life Insurance Company<br>1290 Avenue of the Americas, 16th Floor<br>New York, NY 10104 | BB&T Commercial Equipment Capital Corp.<br>2 Great Valley Parkway, Suite 300<br>Malvern, PA 19355 | Central Machinery Sales Inc.<br>1201 E. Yonezwa Blvd.<br>Moses Lake, WA 98837 |
| CNH Capital America LLC<br>CNH Industrial Capital America LLC<br>100 Brubaker Ave<br>New Holland, PA 17557 | CNH Industrial Capital America LLC<br>500 Diller Ave.<br>New Holland, PA 17557 | Diversified Financial Services, LLC<br>14010 FNB Parkway, 400<br>Omaha, NE 68154 |
| DLL Finance, LLC<br>Brenda Entriken<br>PO Box 2000<br>Johnston, IA 50131 | Equitable AgriFinance<br>Erin Plumb<br>JP Morgan Chase<br>131 S Dearborn, 6th Floor<br>Chicago, IL 60603 | Farm Credit Services of America, PCA<br>PO Box 2409<br>Omaha, NE 68103 |

CERTIFICATE OF SERVICE– Page 7

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11   Doc 1861   Filed 09/09/22   Entered 09/09/22 11:17:04   Pg 7 of 8

| Secured Parties and Counsel - ALL NON-ECF RECIPIENTS | | |
|---|---|---|
| Freeman Farms, LLC<br>1085 S. Athey Road<br>Othello, WA 99344 | Kennewick Game Farm, LLC<br>228812 E. Game Farm Road<br>Kennewick, WA 99337 | LTM Investments LLC<br>PO Box 88028<br>Tukwila, WA 98138 |
| RDO Equipment Co.<br>1415 S. 1st Ave.<br>Othello, WA 99344 | RDO Equipment Co.<br>700 S. 7th Street<br>Fargo, ND 58103 | U.S. Small Business Administration<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925 |
| US Bank National Association<br>555 S.W. Oak Street<br>PD-OR-P7LD<br>Portland, OR 97204 | VFS US LLC<br>PO Box 26131<br>Greensboro, NC 27402 | Ward Bros., Inc.<br>1531 Ironwood Rd.<br>Eltopia, WA 99330 |

| Counsel for the Official Committees of Unsecured Creditors, Ranches and Farms | | |
|---|---|---|
| **ECF Recipient**<br><br>Christopher B. Durbin<br>COOLEY LLP<br>1700 Seventh Ave., Suite 1900<br>Seattle, WA 98101 | **ECF Recipients (via Christopher Durbins' ECF account)**<br><br>Cullen D. Speckhart<br>Michael Klein<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001 | **NON-ECF RECIPIENT**<br><br>Julian I. Gurule<br>BUCHALTER<br>1000 Wilshire Blvd. #1500<br>Los Angeles, CA 90017 |
| **ECF Recipient**<br><br>Joseph M. Welch<br>BUCHALTER<br>1420 Fifth Ave. #3100<br>Seattle, WA 98101-1337 | | |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing information is true and correct.

DATED this 9th day of September, 2022, at Seattle, Washington.

/s/ Vivian Braxton
VIVIAN BRAXTON

CERTIFICATE OF SERVICE– Page 8

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

fi09df01fx

21-00141-WLH11    Doc 1861    Filed 09/09/22    Entered 09/09/22 11:17:04    Pg 8 of 8