SAMUEL R. MAIZEL
(admitted *pro hac vice*)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300
Fax: (213) 623-9924
Email: samuel.maizel@dentons.com

SAM J. ALBERTS (WSBA #22255)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756
Email: sam.alberts@dentons.com

*Former Counsel to the Official
Committee of Unsecured Creditors
of Easterday Ranches, Inc.*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br>**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF DENTONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM FEBRUARY 22, 2021 THROUGH AND INCLUDING APRIL 15, 2021 PURSUANT TO 11 U.S.C. §§ 330 AND 331** |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

**ORDER RE: FIRST AND FINAL FEE APPLICATION OF DENTONS**

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

1

21-00141-WLH11 Doc 1589 Filed 10/13/22 Entered 10/13/22 08:15:02 Pg 1 of 4

1    THIS MATTER having come before the Court on the First and *Final Fee*

2    *Application of Dentons For Allowance of Compensation and Reimbursement of Expenses*

3    *from February 22, 2021 Through and Including April 15, 2021 Pursuant to 11 U.S.C. §§*

4    *330 and 331; Declaration of Sam J. Alberts and William "Bill" Hanigan In Support*

5    *Thereof* [Docket No. 918] ("Application")[2], in accordance with Rule 2016-1 of the Local

6    Rules for the United States Bankruptcy Court for the Eastern District of Washington

7    ("Local Rules") a notice of the Application [Docket No. 919] on July 16, 2021, which

8    provided that the deadline for objections to the Application was August 16, 2021

9    ("Objection Deadline"), and upon consideration of the facts and good cause shown and

10   FINDING:

11   1.     the Application originally requested allowance and payment of $633,999.31

12   in fees and $24,309.71 in expenses;

13   2.     Dentons agreed to a request of the Office of the United States Trustee for a

14   reduction of $1,860.33 in fees, thereby reducing the fee request to $632,138.98; and

---

[2] Dentons is a leading international law firm created by the combination of various legacy law firms. Like several other multinational law firms, Dentons uses a Swiss Verein structure. Dentons US LLP is a United States member of Dentons Group. In 2020, Dentons' partners voted to approve a combination with The Davis Brown Law Firm ("Dentons Davis Brown"), which combination became final in March 2021, during Dentons' representation of the Committee. In light of this combination, Dentons has subsumed Dentons Davis Brown's request for compensation for professional services rendered to the Committee in this case.

**ORDER RE: FIRST AND FINAL FEE APPLICATION OF DENTONS**

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

2

21-01214-WLH11    Doc 989    Filed 10/13/22    Entered 10/13/22 08:15:02    Pg 2 of 4

3. Pursuant to agreement by Dentons and Tyson Fresh Meats, Inc. ("Tyson") Dentons voluntarily agreed to reduce the amount of the Fee Request by $45,000.00, from $632,138.98 to $587,138.98.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is granted to the extent set forth herein.

2. Any objection to the Application not otherwise resolved is overruled.

3. The below listed amounts are hereby allowed and awarded on a final basis as compensation and reimbursement pursuant to 11 U.S.C. § 330 or § 331, and approved pursuant to § 363 and § 503(b), to Dentons and are authorized to be disbursed or transferred from funds of the above-entitled estates, subject to the availability of funds and the provision of the confirmed plan.

| | |
|---|---|
| Compensation in the amount of: | $587,138.98 |
| Reimbursement of expenses in the amount of: | $ 24,309.71 |
| TOTAL | $611,448.69 |

Summary of all prior awards and approvals on previous applications:

| | |
|---|---|
| Compensation in the amount of: | $505,711.18 |
| Reimbursement of expenses in the amount of: | $ 24,309.71 |
| TOTAL | $530,020.89 |

Disbursement information for this award:

| | |
|---|---|
| Received directly from Debtor by application (if for first application): | N/A |
| To be paid by transfer from attorney trust account: | $81,427.80 |
| To be paid by Debtor (less amounts previously paid pursuant to the Fee Procedures Order [Docket No. 583] | N/A |
| TOTAL | $81,427 |

**ORDER RE: FIRST AND FINAL FEE APPLICATION OF DENTON**

3

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924

21-01054-WLH11 Doc 689 Filed 10/13/22 Entered 10/13/22 08:15:02 Pg 3 of 4

/ / /End of Order/ / /

Presented by

DENTONS US LLP

By /s/
Sam J. Alberts (WSBA #22255)
Samuel R. Maizel (Admitted *Pro Hac Vice*)

*Former Counsel to the Official Committee of Unsecured Creditors of Easterday Ranches, Inc.*

**ORDER RE: FIRST AND FINAL FEE APPLICATION OF DENTON**

4

DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Phone: (202) 496-7500
Fax: (213) 496-7756

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Phone: (213) 623-9300
Fax: (213) 623-9924