HONORABLE WHITMAN L. HOLT

CHRISTOPHER B. DURBIN (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

MICHAEL KLEIN (admitted *pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
Email: mklein@cooley.com

*Counsel to the Plan Administrator*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| EASTERDAY RANCHES, INC., *et al.*, | Lead Case No. 21-00141-WLH11<br>Jointly Administered |
| Post-Effective Date Debtors.[1] | **PROOF OF SERVICE OF NOTICE AND PLAN ADMINISTRATOR'S MOTION FOR ORDER FURTHER EXTENDING CLAIM OBJECTION DEADLINE** |

Denise Cahir declares:

1. I am an employee of Cooley LLP. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On the 28th day of July, 2023, on behalf of attorney Christopher B. Durbin, I filed the following pleading using the CM/ECF system, and upon filing, the pleading was electronically delivered by the CM/ECF system to the recipients

---

[1] The Debtors, along with their case numbers, are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general partnership (21-00176).

listed on the schedule annexed hereto as **Exhibit A**.

| | |
|---|---|
| ECF No. 1921 | Notice and Plan Administrator's Motion for Order Further Extending Claim Objection Deadline, together with Exhibit A (the "Motion") |

3. On the 28th day of July, 2023, I caused copies of the Motion to be delivered by first-class mail to the recipients listed on the schedule annexed hereto as **Exhibit B**.

I declare under perjury under the laws of the state of New York that the foregoing information is true and correct.

Dated: July 28, 2023             Respectfully submitted,

By: */s/ Denise Cahir*
      Denise Cahir

# Exhibit A

## ECF Recipients

- **Matt Adamson** madamson@jpclaw.com; twaggoner@jpclaw.com; kchapman@jpclaw.com; jason.dejonker@bclplaw.com; timothy.bow@bclplaw.com; brian.walsh@bclplaw.com; marc.cox@bclplaw.com
- **Sam Alberts** sam.alberts@dentons.com; samuel.maizel@dentons.com; david.f.cook@dentons.com; docket.general.lit.wdc@dentons.com; kathryn.howard@dentons.com; derry.kalve@dentons.com
- **Jason M Ayres** jason.ayres@foster.com; kesarah.rhine@foster.com
- **Roger William Bailey** roger.bailey.attorney@gmail.com; diane.pearson.bblawfirm@gmail.com; brooke.maloney.bblawfirm@gmail.com
- **Jesse Baker** ecfwaeb@aldridgepite.com; jbaker@aldridgepite.com; JPB@ecf.inforuptcy.com
- **Crane Bergdahl** cranelaw@msn.com
- **John C. Black** jblack@dunnandblack.com; swiley@dunnandblack.com
- **Gregory C Bowers** Charley.Bowers@rettiglaw.com; tshaeffer@rettiglaw.com
- **William Brunnquell** brunnquellw@lanepowell.com; michael.doty@faegredrinker.com; michael.stewart@faegredrinker.com
- **Thomas A Buford** tbuford@bskd.com; rkeeton@bskd.com; pszj@ecfalerts.com; jdulberg@pszjlaw.com; mlitvak@pszjlaw.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com; psutton@ecf.courtdrive.com; tbuford@ecf.courtdrive.com; vbraxton@ecf.courtdrive.com; mbeck@ecf.courtdrive.com
- **Joshua J Busey** joshua.busey.attorney@gmail.com; diane.pearson.bblawfirm@gmail.com; brooke.maloney.bblawfirm@gmail.com
- **Timothy John Carlson** tcarlson@carlsonhinton.com; dellison@carlsonhinton.com; brobertson@carlsonhinton.com
- **Rachael E. Clark** rachael.clark@hcmp.com; tammie.gere@hcmp.com; bankruptcy@hcmp.com
- **Timothy J. Conway** tim.conway@tonkon.com; candace.duncan@tonkon.com
- **Grant E Courtney** courtneylaw@comcast.net
- **Deborah A. Crabbe** sandra.lonon@foster.com; litdocket@foster.com
- **Joel D Dailey** jdd@painehamblen.com; ads@painehamblen.com
- **Mark Dewulf** mark@mdkjlaaw.com
- **Darren M. Digiacinto** dmd@winstoncashatt.com; azh@winstoncashatt.com
- **Brian M. Donovan** Brian.Donovan@usdoj.gov, USAWAE.bdonovanecf@usdoj.gov; caseview.ecf@usdoj.gov
- **Bradley R Duncan** bankruptcy@hcmp.com; tammie.gere@hcmp.com; bkp@hcmp.com
- **Christopher Durbin** cdurbin@cooley.com; cspeckhart@cooley.com; jindyke@cooley.com; mklein@cooley.com; efiling-notice@ecf.pacerpro.com
- **Gary W Dyer** Gary.W.Dyer@usdoj.gov
- **David Eash** betsyz@feltmanewing.com; tinag@feltmanewing.com
- **Jonathan C Edwards** jon@earlandedwards.com; kalynn@earlandedwards.com
- **Jennifer K Faubion** jfaubion@cairncross.com; gglosser@cairncross.com
- **Stephen J Felice** felice@sjfelicelaw.com

- **Gregory R Fox** FoxG@Lanepowell.com; norbya@lanepowell.com; DocketingSea@lanepowell.com
- **Brian C. Free** brian.free@hcmp.com; bankruptcy@hcmp.com; krista.stokes@hcmp.com
- **Russell D. Garrett** russ.garrett@jordanramis.com; patricia.repp@jordanramis.com; litparalegal@jordanramis.com
- **Daniel J Gibbons** angelc@witherspoonkelley.com
- **Brian L Green** dsa@mcgavick.com
- **Michelle Green** michelle@ggw-law.com; teisha@ggw-law.com; michaela@ggw-law.com
- **Oren B Haker** oren.haker@stoel.com; kevin.mckenzie@stoel.com; docketclerk@stoel.com; jeannie.lihs@stoel.com
- **Nancy L Isserlis** jlm@winstoncashatt.com; azh@winstoncashatt.com
- **Burke Demian Jackowich** bjackowich@lukins.com; sloomis@lukins.com
- **Michael Robert Johnson** mjohnson@rqn.com
- **Richard B Keeton** rkeeton@bskd.com; gdowning@pszjlaw.com; bdowning@pszjlaw.com; plabov@pszjlaw.com; jrosell@pszjlaw.com; pszj@ecfalerts.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com; rkeeton@ecf.courtdrive.com; psutton@ecf.courtdrive.com; vbraxton@ecf.courtdrive.com; mbeck@ecf.courtdrive.com
- **Robert Scott Kennard** rskennard@nelson-kennard.com, ybuckner@nelson-kennard.com
- **Armand J Kornfeld** jkornfeld@bskd.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com; jkornfeld@ecf.courtdrive.com; psutton@ecf.courtdrive.com; vbraxton@ecf.courtdrive.com; mbeck@ecf.courtdrive.com
- **Paul M Larson** paul@lbplaw.com; tammy@lbplaw.com
- **David H Leigh** dleigh@rqn.com; mjohnson@rqn.com; swilliams@rqn.com; docket@rqn.com
- **William Greg Lockwood** wglockwood@grsm.com; kentcarter@grsm.com; hcoffey@grsm.com; jcawdrey@grsm.com; madeyemo@grsm.com
- **Joseph McCormick, III** jmccormick@wrightlegal.net, nvefile@wrightlegal.net, ebaker@wrightlegal.net
- **Toni Meacham** ToniPierson@RocketMail.Com
- **Bruce K Medeiros** bmedeiros@dbm-law.net; sabrahamson@dbm-law.net;; tnichols@dbm-law.net
- **James K Miersma** bknotice@mccarthyholthus.com; jmiersma@ecf.courtdrive.com
- **Jeffrey C Misley** jeffm@sussmanshank.com; lhager@sussmanshank.com; ecf.jeffrey.misley@sussmanshank.com
- **Conner W. Morgan** connerm@schweetlaw.com; alis@schweetlaw.com; karenl@schweetlaw.com; maureenf@schweetlaw.com
- **Jed W Morris** jmorris@lukins.com; dskobalski@lukins.com
- **John D. Munding** john@mundinglaw.com; WA28@wcfcbis.com; karen@mundinglaw.com; mmstedman@msn.com
- **Dan O'Rourke** tina@southwellorourke.com
- **Kevin O'Rourke** kevin@southwellorourke.com, tina@southwellorourke.com
- **Aditi Paranjpye** AParanjpye@Cairncross.com; psutton@bskd.com; vbraxton@bskd.com; mbeck@bskd.com
- **Michael J Paukert** mpaukert@pt-law.com
- **Jane Pearson** jane.pearson@polsinelli.com; dcdocketing@polsinelli.com;

- **Trevor R Pincock** tpincock@lukins.com; bjackowich@lukins.com; jmorris@lukins.com; mlove@lukins.com
- **Amit D Ranade** adr@hcmp.com; bankruptcy@hcmp.com; krista.stokes@hcmp.com; tammie.gere@hcmp.com
- **Joshua A Rataezyk** josh.rataezyk@hcmp.com; bankruptcy@hcmp.com; tammie.gere@hcmp.com; krista.stokes@hcmp.com
- **Shawn B Rediger** srediger@williamskastner.com; dlevitin@williamskastner.com
- **John R Rizzardi** JRizzardi@cairncross.com; rwang@cairncross.com; tnguyen@cairncross.com; jrizzardi@ecf.courtdrive.com; TNguyen@ecf.courtdrive.com; rwang@ecf.courtdrive.com; AMasundire@cairncross.com
- **Steven H Sackmann** steve@sackmannlaw.com; sackmannlaw@hotmail.com
- **Tara J. Schleicher** tara.schleieash@foster.com; kesarah.rhine@foster.com
- **Ava L. Schoen** ava.schoen@tonkon.com,leslie.hurd@tonkon.com
- **Sarah M. Schrag** sarah.schrag@dentons.com
- **Margot D. Seitz** kmuir@fwwlaw.com
- **Alan D Smith** adsmith@perkinscoie.com; bcosman@perkinscoie.com; gordon.mcgrath@tyson.com; bjacques@perkinscoie.com; Docketsea@perkinscoie.com; kmcclure@perkinscoie.com
- **Scott R. Smith** ssmith@bsslslawfirm.com; hnelson@bsslslawfirm.com
- **A Timothy Solomon** justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com; tsolomon@llg-llc.com
- **Michael M. Sperry** michaelsschweetlaw.com; maureenf@schweetlaw.com; alis@schweetlaw.com; karenl@schweetlaw.com
- **Daniel L. Steinberg** daniel.steinberg@jordanramis.com; litparalegal@jordanramis.com
- **Thomas W Stilley** tstilley@sussmanshank.com; janine@sussmanshank.com; ecf.thomas.stilley@sussmanshank.com; thomas-stilley7866@ecf.pacerpro.com
- **Kelly D. Sutherland** ksutherland@janewaylaw.com
- **Claire Taylor** claire.taylor@stokeslaw.com; aek@stokeslaw.com
- **George E Telquist** george@telarelaw.com; carla@telarelaw.com
- **Christa A. Thompson** RESOlyEF@atg.wa.gov
- **US Trustee** USTP.REGION18.SP.ECF@usdoj.gov
- **Christopher G Varallo** cgv@witherspoonkelley.com; terrye@witherspoonkelley.com
- **Britta E Warren** britta.warren@bhlaw.com; hkt@bhlaw.com; docketing@bhlaw.com
- **Joseph M. Welch** jwelch@buchalter.com; dcyrankowski@buchalter.com; docket@buchalter.com; ktarazi@buchalter.com; rwicks@buchalter.com
- **Martin B White** mwhite@cftc.gov
- **James Fitzgerald Williams** JWilliams@perkinscoie.com; jstarr@perkinscoie.com
- **Dina L Yunker Frank** BCUYunker@atg.wa.gov

**Exhibit B**

**First-Class Mail Recipients**

| |
|---|
| Faegre Drinker Biddle & Reath, LLP<br>*Counsel to Big Bend Electric Cooperative, Inc.*<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>Attn.: Michael Stewart, Esq. |
| Department of Treasury – Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Oregon Department of Revenue<br>955 Center Street NE<br>Salem, OR 97301-2555 |